

eportaluser

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 592023CA0026010000XX [2023CA002601] | 04/07/2023 | | SEMINOLE | OTHER-LIBEL/SLANDER | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 04/07/2023 | OTHER-LIBEL/SLANDER | YES | NO | - |

10

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| RECKSIEDLER, JESSICA J | JUDGE | | |
| DORWORTH, CHRISTOPHER E | PLAINTIFF | BELTRAN, MICHAEL PAUL | 93184 |
| GREENBERG, JOEL MICAH | DEFENDANT | SCHELLER, FRITZ JOSEPH | 183113 |
| GREENBERG, ANDREW W | DEFENDANT | WERMUTH, FREDERICK STANTON | 184111 |
| GREENBERG, SUE | DEFENDANT | WERMUTH, FREDERICK STANTON | 184111 |
| GREENBERG, ABBY | DEFENDANT | PERKINS, JASON ANDREW | 610852 |
| AWG INC | DEFENDANT | WERMUTH, FREDERICK STANTON | 184111 |
| GREENBERG DENTAL ASSOCIATES LL | DEFENDANT | FURBUSH, MICHAEL JOSEPH | 70009 |
| GREENBERG DENTAL SPECIALTY GRO | DEFENDANT | FURBUSH, MICHAEL JOSEPH | 70009 |
| GREENBERG DENTAL & ORTHODONTIC | DEFENDANT | FURBUSH, MICHAEL JOSEPH | 70009 |

**Dockets**

Page : 1    25

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 1 | 04/07/2023 | CIVIL COVER SHEET | 3 |
| | 2 | 04/07/2023 | COMPLAINT FILED | 116 |
| | 3 | 04/07/2023 | SUMMONS ISSUED - JOEL GREENBERG | 1 |
| | 4 | 04/07/2023 | SUMMONS ISSUED - ANDREW W GREENBERG | 1 |
| | 5 | 04/07/2023 | SUMMONS ISSUED - SUE GREENBERG | 1 |
| | 6 | 04/07/2023 | SUMMONS ISSUED - ABBY GREENBERG | 1 |
| | 7 | 04/07/2023 | SUMMONS ISSUED - AWG INC | 1 |
| | 8 | 04/07/2023 | SUMMONS ISSUED - GREENBERG DENTAL ASSOCIATES LLC | 1 |
| | 9 | 04/07/2023 | SUMMONS ISSUED - GREENBERG DENTAL & ORTHODONTICS PA | 1 |
| | 10 | 04/07/2023 | SUMMONS ISSUED - GREENBERG DENTAL SPECIALTY GROUP LLC | 1 |
| | 11 | 04/07/2023 | SUMMONS ISSUED - AB | 1 |
| | 12 | 04/07/2023 | MOTION TO DETERMIINE CONFIDENTIALITY BY PLTF | 2 |
| | 13 | 04/07/2023 | CIVIL COVER SHEET | 3 |
| | 14 | 04/10/2023 | PHOTOCOPIED DOCUMENT OF CASE MANAGEMENT PLAN & ORDER | 5 |
| | 15 | 04/12/2023 | ORDER OF RECUSAL FROM JUDGE FROM JUDGE G TO JUDGE O - JUDGE RUDISILL 4/12/23 | 1 |
| | 16 | 04/12/2023 | COURT ORDER REASSIGNMENT FROM JUDGE G TO L - JUDGE RECKSIEDLER 4/12/23 | 2 |
| | 17 | 04/21/2023 | ACCEPTANCE OF SERVICE OBO DEFTS GREENBERG DENTAL ASSOCIATES LLC GEENBERG DENAL & ORTHODONTICS PA & GREENBERG DENTAL SPECIALTY GROUP LLC BY MICHAEL J FURBUSH | 2 |
| | 18 | 04/27/2023 | ACCEPTANCE OF SERVICE & WAIVER OF FORMAL SERVICE OF PRCIESS OBO DEFT ABBY GREENBERG BY JASON A PERKINS | 2 |
| | 19 | 05/02/2023 | ACCEPTANCE OF SERVICE OBO DEFT JOEL MICAH GREENBERG BY ATTORNEY FRITZ SCHELLER | 2 |
| | 20 | 05/03/2023 | ACCEPTANCE OF SERVICE & WAIVER OF FORMAL SERVICE OF PROCESS FOR DEFTS ANDREW W GREENBERG SUE GREENBERG & AWG INC BY ATTORNEY FREDERICK S WERMUTH | 2 |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**