**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>EIGHTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>SEMINOLE</u>   COUNTY, FLORIDA

<u>Chris E. Dorworth</u>
Plaintiff                                                       Case # _____

                                                                      Judge _____

vs.

<u>Joel Greenberg, Andrew W Greenberg, Sue Greenberg, Abby Greenberg, AWG, Inc., Greenberg
Dental Associates, LLC, Greenberg Dental Specialty Group, LLC, Greenberg Dental &
Orthodontics, P.A., A.B. C/O Counsel John Clune, Esq.</u>
 Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.    TYPE OF CASE        (If the case fits more than one type of case,   select the most
definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
     ☐ Business governance
     ☐ Business torts
     ☐ Environmental/Toxic tort
     ☐ Third party indemnification
     ☐ Construction defect
     ☐ Mass tort
     ☐ Negligent security
     ☐ Nursing home negligence
     ☐ Premises liability—commercial
     ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
     ☐ Commercial foreclosure
     ☐ Homestead residential foreclosure
     ☐ Non-homestead residential foreclosure
     ☐ Other real property actions

☐ Professional malpractice
     ☐ Malpractice—business
     ☐ Malpractice—medical
     ☐ Malpractice—other professional
☒ Other
     ☐ Antitrust/Trade regulation
     ☐ Business transactions
     ☐ Constitutional challenge—statute or ordinance
     ☐ Constitutional challenge—proposed amendment
     ☐ Corporate trusts
     ☐ Discrimination—employment or other
     ☐ Insurance claims
     ☐ Intellectual property
     ☒ Libel/Slander
     ☐ Shareholder derivative action
     ☐ Securities litigation
     ☐ Trade secrets
     ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.  REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  9

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.
    <u>USA v. Greenberg, 20-cr-97 (M.D. Fla.)</u>

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.  DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Michael P Beltran</u>      Fla. Bar # <u>93184</u>
    Attorney or party             (Bar # if attorney)

<u>Michael P Beltran</u>          <u>04/07/2023</u>
 (type or print name)        Date

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~ __2023CA002601__

## SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this action on Defendant:

    Joel Greenberg, Register No. 73648-018
    FCI Miami
    Federal Correctional Institution
    15801 S.W. 137th Ave.
    Miami, FL 33177

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20) days after service of this Summons upon Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint in favor of Plaintiff.



WITNESS MY HAND AND SEAL
of said Court:

**Grant Maloy**
Clerk of Circuit Court **And Comptroller**
/s/ Deborah Conant     592023CA0026010000XX
04/10/2023 02:50:54 PM
ae4f571a-b5ae-4d25-8d72-3d848f0223f6

Date: __April 10, 2023__

By:   Deputy Clerk

1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~ __2023CA002601__

## **SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint in this action on Defendant:

    Andrew W. Greenberg
    3129 Cecelia Drive
    Apopka, FL 32703

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's
counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East
Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20)
days after service of this Summons upon Defendant, exclusive of the day of service, and to file
the original of the defenses with the Clerk of this Court either before service on Plaintiff
or immediately thereafter.  If the Defendant fails to do so, a default will be entered against the
Defendant for the relief demanded in the Complaint in favor of Plaintiff.



WITNESS MY HAND AND SEAL
of said Court:

    **Grant Maloy**

Clerk of Circuit Court **And Comptroller**
/s/ Deborah  Conant                 592023CA0026010000XX
04/10/2023 02:53:17 PM
a7e27a43-e2f1-4d8f-81c7-ca45e5ebf215

Date: __April 10, 2023__

By:     Deputy Clerk

1

,IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

    Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~ __2023CA002601__

## SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint in this action on Defendant:

    Sue Greenberg
    3129 Cecelia Drive
    Apopka, FL 32703

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's
counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East
Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20)
days after service of this Summons upon Defendant, exclusive of the day of service, and to file
the original of the defenses with the Clerk of this Court either before service on Plaintiff or
immediately thereafter.  If the Defendant fails to do so, a default will be entered against the
Defendant for the relief demanded in the Complaint in favor of Plaintiff.

WITNESS MY HAND AND SEAL
of said Court:

**Grant Maloy**

Clerk of Circuit Court  **And Comptroller**
/s/ Deborah  Conant          592023CA0026010000XX
04/10/2023 02:56:43 PM
34f8c62e-4b5d-44c4-a85cd-4a85c3e72f87

By:    Deputy Clerk

Date:   __April 10, 2023__

1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~ **2023CA002601**

## **SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this action on Defendant:

    Abby Greenberg
    1253 Bella Vista Cir.
    Longwood, FL 32779

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20) days after service of this Summons upon Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint in favor of Plaintiff.



WITNESS MY HAND AND SEAL
of said Court:

          **Grant Maloy**

Clerk of Circuit Court **And Comptroller**
/s/ Deborah Conant    592023CA0026010000XX
04/10/2023 02:57:32 PM
0024a47b-48af-4cb5-a675-9f7c5d1e7822

Date:   **April 10, 2023**

By:   Deputy Clerk

1

,IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~ __2023CA002601__

## SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint in this action on Defendant:

    AWG, Inc.
    c/o Andrew W. Greenberg, Registered Agent
    3129 Cecelia Drive
    Apopka, FL 32703

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's
counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East
Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20)
days after service of this Summons upon Defendant, exclusive of the day of service, and to file
the original of the defenses with the Clerk of this Court either before service on Plaintiff or
immediately thereafter.  If the Defendant fails to do so, a default will be entered against the
Defendant for the relief demanded in the Complaint in favor of Plaintiff.



WITNESS MY HAND AND SEAL
of said Court:

**Grant Maloy**

Clerk of Circuit Court **And Comptroller**
/s/ Deborah Conant
04/10/2023 02:50:43 PM
b51e4477-18cb-44a0-b2a3-5d51a0efd2f8

592023CA0026010000XX

Date: __April 10, 2023__

By: _____
       Deputy Clerk

1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~ **2023CA002601** _____

## SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint in this action on Defendant:

    Greenberg Dental Associates, LLC
    c/o James T. Katsur, Registered Agent
    926 Great Pond Drive, Suite 2003
    Altamonte Springs, FL 32714

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's
counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East
Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20)
days after service of this Summons upon Defendant, exclusive of the day of service, and to file
the original of the defenses with the Clerk of this Court either before service on Plaintiff or
immediately thereafter.  If the Defendant fails to do so, a default will be entered against the
Defendant for the relief demanded in the Complaint in favor of Plaintiff.



WITNESS MY HAND AND SEAL
of said Court:

**Grant Maloy**
Clerk of Circuit Court **And Comptroller**
/s/ Deborah Conant    592023CA0026010000XX
04/10/2023 03:00:13 PM
2421248f-b563-45dd-ad4a-3962812a5e11

Date:   **April 10, 2023**

By:   Deputy Clerk

1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~ **2023CA002601**

**SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint in this action on Defendant:

    Greenberg Dental & Orthodontics, P.A.
    c/o Andrew W. Greenberg, Registered Agent
    926 Great Pond Drive, Suite 2003
    Altamonte Springs, FL 32714

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's
counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East
Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20)
days after service of this Summons upon Defendant, exclusive of the day of service, and to file
the original of the defenses with the Clerk of this Court either before service on Plaintiff or
immediately thereafter.  If the Defendant fails to do so, a default will be entered against the
Defendant for the relief demanded in the Complaint in favor of Plaintiff.

WITNESS MY HAND AND SEAL
of said Court:

             **Grant Maloy**

Clerk of Circuit Court  **And Comptroller**
/s/ Deborah  Conant   592023CA0026010000XX
04/10/2023 03:00:19 PM
43e85244-6941-4538-8d9a-3c532237eb32



Date:   **April 10, 2023**

            By:    Deputy Clerk

1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~ **2023CA002601**

## <u>SUMMONS</u>

THE STATE OF FLORIDA
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint in this action on Defendant:

    Greenberg Dental Specialty Group, LLC
    c/o James T. Katsur, Registered Agent
    926 Great Pond Drive, Suite 2003
    Altamonte Springs, FL 32714

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's
counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East
Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20)
days after service of this Summons upon Defendant, exclusive of the day of service, and to file
the original of the defenses with the Clerk of this Court either before service on Plaintiff or
immediately thereafter.  If the Defendant fails to do so, a default will be entered against the
Defendant for the relief demanded in the Complaint in favor of Plaintiff.

WITNESS MY HAND AND SEAL
of said Court:

**Grant Maloy**

Clerk of Circuit Court **And Comptroller**
/s/ Deborah Conant   592023CA0026010000XX
04/10/2023 03:02:29 PM
876b3997-52e0-4dd9-89d3-05298c1e77ee

Date:   **April 10, 2023**

By:     Deputy Clerk

1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: ~~2023-CV-~~   **2023CA002601**

## **SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of the State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint in this action on Defendant:

      A.B.
      c/o John Clune, Esq.
      Hutchinson Black and Cook LLC
      921 Walnut St., Suite 200
      Boulder, CO 80302

The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's
counsel, whose mailing address is: **Michael Beltran, Beltran Litigation, P.A. 1101 East
Cumberland Ave. #712 Tampa, FL 33602, Mike@beltranlitigation.com,** within twenty (20)
days after service of this Summons upon Defendant, exclusive of the day of service, and to file
the original of the defenses with the Clerk of this Court either before service on Plaintiff or
immediately thereafter. If the Defendant fails to do so, a default will be entered against the
Defendant for the relief demanded in the Complaint in favor of Plaintiff.



WITNESS MY HAND AND SEAL
of said Court:

      **Grant Maloy**

Clerk of Circuit Court **And Comptroller**
/s/ Deborah Conant    592023CA0026010000XX
04/10/2023 03:08:35 PM

9d02000b-4dfe-4cb3-be99-6361aba62ee3

Date:   **April 10, 2023**

By:   Deputy Clerk

1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

     Plaintiff,

v.

                                 Case No.: 2023-CV-_____

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC, GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, and A.B.,

     Defendants.

## MOTION TO DETERMINE CONFIDENTIALITY

Plaintiff hereby moves pursuant to Rule 2.420 to determine the confidentiality of the name of "A.B." This information may be confidential under Rule 2.420(d)(1)(B)(xiii) as protected information regarding victims of child abuse or sexual offenses.

Defendant Joel Greenberg had relations with A.B. in exchange for money. Joel Greenberg later pleaded guilty to the same in federal court. Greenberg and A.B. later claimed that Plaintiff had an improper relationship with A.B., which is false and is part of Plaintiff's claims in this case. A.B. has threatened to sue Plaintiff. Among other claims, Plaintiff is suing Greenberg and A.B. for extortion and defamation.

In an abundance of caution, Plaintiff has done his best to name A.B. by her initials throughout the Complaint and in the caption and summonses. Further, Plaintiff has generically described other persons and circumstances that might help identify A.B. Plaintiff doubts whether A.B.'s name is really confidential under the circumstances set forth in the Complaint, but nonetheless wishes to respect any privilege and follow the rule in an abundance of caution.

Plaintiff certifies that the motion is made in good faith and is supported by a sound

1

factual and legal basis, as set forth herein, but defers to the Court's determination of how A.B.

should be named in the Complaint. Plaintiff requests that the Clerk and Court determine how to

Filed:  April 7, 2023.                        Respectfully Submitted,

                                              /s/Michael Paul Beltran
                                              Michael P Beltran
                                              Fla. Bar No. 0093184
                                              Beltran Litigation, P.A.
                                              4920 West Cypress St. Suite 104 PMB 5089
                                              Tampa, FL 33607
                                              813-870-3073 (o)
                                              mike@beltranlitigation.com
                                              *Counsel for Dorworth*

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>EIGHTEENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>SEMINOLE</u>   COUNTY, FLORIDA

<u>Chris E. Dorworth</u>
Plaintiff

Case # _____  **2023CA002601**

Judge _____

vs.

<u>Joel Greenberg, Andrew W Greenberg, Sue Greenberg, Abby Greenberg, AWG, Inc., Greenberg</u>
<u>Dental Associates, LLC, Greenberg Dental Specialty Group, LLC, Greenberg Dental &</u>
<u>Orthodontics, P.A., A.B. C/O Counsel John Clune, Esq.</u>
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

**III.    TYPE OF CASE**    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☒ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [    ]
(Specify)

   <u>9</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.
    <u>USA v. Greenberg, 20-cr-97 (M.D. Fla.)</u>

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Michael P Beltran</u>       Fla. Bar # <u>93184</u>
       Attorney or party              (Bar # if attorney)

<u>Michael P Beltran</u>       <u>04/07/2023</u>
  (type or print name)        Date

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA,
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC., GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A., GREENBERG
DENTAL SPECIALTY GROUP, LLC, and A.B.,

      Defendants.

**JURY TRIAL DEMANDED**

Case No.: 2023-CV-_____  **2023CA002601**

**CASE MANAGEMENT PLAN**

**(GENERAL)**

**The parties are to meet, review, and discuss the Case Management Plan to agree upon dates according to the guidelines set forth in the above Case Management Plan. The parties are to sign the certification below and submit the proposed Case Management Order with the agreed upon dates to the Court for approval and signature.**

| | |
|---|---|
| 1. Date of First Response (i.e. Answer, Notice of appearance, Motion for Extension of Time, Motion to Dismiss) | The date of the first filing |
| 2. Deadline for adding new parties, amendment of pleadings | Should be 60-90 days since response date |
| 3. Deadline for Witness & Exhibit List (Witnesses MUST be listed by actual NAME of the witness, and not by designation (i.e., use of such designations as "Corporate Representative," "Records Custodian," "Adjustor," or "IME Doctor" standing alone is insufficient) | Should be 60-90 days before Trial |
| 4. Deadline for Expert Disclosure | Should be 150-180 days prior to projected trial date for Plaintiff |
| (Parties should furnish opposing counsel with the Names and addresses of all expert witnesses under Rule 1.390(a) to be called at trial and all information regarding expert testimony that is required by Rule 1.280(b)(5). Each party is limited to one expert per specialty. No other expert testimony should be permitted at trial. Information furnished pursuant to this paragraph should be timely filed with the Clerk of Court. | Should be 120-150 days prior to projected trial date for Defendant |
| 5. Objections to pleadings | Should be resolved 150-180 days prior to projected trial date |
| 6. Deadline for Discovery Completion (including Depositions) | Should be 15-30 days prior to projected trial date |
| 7. Deadline for Dispositive Motions, including *Daubert* Motions- Failure to do so shall constitute a waiver at Trial of any Daubert related evidence objection or issue<br>Responsibility for scheduling of the Hearing shall be upon the party filing the Motion or Objection. | Should be heard 15-30 days prior to projected trial date |
| 8. Deadline for Mediation: | Should be 45-60 days prior projected trial date |
| 9. Trial Date | Must include estimated length of trial and projected date trial is desired to commence no later than 18 months from date of service of last defendant |

**I hereby certify that I have that all parties have met and conferred regarding all proposed dates for the Case Management Plan and Case Management Order and certify that all dates proposed in the Case Management Order have been agreed to by the parties.**

**Date: _____**

**Signature of Counsel and Unrepresented Parties. Counsel must state FL Bar number. Unrepresented parties must include email address for service.**

_____   _____

IN THE EIGHTEENTH JUDICIAL
CIRCUIT, IN AND FOR BREVARD/
SEMINOLE COUNTY, FLORIDA

CASE NO:

_____,

      Plaintiff,

vs

_____,

      Defendant.

_____/

## CASE MANAGEMENT ORDER

Pursuant to the dictates of Administrative Order AOSC20-23 of the Florida Supreme Court, and AO 21-24, Eighteenth Judicial Circuit, it is, hereby,

**ADJUDGED** that the following deadlines are applicable to this action, and that same will be strictly applied by the Court:

The projected date of trial for this matter is the trial docket beginning **month/day/year**. A firm trial date will be ordered by the presiding judge. The Court issues an Order Setting Pre-Trial Conference and Trial Date within at least 120 days from the projected trial docket.

Any request(s) for the addition of new parties, or amendments to the pleadings, shall be served within _____ days from the response date.

The fact witnesses and exhibits of all parties shall be disclosed to all other parties no later than _____ days prior to the above projected trial date.

All Plaintiff's Expert Witnesses shall be disclosed to all other parties no later than _____ days prior to the above projected trial date. Defendant's Expert Witnesses shall be disclosed to all other parties within 30 days thereafter.

All fact AND expert discovery shall be completed no later than _____ days prior to the above projected trial date.

All objections to the pleadings, and all pre-trial motions shall be resolved no later than _____ days prior to the above projected trial date.

Dispositive Motions, including *Daubert* Motions, shall be resolved no later than _____ days prior to the above projected trial date.

Mediation shall be completed no later than _____ days prior to the above projected trial date.

## ORDER

**THE COURT,** having reviewed the preceding Case Management Dates, finding them to be satisfactory. Accordingly, it is hereby **ORDERED** that

1.     **COMPLIANCE WITH THIS CASE MANAGEMENT ORDER:** The parties shall strictly comply with the terms of this Case Management Plan and Case Management Order unless otherwise ordered by the Court. FAILURE TO COMPLY WITH ALL THE REQUIREMENTS OF THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.

2.     **ADDITIONAL EIGHTEENTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the following: (i) **Amended Administrative Order Establishing the Eighteenth Judicial Circuit Courtroom Decorum Policy (AO 09-06)**; and (ii) **any division-specific guidelines and policies that may be applicable**.

3.     **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation and Court order in accordance with applicable law.

4.     **NOTICES FOR TRIAL:** Parties may file a Notice for Trial if they are ready for trial more than 120 days prior to the above projected trial date. The Plaintiff shall confer with opposing counsel/party regarding the anticipated length of trial and file a Notice for Trial. The Plaintiff shall forward a copy of the Notice for Trial to the Case Manager at the email address noted on the Eighteenth Judicial Circuit website.

5.     **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without court intervention whenever possible.

6.     **SERVICE OF THIS ORDER:** Counsel is ordered to promptly serve and file proof with the Clerk, no more than five (5) business days from the date of this Order that all *pro se* parties, subsequently named or appearing herein, have been served copies of this Order. In the event a party is unrepresented and has not designated an email address for purposes of electronic service, counsel for Plaintiff shall be responsible for serving this Order and all future orders of the Court via a non-electronic means (U.S. mail, Federal Express or the equivalent) and shall file a Certificate of Service with the Court indicating who was served, the date of service, and the method of service (including any address or email used) within three (3) business days. If Plaintiff is unrepresented, Counsel for the Defendant shall have this same obligation. If all parties are unrepresented, the Plaintiff shall provide stamped addressed envelopes to the Court with submission of this and any other proposed Order.

7.     **SETTLEMENT:** *The case will not be removed from the docket until all documents necessary for closure of the case are filed with the Clerk and notification has been provided to the judicial assistant. A notice of settlement is not sufficient to remove the case from the trial docket.*

**DONE AND ORDERED** this _____ day of _____, 20___, in _____, _____ County, Florida.

_____
CIRCUIT JUDGE

***A true and correct copy of the foregoing was distributed to all parties by filing and service via the eportal to all attorney(s)/interested parties identified on the eportal Electronic Service List.***

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in your county at least 7 days before your scheduled court appearance, or**

immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO.:  2023-CA-002601

CHRISTOPHER E. DORWORTH,

       Plaintiff,

vs

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC., GREENBERG
DENTAL & ORHTODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, AND A.B.,

       Defendants,

_____/

## ORDER OF RECUSAL

The Court having noted the identity at least one of the parties, the undersigned finds that this case should be heard by a different judge.

It is therefore,

**ORDERED AND ADJUDGED:**

1. The undersigned does hereby recuse himself from any further action in this case

2. This case is hereby referred to the Chief Judge for reassignment.

**DONE AND ORDERED** in Chambers at Sanford, Seminole County, Florida, this 12th day of April, 2023.

_____
**HONORABLE MICHAEL J. RUDISILL,**
**Circuit Judge**

**Copies furnished to:**
Administrative/Chief Judge
Court Administration

## IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
## IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NUMBER: 59-2023-CA-002601

**CHRISTOPHER E DORWORTH,**
  **Plaintiff,**

-vs-

**JOEL MICAH GREENBERG**
**ANDREW W GREENBERG**
**SUE  GREENBERG**
**ABBY  GREENBERG**
**AWG INC**
**GREENBERG DENTAL ASSOCIATES LLC**
**GREENBERG DENTAL SPECIALTY GROUP LLC**
**GREENBERG DENTAL & ORTHODONTICS PA**
**AB,**
  **Defendant.**

_____

### ORDER OF REASSIGNMENT

The previously assigned Judge having recused from this cause, it is, therefore,

**ORDERED AND ADJUDGED:**

The above case is hereby reassigned from Division G to Division L, the division presently occupied by the Honorable Jessica Recksiedler, Circuit Judge, before whom all further proceedings in this cause shall be heard.

**DONE AND ORDERED** at Sanford, Seminole County, Florida, this Wednesday, April 12, 2023.

59-2023-CA-002601 04/12/2023 09:03:52 AM

Jessica Recksiedler, Circuit Judge
59-2023-CA-002601 04/12/2023 09:03:52 AM

*** E-FILED:  GRANT MALOY, CLERK OF CIRCUIT COURT SEMINOLE COUNTY, FL 04/12/2023 04:54:34 PM.****

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a copy of the foregoing has been furnished by electronic service and/or U.S. Mail to all counsel of record or pro se parties, this Wednesday, April 12, 2023.

Honorable Michael Rudisill
Honorable Jessica Recksiedler

MICHAEL PAL BELTRAN
mike@beltranlitigation.com
beltranlitigation@gmail.com
anastasia_wagner@outlook.com

JOEL MICAH GREENBERG
15801 S.W. 137TH AVE.
FEDERAL CORRECTIONAL INSTITUTION MIAMI
MIAMI, FL 33177

ANDREW W GREENBERG
3129 CECELIA DRIVE
APOPKA, FL 32703

SUE GREENBERG
3129 CECELIA DRIVE
APOPKA, FL 32703

ABBY GREENBERG
1253 BELLA VISTA CIR.
LONGWOOD, FL 32779

AWG INC
3129 CECELIA DRIVE
APOPKA, FL 32703

GREENBERG DENTAL ASSOCIATES LLC
926 GREAT POND DRIVE, SUITE 2003
ALTAMONTE SPRINGS, FL 32714

GREENBERG DENTAL SPECIALTY
GROUP LLC
926 GREAT POND DRIVE, SUITE 2003
ALTAMONTE SPRINGS, FL 32714

GREENBERG DENTAL & ORTHODONTICS PA
926 GREAT POND DRIVE, SUITE 2003
ALTAMONTE SPRINGS, FL 32

AB
HUTCHINSON BLACK AND COOK
921 WALNUT ST., SUITE 200
BOULDER, CO

59-2023-CA-002601 04/12/2023 04:54:18 PM

Jennie Buono, Program Coordinator
59-2023-CA-002601 04/12/2023 04:54:18 PM

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## IN AND FOR SEMINOLE COUNTY, FLORIDA
## CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

     Plaintiff,

vs.                                                                Case No.:  2023CA002601

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC., GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY GROUP,
LLC, AND A.B.,

     Defendants.

_____/

## ACCEPTANCE OF SERVICE OF PROCESS

The undersigned does hereby accept service of process of the Verified Complaint in the

above-styled cause on behalf of Defendants, GREENBERG DENTAL ASSOCIATES, LLC,

GREENBERG DENTAL & ORTHODONTICS, P.A., and GREENBERG DENTAL

SPECIALTY GROUP, LLC and waives the right to otherwise be served with same as required

by law.

    I declare that I am authorized to accept service of process on behalf of Defendants,

GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS,

P.A., and GREENBERG DENTAL SPECIALTY GROUP, LLC. pursuant to Fla. R. Civ. P.

1.070.

    Defendants will reserve any defenses or objections to jurisdiction and venue except for

objections arising out of a defect in service of process.

    I understand that a default may be entered against me, or the party on whose behalf I am

O4167460.v1

acting, if a written response is not served by June 19, 2023. *See* Fla. R. Civ. P. 1070(i)(4).

DATED this 21st day of April, 2023.

_____
Michael J. Furbush, Esq.
Florida Bar No. **70009**
Dean Mead, Egerton, Bloodworth,
Capouano & Bozarth, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Tele: 407-841-1200
Fax: 407-423-1831
mfurbush@deanmead.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2023, this document was electronically transmitted to the Clerk of Court via the Florida Courts E-Filing Portal ("FCEP") for filing which will send electronic mailing notification to all counsel/parties of record.

*/s/Michael J. Furbush*
Michael J. Furbush

O4167460.v1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CHRISTOPHER E. DORWORTH,

    *Plaintiff,*

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUSAN GREENBERG,
ABBY GREENBERG, AWG., INC.,
GREENBURG DENTAL ASSOCIATES,
LLC, GREENBERG DENTAL &
ORTHODONTICS, P.A., GREENBERG
DENTAL SPECIALTY GROUP, LLC, and
A.B.,

    *Defendants.*

Case No.: 2023-cv-002601

## ACCEPTANCE OF SERVICE AND
## WAIVER OF FORMAL SERVICE OF PROCESS ON BEHALF OF DEFENDANT,
## ABBY GREENBERG

The Defendant, Abby Greenberg ("Defendant"), by and through her undersigned counsel, acknowledges receipt of the request for acceptance of service and waiver of formal service of process in the above-captioned lawsuit effective April 19, 2023. The undersigned has received a copy of the Civil Cover Sheet, Verified Complaint, Motion to Determine Confidentiality, Case Management Plan, and Summonses for the Defendant.

Defendant agrees to save the cost of service of process and an additional copy of the Verified Complaint in this lawsuit by not requiring that they be served with judicial process in the manner provided by Fla. R. Civ. P. 1.070.

The undersigned certifies that as counsel for Defendant, he has the authority to accept service on behalf of Defendant.

Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

132722547.1

Defendant's deadline to respond to the Verified Complaint shall be on or before June 20, 2023, consistent with Fla. R. Civ. P. 1070(i)(4).

**DATED**:  April 27, 2023

Respectfully submitted,

/s/ Jason A. Perkins
Jason Perkins, Esq.
Florida Bar No. 0610852
Chelsey J. Clements, Esquire
Florida Bar No. 112414
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Phone:  (407) 849-0300
Fax:  (407) 648-9099
jperkins@carltonfields.com (primary)
cclements@carltonfields.com (primary)
mbryan@carltonfields.com (secondary)
kledesma@carltonfields.com  (secondary)
dcarlucci@carltonfields.com (secondary)

*Attorney for Defendant, Abby Greenberg*

132722547.1

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA
CIVIL DIVISION

CHRISTOPHER R. DORWORTH,

      Plaintiff,                        Case No.: 2023CA002601

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC., GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A., GREENBERG
SPECIALTY GROUP, LLC, and A.B.,

      Defendants.

_____/

## ACCEPTANCE OF SERVICE OF PROCESS

The undersigned does hereby accept service of process of the Verified Complaint in the

above-styled cause on behalf of Defendant, JOEL MICAH GREENBERG, and waives the right

to otherwise be served with same as required by law.

I declare that I am authorized to accept service of process on behalf of Defendant, JOEL

MICAH GREENBERG pursuant to Fla. R. Civ. P. 1.070.

Defendant reserves any defenses or objections to jurisdiction and venue except for

objections arising out of a defect in the service of process.

I understand that a default may be entered against me, or the party on whose behalf I am

acting, if a written response is not served by June 19, 2023. *See* Fla. R. Civ. P. 1070(i)(4).

Dated this 2nd day of May 2023.

                                      /s/ Fritz Scheller         
                                      Fritz Scheller
                                      Florida Bar No. 0183113

## <u>CERTIFICATE OF SERVICE</u>

On May 2, 2023, I electronically filed the foregoing with the clerk of the court by using

the CM/ECF system, which will send a notice of electronic filing to all parties of record.

<u>/s/ Fritz Scheller</u>
Fritz Scheller
Florida Bar No. 0183113
Fritz Scheller, P.L.
200 E. Robinson Street, Suite 1150
Orlando, Florida 32801
PH: (407) 792-1285
FAX: (407) 649-1657
Email: fscheller@flusalaw.com
*Attorney for Defendant*

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CHRISTOPHER E. DORWORTH,

    *Plaintiff*,

v.

                                       Case No.: 2023-cv-002601

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUSAN GREENBERG,
ABBY GREENBERG, AWG., INC.,
GREENBURG DENTAL ASSOCIATES,
LLC, GREENBERG DENTAL &
ORTHODONTICS, P.A., GREENBERG
DENTAL SPECIALTY GROUP, LLC, and
A.B.,

    *Defendants*.

## ACCEPTANCE OF SERVICE AND
## WAIVER OF FORMAL SERVICE OF PROCESS

Defendants Andrew W. Greenberg, Sue Greenberg, and AWG, Inc. ("Defendants"), by and through their undersigned counsel, acknowledge receipt of the request for acceptance of service and waiver of formal service of process in the above-captioned lawsuit effective April 18, 2023. The undersigned has received a copy of the Civil Cover Sheet, Verified Complaint, Motion to Determine Confidentiality, and Summonses for the Defendants.

Defendants agree to save the cost of service of process and an additional copy of the Verified Complaint in this lawsuit by not requiring that they be served with judicial process in the manner provided by Fla. R. Civ. P. 1.070.

The undersigned certifies that as counsel for Defendants, he has the authority to accept service on behalf of Defendants.

Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

Defendants' deadline to respond to the Verified Complaint shall be on or before June 19, 2023, consistent with Fla. R. Civ. P. 1070(i)(4).

Dated this 3rd day of May, 2023.

Respectfully submitted,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com (Primary)
dmauser@kbzwlaw.com (Primary)
qritter@kbzwlaw.com (Primary)
mhill@kbzwlaw.com (Secondary)
courtfilings@kbzwlaw.com
(Secondary)

*Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2023, I electronically filed the foregoing using the State of Florida ePortal Filing System, which will serve an electronic copy via email to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA,
CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

      Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC., GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A., GREENBERG
DENTAL SPECIALTY GROUP, LLC, and A.B.,

      Defendants.

Case No.: 2023-CV-002601

## ACCEPTANCE OF SERVICE

The Defendant, A.B. ("Defendant"), by and through her undersigned counsel, acknowledges receipt of the request for acceptance of service and waiver of formal service of process in the above-captioned lawsuit effective May 2, 2023. The undersigned has received a copy of the Civil Cover Sheet, Verified Complaint, Motion to Determine Confidentiality, Case Management Plan, and Summons for the Defendant. Defendant agrees to save the cost of service of process in this lawsuit by not requiring that they be served with judicial process in the manner provided by Fla. R. Civ. P. 1.070. The undersigned certifies that as counsel for Defendant, he has the authority to accept service on behalf of Defendant. Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

May 9, 2023.                                Respectfully submitted,
                                            Spire Law, PLLC
                                            2572 W State Rd 426 Suite 2088
                                            Oviedo, Florida 32765
                                            Tel: (407) 494-0135

                                            By:*/s/ Jesse I. Unruh*
                                            Jesse I. Unruh, Esq.
                                            Florida Bar No. 93121
                                            jesse@spirelawfirm.com
                                            marcela@spirelawfirm.com
                                            filings@spirelawfirm.com
                                            Attorney for AB

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May, 2023, the foregoing was electronically filed with the Clerk of Court by using the Florida Courts E-filing Portal which will send a notice of electronic filing to all counsel of record.

                                            */s/ Jesse Unruh*
                                            Attorney