UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

   *Plaintiff*,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

   *Defendants*.

Case No.: 6:23-cv-00871

## JOINT NOTICE OF COMPLIANCE WITH 28 U.S.C § 1446(d)

Defendants, Joel M. Greenberg, Andrew W. Greenberg, Susan Greenberg, Abby Greenberg, AWG, Inc., Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC, and A.B. ("Defendants") hereby give notice to this Court that they have complied with 28 U.S.C. § 1446(d) by giving written notice to Plaintiff and filing with the Clerk of the Circuit Court for the Eighteenth Judicial Circuit, in and for Seminole County, Florida, a Notice of Filing of Notice of Removal of Action on May 10, 2023.

Respectfully submitted this 10 day of May, 2023,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Dustin Mauser-Claassen

/s/ Michael J. Furbush
Michael J. Furbush
Florida Bar No. 70009
Michaela N. Kirn

| | |
|---|---|
| Florida Bar No. 0119289<br>Quinn Ritter<br>Florida Bar No. 1018135<br>KING, BLACKWELL,<br>ZEHNDER & WERMUTH, P.A.<br>P.O. Box 1631<br>Orlando, FL 32802-1631<br>Telephone: (407) 422-2472<br>Facsimile: (407) 648-0161<br>fwermuth@kbzwlaw.com (Primary)<br>dmauser@kbzwlaw.com (Primary)<br>qritter@kbzwlaw.com (Primary)<br>mhill@kbzwlaw.com (Secondary)<br>courtfilings@kbzwlaw.com (Secondary)<br><br>*Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG., Inc.* | Florida Bar No. 1018863<br>Allison P. Barkett<br>Florida Bar No. 1025306<br>DEAN, MEAD, EGERTON,<br>BLOODWORTH, CAPOUANO &<br>BOZARTH, P.A.<br>420 S. Orange Avenue, Suite 700<br>Orlando, FL 32801<br>Tel: 407-841-1200<br>Fax: 407-423-1831<br>mfurbush@deanmead.com (Primary)<br>mkirn@deanmead.com (Primary)<br>abarkett@deanmead.com (Primary)<br>mgodek@deanmead.com (Secondary)<br>smarshall@deanmead.com (Secondary)<br><br>*Attorneys for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC* |
| /s/ Jason A. Perkins<br>Jason A. Perkins, Esq.<br>Florida Bar No. 0610852<br>Chelsey J. Clements, Esq.<br>Florida Bar No. 112414<br>Jason F. Bullinger, Esq.<br>Florida Bar No. 1002286<br>CARLTON FIELDS, P.A.<br>200 S. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>Phone: (407) 849-0300<br>Fax: (407) 648-9099<br>jperkins@carltonfields.com (primary)<br>cclements@carltonfields.com (primary)<br>jbullinger@carltonfields.com (primary)<br>mbryan@carltonfields.com (secondary)<br>dcarlucci@carltonfields.com (secondary)<br><br>*Attorney for Defendant, Abby Greenberg* | /s/ Jesse I. Unruh<br>Jesse I. Unruh, Esq.<br>Florida Bar No. 93121<br>Spire Law, PLLC<br>2572 W State Rd 426 Suite 2088<br>Oviedo, Florida 32765<br>Phone: (407) 494-0135<br>jesse@spirelawfirm.com (primary)<br>marcela@spirelawfirm.com (secondary)<br>filings@spirelawfirm.com (secondary)<br><br>*Attorney for A.B.* |

/s/ Fritz Scheller
Fritz Scheller
Florida Bar No.: 0183113
Fritz Scheller, P.L.
200 E. Robinson St., Suite 1150
Orlando, Florida 32801
Phone: (407) 792-1285
Fax: (407) 649-1657
fscheller@flusalaw.com (Primary)
arenehan@flusalaw.com (Secondary)

*Attorney for Defendant Joel M. Greenberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111