UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

   *Plaintiff*,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

   *Defendants*.

Case No.: 6:23-cv-00871

## DEFENDANTS ANDREW GREENBERG, SUSAN GREENBERG AND AWG, INC.'S NOTICE OF DESIGNATION OF LEAD COUNSEL

In accordance with Local Rule 2.02(a), Defendants Andrew Greenberg, Susan Greenberg and AWG, Inc. designate Frederick S. Wermuth as its lead counsel in this action.

Respectfully submitted this 11th day of May, 2023,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472

Facsimile: (407) 648-0161<br>
fwermuth@kbzwlaw.com (Primary)<br>
dmauser@kbzwlaw.com (Primary)<br>
qritter@kbzwlaw.com (Primary)<br>
mhill@kbzwlaw.com (Secondary)<br>
courtfilings@kbzwlaw.com (Secondary)

*Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG., Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Frederick S. Wermuth*
> Frederick S. Wermuth
> Florida Bar No. 0184111