UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

   *Plaintiff*,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

   *Defendants*.

Case No.: 6:23-cv-00871

## DEFENDANTS ANDREW GREENBERG, SUSAN GREENBERG AND AWG, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants Andrew Greenberg, Susan Greenberg and AWG, Inc. ("Defendants") make the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   To Defendants' knowledge, there is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

<u>Defendants</u>

    Andrew Greenberg

    Susan Greenberg

    AWG, Inc.

    Joel Greenberg

    Abby Greenberg

    Greenberg Dental Associates, LLC

    Greenberg Dental & Orthodontics, P.A.

    Greenberg Dental Specialty Group, LLC

    A.B.

<u>Counsel for Defendants Andrew and Susan Greenberg and AWG., Inc.</u>

    King, Blackwell, Zehnder & Wermuth, P.A.

    Frederick S. Wermuth, Esq.

    Dustin Mauser-Claassen, Esq.

    Quinn Ritter, Esq.

<u>Counsel for Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC</u>

    Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.

    Michael J. Furbush, Esq.

    Michaela N. Kirn, Attorney at Law

    Allison P. Barkett, Attorney at Law

<u>Counsel for Abby Greenberg</u>

Carlton Fields, P.A.

Jason A. Perkins, Esq.

Chelsey J. Clements, Attorney at Law

Jason F. Bullinger, Esq.

<u>Counsel for A.B.</u>

Spire Law, PLLC

Jesse I. Unruh, Esq.

Spark Justice Law LLC

Laura B. Wolf, Attorney at Law

Hutchinson Black and Cook, LLC

Christopher W. Ford, Esq.

<u>Counsel for Joel Greenberg</u>

Fritz Scheller, P.L.

Fritz Scheller, Esq.

<u>Plaintiff</u>

Christopher E. Dorworth

<u>Counsel for Plaintiff</u>

Beltran Litigation, P.A.

Michael P. Beltran

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

To Defendants' knowledge, there is no such entity.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   To Defendants' knowledge, there is no such entity.

6. Identify each person arguably eligible for restitution:

   To Defendants' knowledge, there is no such person.

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 11th day of May, 2023,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com (Primary)
dmauser@kbzwlaw.com (Primary)
qritter@kbzwlaw.com (Primary)
mhill@kbzwlaw.com (Secondary)
courtfilings@kbzwlaw.com (Secondary)

*Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
