## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

     Plaintiff,

v.

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG,
SUSAN GREENBERG, ABBY
GREENBERG, AWG, INC.,
GREENBURG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL
SPECIALTY GROUP, LLC, and A.B.,

     Defendants.

Case No.:  6:23-cv-00871-JA-DCI

## DEFENDANT, ABBY GREENBERG'S, DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

The Defendant, Abby Greenberg, hereby discloses the following

information pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

1. **Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome.**

<u>Plaintiff</u>:                   Christopher E. Dorworth

<u>Plaintiff's Counsel</u>:         Beltran Litigation, P.A., Michael Beltran

Defendant:                          Joel Micah Greenberg
Defendant's Counsel:               Fritz Scheller, P.L., Fritz Scheller

Defendant:                          Andrew W. Greenberg

Defendant's Counsel:               King, Blackwell, Zehnder & Wermuth, P.A., Fritz
                                    Wermuth, Dustin Mauser-Claassen, and Quinn
                                    Ritter

Defendant:                          Susan Greenberg

Defendant's Counsel:               King, Blackwell, Zehnder & Wermuth, P.A., Fritz
                                    Wermuth, Dustin Mauser-Claassen, and Quinn
                                    Ritter

Defendant:                          Abby Greenberg

Defendant's Counsel:               Carlton Fields, P.A., Jason Perkins, Chelsey
                                    Clements, and Jason Bullinger

Defendant:                          AWG, Inc.

Defendant's Counsel:               King, Blackwell, Zehnder & Wermuth, P.A., Fritz
                                    Wermuth, Dustin Mauser-Claassen, and Quinn
                                    Ritter

Defendant:                          Greenberg Dental Associates, LLC

Defendant's Counsel:               Dean, Mead, Egerton, Bloodworth, Capouano &
                                    Bozarth, P.A., Michael Furbish, Michaela Kirn, and
                                    Allison Barkett

Defendant:                          Greenberg Dental & Orthodontics, P.A.

Defendant's Counsel:               Dean, Mead, Egerton, Bloodworth, Capouano &
                                    Bozarth, P.A., Michael Furbish, Michaela Kirn, and
                                    Allison Barkett

Defendant:                          Greenberg Dental Specialty Group, LLC

| | |
|---|---|
| Defendant's Counsel: | Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., Michael Furbish, Michaela Kirn, and Allison Barkett |
| Defendant: | A.B. |
| Defendant's Counsel: | Spire Law, PLLC, Jesse Unruh |

2. **Each entity with publicly traded shares or debt potentially affected by the outcome.**

   None.

3. **Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee.**

   None.

4. **Each person arguably eligible for restitution.**

   None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the judge in writing within fourteen days after I know of a conflict.

**DATED**:  May 11, 2023

Respectfully submitted,

/s/ Jason A. Perkins
Jason A. Perkins, Esq.
Florida Bar No. 0610852
CARLTON FIELDS, P.A.

132939643.1

200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Phone:  (407) 849-0300
Fax:  (407) 648-9099
jperkins@carltonfields.com (primary)
mbryan@carltonfields.com (secondary)
dcarlucci@carltonfields.com (secondary)

*Attorney for Defendant, Abby Greenberg*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jason A. Perkins
Jason A. Perkins, Esq.

4

132939643.1