UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiffs,

v.                                              Case No. 6:23-CV-871-JA-DCI

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUSAN
GREENBERG, ABBY GREENBERG,
AWG., INC., GREENBERG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.
GREENBERG DENTAL SPECIALTY
GROUP, LLC AND A.B.,

    Defendants.

_____

### DEFENDANTS GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., AND GREENBERG DENTAL SPECIALTY GROUP, LLC NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 1.07 (c), I hereby certify that the instant action:

- X -    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        *United States of America v. Joel Micah Greenberg*, Case No. 6:20-cr-97-GAP-LHP-1 (M.D. Fla. filed on June 17, 2020) (Presnell, J.).

-   -    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

O4197440.v1

Dated May 15, 2023

          */s/ Michael J. Furbush*
MICHAEL J. FURBUSH
Florida Bar No. 070009
MICHAELA N. KIRN
Florida Bar No. 1018863
Allison P. Barkett
Florida Bar No. 1025306
Dean, Mead, Egerton, Bloodworth,
   Capouano & Bozarth, P.A.
Post Office Box 2346
Orlando, Florida 32802-2346
Telephone: (407) 841-1200
Fax: (407) 423-1831
mfurbush@deanmead.com (Primary)
mkirn@deanmead.com  (Primary)
abarkett@deanmead.com (Primary)
mgodek@deanmead.com (Secondary)
smarshall@deanmead.com (Secondary)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

          */s/ Michael J. Furbush*
Michael J. Furbush