**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER E. DORWORTH,

    Plaintiffs,

v.                                                                Case No. 6:23-CV-871-JA-DCI

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUSAN
GREENBERG, ABBY GREENBERG,
AWG., INC., GREENBERG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.
GREENBERG DENTAL SPECIALTY
GROUP, LLC AND A.B.,

    Defendants.

_____

### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, DEFENDANTS, GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., and GREENBERG DENTAL SPECIALTY GROUP, LLC, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    To Defendants' knowledge, there is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the

O4196642.v1

citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.

Not Applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

<u>Defendants:</u>

    Greenberg Dental Associates, LLC

    Greenberg Dental & Orthodontics, P.A.

    Greenberg Dental Specialty Group, LLC

    Andrew Greenberg

    Susan Greenberg

    AWG, Inc.

    Joel Greenberg

    Abby Greenberg

    A.B.

<u>Counsel for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A. and Greenberg Dental Specialty Group, LLC</u>

    Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.

    Michael J. Furbush, Esq.

    Michaela N. Kirn, Esq.

    Allison P. Barkett, Esq.

Counsel for Andrew and Susan Greenberg and AWG., Inc.

    King, Blackwell, Zehnder & Wermuth, P.A.

    Frederick S. Wermuth, Esq.

    Dustin Mauser-Claassen, Esq.

    Quinn Ritter, Esq.

Counsel for Abby Greenberg

    Carlton Fields, P.A.

    Jason A. Perkins, Esq.

    Chelsey J. Clements, Esq.

    Jason F. Bullinger, Esq.

Counsel for A.B.

    Spire Law, PLLC

    Jesse I. Unruh, Esq.

    Spark Justice Law LLC

    Laura B. Wolf, Esq.

    Hutchinson Black and Cook, LLC

    Christopher W. Ford, Esq.

Counsel for Joel Greenberg

    Fritz Scheller, P.L.

    Fritz Scheller, Esq.

Plaintiff

    Christopher E. Dorworth

    Counsel for Plaintiff

       Beltran Litigation, P.A.

       Michael P. Beltran

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   To Defendants' knowledge, there is no such entity.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   To Defendants' knowledge, there is no such entity.

6. Identify each person arguably eligible for restitution:

   To Defendants' knowledge, there is no such person.

    ☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

    Dated this 15th day of May, 2023

                                           */s/ Michael J. Furbush*
                                           Michael J. Furbush
                                           Florida Bar No. 70009
                                           Michaela N. Kirn
                                           Florida Bar No. 1018863
                                           Allison P. Barkett
                                           Florida Bar No. 1025306
                                           DEAN MEAD BLOODWORTH
                                             CAPOUANO &  BOZARTH, P.A.
                                           420 S. Orange Ave., Ste. 700
                                           Orlando, FL 32801
                                           Tel: 407-841-1200
                                           Fax: 407-423-1831

O4196642.v1

mfurbush@deanmead.com (Primary)  
mkirn@deanmead.com (Primary)  
abarkett@deanmead.com (Primary)  
mgodek@deanmead.com (Secondary)  
smarshall@deanmead.com (Secondary)  
*Attorneys for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Michael J. Furbush*  
Michael J. Furbush

O4196642.v1