UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER R. DORWORTH,

    Plaintiff,

v.

Case No.: 6:23-cv-00871-JA-DCI

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG SPECIALTY GROUP, LLC, and A.B.,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

Fritz Scheller files this Notice of Appearance of the undersigned counsel, for JOEL MICAH GREENBERG in the above-captioned case.

Dated this 16th day of May 2023.

    /s/ Fritz Scheller
    Fritz Scheller
    Florida Bar No. 183113
    Fritz Scheller, P.L.
    200 E. Robinson Street, Suite 1150
    Orlando, FL 32801
    PH:   (407) 792-1285
    FAX:  (407) 649-1657
    *Attorney for Defendant Joel Greenberg*
    fscheller@flusalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Fritz Scheller*
Fritz Scheller
Florida Bar No. 183113
Fritz Scheller, P.L.
200 E. Robinson Street, Suite 1150
Orlando, FL 32801
PH:   (407) 792-1285
FAX:  (407) 649-1657
*Attorney for Defendant*
fscheller@flusalaw.com