UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER R. DORWORTH,

    Plaintiff,                                      Case No.: 6:23-cv-00871-JA-DCI

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC., GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A., GREENBERG
SPECIALTY GROUP, LLC, and A.B.,

    Defendants.
_____/

**DEFENDANT, JOEL MICAH GREENBERG'S
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, Joel Micah Greenberg, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    To Defendant's knowledge, there is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor.

    Not applicable.

3. Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

<u>Defendants</u>

    Joel Greenberg

    Andrew Greenberg

    Susan Greenberg

    Abby Greenberg

    AWG, Inc.

    Greenberg Dental Associates, LLC

    Greenberg Dental & Orthodontics, P.A.

    Greenberg Dental Specialty Group, LLC

    A.B.

<u>Counsel for Joel Greenberg</u>

    Fritz Scheller, PL

    Fritz Scheller, Esq.

<u>Counsel for Abby Greenberg</u>

    Carlton Fields, P.A.

    Jason A. Perkins, Esq.

    Chelsey J. Clements, Attorney at Law

    Jason F. Bullinger, Esq.

<u>Counsel for Defendants Andrew and Susan Greenberg and AWG, Inc.</u>

    King, Blackwell, Zehnder & Wermuth, P.A.

    Frederick S. Wermuth, Esq.

    Dustin Mauser-Claassen, Esq.

    Quinn Ritter, Esq.

<u>Counsel for Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC</u>

    Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.

    Michael Furbush, Esq.

    Michaela N. Kirm, Attorney at Law

    Allison P. Barkett, Attorney at Law

<u>Counsel for A.B.</u>

    Spire Law, PLLC

    Jesse I. Unruh, Esq.

    Spark Justice Law, LLC

    Laura B. Wolf, Attorney at Law

    Hutchinson Black and Cook, LLC

    Christopher W. Ford, Esq.

<u>Plaintiff</u>

    Christopher E. Dorworth

<u>Counsel for Plaintiff</u>

    Beltran Litigation, P.A.

    Michael P. Beltran, Esq.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    To Defendant's knowledge, there is no such entity.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    To Defendant's knowledge, there is no such entity.

6. Identify each person arguably eligible for restitution:

    To Defendant's knowledge, there is no such person.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 16th day of May 2023.

/s/ Fritz Scheller
Fritz Scheller
Florida Bar No. 0183113
Fritz Scheller, P.L.
200 E. Robinson Street, Suite 1150
Orlando, Florida 32801
PH: (407) 792-1285
FAX: (407) 649-1657
Email: fscheller@flusalaw.com
*Attorney for Defendant Joel Micah Greenberg*

## CERTIFICATE OF SERVICE

On May 16, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Fritz Scheller
Fritz Scheller
Florida Bar No. 0183113