UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER R. DORWORTH,

    Plaintiff,                                Case No.: 6:23-cv-00871-JA-DCI

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG SPECIALTY GROUP, LLC, and A.B.,

    Defendants.
_____/

**DEFENDANT, JOEL MICAH GREENBERG'S
NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.07(c), I certify that the instant action:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

    *United States of America v. Joel Micah Greenberg,* Case No. 6:20-cr-97-GAP-LHP-1 (M.D. Fla., filed on June 17, 2020) (Presnell, J.).

☐    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 16th day of May 2023.

>Respectfully submitted,
>
>/s/ Fritz Scheller
>Fritz Scheller
>Florida Bar No. 0183113
>Fritz Scheller, P.L.
>200 E. Robinson Street, Suite 1150
>Orlando, Florida 32801
>PH: (407) 792-1285
>FAX: (407) 649-1657
>Email: fscheller@flusalaw.com
>*Attorney for Defendant Joel Micah Greenberg*

## **CERTIFICATE OF SERVICE**

On May 16, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

>/s/ Fritz Scheller
>Fritz Scheller
>Florida Bar No. 0183113