# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,
Plaintiff,

v.  Case No. 6:23-cv-871-JA-DCI

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG,
SUSAN GREENBERG, ABBY
GREENBERG, AWG, INC.,
GREENBERG DENTAL
ASSOCIATES, LLC,
GREENBERG DENTAL &
ORTHODONTICS, P.A.,
GREENBERG DENTAL
SPECIALTY GROUP, LLC and A.
B.,
Defendants.

## ORDER

Defendants' Unopposed Joint Motion for Extension of Time (Doc. 15) is **GRANTED**. Defendants shall respond to the Complaint **on or before Monday, June 19, 2023**.

**DONE** and **ORDERED** in Orlando, Florida, on May 16, 2023.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties