UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    *Plaintiff,*

v.                               No. 6:23-00871-JA-DCI

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG,
SUSAN GREENBERG, ABBY
GREENBERG, AWG, INC.,
GREENBURG DENTAL
ASSOCIATES, LLC,
GREENBERG DENTAL &
ORTHODONTICS, P.A.,
GREENBERG DENTAL
SPECIALTY GROUP, LLC, and
A.B.,

    *Defendants.*

_____

## UNOPPOSED MOTION FOR SPECIAL ADMISSION
_____

Stephen Shaw, Esquire, moves for special admission to represent Defendant A.B. in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, Colorado.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Wherefore, Stephen Shaw respectfully moves this Court to enter an Order granting her appearance before this Court on behalf of Defendant A.B. for purposes relating to the proceedings in the above-styled matter.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

SPARK JUSTICE LAW LLC

By: /s/ *Stephen Shaw*
Stephen Shaw, Esquire
Colorado Bar # 56720
1035 Osage Street
Eighth Floor, Office 836
Denver, CO 80204
(303) 802-5390
steve@spark-law.com

Attorneys for Defendant A.B.

SPIRE LAW, PLLC

By: /s/ *Jesse Unruh*
Jesse Unruh, Esquire
Florida Bar # 93121
2752 W. State Road 426
Suite 2088
Oviedo, Florida 32765
(407) 494-0135
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

Attorneys for Defendant, A.B.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2023, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

/s/ *Jesse I. Unruh*
Attorney