# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH, <br><br> Plaintiff, <br><br> v. <br><br> JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBURG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B., <br><br> Defendants. | Case No.: 6:23-cv-00871-JA-DCI |

## DEFENDANT, ABBY GREENBERG'S, DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, the Defendant, Abby Greenberg, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **Not Applicable.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   **Not Applicable.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   | | |
   |---|---|
   | **Plaintiff**: | Christopher E. Dorworth |
   | **Plaintiff's Counsel**: | Beltran Litigation, P.A., Michael Beltran |
   | **Defendant**: | Joel Micah Greenberg |
   | **Defendant's Counsel**: | Fritz Scheller, P.L., Fritz Scheller |
   | **Defendant**: | Andrew W. Greenberg |
   | **Defendant's Counsel**: | King, Blackwell, Zehnder & Wermuth, P.A., Fritz Wermuth, Dustin Mauser-Claassen, and Quinn Ritter |
   | **Defendant**: | Susan Greenberg |

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

| | |
|---|---|
| **Defendant's Counsel:** | **King, Blackwell, Zehnder & Wermuth, P.A., Fritz Wermuth, Dustin Mauser-Claassen, and Quinn Ritter** |
| **Defendant:** | **Abby Greenberg** |
| **Defendant's Counsel:** | **Carlton Fields, P.A., Jason Perkins, Chelsey Clements, and Jason Bullinger** |
| **Defendant:** | **AWG, Inc.** |
| **Defendant's Counsel:** | **King, Blackwell, Zehnder & Wermuth, P.A., Fritz Wermuth, Dustin Mauser-Claassen, and Quinn Ritter** |
| **Defendant:** | **Greenberg Dental Associates, LLC** |
| **Defendant's Counsel:** | **Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., Michael Furbish, Michaela Kirn, and Allison Barkett** |
| **Defendant:** | **Greenberg Dental & Orthodontics, P.A.** |
| **Defendant's Counsel:** | **Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., Michael Furbish, Michaela Kirn, and Allison Barkett** |
| **Defendant:** | **Greenberg Dental Specialty Group, LLC** |
| **Defendant's Counsel:** | **Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., Michael Furbish, Michaela Kirn, and Allison Barkett** |
| **Defendant:** | **A.B.** |
| **Defendant's Counsel:** | **Spire Law, PLLC, Jesse Unruh** |

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None.**

6. Identify each person arguably eligible for restitution:

   **None.**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

**DATED**: May 23, 2023

                                            Respectfully submitted,

                                            /s/ Jason A. Perkins
                                            Jason A. Perkins, Esq.
                                            Florida Bar No. 0610852
                                            CARLTON FIELDS, P.A.
                                            200 S. Orange Avenue, Suite 1000
                                            Orlando, Florida 32801
                                            Phone: (407) 849-0300
                                            Fax: (407) 648-9099
                                            jperkins@carltonfields.com (primary)
                                            mbryan@carltonfields.com (secondary)
                                            dcarlucci@carltonfields.com (secondary)

                                            *Attorney for Defendant, Abby Greenberg*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason A. Perkins*
Jason A. Perkins, Esq.
