UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-cv-00871-CEM-DCI

### NOTICE OF DESIGNATION OF LEAD COUNSEL FOR DEFENDANT, A.B.

PLEASE TAKE NOTICE that Laura B. Wolf Esquire, of Spark Justice Law LLC, is hereby designated as lead counsel of record for Defendant, A.B.

Dated this 24th day of May, 2023.

                            Respectfully submitted,

| | |
|---|---|
| s/ Jesse Unruh | s/ Laura B. Wolf |
| Jesse Unruh, Esquire<br>Florida Bar No. 93121<br>SPIRE LAW, PLLC<br>2572 W. State Road 426, Suite 2088<br>Oviedo, Florida 32765<br>(407) 494-0135<br>jesse@spirelawfirm.com<br>marcela@spirelawfirm.com<br>filings@spirelawfirm.com<br>Attorneys for Defendant A.B. | Laura B. Wolf, Esquire<br>Lead Attorney<br>SPARK JUSTICE LAW LLC<br>Colorado Bar # 46833<br>1035 Osage Street<br>Eighth Floor, Office 836<br>Denver, CO 80204<br>(303) 802-5390<br>steve@spark-law.com<br>Attorneys for Defendant A.B. |
| s/ Jonathan B. Boonin | s/ Stephen Shaw |
| Jonathan B. Boonin, Esquire<br>Colorado Bar # 23113<br>HUTCHINSON BLACK AND COOK, LLC<br>921 Walnut Street<br>Suite 200<br>Boulder, CO 80302<br>(303) 442-6514<br>jonathan.boonin@hbcboulder.com<br>ella.ford@hbcboulder.com<br>Attorneys for Defendant A.B. | Stephen Shaw, Esquire<br>SPARK JUSTICE LAW LLC<br>Colorado Bar # 56720<br>1035 Osage Street<br>Eighth Floor, Office 836<br>Denver, CO 80204<br>(303) 802-5390<br>laura@spark-law.com<br>Attorneys for Defendant A.B. |
| s/ Christopher F. Ford | |
| Christopher W. Ford, Esquire<br>Colorado Bar # 28632<br>HUTCHINSON BLACK AND COOK, LLC<br>921 Walnut Street<br>Suite 200<br>Boulder, CO 80302<br>(303) 442-6514<br>ford@hbcboulder.com<br>ella.ford@hbcboulder.com | |

Attorneys for Defendant A.B.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2023, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*s/ Laura B. Wolf*
Laura B. Wolf, Esquire
