UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-cv-00871-CEM-DCI |

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action is related to the following pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court or administrative agency:

*United States of America v. Joel Micah Greenberg*, Case No. 6:20-cr-97-GAP-LHP-1 (M.D. Fla, filed on June 17, 2020) (Presnell, J.)

1

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 24th day of May, 2023.

Respectfully submitted,

*s/ Jesse Unruh*

Jesse Unruh, Esquire
Florida Bar No. 93121
SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
(407) 494-0135
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com
Attorneys for Defendant A.B.

*s/ Jonathan B. Boonin*
Jonathan B. Boonin, Esquire
Colorado Bar # 23113
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street
Suite 200
Boulder, CO 80302
(303) 442-6514
jonathan.boonin@hbcboulder.com
ella.ford@hbcboulder.com

*s/ Laura B. Wolf*

Laura B. Wolf, Esquire
Lead Attorney
SPARK JUSTICE LAW LLC
Colorado Bar # 46833
1035 Osage Street
Eighth Floor, Office 836
Denver, CO 80204
(303) 802-5390
steve@spark-law.com
Attorneys for Defendant A.B.

*s/ Stephen Shaw*

Stephen Shaw
SPARK JUSTICE LAW LLC
Colorado Bar # 56720
1035 Osage Street
Eighth Floor, Office 836
Denver, CO 80204
(303) 802-5390
laura@spark-law.com
Attorneys for Defendant A.B.

Attorneys for Defendant A.B.

*s/ Christopher W. Ford*

Christopher W. Ford, Esquire
Colorado Bar # 28632
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street
Suite 200
Boulder, CO 80302
(303) 442-6514
ford@hbcboulder.com
ella.ford@hbcboulder.com
Attorneys for Defendant A.B.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2023, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*s/ Laura B. Wolf*
Laura B. Wolf, Esquire