UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-cv-00871-CEM-DCI |

### DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, A.B. ("Defendant"), through undersigned counsel, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **Not applicable.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual

or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

**Not applicable.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. **Christopher E. Dorworth – Plaintiff**

    b. **Michael P. Beltran, Esq. – Counsel for Plaintiff**

    c. **Beltran Litigation, P.A. – Counsel for Plaintiff**

    d. **Andrew Greenberg – Defendant**

    e. **Susan Greenberg – Defendant**

    f. **AWG, Inc. - Defendant**

    g. **Dustin Michael Mauser-Claassen, Esq. – Counsel for Defendant Andrew Greenberg, Susan Greenberg, and AWG, Inc.**

    h. **Frederick S. Wermuth, Esq. – Counsel for Defendant**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

    Andrew Greenberg, Susan Greenberg, and AWG, Inc.

  i. King, Blackwell, Zehnder & Wermuth, PA – Counsel for Defendant Andrew Greenberg, Susan Greenberg, and AWG, Inc.

  j. Quinn B. Ritter, Esq. – Counsel for Defendant Andrew Greenberg, Susan Greenberg, and AWG, Inc.

  k. Joel Greenberg – Defendant

  l. Fritz J. Scheller – Counsel for Defendant Joel Greenberg

  m. Fritz Scheller, PL – Counsel for Defendant Joel Greenberg

  n. Abby Greenberg – Defendant

  o. Jason A. Perkins – Counsel for Defendant Abby Greenberg

  p. Chelsey Joiner Clements – Counsel for Defendant Abby Greenberg

  q. Carlton Fields Jorden Burt, PA – Counsel for Defendant Abby Greenberg

  r. Greenberg Dental Associates, LLC – Defendant

  s. Greenberg Dental & Orthodontics, P.A. – Defendant

  t. Greenberg Dental Specialty Group, LLC – Defendant

  u. Allison P. Barkett – Counsel for Defendants Greenberg Dental

Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC

v. Michael J. Furbush – Counsel for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC

w. Michaela Kirn – Counsel for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC

x. Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA – Counsel for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC

y. A.B. – Defendant

z. Jesse I. Unruh, Esq. – Counsel for Defendant A.B.

aa. Spire Law, PLLC – Counsel for Defendant A.B.

bb.   Christopher Ford, Esq. – Counsel for Defendant A.B.

cc. Jonathan Boonin, Esq. – Counsel for Defendant A.B.

dd.   Hutchinson Black and Cook, LLC – Counsel for Defendant A.B.

ee. Laura Wolf, Esq. – Counsel for Defendant A.B.

> **ff. Stephen Shaw, Esq. – Counsel for Defendant A.B.**
>
> **gg. Spark Justice Law LLC– Counsel for Defendant A.B.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None.**

6. Identify each person arguably eligible for restitution:

   **Plaintiff claims entitlement to restitution from Defendants. A.B. denies any restitution is due from her.**

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 24th day of May, 2023.

Respectfully submitted,

| | |
|---|---|
| *s/ Jesse Unruh* | *s/ Laura B. Wolf* |
| Jesse Unruh, Esquire | Laura B. Wolf, Esquire |
| Florida Bar No. 93121 | SPARK JUSTICE LAW LLC |
| SPIRE LAW, PLLC | Colorado Bar # 46833 |
| 2572 W. State Road 426, Suite 2088 | 1035 Osage Street |
| Oviedo, Florida 32765 | Eighth Floor, Office 836 |

(407) 494-0135
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com
Attorneys for Defendant A.B.

*s/ Jonathan B. Boonin*
Jonathan B. Boonin, Esquire
Colorado Bar # 23113
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street
Suite 200
Boulder, CO 80302
(303) 442-6514
jonathan.boonin@hbcboulder.com
ella.ford@hbcboulder.com
Attorneys for Defendant A.B.

*s/ Christopher W. Ford*
Christopher W. Ford, Esquire
Colorado Bar # 28632
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street
Suite 200
Boulder, CO 80302
(303) 442-6514
ford@hbcboulder.com
ella.ford@hbcboulder.com
Attorneys for Defendant A.B.

Denver, CO 80204
(303) 802-5390
steve@spark-law.com
Attorneys for Defendant A.B.

*s/ Stephen Shaw*
Stephen Shaw, Esquire
Lead Attorney
SPARK JUSTICE LAW LLC
Colorado Bar # 57620
1035 Osage Street
Eighth Floor, Office 836
Denver, CO 80204
(303) 802-5390
laura@spark-law.com
Attorneys for Defendant A.B.

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2023, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*s/ Laura B. Wolf*
Laura B. Wolf, Esquire
