UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

## NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to the following pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court or administrative agency:

1) *United States of America v. Joel Micah Greenberg*, Case No. 6:20-cr-97-GAP-LHP-1 (M.D. Fla., June 17, 2020) (Presnell, J.).

2) *State Of Florida v. Benjamin Richard Paris*, Case No.: 2022-MM-1796 (Fla. Seminole County, May 23, 2022) (Culver, J.).

3) *State Of Florida v. James Eric Foglesong*, Case No.: 2022-CF-1250 (Fla. 18th Cir. Seminole, May 23, 2022) (McIntosh, J.).

June 3, 2023.

Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.

                        4920 West Cypress St.
                        Suite 104 PMB 5089
                        Tampa, FL 33607
                        813-870-3073 (o)
                        mike@beltranlitigation.com
                        *Counsel for Plaintiff Dorworth*

## **CERTIFICATE OF SERVICE**

      I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

                        /s/Michael Paul Beltran
                        Michael P Beltran