UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff discloses the following:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: No such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Chris Dorworth, Rebekah Dorworth, Joel Micah Greenberg, Andrew W. Greenberg, Sue Greenberg, Abby Greenberg, AWG, Inc., Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC, and A.B.

Michael J. Furbush, Esq., Fritz J. Scheller, Esq., Jason A. Perkins, Esq., Frederick S. Wermuth, Esq., Michael Paul Beltran, Esq., Chelsey Joiner Clements, Esq., Jesse Ian Unruh, Esq., Dustin Michael Mauser-Claassen, Esq., Michaela Kirn, Esq, Quinn B. Ritter, Esq., Dean Mead, P.A., Carlton Fields, P.A., Fritz Scheller, P.L., King Blackwell, P.A., Spire Law, P.A., Chris Ford, Esq., John Clune, Esq., Hutchinson, Black and Cook, LLC, Laura Wolf, Esq. Stephen Shaw, Esq. Spark Justice Law, LLC, Jonathan B. Boonin, Esq., Allison Barkett, Esq., Jason Bullinger, Esq.

Any additional persons disclosed by any defendant.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: None known.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None known other than listed above.

6. Identify each person arguably eligible for restitution:

Chris Dorworth and Rebekah Dorworth.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

June 3, 2023.                                                                                  Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## CERTIFICATE OF SERVICE

I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran