UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER R. DORWORTH,

    Plaintiff,                                  Case No.: 6:23-cv-00871-CEM-DCI

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC., GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A., GREENBERG
SPECIALTY GROUP, LLC, and A.B.,

    Defendants.
_____/

**DEFENDANT, JOEL MICAH GREENBERG'S
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, Joel Micah Greenberg, makes the following disclosure(s).

1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    To Defendant's knowledge, there is no such corporation.

2.    If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor.

    Not applicable.

3.    Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

| | |
|---|---|
| <u>Plaintiff:</u> | Christopher E. Dorworth |
| <u>Counsel for Plaintiff:</u> | Beltran Litigation, P.A., Michael P. Beltran, Esq. |

| | |
|---|---|
| Defendant: | Joel Greenberg |
| Defendant's Counsel: | Fritz Scheller, P.L.<br>Fritz Scheller, Esq. |
| Defendant: | Andrew Greenberg |
| Defendant's Counsel: | King, Blackwell, Zehnder & Wermuth, P.A.<br>Frederick S. Wermuth, Esq.<br>Dustin Mauser-Claassen, Esq.<br>Quinn Ritter, Esq. |
| Defendant: | Susan Greenberg |
| Defendant's Counsel: | King, Blackwell, Zehnder & Wermuth, P.A.<br>Frederick S. Wermuth, Esq.<br>Dustin Mauser-Claassen, Esq.<br>Quinn Ritter, Esq. |
| Defendant: | Abby Greenberg |
| Defendant's Counsel: | Carlton Fields, P.A.<br>Jason A. Perkins, Esq.<br>Chelsey J. Clements, Attorney at Law<br>Jason F. Bullinger, Esq. |
| Defendant: | AWG, Inc. |
| Defendant's Counsel: | King, Blackwell, Zehnder & Wermuth, P.A.<br>Frederick S. Wermuth, Esq.<br>Dustin Mauser-Claassen, Esq.<br>Quinn Ritter, Esq. |
| Defendant: | Greenberg Dental Associates, LLC |
| Defendant's Counsel: | Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.<br>Michael Furbush, Esq.<br>Michaela N. Kirm, Attorney at Law<br>Allison P. Barkett, Attorney at Law |
| Defendant: | Greenberg Dental & Orthodontics, P.A. |
| Defendant's Counsel: | Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.<br>Michael Furbush, Esq. |

|  |  |
|---|---|
|  | Michaela N. Kirm, Attorney at Law |
|  | Allison P. Barkett, Attorney at Law |
| Defendant: | Greenberg Dental Specialty Group, LLC |
| Defendant's Counsel: | Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A. |
|  | Michael Furbush, Esq. |
|  | Michaela N. Kirm, Attorney at Law |
|  | Allison P. Barkett, Attorney at Law |
| Defendant: | A.B. |
| Defendant's Counsel: | Spire Law, PLLC |
|  | Jesse I. Unruh, Esq. |
|  | Spark Justice Law, LLC |
|  | Laura B. Wolf, Attorney at Law |
|  | Hutchinson Black and Cook, LLC |
|  | Christopher W. Ford, Esq. |

4.  Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   To Defendant's knowledge, there is no such entity.

5.  Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   To Defendant's knowledge, there is no such entity.

6.  Identify each person arguably eligible for restitution:

   To Defendant's knowledge, there is no such person.

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in

this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 5th day of June 2023.

/s/ Fritz Scheller
Fritz Scheller
Florida Bar No. 0183113
Fritz Scheller, P.L.
200 E. Robinson Street, Suite 1150
Orlando, Florida 32801
PH: (407) 792-1285
FAX: (407) 649-1657
Email: fscheller@flusalaw.com
*Attorney for Defendant Joel Micah Greenberg*

## CERTIFICATE OF SERVICE

On June 5, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Fritz Scheller
Fritz Scheller
Florida Bar No. 0183113