UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER R. DORWORTH,

    Plaintiff,                                  Case No.: 6:23-cv-00871-CEM-DCI

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG SPECIALTY GROUP, LLC, and A.B.,

    Defendants.
_____/

**DEFENDANT, JOEL MICAH GREENBERG'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*United States of America v. Joel Micah Greenberg,* Case No. 6:20-cr-97-GAP-LHP-1 (M.D. Fla., filed on June 17, 2020) (Presnell, J.).

☐    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 5th day of June 2023.

                                          Respectfully submitted,

                                        /s/ Fritz Scheller
                                        Fritz Scheller
                                        Florida Bar No. 0183113
                                        Fritz Scheller, P.L.
                                        200 E. Robinson Street, Suite 1150
                                        Orlando, Florida 32801
                                        PH: (407) 792-1285
                                        FAX: (407) 649-1657
                                        Email: fscheller@flusalaw.com
                                        *Attorney for Defendant Joel Micah Greenberg*

## **CERTIFICATE OF SERVICE**

On June 5, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                        /s/ Fritz Scheller
                                        Fritz Scheller
                                        Florida Bar No. 0183113