# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBURG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-cv-00871-CEM-DCI |

## JOINT MOTION TO EXTEND DEADLINE
## TO FILE CASE MANAGEMENT REPORT

Plaintiff Christopher Dorworth, and Defendants Joel M. Greenberg, Andrew Greenberg, Susan Greenberg, Abby Greenberg, AWG, Inc., Greenburg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC, and A.B. (collectively, the "Parties"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully request that the Court enter an order extending the Parties' deadline to file a joint case management report (CMR) to June 30, 2023. In support of this joint request, the Parties state:

    1.    This case was originally filed in state court on April 7, 2023. (Doc. 1-1).

133150749.1

2. While this case was still pending in state court, all Defendants waived service of process with an effective date ranging between April 18 and May 2, 2023. (*See* Doc. 1-3 at 26–35). In exchange for the Defendants waiving service, Defendants each received 60 days to file their responses to the Verified Complaint, which resulted in an agreed response deadline of on or about June 19, 2023 for all Defendants. *See* Fla. R. Civ. P. 1.070(i)(4).

3. This case was removed to this court on May 10, 2023. (Doc. 1).

4. On May 16th, 2023, the Parties filed a joint motion to extend Defendants' deadlines to respond to the Verified Complaint based upon Defendants' waivers of service (the "Joint Motion"). (*See* Doc. 15). District Judge John Antoon II granted the Joint Motion prior to the reassignment of this case. (Doc. 19). The order allowed the Defendants until June 19th, 2023 to respond. *Id.*

5. Local Rule 3.02(b)(2) provides that the "parties must file [a] case management report . . . within forty days after the docketing of any action removed or transferred to this court." Therefore, the Parties' deadline to have conducted their Rule 26(f) conference and provide the required scheduling order is Monday, June 19, 2023. Fed. R. Civ. P. 26(f)(1); Local Rule 3.02(a)-(b).

6. The Parties respectfully request that the Court provide approximately two (2) additional weeks to meet and confer and jointly submit a CMR—up to June 30, 2023. The additional time is required in light of the Parties' competing professional obligations, including the Parties' respective obligations in regard to filing responsive pleadings to the Verified Complaint on or before June 19, 2023. In addition, under

133150749.1

the current deadlines imposed, the Parties' obligation to submit a CMR will come on or about the same time as the Defendants' obligation to respond to the Verified Complaint.

7. There are no deadlines set in this case that will be affected by the proposed reasonable extension sought in this motion.

8. The Parties bring the instant motion in good faith and not for the purpose of delay. Moreover, the relief sought in this motion will not prejudice any party; indeed, the Parties seek the requested relief jointly.

## INCORPORATED MEMORANDUM OF LAW

The Court, for good cause shown, may extend the time prescribed by the Federal Rules of Civil Procedure for any act required or allowed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 6(b)(1); *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 897 n.5 (1990). A request for an extension of time should generally be granted when a party demonstrates a reasonable basis for the request. *See, e.g.*, *Lewis v. Charlotte Corr. Inst. Emps.*, 589 F. App'x 950, 951 (11th Cir. 2014); *Jozwiak v. Stryker Corp.*, No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2-*3 (M.D. Fla. Feb. 26, 2010). This District has typically "always been receptive to motions for enlargement of time before deadlines pass based on the good cause standard . . . ." *Landis v. Direct Wireless Enters., Inc.*, No. 6:08-cv-1603-Orl-28GJK, 2009 WL 2605074, at *5 n.7 (M.D. Fla. June 10, 2009).

The Parties have shown good cause for the relief requested in this motion. In addition, there are no current case management and scheduling deadlines set in this

case. The Parties seek this reasonable extension in good faith, and no party will be prejudiced by the extension.

**WHEREFORE**, Plaintiff and Defendants respectfully request that this Court enter an order granting this motion and setting the deadline for the Parties to file a case management report to June 30, 2023.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), undersigned counsel for Plaintiff and Defendants have conferred to resolve the issues raised in this motion. The Parties have agreed to seek the requested relief jointly.

Respectfully submitted this 9th day of June, 2023,

/s/ Frederick Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com (Primary)
dmauser@kbzwlaw.com (Primary)
qritter@kbzwlaw.com (Primary)
mhill@kbzwlaw.com (Secondary)
courtfilings@kbzwlaw.com (Secondary)

*Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG., Inc.*

/s/ Michael Furbush
Michael J. Furbush
Florida Bar No. 70009
Michaela N. Kirn
Florida Bar No. 1018863
DEAN, MEAD, EGERTON,
BLOODWORTH, CAPOUANO &
BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Tel: 407-841-1200
Fax: 407-423-1831
mfurbush@deanmead.com (Primary)
mkirn@deanmead.com (Primary)
abarkett@deanmead.com (Primary)
mgodek@deanmead.com (Secondary)
smarshall@deanmead.com (Secondary)

*Attorneys for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC*

133150749.1

| | |
|---|---|
| /s/ Jason Perkins<br>Jason A. Perkins, Esq.<br>Florida Bar No. 0610852<br>Chelsey J. Clements, Esq.<br>Florida Bar No. 112414<br>Jason F. Bullinger, Esq.<br>Florida Bar No. 1002286<br>CARLTON FIELDS, P.A.<br>200 S. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>Phone: (407) 849-0300<br>Fax: (407) 648-9099<br>jperkins@carltonfields.com (primary)<br>cclements@carltonfields.com (primary)<br>jbullinger@carltonfields.com (primary)<br>mbryan@carltonfields.com (secondary)<br>dcarlucci@carltonfields.com (secondary)<br><br>*Attorney for Defendant, Abby Greenberg* | /s/   Jesse Unruh<br>Jesse I. Unruh, Esq.<br>Florida Bar No. 93121<br>Spire Law, PLLC<br>2572 W State Rd 426 Suite 2088<br>Oviedo, Florida 32765<br>Phone: (407) 494-0135<br>jesse@spirelawfirm.com (primary)<br>marcela@spirelawfirm.com (secondary)<br>filings@spirelawfirm.com (secondary)<br><br>and<br><br>Christopher W. Ford, Esq.<br>Colorado Bar # 28632<br>Jonathan Boonin<br>Colorado Bar # 23113<br>Hutchinson Black and Cook LLC<br>921 Walnut Street, Suite 200<br>Boulder, Colorado 80302<br>Phone: (303)-442-6514<br>ford@hbcboulder.om<br>ella.ford@hbcboulder.com<br><br>and<br><br>Laura B. Wolf, Esq.<br>Colorado Bar # 46833<br>Stephen Saw, Esq.<br>Colorado Bar # 56720<br>1035 Osage Street<br>Eighth Floor, Office 836<br>Denver, Colorado 80204<br>Phone: (303)-802-5390<br>laura@spark-law.com<br><br>*Attorney for A.B.* |
| /s/ Fritz Scheller<br>Fritz Scheller, Esquire | /s/   Michael Beltran<br>Michael P Beltran |

133150749.1

| | |
|---|---|
| Florida Bar No.: 0183113<br>Fritz Scheller, P.L.<br>200 E. Robinson St., Suite 1150<br>Orlando, Florida 32801<br>Phone: (407) 792-1285<br>Fax: (407) 649-1657<br>fscheller@flusalaw.com (primary)<br>arenehan@flusalaw.com (secondary)<br><br>*Attorney for Defendant, Joel Greenberg* | Florida Bar No.: 0093184<br>Beltran Litigation, P.A.<br>4920 West Cypress St.<br>Suite 104 PMB 5089<br>Tampa, Florida 33607<br>Phone: (813)-870-3073 (o)<br>mbeltran@beltranlitigation.com<br><br>*Attorney for Plaintiff, Christopher Dorworth* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jason A. Perkins
Jason A. Perkins, Esq.

133150749.1