## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBURG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-cv-00871-CEM-DCI |

### NOTICE OF WITHDRAWAL OF JOINT MOTION (DOCUMENT NUMBER 41) TO EXTEND DEADLINE TO FILE CASE MANAGEMENT REPORT

The Defendant, Abby Greenberg, by and through her undersigned counsel, hereby gives notice of the Withdrawal of the Joint Motion to Extend Deadline to File Case Management Report (Document Number 41) filed on Friday, June 9, 2023.

**DATED**: Monday, June 12, 2023

/s/ Jason Perkins
Jason A. Perkins, Esq.
Florida Bar No. 0610852
CARLTON FIELDS, P.A.
200 S. Orange Avenue
Suite 1000

133173531.1

Orlando, Florida 32801
Phone: (407) 849-0300
Fax: (407) 648-9099
jperkins@carltonfields.com
(primary)
cclements@carltonfields.com
(primary)
jbullinger@carltonfields.com
(primary)
mbryan@carltonfields.com
(secondary)
dcarlucci@carltonfields.com
(secondary)

*Attorney for Defendant, Abby Greenberg*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jason A. Perkins
Jason A. Perkins, Esq.

133173531.1