UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

   *Plaintiff*,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

   *Defendants*.

Case No.: 6:23-cv-00871

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 6/15/2023. Michael Beltran on behalf of Plaintiff Chris Dorworth; Dustin Mauser-Claassen and Quinn Ritter on behalf of Andrew W. Greenberg, Susan Greenberg, and AWG, Inc.; Laura Wolf, Christopher Ford, and Stephen Shaw on behalf of Defendant A.B.; Jason Perkins on behalf of Abby Greenberg; and Michael Furbush on behalf of Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC attended the conference.

2. **Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 7/28/2023 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a).* | 11/3/2023 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). Plaintiff | 4/18/2024 |
| Defendants | 6/18/2024 |
| Rebuttal | 7/18/2024 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 8/1/2024 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 9/4/2024 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Frederick J. Lauten<br>1060 Maitland Center Commons<br>Suite 440<br>Maitland, FL 32751<br>407-661-1123 | Plaintiff's proposed deadline: 12/22/2023<br><br>Defendants' proposed deadline: 12/13/2024 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 12/13/2024 |

---

* In the event the Court denies the motions to dismiss that are pending or that may later be filed in this matter, any one or more of the Defendants will be required at that time, and not before that time, to file mandatory counterclaims with their Answer pursuant to Fed. R. Civ. Pro. 7, 12, and 13. The joinder and amendment deadline does not and is not intended to apply to such claims.

2

| | |
|---|---|
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 1/17/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 1/23/2025 |
| Month and year of the trial term.† | 2/3/2025 |

The trial will last approximately 10 days and be

☒ jury.

☐ non-jury.

3. **Description of the Action**

   Plaintiff asserts claims against nine defendants, including claims under the federal Racketeer Influenced and Corrupt Organizations Act (RICO) of 1970, defamation, civil conspiracy, and a claim seeking declaratory relief. Plaintiff claims that Defendants' conduct caused him to lose his job and reputation. This case is complex.

4. **Disclosure Statement**

   ☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

---

† Plaintiff's counsel reserves the right to request an accommodation of trial weeks if he is still serving in the Florida Legislature at the time of trial, as committee weeks may be scheduled in February 2025.

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

    ☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

    ☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

    > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

    ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

    The parties submit the following discovery plan under Rule 26(f)(2):

    A.  The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

    ☒  Yes.

    ☐  No; instead, the parties agree to these changes: enter changes.

B. Discovery may be needed on these subjects: The parties agree that discovery will consist of information relating to their respective claims and defenses and that they will continue to confer on the appropriate scope pursuant to Rule 26(b).

C. Discovery should be conducted in phases:

    ☒  No.

    ☐  Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

    ☒  No.

    ☐  Yes; describe the issue(s).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

    ☒  No.

    ☐  Yes; describe the stipulation.

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

11. **Certification of familiarity with the Local Rules**

    ☒ The parties certify that they have read and are familiar with the Court's Local Rules.

12. **Signatures**

Respectfully submitted this 20th day of June 2023,

/s/ Michael P. Beltran
Michael P Beltran (Lead counsel)
Florida Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
Phone: 813-870-3073 (o)
mike@beltranlitigation.com

*Counsel for Plaintiff Dorworth*

/s/ Dustin Mauser-Claassen
Frederick S. Wermuth (Lead counsel)
Florida Bar No. 0184111
Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
dmauser@kbzwlaw.com
qritter@kbzwlaw.com

*Counsel for Defendants Andrew Greenberg, Susan Greenberg, and AWG., Inc.*

/s/ Jason A. Perkins
Jason A. Perkins, Esq. (Lead counsel)
Florida Bar No. 0610852
Chelsey J. Clements, Esq.
Florida Bar No. 112414
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Phone: (407) 849-0300
Fax: (407) 648-9099
jperkins@carltonfields.com (primary)
cclements@carltonfields.com (primary)

/s/ Michael J. Furbush
Michael J. Furbush (Lead counsel)
Florida Bar No. 70009
Michaela N. Kirn
Florida Bar No. 1018863
Allison P. Barkett
Florida Bar No. 1025306
DEAN, MEAD, EGERTON,
BLOODWORTH, CAPOUANO &
BOZARTH, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801

mbryan@carltonfields.com (secondary)
dcarlucci@carltonfields.com (secondary)

*Counsel for Defendant Abby Greenberg*

Tel: 407-841-1200
Fax: 407-423-1831
mfurbush@deanmead.com (Primary)
mkirn@deanmead.com (Primary)
abarkett@deanmead.com (Primary)
mgodek@deanmead.com (Secondary)
smarshall@deanmead.com (Secondary)

*Counsel for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC*

/s/ Fritz Scheller
Fritz Scheller (Lead counsel)
Florida Bar No.: 0183113
Fritz Scheller, P.L.
200 E. Robinson St., Suite 1150
Orlando, Florida 32801
Phone: (407) 792-1285
Fax: (407) 649-1657
fscheller@flusalaw.com (Primary)
arenehan@flusalaw.com (Secondary)

*Counsel for Defendant Joel M. Greenberg*

/s/ Laura B. Wolf
Laura B. Wolf, Esquire* (Lead Counsel)
Stephen Shaw, Esquire*
SPARK JUSTICE LAW LLC
1035 Osage Street
Eighth Floor, Office 836
Denver, CO 80204
Phone: (303) 802-5390
laura@spark-law.com
steve@spark-law.com

Jonathan B. Boonin, Esquire*
Christopher W. Ford, Esquire*
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street
Suite 200
Boulder, CO 80302
Phone: (303) 442-6514
jonathan.boonin@hbcboulder.com
ford@hbcboulder.com
ella.ford@hbcboulder.com

Jesse I. Unruh, Esq.
Florida Bar No. 93121
Spire Law, PLLC
2572 W State Rd 426 Suite 2088
Oviedo, Florida 32765
Phone: (407) 494-0135
jesse@spirelawfirm.com (primary)

7

>marcela@spirelawfirm.com (secondary)
>filings@spirelawfirm.com (secondary)
>
>*Counsel for Defendant A.B.*
>
>*\*Pro Hac Vice admitted*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/* Dustin Mauser-Claassen
>Dustin Mauser-Claassen
>Florida Bar No. 0119289