UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH, <br><br>    Plaintiff, <br><br> v. <br><br> JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B., <br><br>    Defendants. | Case No.: 6:23-CV-00871 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RULE 12 MOTIONS

Plaintiff Christopher Dorworth hereby moves for an extension of time through July 31, 2023 to respond to Defendants' Rule 12 Motions and states the following:

1) Dorworth filed this action on April 7, 2023, provided each Defendant with waivers, and each Defendant received at least 60 days to respond to the Complaint.

2) Between June 16, 2023, and June 20, 2023, each Defendant Moved to Dismiss the Complaint.

3) Some of Defendants' Motions are captioned as Motions to Dismiss, and others are captioned as other Rule 12 motions, and some are titled as both Motions to Dismiss and as other types of Rule 12 Motions.

4) Under the local rules, the earliest return date for a Rule 12 Motion that is not deemed a Motion to Dismiss for purposes of calculating the return date would be today, June 30, 2023, and the latest return date for a Rule 12 Motion that is a Motion Dismiss would be July 11, 2023.

5) Undersigned counsel intends to amend his Complaint.

6) Undersigned counsel needs additional time to review any deficiencies identified in the Motions, confer with his client and colleagues, and amend and redraft his pleading.

**CERTIFICATE OF CONFERRAL**

7) Counsel for Joel Greenberg, A.B., Abby Greenberg, Andrew and Susan Greenberg, and AWG, Inc. have responded that they do not oppose the requested extension. Undersigned counsel emailed and telephoned Michael Furbush, counsel for the remaining Defendants, but has not yet received a response to his inquiry as to whether the remaining Defendants will consent to the Motion.

8) For the foregoing reasons, the Court should extend the time to respond to the Motions through July 31, 2023.

Filed: June 30, 2023.                                    Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

**CERTIFICATE OF SERVICE**

I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran