UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>  Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>  Defendants. | Case No.: 6:23-CV-00871 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GREENBERG DEFENDANTS' MOTION TO DISMISS

Plaintiff Christopher Dorworth hereby moves for an extension of time through July 31, 2023 to respond to the Greenberg Dental Defendants Motion to Dismiss (Doc. 47) and states the following:

1)   Dorworth filed this action on April 7, 2023, provided each Defendant with waivers, and each Defendant received at least 60 days to respond to the Complaint.

2)   On June 19, 2023, the Greenberg Dental Defendants Moved to Dismiss the Complaint. (Doc. 47)

3)   Under the local rules, the return date for the Greenberg Dental Defendants' Motion to Dismiss would is July 10, 2023.

4)   Undersigned counsel intends to amend his Complaint.

5) Undersigned counsel needs additional time to review any deficiencies identified in the Motions, confer with his client and colleagues, and amend and redraft his pleading.

### CERTIFICATE OF CONFERRAL

6) Undersigned counsel emailed and telephoned Michael Furbush, counsel for the remaining Defendants on June 30, 2023. On July 6, 2023, undersigned counsel again followed up by telephone and Mr. Furbush represented that he does not oppose the relief requested.

7) For the foregoing reasons, the Court should extend the time to respond to the Motion through July 31, 2023.

Filed: July 6, 2023.                                              Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

### CERTIFICATE OF SERVICE

I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran