UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-CV-00871 |

**NOTICE OF WITHDRAWAL OF PARAGRAPHS FROM COMPLAINT**

Plaintiff Chris Dorworth hereby provides notice that he is withdrawing Paragraphs 353, 634, 635, 645, 648, and 789, all from the Verified Complaint filed in the Eighteenth Judicial Circuit on April 7, 2023. This withdrawal is without prejudice, as a courtesy to Abby Greenberg, and solely to streamline the allegations and avoid unnecessary litigation.

Filed: July 7, 2023.

Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

**CERTIFICATE OF SERVICE**

    I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

                                             /s/Michael Paul Beltran
                                             Michael P Beltran