UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-CV-00871 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RULE 12 MOTIONS**

Plaintiff Christopher Dorworth hereby moves for an extension of time through August 8, 2023, to respond to Defendants' Rule 12 Motions and states the following:

1)    Dorworth filed this action on April 7, 2023, provided each Defendant with waivers, and each Defendant received at least 60 days to respond to the Complaint.

2)    Between June 16, 2023, and June 20, 2023, each Defendant Moved to Dismiss the Complaint.

3)    Some of Defendants' Motions are captioned as Motions to Dismiss, and others are captioned as other Rule 12 motions, and some are titled as both Motions to Dismiss and as other types of Rule 12 Motions.

4)    In total, there are well over 100 pages of briefing directed to a complaint of approximately equal length.

5)    Under the local rules, the earliest return date for a Rule 12 Motion that is not deemed a Motion to Dismiss for purposes of calculating the return date would have been June 30, 2023, and the latest return date for a Rule 12 Motion that is a Motion Dismiss would have been July 11, 2023.

6) The Court previously extended this time through July 31, 2023.

7) Undersigned counsel intends to amend his Complaint.

8) Undersigned counsel needs additional time to review any deficiencies identified in the five Motions, confer with his client and colleagues, and amend and redraft his pleading.

9) Other personal and professional obligations, and the scope of the work required, and the need for collaboration dictate that undersigned counsel needs a brief additional extension of time.

## CERTIFICATE OF CONFERRAL

10) Counsel for all parties responded that they do not oppose the requested extension.

## CONCLUSION

11) For the foregoing reasons, the Court should extend the time to respond to the Motions through August 8, 2023.

Filed: July 27, 2023.                               Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## CERTIFICATE OF SERVICE

I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran