UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    *Plaintiff*,

v.

    Case No.: 6:23-cv-00871-CEM-DCI

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUSAN
GREENBERG, ABBY GREENBERG,
AWG, INC., GREENBERG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and A.B.,

    *Defendants*.

## GREENBERG DENTAL DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES

Defendants, Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC (collectively, "Greenberg Dental"), by and through their undersigned counsel, hereby file this unopposed motion for an enlargement of time to respond to Plaintiff's Requests for Production of Documents and Interrogatories. In support of this Motion, Defendants state as follows:

1.    On June 29, 2023, Plaintiff served his Requests for Production of Documents and Interrogatories to Greenberg Dental, which are comprised of forty-

O4298883.v1

seven (47) requests for documents and five (5) interrogatories per each Greenberg Dental Defendant.

2.     Greenberg Dental's Motion to Dismiss Plaintiff's Complaint filed on June 19, 2023 is currently pending a ruling from the Court. Plaintiff obtained an extension of time to respond to the Motion to Dismiss through August 8, 2023.

3.     Due to the amount of discovery requests sought by Plaintiff and because Greenberg Dental's, as well as other co-defendant's, motions to dismiss Plaintiff's Complaint are still pending, Greenberg Dental has requested, and Plaintiff has agreed to, a thirty (30) day extension through August 30, 2023, for Greenberg Dental to serve responses to Plaintiff's Requests for Production of Documents and Interrogatories.

4.     This unopposed Motion is made in good faith and not for the purpose of delay.

5.     Plaintiff's counsel has no objection to the enlargement of time requested herein, and neither the Court nor the parties would be prejudiced by the brief enlargement of time requested.

WHEREFORE, Greenberg Dental requests an order granting them until August 30, 2023 to respond to Plaintiff's Requests for Production of Documents and Interrogatories.

### 3.01(G) CERTIFICATION

Greenberg Dental's counsel conferred with Plaintiff's counsel via email on July 28, 2023. This Motion is unopposed.

O4298883.v1

Respectfully submitted,

/s/ *Michael J. Furbush*
Michael J. Furbush
Florida Bar No. 70009
Michaela N. Kirn
Florida Bar No. 1018863
Dean Mead, Egerton, Bloodworth,
CAPOUANO & Bozarth, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Tel: 407-841-1200
Fax: 407-423-1831
mfurbush@deanmead.com (Primary)
mkirn@deanmead.com (Primary)
mgodek@deanmead.com (Secondary)

*Attorneys for Greenberg Dental Associates, LLC,
Greenberg Dental & Orthodontics, P.A., and
Greenberg Dental Specialty Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

/s/ *Michael J. Furbush*
Michael J. Furbush

O4298883.v1