# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBURG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-cv-00871-JA-DCI

## DEFENDANT, ABBY GREENBERG'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF, CHRISTOPHER DORWORTH'S, REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES

The Defendant, Abby Greenberg, by and through her undersigned counsel, hereby files this unopposed motion for an extension of time to respond to Plaintiff, Christopher Dorworth's, Request for Production of Documents and Interrogatories. In support of the instant Motion, Abby Greenberg states as follows:

1. On June 29, 2023, Plaintiff, Christopher Dorworth, served a Request for Production of Documents and Interrogatories to Defendant, Abby Greenberg.

2. Abby Greenberg's Rule 12 Motion directed at Plaintiff's Complaint is

133625510.1

currently pending. The Plaintiff obtained an extensive of time to respond to the Defendant, Abby Greenberg's, Rule 12 Motion through August 8, 2023.

3. Due to the amount of discovery requests sought by Plaintiff, Christopher Dorworth, Abby Greenberg has requested, and Plaintiff, has not objected to an extension of time up to August 25, 2023.

4. This unopposed Motion is made in good faith and not for the purpose of delay.

5. The Plaintiff, Christopher Dorworth, has no objection to the extension of time requested herein, and neither the Court nor the parties would be prejudiced by the brief enlargement of time requested through the instant motion.

**WHEREFORE**, Defendant, Abby Greenberg, requests an order granting her until August 25, 2023 to respond to Plaintiff, Christopher Dorworth's, Requests for Production of Documents and Interrogatories.

### 3.01(G) CERTIFICATION

I hereby certify that Defendant, Abby Greenberg's, counsel conferred with counsel for the Plaintiff, Christopher Dorworth, regarding this extension of time requested in the instant motion and that the Plaintiff, Christopher Dorworth, has no objection to the requested extension of time.

/s/ Jason A. Perkins

133625510.1

**DATED**:  Monday, July 31, 2023

        Respectfully submitted,

        /s/ Jason A. Perkins
        Jason A. Perkins, Esq.
        Florida Bar No. 0610852
        CARLTON FIELDS, P.A.
        200 S. Orange Avenue, Suite 1000
        Orlando, Florida 32801
        Phone:  (407) 849-0300
        Fax:  (407) 648-9099
        jperkins@carltonfields.com (primary)
        mbryan@carltonfields.com (secondary)
        dcarlucci@carltonfields.com (secondary)

        *Attorney for Defendant, Abby Greenberg*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Monday, July 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Jason A. Perkins*
        Jason A. Perkins, Esq.

133625510.1