# Exhibit 2

(<u>Beute Emails Accusing Dorworth</u>)

Sunday, April 11, 2021 at 4:20:19 PM Eastern Daylight Time

| | |
|---|---|
| **Subject:** | FW: Investigation into False Police Report Against Brian Beute |
| **Date:** | Friday, April 9, 2021 at 2:31:51 PM Eastern Daylight Time |
| **From:** | Tirado, Jose L |
| **To:** | Cannaday, Kim |
| **Attachments:** | February 2019 Defamatory E-Mail.pdf, October - Engels Request for Beute Personnel File.pdf, Joel Greenberg Partnering With Local Dog Rescue This Saturday - Central Florida Post.pdf, With $240k In Bitcoin, Seminole Tax Collector Files For 2020 Election - Central Florida Post.pdf |

**From:** David Bear <David@BearLegalSolutions.com>
**Sent:** Wednesday, October 30, 2019 12:59 PM
**To:** Tirado, Jose L <JTirado@seminolesheriff.org>
**Subject:** RE: Investigation into False Police Report Against Brian Beute

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Detective Tirado, attached is the February 2019 defamatory e-mail from Jacob Engels to Trinity regarding Brian. As discussed in yesterday's e-mail and in the cease and desist letters attached to it, Engels was clearly acting at the direction of Dorworth when he wrote that. The obvious intent was to intimidate Brian into silence by trying to use Trinity's fear of being tied to controversy as a tool. That by itself was repugnant, but probably not a crime. It does give us evidence of who perpetrated the current crime of false reporting, though. Also attached is Engels conveniently timed e-mail to Trinity yesterday (10/29) requesting Brian's personnel file. This is one more strong piece of evidence tying Engels to the criminal October 2019 defamatory letter which falsely alleged that Brian committed heinous acts.

I want to make sure you have some background context on Engels to assist in deciphering his e-mails. Engels has been playing these kinds of intimidation for hire games for a long time. His business model ties back to what connected him with and what he has learned from whom he calls his mentor, Roger Stone https://www.thedailybeast.com/meet-jacob-engels-roger-stones-mini-me – a self described 'dirty trickster' https://www.washingtonpost.com/politics/2019/02/21/roger-stones-dirty-tricks-just-caught-up-with-him/ ). One of Engels' typical MOs is hiding behind the veil of being a journalist. This is really no different than lots of perpetrators that you investigate and I used to prosecute, they put one seemingly legitimate foot in the door and through the opening spew their criminality. Engels also commonly reverts to being hyper-aggressive and issuing lots of threats.

Looking at Engel's October 29th e-mail, his last paragraph gives away his intention of intimidating Brian through Trinity's aversion to being tied to controversy. One of the motives for the intention is to get Brian to withdraw from the campaign. This is given away by the lines "By deciding to run for elected office, Mr. Beute has brought the microscope on himself and Trinity Prep. It is my sincere hope that you are able to fulfill these requests and show Seminole County residents that Mr. Beute and Trinity Prep have nothing to hide from voters…." The pretty clear message is that if Brian stays in the race, Engel is going to use a microscope on Trinity to paint them as nefarious and hiding something.

Engel's February 2019 e-mail also reveals the same kind of motive, to intimidate Brian through Trinity's aversion to being tied to controversy.  By calling the density zone which Seminole County citizens voted for "racist", claiming that Brian is "involved in opposing the removal of the racist rural boundary line", and claiming that Brian is "leading this pro-segregation group", he is clearly attempting to scare Trinity and intimidate Brian into stopping his activism.  There is no reason for Jacob to do this other than being paid by the person who stood to profit from the RiverCross development and who had been infuriated by the activists who opposed his money making efforts, Chris Dorworth.  For what it's worth, while Jacob used as cover for his e-mail to Trinity that he was looking for information for a story that was running on February 20th, there was no such story.

Further connecting the dots and building on the information that Engels is known to accept money to write fluff pieces on a client or hit pieces on his client's opponents, I looked over his website.  There are at least two fluff posts on Joel Greenberg, which are not consistent with 'news' or something that would be on Engel's page without being motivated by a payment.  Here is one example:

### Joel Greenberg Partnering With Local Dog Rescue This Saturday

https://www.centralfloridapost.com/2019/05/01/joel-greenberg-partnering-with-local-dog-rescue-this-saturday/

Here is an over the top praise piece which is clearly designed to scare away any opponents by showing the treasure chest that Greenberg has created, which is a common campaign strategy.

### With $240k In Bitcoin, Seminole Tax Collector Files For 2020 Election

https://www.centralfloridapost.com/2019/09/27/with-240k-in-bitcoin-seminole-tax-collector-files-for-2020-election/

PDFs of those Engle fluff-posts on Greenberg are attached, if you'd rather not follow the link.

There's no similar pieces for all of the other elections that we're coming up on, only for this relatively obscure position of Seminole County tax collector.  Why is Jacob focused like a laser beam on the election for the Seminole County tax collector?  The most likely reason is that he has been hired by the incumbant (Greenberg) and is still being paid by the incumbant's good friend (Dorworth).  This is evidence of a connection between Engels and both Greenberg and Dorworth, which certainly has a financial component (i.e. Greenberg is hiring Engels to write these fluff pieces).  With this connection, it wouldn't be any stretch whatsoever that Greenberg would also hire Engels to do dirty work on his behalf, such as write defamatory letters.  Engels just happened to step over the line and commit a crime in this October 2019 defamatory e-mail.

Thank you again for all that you are doing to try and identify who has purpetrated this crime on Brian. Your work is very much appreciated,

- Dave

David R. Bear | Bear Legal Solutions, PLLC
111 North Orange Ave., Suite 800, Orlando, FL 32801
T: 321-888-3955 | F: 407-537-9763  | david@bearlegalsolutions.com | www.bearlegalsolutions.com

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us immediately at 888-306-5691 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you.  Bear Legal Solutions, PLLC.

---

**From:** David Bear
**Sent:** Tuesday, October 29, 2019 7:08 PM
**To:** jtirado@seminolesheriff.org
**Subject:** Investigation into False Police Report Against Brian Beute

Detective Tirado, I hope all is well.  I'm writing to provide some information that I think may be helpful in investigating the author and director of the October 2019 defamatory letter that was sent to Trinity Prep regarding Brian Beute.  Whomever wrote the letter violated Fla. Stat. 817.49 as did anybody who directed or assisted him.  I suspect that someone who had their own intrinsic motivation to intimidate Brian into silence hired the author in an effort to keep himself once removed, as this is what happened in February 2019.

In order for you to fully investigate who wrote and directed the October 2019 defamatory letter, I think it's important for you to have some background information.  Brian serves as the president of the non-profit Save Rural Seminole.  Save Rural Seminole is an advocacy group which is committed to preserving Seminole County's Rural Boundary.  The Rural Boundary is a voter approved zoning requirement which is designed to keep much of the area east of the Econ River from devolving into high-density development. https://saveruralseminole.org/ .  In 2018, there was a large development proposed on the east side of the Econ near UCF.  This development was called River Cross and the developer was Chris Dorworth.  Dorworth has been a powerful political figure and is used to getting his way.  Save Rural Seminole rallied community opposition to the River Cross development which resulted in the Seminole County Commissioners rejecting the project.  Needless to say, Dorworth was not happy.  Dorworth filed a lawsuit against Seminole County alleging racial discrimination in their rejecting of his development.  Much of Dorworth's anger was directed at community activism, such as that by Save Rural Seminole.  Dorworth aggressively attacked people on Save Rural Seminole's Facebook page, until he was banned.  He also harassed a former board member (Jay Miller), acting under the incorrect belief that the guy was still on the board.  I wrote a cease and desist letter to Dorworth on behalf of Jay Miller, which thankfully made that stop.  A copy of the C&D letter regarding Jay Miller is attached.

Dorwoth has a history of hiring a local provocateur which considers himself a journalist, Jacob Engels.  Jacob runs a website called Central Florida Post, is closely aligned with Roger Stone https://www.thedailybeast.com/meet-jacob-engels-roger-stones-mini-me , has repeatedly been connected with the podcast Info Wars https://www.orlandoweekly.com/Blogs/archives/2018/11/27/member-of-extremist-group-proud-boys-considering-a-run-for-orange-county-republican-executive-committee, and is frequently connected with the Proud Boys https://itsgoingdown.org/florida-proud-boys/ .  Jacob has had defamation lawsuits against him and I have confirmed that in at least one of those suits it was shows that Dorworth was his financer for the defamation.  Orange County case 2017-CA-004220.  That case involved a political dispute between Dorworth and Max Crumit.  Dorworth hired Engels to write false hit pieces about Crumit, which resulted in Crumit being forced to step down from his position.  In that case, Jacob tried to defend his speech by claiming that he was a journalist.  The Court disagreed.  Jacob settled in early 2019; it's clear the settlement money came from Dorworth.

In February 2019, Trinity received an e-mail from Jacob Engels which in effect threatened to out them for employing a racist, which Jacob was claiming Brian Beute to be.  The e-mail from Jacob claimed that Brian

was a racist because he was opposing the RiverCross development, which the developer claimed would provide low-income housing.  This is of course absurd and the intention of making allegations of racism to Brian's employer was clearly to intimidate him and anybody else from continuing to oppose the RiverCross development.  I wrote a cease and desist letter on Brian's behalf, a copy of which is attached.  That thankfully stopped the nonsense, until recently.  That cease and desist letter also served to confirm the connection between Dorworth and Jacob, as the letter was mailed certified to Jacob but was e-mailed to Dorworth's attorney.  On the same day as the letter was e-mailed to Dorworth's attorney and long before it reached Jacob by post, Jacob sent a threatening e-mail to my co-counsel.  The cease and desist letter sent by certified mail to Jacob and by e-mail to Dorworth's attorney on 2/22/19 mid-afternoon; Jacob's sent his e-mail to my co-counsel on 2/22/19 at 9:06 PM.  This clearly confirmed that a line of communication already existed between Jacob and Dorworth.  It is also known that one of Chris Dorworth's confidants is current tax collector Joel Greenberg.  Here are some links which illustrate their connections:
https://twitter.com/JohnMorganESQ/status/1086025460176191488;
https://twitter.com/JoelGreenbergTC/status/1142319963182641152 .  The first link is a video of Greenberg and John Morgan at Dorworth's house (note the sign in the background which reads 'Dorworth Family Pool'; Dorworth is taking the video.  Attached is a screen shot from that video.  At the time, we also heard through local political connections that Joel was involved in the February 2019 defamatory letter to Trinity.  If there were any other defamatory actions taken, we were going to file suit and those connections would have been sought in discovery.  However at the time we were simply happy that these guys stop harassing Brian, that's all we wanted.

Fast forward nine months and Brian announced that he was running for Seminole County tax collector. https://www.orlandosentinel.com/news/seminole-county/os-ne-seminole-county-tax-collector-candidate-beute-20191009-mlx5xlz5w5acharcvonetlpklq-story.html ; https://www.facebook.com/brian4taxcollector/?ref=py_c .  The incumbent is Joel Greenberg and he made it clear that he was none too happy that Brian was running.  I don't think anybody would disagree with the characterization that Joel is the insider party candidate and Brian is the outsider.  Only two weeks after Brian announced, this disgusting letter (the October 2019 defamatory letter) which you're investigating was sent to Brian's employer, Trinity Prep.  It follows the same general pattern as the February defamatory letter, threatening Brian through his employer and attempting to capitalize on his employer's fear of bad PR.  Giving the timing, it is highly unlikely that the letter is not related to Brian's announcing that he was running.  It's clearly an effort to undermine the election through the crime of false reporting.  Given the similarity in MO, it's also highly unlikely that this new letter is not related to the February defamatory letter.  The one big difference between the February 2019 defamatory letter and the October 2019 defamatory letter is that the author of the October letter committed a crime by making a false police report.  Fla. Stat. 817.49.  While the February 2019 defamatory letter doesn't appear to by itself be a crime, it does provide us insight and evidence into who committed the crime of writing (and directing) the October 2019 defamatory letter.

Today I learned that Jacob Engels has again contacted Trinity and asked for a copy of Brian Beute's employment file.  While he of course has no right to this, it seems clear that this is connected to the October defamatory letter and is a furtherance of the effort of the October 2019 letter to threaten and intimidate Brian.  Jacob obviously has knowledge that the October 2019 letter was sent, whether because he sent it himself (as he did the February 2019 defamatory letter), was involved with directing it, or the person who sent the October 2019 letter told him about it.  Candidly, I think this goes a long way (if not all the way) to establishing PC for a warrant to seize and inspect Jacob's computers and documents.

Looking at those who would be motivated to send or have this disgusting letter written and sent to Trinity, some of the suspects have to be:

1) Chris Dorwoth – Motivation: Showed in February 2019 that he was very mad at those who fought his River Cross development, Brian being on the top of his list.  Confident he was the financer of Jacob

Engels's February 2019 defamatory letter.
2) Joel Greenberg – Motivation: Tank his opponent's campaign.  Believes that he is the party's candidate and its not 'right' that he has to face a primary opponent.  Also, confidant of Dorworth, who was mad at Brian for his involvement in stopping his friend's development in River Cross.  Rumored in February 2019 to have been involved in the February 2019 defamatory letter.
3) Jacob Engels – Author of February 2019 defamatory e-mail, which we are confident was paid for by Dorworth and may have also had Greenberg's involvement.  It would have been consistent in MO for him to have been a part of this effort, too.  He obviously has knowledge of the event due to his recent records request from Trinity.
4) Others who benefit financially from Joel Greenberg being in office – This would prominently include Joe Ellicott (Big Joe) https://www.orlandosentinel.com/opinion/os-op-lauren-ritchie-seminole-tax-collector-joel-greenberg-20191004-3k5tlmralnes5mxdj27l6oxciu-story.html

Brian and I are very glad that you are having the finger prints run.  I hope you will also have the handwriting compared against known samples of suspects.  We are attempting to gather sources of known handwriting samples of some of these suspects. Here is one for Jacob Engels: http://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2010%5C1201%5C87735980.Tif&documentNumber=L10000111119

Joe Ellicot: http://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2002%5C0509%5C94001CF1.tif&documentNumber=P01000016916 ; http://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2016%5C0811%5C88388566.Tif&documentNumber=L16000011798

Also note Jacob Engel's various businesses and business associates: http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResults/OfficerRegisteredAgentName/engels%20jacob/Page1

We hope that you will interview the lead suspects, as well.

Note that Greenberg is a known advocate of bitcoin, and has even made this a central aspect of changes he has made at the tax collector's office.  Bitcoin of course can be used to disguise money connected to criminal activity.

It's really sickening what has been done to Brian and both he and I are happy to do whatever we can to help track down the purpetrators.  Brian will be more than happy to sit down and discuss this matter with you.  Let me know when you think a good time for that will be.  Given the political positions and clout of the primary suspects, and that this crime seemingly involves an effort to undermine the upcoming election, I think it would be wise to involve Sheriff Lemma.  When you have a few moments, I would like to discuss whether a meeting with Sheriff Lemma over this is possible.  My cell phone is 407-739-0889.

Many thanks,

- Dave

David R. Bear | Bear Legal Solutions, PLLC
111 North Orange Ave., Suite 800, Orlando, FL 32801
T: 321-888-3955 | F: 407-537-9763  | david@bearlegalsolutions.com | www.bearlegalsolutions.com

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you

have received this communication in error, please call us immediately at 888-306-5691 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you.  Bear Legal Solutions, PLLC.