# Exhibit 3

(Greenberg Texts with Dorworth)



