# Exhibit 7

(Vladimir St. Louis Letter to Attorney Kirshner Detailing Greenberg Discussion of His Scheme With Fellow Inmate)

Hi Mrs. Kirshner,

I've sent a copy of this letter to Mr. Mukasey, but I'm not sure if I sent it to the correct address. I'm willing to come forward if needed.

Thanks for your time.

①

4-5-21

I would like this letter to reach the "Legal Team" representing Mr. Congressman Matt Gates. First, I would like to be very clear. I'm coming foward with this information voluntarily. I'm not seeking anything in exchange, nor has anyone promised me anything. In fact, the reason I waited this long to reach out after my conversation with Mr. Greenberg is because I wanted to make sure that my own court proceedings was resolved. My name is Vladimir Sthouis and I'm currently a federal inmate at the Orange County Jail. On 3-23-21 I was transported from the county jail to the federal courts for a court hearing. Two other inmates was also transported on that same van with me, one of them was Mr. Joel Greenberg. All 3 of us was having small conversations while inside the holding cell awaiting for the marshalls to escort us to each of our individual court rooms when the time come. The other guy was an Indian guy who did not engaged too much in the conversation. Mr. Greenberg was next to me, and the other guy was sitting accross the room. Mr. Greenberg didn't know too much about the federal system,

② 

So he was asking me questions about federal prison being that I've been there before. As the hours went by he started confiding in me about his situation. He told me that he was back in jail because he had violated his bond conditions, and that authorities had searched his house and seized his computers. He spoke about how he was making easy money, buying bitcoins and gambling on sports using budget money besides the yearly salary he's being paid as a tax collector. He said he makes about $150,000.00 dollars. He also said that authorities found on his computer, records that he did a money transfer to the 17 year old girl, and that they were charging him with sex trafficking of a minor. He said that the investigators had leaked the charges to the media prematurely which kinda messed him up with his cooperation plot. He said he told the investigators to get the story pulled from the newspapers because he wanted to make controlled calls to other politicians to try to get them to incriminate themselves, but he said it was too late and the people started

③

to kinda stay away and be skeptical of him because of the media coverage of the charges. He asked me a few questions concerning cooperation and stated that he can't do 10 years in prison. I stated back to him that I understand he's not a street dude and I'm not here to judge him or look at him no other type of way. After I told him that I wouldn't judge him, he loosened up a bit and got comfortable. He told me that he has the same judge as me "Judge Presnell". He further told me that he was not here for court that day, he was there to debrief on some Republicans because they want him to tell on all Republicans. He said that the prosecutor and the investigators that he's cooperating with are all democrats and they don't like Republicans. Mr. Greenberg said he's also a Republican. I laughed and asked him a sarcastic question, if he was now a democrat since he's now telling on Republicans? He said he was still a Republican, he just gotta do what he has to do. Mr. Greenberg said that he fabricated numerous events and told investigators that he was the one



ARRANGING FOR THE GIRL TO HOOK UP WITH OTHER PEOPLE, and FURTHER STATED THAT THEY WOULD BELIEVE HIM. I ASKED HIM WHAT WOULD THE GIRL SAY WHEN THEY QUESTION HER, HE SAID THAT THE GIRL PROBABLY WOULD GO ALONG WITH IT CAUSE SHE DON'T KNOW ANYBETTER. HE SAID SHE MIGHT THINK THAT SHE CAN FILE A LAWSUIT AFTERWARDS. MR. GREENBERG ASKED ME DO I KNOW WHO MATT GATES IS? I TOLD HIM THAT I DO NOT. HE SAID MR. GATES IS A CONGRESSMAN and STATED ALSO THAT'S ONE OF TRUMP'S PEOPLE. HE SAID THAT HE TOLD INVESTIGATORS THAT MR. GATES IS ONE OF THE PEOPLE WHOM HE ARRANGED FOR THE GIRL TO SLEEP WITH. MR. GREENBERG ALSO SAID THAT HE TOLD INVESTIGATORS THAT HE ALSO ARRANGED FOR THE GIRL TO SLEEP WITH ANOTHER PERSON WHO'S A FORMER "LOBBYIST FOR DONALD TRUMP" IN WHICH I DO NOT RECALL THE NAME OF THAT PERSON". MR. GREENBERG ASKED ME IN MY OPINION, HOW MUCH DO I THINK THEY WOULD CUT HIS TIME DOWN TO IF HE HELP THE FEDS BRING THOSE BIG PEOPLE IN? I TOLD HIM THAT HE MIGHT NOT EVEN DO 3 YEARS OF PRISON BEING THAT HE HAS NEVER BEEN IN TROUBLE WITH THE LAW BEFORE.



I asked Mr. Greenberg an honest question as to why was he making up stuff about his colleagues? He simply responded that if they were the ones in his shoes, they would fabricate stuff about him as well just to get a time-cut.

I would like to say that I'm not a Republican nor am I a democrat. I do not follow politics. I just think it's totally wrong for Mr. Greenberg to try to ruin the Congressman's life and reputation based on fabricated allegations. The Middle District of Florida is bias. Prosecutors allow people who's been indicted on federal charges to lie on you when they don't like you and want to take you down. Especially when it's a sex-related crime, they know America frowns up on those type of charges when you're a public figure. I've seen it done to celebrities and athletes all the times.

I wouldn't feel right within myself if I just sat back and not shed light on my conversation with Mr. Greenberg knowing that his intention is to try to tarnish other people's lives and careers



(6)

in exchange for a possible time-cut from the government. I must admit that I do not know what Mr. Gates or Mr. Greenberg's daily lives consist of. I can only speak on the things that I was told by Mr. Greenberg during our conversation. You're more than welcome to verify camera footage from the federal court's holding cell the day of March 23, 2021.

Vladimir St. Louis