# Exhibit 8

(<u>Texts from New York Times</u>)

10:27 



Katy

iMessage
Apr 8, 2021 at 9:34 AM

> Hi Mr. Dorworth. My name is Katie Benner and I'm a reporter with the New York Times. I've been covering the DOJ investigation into Joel Greenberg and Matt Gaetz, and have spoken with multiple people who say that the investigation has expanded and the FBI is scrutinizing whether you also had sex with the 17-year-old girl described in the Greenberg indictment.

> I'm working on a story for today, related to the Greenberg hearing, that will include the expansion of the government inquiry beyond Greenberg and Gaetz. Please feel free to call anytime. I'm also happy to speak with a lawyer if you have one. This is my cell, 628-222-0579. My email is katie.benner@nytimes.com

> > That is entirely untrue. Writing that would cause great harm to an entirely innocent person. I would be willing to talk to you off the record to lay out as much.

> i'll give you a call. off the record is fine.

Apr 8, 2021 at 11:40 AM

iMessage