# Exhibit 9

(<u>Settlement Agreement and Checks</u>)

## GENERAL RELEASE AGREEMENT

This General Release Agreement ("General Release") is made, entered into, and effective as of this 22nd day of November, 2022.

1. For and in consideration of the sum of $10.00 and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, SEMINOLE COUNTY, FLORIDA, together with its agents, representatives, affiliates, divisions, departments, offices, officers, officials, Board of County Commissioners, agencies, successors and assigns (hereinafter "RELEASOR") hereby irrevocably and forever releases, acquits, remises, discharges, and holds harmless JOEL MICAH GREENBERG, and his heirs, executors, legal representatives, attorneys, successors, transferees, assigns, and family members, including but not limited to Andrew Greenberg and Susan Greenberg, and their respective heirs, executors, legal representatives, attorneys, successors, transferees, assigns, family members, and their respective past, present, and future companies, businesses, entities, affiliated entities, parent and subsidiary entities, corporations, and partnerships, including without limitation AWG, Inc., a Florida corporation, AWG Family Limited Partnership, a Nevada Limited Partnership, AWG Management Company, LLC, a Nevada Limited Liability Company, GDA Investments, LLC, a Nevada Limited Liability Company, GDA of Florida, LLC, a Nevada limited liability company, and CLM Funding Corporation, Inc., a Delaware corporation, and each of its/their respective officers, directors, shareholders, managers, boards, divisions, partners, employees, attorneys, agents, receivers, affiliated or related entities, parent and subsidiary entities, successors, transferees and assigns (hereinafter "RELEASEES"), of, from, regarding and/or against any and all past, present, and future claims, actions, causes of action, debts, rights, contracts, accountings, obligations, facts or state of facts, whether known or unknown, asserted or unasserted, at law and/or in equity, related in any manner to:

i) restitution, liability or obligations imposed or to be imposed in the case of *United States of America vs. Joel Micah Greenberg*, Case Number 6:20-cr-97-GAP-LRH;

and/or

ii) any acts, conduct or omissions by JOEL MICAH GREENBERG during or related to his tenure as Tax Collector; and/or

iii) any transaction(s) or communications between or among JOEL MICAH GREENBERG and any of the RELEASEES; and/or

iv) any act, omission, conduct, matter or thing whatsoever from the beginning of the world through the date of this General Release

(hereinafter "Claim(s)"). However, the scope of RELEASOR's release of only JOEL MICAH GREENBERG is hereby **limited** to the scope stated in Sections 1(i), 1(ii), and 1(iii) above, while the scope of the release of all the other RELEASEES (*other than* JOEL MICAH GREENBERG) includes the scope stated in Sections 1(i), 1(ii), 1(iii), and 1(iv) above. This General Release will not release or waive the County's claims against any party other than the RELEASEES, and specifically excludes claims against Michael Shirley, Praetorium Integrated Services, Ernie Falco III, and E3 Ventures LLC.

2. Additionally, RELEASOR hereby agrees, warrants, represents, covenants and acknowledges to RELEASEES that:

(a) RELEASOR has the right and authority to execute this General Release and has received the consideration therefor; and

(b) RELEASOR has not sold, assigned, transferred, conveyed, pledged, encumbered, borrowed against, or otherwise given or disposed of any of the Claims covered by this General Release and will not do so in the future; and

(c) The signatory for RELEASOR is duly authorized and empowered to enter into this General Release and to immediately, irrevocably and legally bind RELEASOR in this General Release and all of its provisions; and

(d) The consideration received by RELEASOR for this General Release is fair, reasonable, sufficient, just, adequate, and final, and constitutes lawful and binding consideration

supporting the execution of this General Release and legally binding RELEASOR to all terms of this General Release; and

(e) RELEASOR has read all provisions of this General Release in full, understands them, has reviewed them with RELEASOR's legal counsel, and knowingly and voluntarily hereby covenants and agrees to be legally bound by this General Release and each/all provision(s) hereof to the full extent of the law; and

(f) RELEASOR covenants not to sue, not to file, not to maintain, and not to initiate, bring or assert any action, complaint, case, claim, or charge whatsoever against RELEASEES in any court, forum, agency or otherwise, based upon any Claim(s) that is/are released in this General Release; and

(g) Except and only to the extent required by law or court order, RELEASOR shall not make any statement(s) or comment(s) regarding or related to any of the RELEASEES, *except* JOEL MICAH GREENBERG; and

(h) RELEASOR agrees that RELEASEES *other than* JOEL MICAH GREENBERG are intended third-party beneficiaries of this General Release, and no wrongdoing or liability of any person(s) or entity(ies) is inferred or implied by its/their being named, referenced, or otherwise included in the definition of "RELEASEES" hereinabove, *other than* JOEL MICAH GREENBERG;

(i) RELEASOR will advise the Court in the case of *United States of America vs. Joel Micah Greenberg*, Case Number 6:20-cr-97-GAP-LRH, that the restitution obligation referred to in the Plea Agreement in that case has been satisfied, and accordingly, that the judgment in that case should not include any restitution obligations to RELEASOR.

3. IT IS FURTHER UNDERSTOOD AND AGREED to by RELEASOR that 1) this General Release is immediately and legally binding upon signature by RELEASOR; 2) this General

Release is governed by and construed pursuant to the law of the State of Florida; 3) the above-defined terms "RELEASOR" and "RELEASEES" includes each referenced person/entity collectively and separately; 4) in the event of an action or claim for enforcement, interpretation, and/or otherwise related to this General Release, the prevailing party in such action(s) or claim(s) shall be entitled to an award of reasonable attorneys' fees and costs (and also including any appellate attorneys' fees and costs) in addition to all other remedies available at law and/or at equity; 5) in the event that any portion of this General Release is deemed invalid or unenforceable, the remaining provisions shall be deemed severable and remain in full force and effect; and 6) this General Release is the entire agreement.

4. RELEASOR expressly acknowledges and agrees that a copy of this General Release shall be possessed of all binding authority, and shall be as enforceable as an original of said General Release, and that RELEASOR hereby forever waives any and all objections predicated or based upon any failure to produce an original of this General Release bearing the original signature of RELEASOR.

RELEASOR:

By: _____
Print Name: A. BRYANT APPLEGATE
Seminole County title: INTERIM COUNTY MANAGER

STATE OF FLORIDA )
COUNTY OF ~~SEMINOLE~~ Orange )

The foregoing instrument was sworn, signed and acknowledged before me by physical presence this 1st day of December 2022, by A. Bryant Applegate, on behalf of RELEASOR, and who [x] is personally known to me or [ ] produced _____ as identification, and who executed the foregoing under the authority duly vested in him/her and as the act and deed of RELEASOR.

_____
Notary Public, State of Florida
Notary Name: Amy Renehan
My commission # GG 963290
My commission expires: April 20, 2024

[notary seal/stamp]

AMY RENEHAN
Notary Public - State of Florida
Commission # GG 963290
My Comm. Expires Apr 20, 2024
Bonded through National Notary Assn.

GENERAL RELEASE - Page 4 of 4



United States Treasury
15-51
000

002696

Pay to the order of

SEMINOLE COUNTY ATTORNEY'S OFFICE
COUNTY MANAGER
1101 EAST 1ST STREET STE 3030
SANFORD FL 32771

KANSAS CITY, MO

Check No.

$**109786*12

VOID AFTER ONE YEAR

Vona S. Robinson

Per Enclosed Mailing Notice

NOTICE TO CHECK RECIPIENT

TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 3090(Rev.)

| VENDOR NAME: | SEMINOLE COUNTY ATTORNEY'S OFFICE |
| --- | --- |
| AGENCY NAME AND BILLING ADDRESS: | AOUSC<br>ONE COLUMBUS CIRCLE, N.E.<br>ROOM 5-300<br>WASHINGTON, D.C. 20544 |

U.S. TREASURY REG: KANSAS CITY, MO
FINANCIAL CENTER:

| CHECK NUMBER | VENDOR I.D. NUMBER: | CHECK AMOUNT | CHECK DATE |
| --- | --- | --- | --- |
|  |  | $**109786*12 | 12-16-22 |

Case 6:20-cr-00097 USA V JOEL GREENBERG
C/O BRYANT APPLEGATE, INTERIM
This is a criminal case payment (Restitution)
For questions regarding this payment please call:
U.S. DISTRICT COURT MIDDLE FLORIDA AT
407-835-4200 and request the Finance Dept. or:
Email FLMD_PYMNT_INQ@flmd.uscourts.gov
Please notify the court with address changes.

| AGENCY SCHEDULE NUMBER | AGENCY TELEPHONE NUMBER |
| --- | --- |
|  | 202-502-2384 |

109,786.12     TX COLL RESTITUTION PMT US TREAS

B# 11-23-2022 RB



## Previous Day Composite Report

WELLS FARGO

Standard Previous Day Composite Report

As of 11/23/2022

Company: SEMINOLE COUNTY BRD OF CTY COMMISSIONERS
User: MARY MYERS

11/25/2022 10:01 AM ET

Commercial Electronic Office®

Treasury Information Reporting



| 11/23/2022 | 195 / INCOMING MONEY TRANSFER | B# 640445 | | Credit Amount: | 1,250,000.00 | ✓ |
| TX COLLECTOR SETTLEMENT PMT#1 | Cust Ref: 00000000000 Unique ID: WT FED#01262 REGIONS BANK /ORG=FRITZ SCHELLER PL SRI | | Bank Ref: | TRN | | |