United States District Court
Middle District of Florida
Orlando Division

CHRISTOPHER E. DORWORTH,

    *Plaintiff,*

v.                                                                                                  No. 6:23-00871

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUE
GREENBERG, ABBY GREENBERG,
AWG, INC., GREENBURG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and A.B.,

    *Defendants.*

_____

**DEFENDANT A.B.'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE AMENDED COMPLAINT**
_____

Defendant A.B., by and through her counsel, submits the following Unopposed Motion for Extension of Time to Respond to the Amended Complaint, and states as follows:

    1.    Plaintiff Chris Dorworth filed his initial Complaint in Florida State Court on April 7, 2023.

    2.    Defendants removed this action to the U.S. District Court for the Middle District of Florida on May 10, 2023.

1

3. On May 16, 2023, this Court granted Defendants' Unopposed Joint Motion for Extension of Time to respond to the Complaint, requiring any such responses to be filed by June 19, 2023. ECF No. 19.

4. On June 16, 2023, Defendant A.B. filed a Motion to Dismiss. ECF No. 46. The other Defendants also filed motions to dismiss, with the exception of Defendant Joel Greenberg who filed a motion for more definite statement.

5. On June 30, 2023, Plaintiff filed a motion requesting an extension of time in which to respond to Defendants' Rule 12 motions. ECF No. 50. Plaintiff requested an extension to July 31, 2023 in which to file an amended complaint, representing an extension of between 20 and 31 days. *Id.*

6. This Court granted Plaintiff's requested extensions. ECF Nos. 52, 55.

7. On July 27, 2023, Plaintiff filed another motion requesting an extension of time in which to file his amended complaint, through August 8, 2023. ECF No. 56.

8. This Court granted Plaintiff's second request for an extension. ECF No. 57.

9. On August 8, 2023, Plaintiff filed his Verified Amended Complaint. ECF No. 61. Plaintiff's Amended Complaint contains approximately 500 paragraphs and differs substantially from his original Complaint.

10. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' deadline to respond to the Amended Complaint is within 14 days after service of the amended pleading, or August 22, 2023.

11. Defendant A.B. requires additional time in which to respond to this lengthy and essentially novel pleading, especially in light of existing professional obligations falling between the Amended Complaint's filing and the response deadline.

12. Defendant A.B. therefore seeks an extension of one week in which to respond to the Amended Complaint, through and including August 29, 2023.

13. No party will be prejudiced by the granting of this one-week extension, and Plaintiff does not oppose the requested extension.

14. Good cause exists for granting Defendant A.B.'s Motion for Extension, as noted above.

WHEREFORE, Defendant A.B. respectfully requests that this Court extend Defendant A.B.'s deadline to respond to Plaintiff's Verified Amended Complaint by one week to August 29, 2023.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that on August 15, 2023, undersigned counsel conferred with counsel for Plaintiff, who does not oppose the requested relief.

Dated: August 15, 2023

Respectfully submitted,

*s/ Stephen Shaw*

Laura B. Wolf, Esq.* (Lead Counsel)
Colorado Bar #46833
Stephen Shaw, Esq.*
Colorado Bar #56720
Spark Justice Law LLC
1035 Osage Street, Suite 824
Denver, CO 80204
(303) 802-5390
laura@spark-law.com
steve@spark-law.com

Christopher W. Ford, Esq.*
Colorado Bar #28632
Jonathan Boonin, Esq.*
Colorado Bar #23113
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
chris.ford@hbcboulder.com
jonathan.boonin@hbcbolder.com

Jesse Ian Unruh
Florida Bar No. 92121
Spire Law, LLC
2572 West State Road 426, Suite 2088
Oviedo, FL 32765
(407) 494-0135
jesse@spirelawfirm.com

*Attorneys for Defendant A.B.*

* *Pro hac vice* admission

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, a copy of the foregoing document was served on the following counsel of record:

Michael Paul Beltran
Beltran Litigation, P.A.
4920 West Cypress St. Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073
mike@beltranlitigation.com

**Attorney for Plaintiff Christopher Dorworth**

Fritz J. Scheller
Fritz Scheller, PL
Suite 1150
200 E Robinson St
Orlando, FL 32801
407/792-1285
Fax: 407/513-4146
Email: fscheller@flusalaw.com

**Attorney for Defendant Joel Micah Greenberg**

Dustin Michael Mauser-Claassen
Frederick S. Wermuth
King, Blackwell, Zehnder & Wermuth, PA
P.O. Box 1631
Orlando, FL 32802-1631
407422-2472
Fax: 407-648-0161
Email: dmauser@kbzwlaw.com
Email: fwermuth@kbzwlaw.com
Quinn B. Ritter
25 East Pine Street
Orlando, FL 32801
407-422-2472
Fax: 407-648-0161
Email: qritter@kbzwlaw.com

**Attorneys for Defendants Andrew W. Greenberg, Susan Greenberg, AWG, Inc.**

Jason A. Perkins
Chelsey Joiner Clements
Carlton Fields Jorden Burt, PA
PO Box 1171
Orlando, FL 32802-1171
407/849-0300
Fax: 407/648-9099
Email: jperkins@carltonfields.com
Email: cclements@carltonfields.com
**Attorneys for Defendant Abby Greenberg**

Allison P. Barkett
Michael J. Furbush
Michaela Kirn
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA
420 S. Orange Ave, Suite 700
Orlando, FL 32801
407-841-1200
Fax: 407-423-1831
Email: mfurbush@deanmead.com
Email: mkirn@deanmead.com
**Attorneys for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC**

           *s/Stephen Shaw*
           Stephen Shaw