UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>　　Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREEBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, AND A.B.,<br><br>　　Defendants. | Case No.: 6:23-cv-00871-CEM-DCI |

**DEFENDANT, ABBY GREENBERG'S, UNOPPOSED MOTION TO SEAL SELECT PARAGRAPHS FROM PLAINTIFF, CHRISTOPHER DORWORTH'S, NOW SUPERSEDED VERIFIED COMPLAINT (DOC. NO. 1-1) FROM THE PUBLIC RECORD**

The Defendant, Abby Greenberg, by and through her undersigned counsel, and pursuant to Rule 1.11 of the Local Rules of the United States District Court for the Middle District of Florida, hereby moves the Court to seal paragraphs 353, 354, 355, 622, 628, 629, 630, 632, 633, 634, 635, 641, 642, 643, 644, 645, 648, 649, and 789 (collectively, "the select paragraphs") of Plaintiff, Christopher Dorworth's, now

superseded Verified Complaint (Doc. No. 1-1) from the public record. In support thereof, Defendant, Abby Greenberg, states as follows:

1. On May 10, 2023, Defendants filed a Joint Notice of Removal of Plaintiff, Christopher Dorworth's, action from the Circuit Court in and for Seminole County, Florida to the United States District Court for the Middle District of Florida, Orlando Division (Doc. No. 1).

2. Attached to the Joint Notice of Removal is the Verified Complaint of Plaintiff, Christopher Dorworth, initially filed in the Circuit Court in and for Seminole County, Florida (Doc. No. 1-1).

3. Following the removal of the Verified Complaint, Defendant, Abby Greenberg, met and conferred with Plaintiff, Christopher Dorworth, regarding the select paragraphs in the Verified Complaint (Doc. No. 1-1). Additionally, Defendant, Abby Greenberg, filed a Motion to Strike and Seal directed at the select paragraphs (Doc. No. 44).

4. On June 3, 2023, Plaintiff, Christopher Dorworth, withdrew Paragraphs 354, 355, 622, 628, 629, 630, 632, 633, 641, 642, 643, and 644, in full, and all of Paragraph 649 prior to "Abby Greenberg" from the Verified Complaint, without prejudice, "as a courtesy to Abby Greenberg, and solely to streamline the allegations and avoid unnecessary litigation." *See* Plaintiff's Notice of Withdrawal of Paragraphs from Complaint (Doc. No. 36).

5. Subsequently, on July 7, 2023, Plaintiff, Christopher Dorworth, withdrew Paragraphs 353, 634, 635, 645, 648, and 789 from the Verified Complaint, without prejudice, "as a courtesy to Abby Greenberg, and solely to streamline the allegations and avoid unnecessary litigation." *See* Plaintiff's Notice of Withdrawal of Paragraphs from Complaint (Doc. No. 54).

6. The Plaintiff, Christopher Dorworth, then filed an Amended Verified Complaint that does not reassert the select paragraphs. *See* Doc. No. 62.

7. Although the select paragraphs were withdrawn from the Verified Complaint and not reasserted in the Plaintiff's Amended Verified Complaint (Doc. No. 62), the select paragraphs remain part of the public record at Document Number 1-1.

8. In light of the foregoing, Defendant, Abby Greenberg, now moves the Court to seal the select paragraphs from the public record by having the Clerk of Court substitute a redacted version of the Verified Complaint which redacts the select paragraphs in place of the Verified Complaint that is currently at Document Number 1-1. For the convenience of the Court, a redacted version of the Verified Complaint (Doc. No. 1-1) redacting the select paragraphs is attached hereto as **EXHIBIT A**.

9. The Court has the authority to effectuate such relief pursuant to the Federal Rules of Civil Procedure and Rule 1.11 of the Local Rules of the United States District Court for the Middle District of Florida. *See* Wright & Miller, Federal

Practice and Procedure: Civil § 1381 (2023); *Skolnick v. Hallett*, 350 F. 2d 861 (7th Cir. 1965); *Alward v. Burrelle's Info. Srvs.*, 2001 WL 1708779, *10 (D. Ariz. Dec. 5, 2001); *Mahurin v. Moss*, 313 F. Supp. 1263, 1264 (E.D. Mo. 1970); *accord Hohensee v. Watson*, 188 F. Supp. 941, 942 (M.D. Pa. 1959).

10. In accordance with Local Rule 1.11, the Defendant, Abby Greenberg, requests that the seal by redaction remain in place for the duration of the case and survive the termination of the case whether by dismissal, judgment, settlement, or otherwise. Further, consistent with Local Rule 1.11, Abby Greenberg designates her counsel of record as a person authorized to retrieve any sealed, tangible version of the Verified Complaint (Doc. 1-1) to the extent that a sealed, tangible version exists at the conclusion of the case. His contact information is Jason Perkins, Esquire; Carlton Fields, P.A.; 200 S. Orange Avenue, Suite 1000; Orlando, Florida 32801; jperkins@carltonfields.com; (407)-244-8250.

## CONCLUSION

**WHEREFORE**, based on the foregoing discussion and authorities, Defendant, Abby Greenberg, respectfully requests that the Court seal paragraphs 353, 354, 355, 622, 628, 629, 630, 632, 633, 634, 635, 641, 642, 643, 644, 645, 648, 649, and 789 of the Plaintiff's Verified Complaint (Doc. No. 1-1) by having the Clerk of Court substitute **EXHIBIT A** hereto in place of the current version of the Verified Complaint that appears at Document Number 1-1.

**DATED**: Friday, August 18, 2023

        Respectfully submitted,

        /s/ Jason A. Perkins
        Jason A. Perkins, Esq.
        Florida Bar No. 0610852
        CARLTON FIELDS, P.A.
        200 S. Orange Avenue, Suite 1000
        Orlando, Florida 32801
        Phone: (407) 849-0300
        Fax: (407) 648-9099
        jperkins@carltonfields.com (primary)
        mbryan@carltonfields.com (secondary)
        dcarlucci@carltonfields.com (secondary)

        *Attorney for Defendant, Abby Greenberg*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)

Pursuant to Local Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, counsel for Defendant, Jason A. Perkins, hereby certifies that during the course of the week of August 14, 2023, he conferred with all counsel of record regarding the relief sought in the instant Motion and that there is no opposition from any party to the relief sought in the instant Motion.

        /s/ Jason A. Perkins
        Jason A. Perkins, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, August 18, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jason A. Perkins
Jason A. Perkins, Esq.
