# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH, <br><br> Plaintiff, <br><br> v. <br><br> JOEL MICAH GREENBERG, ANDREW W. GREEBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, AND A.B., <br><br> Defendants. | Case No.: 6:23-cv-00871-CEM-DCI |

### DEFENDANT, ABBY GREENBERG'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF, CHRISTOPHER DORWORTH'S, AMENDED COMPLAINT (DOC. NO. 62)

The Defendant, Abby Greenberg, by and through her counsel, hereby submits the following Unopposed Motion for Extension of Time to Respond to Plaintiff, Christopher Dorworth's, Amended Complaint (Doc. No. 62), and states as follows:

1. The Plaintiff, Christopher Dorworth, filed his initial Complaint in Florida State Court on April 7, 2023.

2. In response, the Defendants removed the action to the United States District Court for the Middle District of Florida on May 10, 2023.

3. On May 16, 2023, this Court granted Defendants' Unopposed Joint Motion for Extension of Time to respond to the Complaint, requiring any such responses to be filed by June 19, 2023. *See* Doc. No. 19.

4. On June 16, 2023, Defendant, Abby Greenberg, filed her Rule 12 Motion. *See* Doc. No. 44. The other Defendants also filed various motions directed at the initial Complaint.

5. On June 30, 2023, Plaintiff filed a motion requesting an extension of time in which to respond to Defendants' motions. *See* Doc. No. 50. Plaintiff requested an extension to July 31, 2023 in which to file an amended complaint, representing an extension of between 20 and 31 days. *Id*.

6. This Court granted Plaintiff's requested extensions. See Doc. Nos. 52 and 55.

7. On July 27, 2023, Plaintiff filed another motion requesting an extension of time in which to file his amended pleading, through August 8, 2023. *See* Doc. No. 56.

8. This Court granted Plaintiff's second request for an extension. *See* Doc. No. 57.

9. On August 8, 2023, Plaintiff filed his Verified Amended Complaint. *See* Doc. No. 62. The Plaintiff's Amended Complaint contains approximately five hundred (500) paragraphs and differs substantially from his original Complaint.

10. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' deadline to respond to the Amended Complaint is within fourteen (14) days after service of the amended pleading, or August 22, 2023.

11. Defendant, Abby Greenberg, requires additional time in which to respond to this lengthy pleading, especially in light of existing professional obligations falling between the Amended Complaint's filing and the response deadline.

12. Defendant, Abby Greenberg, therefore seeks an extension of one week in which to respond to the Amended Complaint, through and including August 29, 2023.

13. No party will be prejudiced by the granting of this one-week extension, and Plaintiff does not oppose the requested extension.

14. Good cause exists for granting Defendant, Abby Greenberg's, Motion for Extension, as noted above.

**WHEREFORE**, Defendant, Abby Greenberg, respectfully requests that this Court extend Defendant, Abby Greenberg's, deadline to respond to Plaintiff, Christopher Dorworth's, Verified Amended Complaint (Doc. No. 62) by one week to August 29, 2023.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that on Friday, August 18, 2023, undersigned counsel conferred with counsel for Plaintiff who does not oppose the relief requested here.

**DATED**:  Friday, August 18, 2023

Respectfully submitted,

/s/ Jason A. Perkins
Jason A. Perkins, Esq.
Florida Bar No. 0610852
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Phone:  (407) 849-0300
Fax:  (407) 648-9099
jperkins@carltonfields.com (primary)
mbryan@carltonfields.com (secondary)
dcarlucci@carltonfields.com (secondary)

*Attorney for Defendant, Abby Greenberg*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, August 18, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jason A. Perkins
Jason A. Perkins, Esq.
