UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER R. DORWORTH,

    Plaintiff,                             Case No.: 6:23-cv-00871-JA-DCI

v.

JOEL MICAH GREENBERG, ANDREW W.
GREENBERG, SUE GREENBERG, ABBY
GREENBERG, AWG, INC., GREENBERG
DENTAL ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A., GREENBERG
SPECIALTY GROUP, LLC, and A.B.,

    Defendants.
_____/

**DEFENDANT JOEL GREENBERG'S UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE AMENDED COMPLAINT**

Defendant, Joel Greenberg moves this Honorable Court for an extension of time of 10 days to respond to the Amended Complaint. In support thereof, Mr. Greenberg states the following:

**STATEMENT OF FACTS**

*Procedural History*

After the Plaintiff filed his initial Complaint in state court on April 7, 2023, this action was removed to the Middle District of Florida on May 10, 2023. On June 19, 2023, Defendant, Joel Greenberg filed a Motion for a More Definite Statement. *See* Doc. 48. After moving for various extensions of time, Plaintiff filed his Amended

1

Complaint on August 8, 2023. See Doc. 61. Thus, Mr. Greenberg's deadline to respond to Plaintiff's Amended Complaint is August 22, 2023. See Fed. R. Civ. P. 15(a)(3).

*Grounds for Extension*

Mr. Greenberg requires additional time in which to adequately respond to the Amended Complaint. Since the filing of the Plaintiff's Amended Complaint, the undersigned has not had adequate time to conduct the necessary research and drafting of a response due to the undersigned's significant responsibilities in other matters. For example, from August 8 through August 22, 2023, the undersigned has appeared or will have to appear in three federal sentencing hearings in the Middle District of Florida and the Western District of York. *See United States v. Rivera-Rodriguez*, Case No. 6:22-cr-00204-RBD-DCI (M.D. Fla. Aug. 8, 2023)(date of sentencing); *United States v. Gonzalez-Rivera*, Case No. 6:20-cr-06101-EAW-MJP (W.D.N.Y Aug. 16, 2023)(date of sentencing); *United States v. Blake*, Case No. 6:22-cr-00058-PGB-EJK (M.D. Fla. Aug. 18, 2023)(date of sentencing). In addition to these court appearances, including the travel required to Rochester, New York, the undersigned has filed various pleadings relevant to these cases during the same period. Furthermore, during this same period, the undersigned has been preparing a substantive memorandum, concerning a significant sentencing terrorism enhancement, that is due in the Northern District of Florida on August 21, 2023. *See United States v. Suliman*, Case No. 1:21-cr-00006-AW-MAL (N.D. Fla. 2023).

Because the undersigned needs additional time to prepare Mr. Greenberg's

2

response, he therefore seeks an extension of ten days up to and including September 1, 2023, in which to respond to the Amended Complaint.

Pursuant to the Local Rules for the Middle District of Florida, the undersigned consulted with counsel for the Plaintiff who advised that there is no objection to the requested extension.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) allows a court to extend the deadline for responding to a complaint. This rule provides a court with wide discretion in granting enlargements of time. Moreover, requests for enlargement of time should be liberally construed. *See Yanofsky v. Wernick*, 362 F.Supp. 1005 (S.D.N.Y. 1973). The request is not being made to delay this action or prejudice any party. Instead, the request is being made to provide Mr. Greenberg with adequate representation.

WHEREFORE, Defendant Joel Greenberg respectfully requests that this Court extend his deadline to respond to Plaintiff's Verified Amended Complaint by 10 days up to and including September 1, 2023.

Dated this 18th day of August 2023.

                                                    Respectfully submitted,

                                                    /s/ Fritz Scheller
                                                    Fritz Scheller
                                                    Florida Bar No. 183113
                                                    Fritz Scheller, P.L.
                                                    200 E. Robinson Street, Suite 1150
                                                    Orlando, FL 32801
                                                    PH:   (407) 792-1285
                                                    FAX:  (407) 649-1657
                                                    fscheller@flusalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                        */s/ Fritz Scheller*
                                        Fritz Scheller
                                        Florida Bar No. 183113
                                        Fritz Scheller, P.L.
                                        200 E. Robinson Street, Suite 1150
                                        Orlando, FL 32801
                                        PH:   (407) 792-1285
                                        FAX: (407) 649-1657
                                        *Attorney for Defendant Joel Greenberg*
                                        fscheller@flusalaw.com