UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    *Plaintiff*,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    *Defendants*.

Case No.: 6:23-cv-00871-CEM-DCI

## GREENBERG DENTAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants, Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC (collectively, "Greenberg Dental"), by and through their undersigned counsel, hereby file this unopposed motion for an extension of time to respond to Plaintiff's Amended Complaint. In support of this Motion, Defendants state as follows:

1. On August 8, 2023, Plaintiff filed a Verified Amended Complaint. ECF No. 62. Plaintiff's Amended Complaint contains approximately 500 paragraphs and differs substantially from his original Complaint.

O4326341.v1

2. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' deadline to respond to the Amended Complaint is within 14 days after service of the amended pleading, or August 22, 2023.

3. Greenberg Dental requires a short enlargement of time to respond to this new and substantially revised pleading.

4. Greenberg Dental Defendants request an extension of one week in which to respond to the Amended Complaint, through and including August 29, 2023.

5. No party will be prejudiced by the granting of this one-week extension, and Plaintiff does not oppose the requested extension.

WHEREFORE, Greenberg Dental Defendants requests that this Court extend Greenberg Dental to respond to Plaintiff's Verified Amended Complaint by one week to August 29, 2023.

### 3.01(G) CERTIFICATION

Greenberg Dental's counsel conferred with Plaintiff's counsel on August 18, 2023, who does not oppose the requested relief.

Dated August 18, 2023.

Respectfully submitted,

*/s/ Michael J. Furbush*
Michael J. Furbush
Florida Bar No. 70009
Michaela N. Kirn
Florida Bar No. 1018863
Dean Mead, Egerton, Bloodworth,
CAPOUANO & Bozarth, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Tel: 407-841-1200
Fax: 407-423-1831
mfurbush@deanmead.com (Primary)
mkirn@deanmead.com (Primary)
mgodek@deanmead.com (Secondary)

*Attorneys for Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

*/s/ Michael J. Furbush*
Michael J. Furbush

3

O4326341.v1