UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER R. DORWORTH,

    Plaintiff,                                     Case No.: 6:23-cv-00871-JA-DCI

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG SPECIALTY GROUP, LLC, and A.B.,

    Defendants.
_____/

## NOTICE OF DESIGNATION OF
## LEAD COUNSEL FOR DEFENDANT JOEL GREENBERG

PLEASE TAKE NOTICE that Fritz Scheller, Esquire, of Fritz Scheller, P.L., is hereby designated as lead counsel of record for Defendant, Joel Greenberg.

Dated this 18th day of August 2023.

                                                         /s/ Fritz Scheller
                                                         Fritz Scheller
                                                         Florida Bar No. 183113
                                                         Fritz Scheller, P.L.
                                                         200 E. Robinson Street, Suite 1150
                                                         Orlando, FL 32801
                                                         PH:   (407) 792-1285
                                                         FAX:  (407) 649-1657
                                                         *Attorney for Defendant Joel Greenberg*
                                                         fscheller@flusalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Fritz Scheller*
Fritz Scheller
Florida Bar No. 183113
Fritz Scheller, P.L.
200 E. Robinson Street, Suite 1150
Orlando, FL 32801
PH:   (407) 792-1285
FAX:  (407) 649-1657
*Attorney for Defendant Joel Greenberg*
fscheller@flusalaw.com