UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

  *Plaintiff*,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

  *Defendants*.

Case No.: 6:23-cv-871-JA-DCI

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

## NOTICE OF LEAD COUNSEL FOR DEFENDANT, ABBY GREENBERG

**PLEASE TAKE NOTICE** that pursuant to L.R. 2.02, Jason A. Perkins of Carlton Fields, P.A., who is admitted to practice before this Court, is designated as lead counsel for Defendant Abby Greenberg.

**DATED**: August 22, 2023

                    Respectfully submitted,

                    /s/ Jason A. Perkins
                    Jason A. Perkins, Esq.
                    Florida Bar No. 0610852
                    CARLTON FIELDS, P.A.
                    200 S. Orange Avenue, Suite 1000
                    Orlando, Florida 32801
                    Phone: (407) 849-0300

133811894.1

              Fax:  (407) 648-9099
              jperkins@carltonfields.com (primary)
              mbryan@carltonfields.com (secondary)
              dcarlucci@carltonfields.com (secondary)

*Attorney for Defendant, Abby Greenberg*

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on Tuesday, August 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

              /s/ Jason A. Perkins
              Jason A. Perkins, Esq.

133811894.1