111353-7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-CV-00871

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUE
GREENBERG, ABBY GREENBERG,
AWG, INC., GREENBERG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and A.B.,

    Defendants.
_____/

## APPEARANCE OF COUNSEL

TO:   The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for ANDREW W. GREENBERG and SUE GREENBERG.

Date:  August 22, 2023

CASE NO. 6:23-CV-00871

*/s/ William Peters, Jr.*
William Peters, Jr., Esquire
Florida Bar No. 50230
WICKER SMITH O'HARA MCCOY &
FORD, P.A.
**Co-counsel for Andrew W. Greenberg and Sue Greenberg**
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on ***August 22, 2023***, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ William Peters, Jr.*
William Peters, Jr., Esquire