## Appendix A
## Excerpts of Conclusory Allegations Relating to the Greenbergs from Amended Complaint (Doc. 62)

- Paragraph 9: "Upon information and belief, the rest of the Defendants supported these activities through payments designed to induce or facilitate this wrongdoing."

- Paragraph 25: "When referring to acts performed by Joel Greenberg, Andrew Greenberg, or Sue Greenberg, any funding required for those acts came from AWG and/or Greenberg Dental with the knowledge of what the funding would be used for."

- Paragraph 27: "Upon information and belief, A.B. was compensated by the Greenbergs to provide false testimony for compensation in furtherance of false allegations against Dorworth."

- Paragraph 29: "Upon information and belief, A.B. received other compensation from Joel Greenberg and/or other members of the Greenberg Enterprise."

- Paragraph 105: "Upon information and belief, and according to Greenberg, he had agreed with his parents that they would fund, through their companies, any lobbying, bribes, payments, or legal fees necessary to obtain A.B.'s cooperation in reporting or testifying falsely, or to fund any effort to obtain a pardon."

- Paragraph 126: "Andrew and Sue Greenberg, as well as AWG and Greenberg Dental, agreed to provide funding to compensate Abby Greenberg and A.B. for providing false reports and testimony to the authorities and the federal grand jury."

- Paragraph 127: "Andrew and Sue Greenberg, as well as AWG and Greenberg Dental, also agreed to provide funding for expenses in connection with providing false reports and testimony to the authorities and the grand jury, including legal, investigative, and other expenses."

- Paragraph 154: "Further, upon information and belief, Andrew and Sue Greenberg agreed, at Joel Greenberg's behest, to provide money and other valuable consideration to Abby Greenberg and A.B. in exchange for their cooperation, and Abby Greenberg and A.B. agreed to participate, at Joel Greenberg's behest, in exchange for that consideration."

- Paragraph 214: "At this point, Andrew and Sue Greenberg still agreed to assist Greenberg financially and otherwise in implicating others, including Dorworth,

Gaetz, and Beshears, in illegal activity even though they knew that Greenberg was involved in falsely implicating others, including through the illegal acts alleged herein."

- Paragraph 286: "Andrew and Sue Greenberg control the Greenberg Enterprise by controlling the funding of Defendants' activities."

- Paragraph 292: "Joel Greenberg requested and received the support and help from each other Defendant in assisting with his pattern of racketeering activity."

- Paragraph 294: "Andrew and Sue Greenberg, and their companies Greenberg Dental and AWG agreed to provide, and Abby Greenberg and A.B. agreed to accept, compensation in exchange for participating in the process crimes intended to falsely implicate Dorworth and others."

- Paragraph 300: "Upon information and belief, for example, when Joel Greenberg said that he was paying for A.B.'s lawyer, he was either referring to payments made by his parents or their companies, or he was referring to money he had obtained from them for that purpose and with their knowledge of how it would be used."

- Paragraph 305: "Upon information and belief, AWG is used by the Greenberg family, including Sue, Andrew, and Joel Greenberg, as an alter ego and personal piggy bank, to funnel funds from Greenberg Dental for numerous purposes, including illegal acts described in this Complaint and previous pleadings and in Greenberg's indictments."

- Paragraph 306: "Andrew and Sue Greenberg coordinated the material support of the Greenberg Enterprise."

- Paragraph 309: "Andrew Greenberg and Greenberg Dental and/or AWG knew that Greenberg was using these proffers and his testimony to falsely implicate Dorworth and others."

- Paragraph 312: "Upon information and belief, each payment by AWG and/or Greenberg Dental was not a bona fide payment of salary, compensation, dividends, or distributions, but was a specific payment made for the benefit of Joel Greenberg, Abby Greenberg, or A.B. with knowledge that the payments were facilitating improper or illegal conduct."

- Paragraph 313: "Upon information and belief, Sue Greenberg assisted Andrew Greenberg with all of his conduct herein."

- Paragraph 314: "Upon information and belief, Sue Greenberg encouraged and conspired with Abby Greenberg to assist in the Greenberg Enterprise."

- Paragraph 315: "Upon information and belief, in exchange, Sue Greenberg served as Abby Greenberg's paymaster, and provided funds, housing, vacations, and other material support to Abby Greenberg in connection with her assistance to the conspiracy."

- Paragraph 318: "Greenberg's parents purchased a home for Abby despite no obligation to do so in exchange for Abby agreeing to implicate others."

- Paragraph 320: "This increased support was to reward and encourage Abby Greenberg's cooperation with the conspiracy."

- Paragraph 324: "In particular, Greenberg's family helped to direct others, including Abby Greenberg and A.B., in smearing Dorworth and others through false reports and false testimony to state and federal authorities."

- Paragraph 325: "Upon information and belief, the Greenbergs received and paid the bills of the lawyers and therefore knew of all of the activity in the case."

- Paragraph 326: "As such, the Greenbergs knew that Greenberg was disseminating false information about Dorworth and others to the authorities and the press."

- Paragraph 327: "Upon information and belief, Sue Greenberg and Abby Greenberg helped Joel Greenberg effectuate his plan while he was incarcerated."

- Paragraph 331: "Greenberg's family, including his father, Andrew Greenberg, was aware of and involved in Greenberg's bitcoin scheme."

- Paragraph 358: "Upon information and belief, other Defendants here, including Abby Greenberg, Joel Greenberg, and possibly Andrew and Sue Greenberg, provided information to the New York Times reporter, which resulted in the Times reporter contacting Dorworth."

- Paragraph 388: "Despite all of this, the Greenbergs provided extravagant aid to Greenberg, before, during, and most importantly, after his public role, knowing that this aid would be used to commit crimes, including those described herein."