# Appendix A

| Relevant Doc. 62 Paragraph Number | Conclusory Allegation |
|---|---|
| ¶ 7 | "For a period of years, from at least 2020 to 2023, Joel and Abby Greenberg and A.B. provided false testimony and allegations about Dorworth and others to the authorities to obtain cooperation credit for Joel Greenberg." |
| ¶ 9 | "Upon information and belief, the rest of the Defendants supported these activities through payments designed to induce or facilitate this wrongdoing." |
| ¶ 29 | "Upon information and belief, A.B. received other compensation from Joel Greenberg and/or other members of the Greenberg Enterprise." |
| ¶ 100 | "By doing so, Abby Greenberg acted to assist with Joel Greenberg's scheme of covering up and mitigating Joel Greenberg and others' criminal liability through threats, and later false accusations of impropriety by Dorworth, Gaetz, and others." |
| ¶ 101 | "Joel Greenberg and Abby Greenberg agreed to cooperate to lure Rebekah Dorworth to the resort to issue a threat that they intended to back up by falsely implicating Dorworth and others in crimes as retaliation for Dorworth and Gaetz' failure to help mitigate the Greenbergs' exposure." |
| ¶ 122 | "Upon information and belief, beginning late Summer 2020, Joel Greenberg, A.B. and Abby Greenberg began speaking with federal prosecutors to frame Dorworth, Gaetz, and others." |
| ¶ 123 | "Greenberg, A.B. and Abby agreed that they would provide false information to the authorities and the federal grand jury regarding Dorworth, Gaetz and others." |
| ¶ 126 | "Andrew and Sue Greenberg, as well as AWG and Greenberg Dental, agreed to provide funding to compensate Abby Greenberg and A.B. for providing false reports and testimony to the authorities and the federal grand jury." |
| ¶ 127 | "Andrew and Sue Greenberg, as well as AWG and Greenberg Dental, also agreed to provide funding for expenses in connection with providing false reports and testimony to the authorities and the grand jury, including legal, investigative, and other expenses." |
| ¶ 154 | "Further, upon information and belief, Andrew and Sue Greenberg agreed, at Joel Greenberg's behest, to provide money and other valuable consideration to Abby Greenberg and A.B. in exchange for their cooperation, and Abby Greenberg and A.B. agreed to participate, |

| | |
|---|---|
| | at Joel Greenberg's behest, in exchange for that consideration." |
| ¶ 161 | "Upon information and belief, the authorities contacted Abby Greenberg, who corroborated Joel Greenberg's accusation, and/or sat before a state grand duty. Id. at 39:18-29, 40:22-41:18 (Cope asking Joel if Abby would speak to them, later asking if Abby was represented and asking that Greenberg not speak to her so as to "taint any future interview.")" |
| ¶ 162 | "In fact, it appears from the dialogue that Abby Greenberg had already sat with the authorities or provided information in the investigation. *Id.* at 39:18-33 (Joel indicating that Abby had already "come in on" some redacted issue.)" |
| ¶ 230 | "Greenberg kept a close relationship with Abby Greenberg, who was his former wife, and who knowingly corroborated many of his false allegations and who was kept in the fold through material support from his parents." |
| ¶ 243 | "18 U.S.C. 1512(b), regarding tampering with a victim, witness, or informant, by corruptly persuading and inducing A.B. and, upon information and belief, Abby Greenberg, to provide false statements to federal law enforcement." |
| ¶ 275 | "Upon information and belief, Abby and the Greenbergs knew about or became aware of Joel's relationship with A.B." |
| ¶ 292 | "Joel Greenberg requested and received the support and help from each other Defendant in assisting with his pattern of racketeering activity." |
| ¶ 294 | "Andrew and Sue Greenberg, and their companies Greenberg Dental and AWG agreed to provide, and Abby Greenberg and A.B. agreed to accept, compensation in exchange for participating in the process crimes intended to falsely implicate Dorworth and others." |
| ¶ 312 | "Upon information and belief, each payment by AWG and/or Greenberg Dental was not a bona fide payment of salary, compensation, dividends, or distributions, but was a specific payment made for the benefit of Joel Greenberg, Abby Greenberg, or A.B. with knowledge that the payments were facilitating improper or illegal conduct." |
| ¶ 314 | "Upon information and belief, Sue Greenberg encouraged and conspired with Abby Greenberg to assist in the Greenberg Enterprise." |
| ¶ 315 | "Upon information and belief, in exchange, Sue Greenberg served as Abby Greenberg's paymaster, and provided funds, housing, vacations, and other material support to Abby Greenberg in connection with her assistance to the conspiracy." |
| ¶ 318 | "Greenberg's parents purchased a home for Abby despite no obligation to do so in exchange for Abby agreeing to implicate others." |
| ¶ 320 | "This increased support was to reward and encourage Abby |

| | |
|---|---|
| | Greenberg's cooperation with the conspiracy." |
| ¶ 324 | "In particular, Greenberg's family helped to direct others, including Abby Greenberg and A.B., in smearing Dorworth and others through false reports and false testimony to state and federal authorities." |
| ¶ 327 | "Upon information and belief, Sue Greenberg and Abby Greenberg helped Joel Greenberg effectuate his plan while he was incarcerated." |
| ¶ 331 | "Greenberg's family, including his father, Andrew Greenberg, was aware of and involved in Greenberg's bitcoin scheme." |
| ¶ 358 | "Upon information and belief, other Defendants here, including Abby Greenberg, Joel Greenberg, and possibly Andrew and Sue Greenberg, provided information to the New York Times reporter, which resulted in the Times reporter contacting Dorworth." |
| ¶ 374 | "Upon information and belief, Abby Greenberg was the source for the New York Times story, which covered the allegation against Dorworth about the ghost candidate scheme." |
| ¶ 375 | "Abby Greenberg also disseminated information about the false sexual misconduct allegations to the press." |
| ¶ 376 | "Upon information and belief, Abby Greenberg has disseminated information about the false sexual misconduct allegations to the Daily Beast on multiple occasions." |
| ¶ 379 | "Each one of these statements was made by [Joel] Greenberg, and/or repeated or corroborated by A.B. and Abby Greenberg, with an improper motive to harm Dorworth." |
| ¶ 448 | "Defendant Abby Greenberg also made false statements regarding Dorworth, including that Dorworth engaged in a ghost candidate scheme, and further disseminated sexual misconduct allegations regarding Dorworth to the media." |