UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

## MOTION FOR EXTENSION OF TIME TO RESPOND TO ANDREW AND SUSAN GREENBERG, AND AWG, INC.'S MOTION TO DISMISS

Plaintiff Christopher Dorworth hereby moves for an extension of time through October 13, 2023 to respond to Andrew and Susan Greenberg, and AWG, Inc.'s Motion to Dismiss (Doc. 77) and states the following:

1) Dorworth filed this action on April 7, 2023, provided each Defendant with waivers, and each Defendant received at least 60 days to respond to the Complaint.

2) Plaintiff Amended his Complaint on August 8, 2023, in response to previous Motions to Dismiss.

3) On August 22, 2023, Andrew and Susan Greenberg, and AWG, Inc. moved to dismiss. (Doc. 77)

4) Plaintiff's response is due on September 12, 2023.

5) Undersigned counsel needs additional time to review any deficiencies identified in the Motions, confer with his client and others, and draft a proper response to the Motion to Dismiss.

6) Since the Motion was filed, undersigned counsel has had numerous other hearings and filings deadlines, and has had to perform time-sensitive work on several matters.

7) Other personal and professional obligations, and the scope of the work required, and the need for collaboration dictate that undersigned counsel needs an extension of time.

8) In total, undersigned counsel must respond to hundreds of pages of briefing (Docs. 77, 79, 80, 81, 82) in the next week in this case alone.

9) Further, undersigned counsel must travel to Tallahassee later this month to attend to his duties as a Florida State Representative.

10) Finally, undersigned counsel is currently scheduled for a trial the first week of October in Orlando.

11) As such, undersigned counsel is requesting an extension through October 13, 2023 to respond to the Motion to Dismiss. (Doc. 77)

12) This extension is requested in good faith and will not prejudice any party.

## CERTIFICATE OF CONFERRAL

13) Counsel for Andrew and Susan Greenberg, and AWG, Inc. have responded that they do not oppose the requested extension.

14) For the foregoing reasons, the Court should extend the time to respond to the Motion (Doc. 77) through October 13, 2023.

Filed: September 9, 2023.                         Respectfully Submitted,

/s/Michael Paul Beltran  
Michael P Beltran  
Fla. Bar No. 0093184  
Beltran Litigation, P.A.

                                          4920 West Cypress St.
                                        Suite 104 PMB 5089
                                        Tampa, FL 33607
                                        813-870-3073 (o)
                                        mike@beltranlitigation.com
                                        *Counsel for Plaintiff Dorworth*

## **CERTIFICATE OF SERVICE**

      I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

                                        /s/Michael Paul Beltran
                                        Michael P Beltran