UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-CV-00871 |

### PLAINTIFF'S MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES

COMES NOW, Plaintiff Christopher Dorworth, by and through counsel, and for good cause shown herein, respectfully requests an order extending the deadline by which Plaintiff must move to amend the complaint or add parties from its current deadline of September 30, 2023, through at least November 3, 2023. In support of this motion, Plaintiff states:

1. The current deadline to move for leave to add parties or amend pleadings is September 30, 2023, which was extended by consent of the Defendants and Order of the Court. (Doc. 84) The Court directed Plaintiff to renew his motion if he desired a further extension that was previously requested but not consented to by Defendants. Id.

2. This matter was filed in state court on April 7, 2023. It was removed to the Middle District on May 10, 2023. Each Defendant requested, received, and returned waivers, making their response deadline June 19, 2023.

3.  All Defendants filed motions to dismiss on June 19, 2023. In response to Defendants' motions, Plaintiff filed an Amended Complaint on August 8, 2023.

4.  The parties conducted the planning conference on June 15, 2023, and filed the report on June 20, 2023.

5.  Plaintiff promptly propounded discovery on June 29, 2023.

6.  Each Defendant subsequently requested and received multiple discovery extensions. As a result of granting these courtesy extensions, Plaintiff only received initial discovery responses in late August and Early September.

7.  Since the previous motion was filed (Doc. 83), nothing has happened to provide undersigned counsel with any confidence that discovery will be in a place where he can identify any need to add parties or amend the pleading by September 30, 2023. Sue Greenberg, Andrew Greenberg, and AWG Inc. responded to discovery late last week, but they objected to nearly every request and did not provide any documents.

8.  Just today, Sue Greenberg, Andrew Greenberg, and AWG Inc. requested an extension to respond to the Second Request for Production (which simply requests information pertaining to the persons and documents referenced in the Rule 26 disclosures), which will result in any production at the end of September at the earliest.

9.  Most importantly, as of this writing, Joel Greenberg, the lead defendant, has not yet responded to any discovery. Undersigned counsel emailed on September 7, 2023, inquiring as to the lack of discovery from Joel Greenberg, and counsel for Greenberg said he would get back to undersigned counsel, but as of this writing, Plaintiff has not received the discovery or any estimate of when it will be provided.

10.     Of the discovery responses received, Plaintiff received very limited meaningful responses, and only from at most four defendants. Although these responses objected and did not respond to the vast majority of the requests, they did confirm at least some meetings with authorities and payments by other Defendants in connection with Joel's criminal case, confirming those aspects of the operative pleading. However, no Defendant has responded to any discovery designed to identify any other culpable parties.

11.     Further, at this time, no documents whatsoever have been produced by any Defendant, including documents identified in Defendants' own Rule 26 disclosures. This is despite discovery being propounded over two months ago.

12.     Several Defendants have referred to a hypothetical confidentiality agreement, and stated that they would provide documents only after a confidentiality agreement is signed, but no Defendant has supplied a proposed confidentiality agreement, despite a request directed to at least some defendants. One Defendant said that a confidentiality agreement would be forthcoming this past week, but has not supplied one.

13.     Plaintiff neither has a proposed confidentiality agreement, nor any documents, nor any idea what documents may be forthcoming after a confidentiality agreement or any conferral, let alone motion practice.

14.     Although Plaintiff was diligent in propounding discovery and extended substantial courtesies in providing multiple extensions to each Defendant, it is without meaningful discovery, and at this rate, will be without discovery through the deadline to file a motion to add parties or amend pleadings.

15.     Plaintiff is <u>not</u> stating that a motion to add parties or amend pleadings will be necessary. Rather, the absence of basic discovery has left Plaintiff between a rock and a hard place. If, for

example, Plaintiff does not seek to preserve his ability to file the motion, and discovery reveals additional members to Defendants' conspiracy, Plaintiff will have forfeited his ability to add those parties.

16. This is not a situation where Plaintiff has pursued discovery as a fishing expedition for purposes of overcoming motions to dismiss. Indeed, the Amended Complaint sets forth pages of facts and evidence. Further, the very limited discovery provided to date confirms many of Plaintiff's assertions.

17. Rather, Plaintiff simply seeks to avoid prejudice from his cooperation with Defendants and preserve his ability to file a motion for leave to add parties or amend his pleading, just as is permitted in any other lawsuit.

18. Plaintiff seeks to extend the deadline to file a motion for leave to add parties or amend his pleading through at least November 3, 2023. This was the date agreed by the parties in the planning conference and will not require an extension of any other dates in the Case Management and Scheduling Order. The next case deadline is not for a full year – a September 3, 2024 deadline for Plaintiff's expert disclosures. Discovery does not close until November 1, 2024. (*See* Doc. 51).

19. Again, Plaintiff does not know at this time whether a motion for leave to add parties or amend will be necessary. To avoid potential prejudice resulting from extending courtesy discovery extensions, and to allow Plaintiff to work to obtain discovery and identify any other culpable parties or any need to modify or add claims, Plaintiff asks the Court to extend the deadline through at least November 3, 2023.

20. The Court's orders are clear that parties must not delay filing a motion to extend deadlines. As a result, Plaintiff seeks to address this proactively rather than allowing the deadline to pass and waiting for the results of discovery.

21. All parties conferred on Plaintiff's request for extension. Although counsel for Defendants previously consented to an extension to September 30, 2023, they oppose a longer extension.

22. Given the paucity of meaningful discovery responses to date and numerous boilerplate objections, Plaintiff anticipates further conferrals, and possibly Court involvement, may become necessary as to written discovery.

23. As a result, Plaintiff seeks an extension through at least November 3, 2023, the original date agreed upon by the parties in the planning report.

WHEREFORE Plaintiff Christopher E. Dorworth respectfully requests an Order of this Court extending the deadline for Plaintiff to file a motion for leave to add parties or amend pleadings through at least November 3, 2023.

September 11, 2023.                                         Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Rule 3.01(G) of the Middle District of Florida Local Rules, the undersigned certifies that he has conferred with all opposing counsel by Zoom meeting regarding the relief sought in the Motion. All Defendants oppose an extension beyond September 30, 2023.

/s/Michael Paul Beltran
Michael P Beltran

## CERTIFICATE OF SERVICE

      I certify that on the date listed above, a true and correct copy of this document was filed via CM/ECF, which will serve all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran
