UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

## SUPERSEDING[1] MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Plaintiff Christopher Dorworth hereby moves for an extension of time through October 10, 2023 to respond to four of the pending Motions to Dismiss (Doc. 79, 80, 81, 82) and states the following:

1)    Dorworth filed this action on April 7, 2023, provided each Defendant with waivers, and each Defendant received at least 60 days to respond to the Complaint.

2)    Plaintiff Amended his Complaint on August 8, 2023, in response to previous Motions to Dismiss.

3)    On August 22, 2023, Andrew and Susan Greenberg, and AWG, Inc. moved to dismiss. (Doc. 77)

---

[1] Corrects an error in the caption, which carried over from a previous motion, and clarifies that undersigned counsel heard from counsel for Abby Greenberg, who does not object to the full extension through October 10, 2023.

4) On August 29, 2023, the remaining Defendants moved to dismiss. (Docs. 79, 80, 81, 82)

5) Plaintiff's responses are due on September 19, 2023.

6) Undersigned counsel needs additional time to review any real or alleged deficiencies identified in the Motions, confer with his client and others, and draft proper responses to the Motions to Dismiss.

7) Since the Motions were filed, undersigned counsel has had numerous other hearings and filings deadlines, and has had to perform time-sensitive work on several matters.

8) Further, undersigned counsel must travel to Tallahassee later this month to attend to his duties as a Florida State Representative. Undersigned counsel will be in Tallahassee early next week, or near the due date.

9) Finally, undersigned counsel is currently scheduled for a trial the first week of October in Orlando.

10) Other personal and professional obligations, and the scope of the work required, and the need for collaboration dictate that undersigned counsel needs an extension of time.

11) In total, undersigned counsel must respond to hundreds of pages of briefing (Docs. 77, 79, 80, 81, 82) this month in this case alone, in addition to other obligations in this case.

12) As such, undersigned counsel is requesting an extension through October 10, 2023 to respond to the remaining Motions to Dismiss. (Docs. 79, 80, 81, 82)

13) This extension is requested in good faith and will not prejudice any party.

## CERTIFICATE OF CONFERRAL

14) Opposing counsel do not oppose the requested extensions.[2]

---

[2] Counsel for Abby Greenberg has now clarified that he does not oppose the full extension through October 10, 2023.

15) For the foregoing reasons, the Court should extend the time to respond to the Motions (Docs. 79, 80, 81, 82) through October 10, 2023.

Filed: September 14, 2023.　　　　　　　　　　　Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## CERTIFICATE OF SERVICE

I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran