# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>       Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>       Defendants. | Case No.: 6:23-CV-00871 |

**REQUESTS FOR PRODUCTION OF DOCUMENTS
TO SUE GREENBERG**

TO:   Defendant SUE GREENBERG and her counsel of record, Frederick S. Wermuth:

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby requests you produce for inspection and copying all documents and things described below that are in the possession, custody or control of you or your employees, agents, or attorneys. Production shall be made at the office of the undersigned within the time set forth by the Rule.

**Time Period for Requests:** Unless otherwise specified, the applicable time period for these requests shall be January 1, 2016, to the present.

**Definitions:** The terms **"you," "your," "Defendant,"** unless otherwise specified, mean the defendant to whom these requests are directed. **"Document"** shall mean any document or electronically stored information as defined in Fed. R. Civ. P. 34(a). The term **"transaction"** means contracts, gifts, loans, transfers, payments, purchases, salary, bonuses, commissions,

Page 1 of 11

distributions, dividends, and any other payments made through any payment method. The terms **"payment"** and **"payments"** include amounts paid through any payment method, including, but not limited to, cash, cryptocurrency, real property, and personal property. All other terms herein shall have the definitions in the Operative Complaint at the time of response or their ordinary English meaning.

**ESI Production Format:** Pursuant to Fed. R. Civ. P. 34(b)(1)(C), Plaintiff hereby specifies the production of electronically stored information: Photos and documents in Word, Excel, PowerPoint, and the Google and Apple equivalents shall be produced in pdf and native formats. All other documents shall be produced as separate pdfs, accompanied by a searchable text file and a load file with all available metadata.

**Other Instructions:**

A. These requests shall be construed so as to make Defendant's responses inclusive rather than exclusive.

B. If any requested document no longer exists, is no longer within Defendant's possession, custody or control, or cannot be located, please describe the contents of the document in as much detail as possible. Furthermore, if you at any time had possession, custody or control of a document called for under this Request and if such document has been lost, destroyed, purged, or is not presently in your possession, custody or control, you shall describe the date of its loss, destruction, purge, or separation from possession, custody or control and the circumstances surrounding its loss, destruction, purge, or separation from possession, custody or control.

## REQUESTS FOR PRODUCTION

**Request No. 1:** Exhibits you intend to introduce at trial.

**Response:**

**Request No. 2:** Documents referenced in any answer to the interrogatories served contemporaneously herewith.

**Response:**

**Request No. 3:** For each expert you intend to call at trial, communications that: (1) relate to compensation for the expert's study or testimony, (2) identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed, or (3) identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed.

**Response:**

**Request No. 4:** Correspondence between Plaintiff and any Defendants in this matter.

**Response:**

**Request No. 5:** For all business entities in which you have held an ownership interest, documents reflecting the amount of such ownership interest, when it was acquired, whether it is still owned, and if not, when it was sold or otherwise relinquished.

**Response:**

**Request No. 6:** Documents reflecting transactions entered into by you, or on your behalf, that in any way relate to Joel Greenberg, Abby Greenberg, A.B., the Seminole County Tax Collector's Office, the criminal charges brought against Joel Greenberg identified in the Complaint, the allegations that formed the basis of those criminal charges, or any allegation in the Complaint or any assertion in any other operative pleading at the time of your response.

**Response:**

**Request No. 7:** Correspondence regarding Plaintiff. **Note:** Correspondence between you and your attorneys is excluded from the scope of this request.

**Response:**

**Request No. 8:** Correspondence regarding A.B.

**Response:**

**Request No. 9:** Correspondence regarding the criminal charges brought against Joel Greenberg identified in the Complaint.

**Response:**

**Request No. 10:** Correspondence regarding the allegations that formed the basis of the criminal charges brought against Joel Greenberg identified in the Complaint.

**Response:**

**Request No. 11:** Correspondence regarding restitution paid to Seminole County as a result of the allegations against Joel Greenberg.

**Response:**

**Request No. 12:** Correspondence regarding Joel Greenberg's campaign for the Office of the Seminole County Tax Collector.

**Response:**

**Request No. 13:** Documents reflecting donations and loans made to Joel Greenberg's campaign for the Office of the Seminole County Tax Collector.

**Response:**

**Request No. 14:** Documents reflecting any transactions entered into by you, or on your behalf, that in any way relates to Joel Greenberg's campaign for the Office of the Seminole County Tax Collector.

**Response:**

**Request No. 15:** Documents reflecting fundraising for Joel Greenberg's campaign for the Office of the Seminole County Tax Collector.

**Response:**

**Request No. 16:** Documents reflecting activities you performed in support of Joel Greenberg's campaign for the Office of the Seminole County Tax Collector. Such activities include, but are not limited to, serving as a campaign officer, holding fundraisers, and performing outreach.

**Response:**

**Request No. 17:** Documents reflecting the "internal investigations" described by Fritz Scheller in the Jailhouse Interview conducted with Joel Greenberg dated June 23, 2022.

**Response:**

**Request No. 18:** Documents reflecting payments to Abby Greenberg.

**Response:**

**Request No. 19:** IRS filings related to gifts or other payments to Abby Greenberg.

**Response:**

**Request No. 20:** Documents reflecting payments to Joel Greenberg.

**Response:**

**Request No. 21:** IRS filings related to gifts or other payments to Joel Greenberg.

**Response:**

**Request No. 22:** Documents reflecting payments to A.B.

**Response:**

**Request No. 23:** IRS filings related to gifts or other payments to A.B.

**Response:**

**Request No. 24:** Documents reflecting items in excess of $5,000 (whether tangible or non-tangible) purchased for Abby Greenberg.

**Response:**

**Request No. 25:** Documents reflecting items in excess of $5,000 (whether tangible or non-tangible) purchased for Joel Greenberg.

**Response:**

**Request No. 26:** Documents reflecting items (whether tangible or non-tangible) purchased for A.B.

**Response:**

**Request No. 27:** Documents reflecting amounts paid as restitution to Seminole County relating to allegations against Joel Greenberg set out in the Complaint.

**Response:**

**Request No. 28:** To the extent not already produced, documents reflecting payments to Joel Greenberg or Abby Greenberg via Venmo, CashApp, PayPal, Zelle, or similar apps.

**Response:**

**Request No. 29:** To the extent not already produced, documents reflecting payments to A.B. via Venmo, CashApp, PayPal, Zelle, or similar apps.

**Response:**

**Request No. 30:** A copy of the Complaint for each lawsuit that has been filed against you at any time, excluding the instant lawsuit.

**Response:**

**Request No. 31:** Documents reflecting your acquisition, transfer, or sale of cryptocurrency.

**Response:**

**Request No. 32:** Documents reflecting the valuation of your cryptocurrency holdings.

**Response:**

**Request No. 33:** Documents reflecting all payments made on behalf of Joel Greenberg.

**Response:**

**Request No. 34:** Documents reflecting all payments made on behalf of Abby Greenberg.

**Response:**

**Request No. 35:** Statements made in connection with the divorce proceeding with Joel Greenberg, including depositions, affidavits, interrogatory answers, and any unsworn statements.

**Response:**

**Request No. 36:** Statements made in connection with any state or federal law enforcement investigation concerning any Defendant named in this action.

**Response:**

**Request No. 37:** Statements made in connection with any claim or lawsuit concerning any Defendant named in this action.

**Response:**

**Request No. 38:** Statements made in connection with any allegations made by, or against, Plaintiff at any time.

**Response:**

**Request No. 39:** Correspondence regarding a possible pardon for Joel Greenberg.

**Response:**

**Request No. 40:** Correspondence regarding Roger Handberg.

**Response:**

**Request No. 41:** Correspondence with Fritz Scheller.

**Response:**

**Request No. 42:** Correspondence with any other attorneys representing Joel Greenberg.

**Response:**

**Request No. 43:** Documents not otherwise requested herein that that in any way support or rebut any allegation in the Complaint or any assertion in any other operative pleading at the time of your response.

**Response:**

**Request No. 44:** Documents you contend constitute admissions against Plaintiff's interest relating to any allegation in the Complaint or assertion in any other operative pleading at the time of your response.

**Response:**

**Request No. 45:** Your state and federal tax returns. Include all schedules, attachments, and amendments.

**Response:**

**Request No. 46:** Your cell phone records reflecting all calls made during the time period.

**Response:**

**Request No. 47:** Purchase records for 1253 Bella Vista Lane, Longwood, Florida.

**Response:**

**Request No. 48:** If there is, or has been, a mortgage on 1253 Bella Vista Lane, Longwood, Florida, documents reflecting the initial mortgage agreement and monthly payments made.

**Response:**

**Request No. 49:** Documents regarding the payment of property taxes and insurance for 1253 Bella Vista Lane, Longwood, Florida.

**Response:**

**Request No. 50:** Purchase records for 1055 Henley Downs Road, Lake Mary, Florida.

**Response:**

**Request No. 51:** If there is, or has been, a mortgage on 1055 Henley Downs Road, Lake Mary, Florida, documents reflecting the initial mortgage agreement and monthly payments made.

**Response:**

**Request No. 52:** Documents regarding the payment of property taxes and insurance for 1055 Henley Downs Road, Lake Mary, Florida.

**Response:**

**Request No. 53:** Sale records for 1055 Henley Downs Road, Lake Mary, Florida, including sale contract, HUD statement, brokerage agreement, and distribution of assets.

**Response:**

**Request No. 54:** Purchase records for vehicles driven by Abby Greenberg.

**Response:**

**Request No. 55:** Purchase records for vehicles driven by Joel Greenberg.

**Response:**

**Request No. 56:** Trust Agreements for all trusts in which you are a settlor, trustee, or beneficiary.

**Response:**

**Request No. 57:** Documents reflecting your transfer of assets into a trust.

**Response:**

**Request No. 58:** Documents reflecting the transfer of ownership of 3129 Cecelia Drive, Forest City, Florida, into a trust for which Sue Greenberg serves as trustee.

**Response:**

**Request No. 59:** Joint defense or common interest agreements entered between any of the Defendants in this matter.

**Response:**

June 29, 2023                                          Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

**CERTIFICATE OF SERVICE**

    I certify that on the date listed above, a copy of the foregoing document was served by email on all counsel of record:

Frederick S. Wermuth
    fwermuth@kbzwlaw.com
Dustin Mauser-Claassen
    dmauser@kbzwlaw.com
Quinn Ritter
    qritter@kbzwlaw.com
***Counsel for Andrew Greenberg***
***Sue Greenberg, and AWG, Inc.***

Michael J. Furbush
    mfurbush@deanmead.com
Michaela N. Kirn
    mkirn@deanmead.com
***Counsel for Greenberg Dental Entities***

Jesse Unruh
    jesse@spirelawfirm.com
Christopher W. Ford
    ford@hbcboulder.com
Laura Wolf
    laura@spark-law.com
***Counsel for A.B.***

Jason A. Perkins
    jperkins@carltonfields.com
Chelsey J. Clements
    cclements@carltonfields.com
Jason F. Bullinger
    jbullinger@carltonfields.com
***Counsel for Abby Greenberg***

Fritz Scheller
    fscheller@flusalaw.com
***Counsel for Joel Greenberg***

    /s/Michael Paul Beltran
    Michael P Beltran