UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

   Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREEBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, AND A.B.,

   Defendants.

Case No.: 6:23-cv-00871-CEM-DCI

**DEFENDANT, ABBY GREENBERG'S, NOTICE OF JOINDER IN DEFENDANTS ANDREW GREENEBRG, SUSAN GREENBERG, AND AWG, INC.'S RESPONSE IN OPPOSITION TO DORWORTH'S SECOND MOTION TO EXTEND FILING DEADLINE FILED ON SEPTEMBER 22, 2023 (DOC NO. 92)**

The Defendant, Abby Greenberg, by and through her undersigned counsel, hereby joins Defendants Andrew Greenberg, Susan Greenberg, and AWG, Inc.'s Response in Opposition to Plaintiff, Christopher Dorworth's, Second Motion to Extend Filing Deadline filed September 22, 2023 (Doc. No. 92).

In so doing, the Defendant, Abby Greenberg, points out that Plaintiff, Christopher Dorworth, served extensive written discovery on all nine (9) Defendants

on Thursday, June 29, 2023 instead of Thursday, July 6, 2023 as referenced at the bottom of Page Three (3) of the Opposition.

The fact that Plaintiff's discovery was served on June 29, 2023 does not change the analysis as Plaintiff, Christopher Dorworth, fails to meet Rule 16's good cause standard for the reasons set forth in the Opposition.

**DATED**:  Monday, September 25, 2023

Respectfully submitted,

/s/ Jason A. Perkins
Jason A. Perkins, Esq.
Florida Bar No. 0610852
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Phone:  (407) 849-0300
Fax:  (407) 648-9099
jperkins@carltonfields.com (primary)
mbryan@carltonfields.com (secondary)
dcarlucci@carltonfields.com (secondary)

*Attorney for Defendant, Abby Greenberg*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on Monday, September 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jason A. Perkins
Jason A. Perkins, Esq.
