# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH, | |
| Plaintiff, | |
| v. | |
| JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B., | Case No.: 6:23-CV-00871 |
| Defendants. | |

## INTERROGATORIES TO ANDREW W. GREENBERG

TO:   Defendant ANDREW W. GREENBERG and his counsel of record, Frederick W. Wermuth:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff hereby requests Andrew W. Greenberg answer the following interrogatories within the time prescribed by the Federal Rules of Civil Procedure.

**Definitions:** The term **"identify"** relating to <u>individuals</u> means to provide each person's name, address, phone number, and employer. The term "identify" relating to <u>business entities, including financial institutions and cell phone providers</u>, means to provide each entity's full name and address. As to a <u>financial account</u>, "identify" means to provide the title, account number, and financial institution. The term **"transaction"** means contracts, gifts, loans, transfers, payments, purchases, salary, bonuses, commissions, distributions, dividends, and any other payments made through any payment method. The term **"payment"** includes amounts paid through any payment

method, including, but not limited to, cash, cryptocurrency, real property, and personal property. All other terms herein shall have the definitions in the Operative Complaint or their ordinary English meaning.

**Instructions:**

A.      In lieu of identifying documents, you may produce a copy of such document, identifying which documents correspond to which interrogatory.

B.      If all or part of the information furnished in response to an interrogatory is not within your personal knowledge, identify each person who has personal knowledge and each person who communicated to you any part of the information furnished.

C.      To the extent that you believe any interrogatory to be vague, ambiguous, overbroad, unduly burdensome, or not reasonably limited in time or scope, construe the request in a manner that you deem reasonable, state explicitly how you have so construed the request, and then respond to the request as you have construed it. Plaintiff reserves the right to move to compel the portions of the interrogatory objected to.

## INTERROGATORIES

**Interrogatory No. 1:** For the time period of January 1, 2016, to the present, identify transactions entered into by, or on behalf of, Andrew W. Greenberg that in any way relate to Plaintiff, A.B., the Seminole County Tax Collector's Office, the criminal charges brought against Joel Greenberg identified in the Complaint, the allegations that formed the basis of those criminal charges, or any assertion in any other operative pleading at the time of your response.

**Answer:**

**Interrogatory No. 2:** Identify the cell phone numbers Andrew W. Greenberg used at any time between January 1, 2016, and the present, and for each number, the respective cell phone provider.

**Answer:**

**Interrogatory No. 3:** Identify the messaging apps Andrew W. Greenberg used at any time between January 1, 2016, and the present. For each app, identify the corresponding user name. Examples of messaging apps include, but are not limited to, iMessage, WhatsApp, Slack, Discord, Google Chat/Google Hangout, Facebook Messenger, and Microsoft Teams.

**Answer:**

**Interrogatory No. 4:** Identify business entities in which Andrew W. Greenberg has held an ownership interest at any time between January 1, 2016, and the present. For each entity, identify the percentage owned, number of shares or equivalent units owned, the date the shares/units were acquired, your basis in the shares/units, current value, and if sold or otherwise relinquished, the amount received and date.

**Answer:**

**Interrogatory No. 5:** Identify the email addresses Andrew W. Greenberg used at any time between January 1, 2016, and the present.

**Answer:**

**Interrogatory No. 6:** Identify financial accounts, including, but not limited to bank accounts, credit accounts, debit accounts, or cryptocurrency accounts, Andrew W. Greenberg held either personally, or through a business entity, at any time between January 1, 2016, and the present.

**Answer:**

**Interrogatory No. 7:** Identify the accountants, CPAs, tax professionals, bankers, financial advisors, and persons in similar occupations who have been used by Andrew W. Greenberg at any time between January 1, 2016, and the present.

**Answer:**

**Interrogatory No. 8:** Describe Andrew W. Greenberg's relationship to each of the following entities:

    AWG Limited Family Partnership, a Nevada Partnership

    AWG Management Company, a Nevada Limited Liability Company

    GDA Investments, LLC, a Nevada Limited Liability Company

    GDA of Florida, LLC, a Nevada Limited Liability Company

    CLM Funding, Inc., a Delaware Corporation

**Answer:**

**Interrogatory No. 9:** For the period of January 1, 2016, to the present, identify payments made by, or on behalf of, Andrew Greenberg for legal fees of A.B., Joe Ellicot, and Nabil Dajani.

**Answer:**

**Interrogatory No. 10:** Identify (a) individuals retained by or on behalf of Andrew W. Greenberg to investigate or surveil Chris Dorworth, Rebekah Dorworth, or their business enterprises, (b) the dates performed, and (c) documents regarding any such investigation or surveillance.

**Answer:**

June 29, 2023.                                  Respectfully Submitted,

                                                /s/Michael Paul Beltran
                                                Michael P Beltran
                                                Fla. Bar No. 0093184
                                                Beltran Litigation, P.A.
                                                4920 West Cypress St.
                                                Suite 104 PMB 5089
                                                Tampa, FL 33607
                                                813-870-3073 (o)
                                                mike@beltranlitigation.com
                                                *Counsel for Plaintiff Dorworth*

## CERTIFICATE OF SERVICE

I certify that on the date listed above a copy of the foregoing document was served by email on all counsel of record:

Frederick S. Wermuth
    fwermuth@kbzwlaw.com
Dustin Mauser-Claassen
    dmauser@kbzwlaw.com
Quinn Ritter
    qritter@kbzwlaw.com
***Counsel for Andrew Greenberg***
***Sue Greenberg, and AWG, Inc.***

Michael J. Furbush
    mfurbush@deanmead.com
Michaela N. Kirn
    mkirn@deanmead.com
***Counsel for Greenberg Dental Entities***

Jesse Unruh
    jesse@spirelawfirm.com
Christopher W. Ford
    ford@hbcboulder.com
Laura Wolf
    laura@spark-law.com
***Counsel for A.B.***

Jason A. Perkins
    jperkins@carltonfields.com
Chelsey J. Clements
    cclements@carltonfields.com
Jason F. Bullinger
    jbullinger@carltonfields.com
***Counsel for Abby Greenberg***

Fritz Scheller
    fscheller@flusalaw.com
***Counsel for Joel Greenberg***

/s/Michael Paul Beltran
Michael P Beltran