# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-CV-00871 |

**REQUESTS FOR PRODUCTION OF DOCUMENTS, SET TWO
TO ALL DEFENDANTS**

TO:    All Defendants and their counsel of record:

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby requests you produce for inspection and copying all documents and things described below that are in the possession, custody or control of you or your employees, agents, or attorneys. Production shall be made at the office of the undersigned within the time set forth by the Rule.

**ESI Production Format:** Pursuant to Fed. R. Civ. P. 34(b)(1)(C), Plaintiff hereby specifies the production of electronically stored information: Photos and documents in Word, Excel, PowerPoint, and the Google and Apple equivalents shall be produced in pdf and native formats. All other documents shall be produced as separate pdfs, accompanied by a searchable text file and a load file with all available metadata.

**Other Instructions:**

A. These requests shall be construed so as to make Defendant's responses inclusive rather than exclusive.

B. If any requested document no longer exists, is no longer within Defendant's possession, custody or control, or cannot be located, please describe the contents of the document in as much detail as possible. Furthermore, if you at any time had possession, custody or control of a document called for under this Request and if such document has been lost, destroyed, purged, or is not presently in your possession, custody or control, you shall describe the date of its loss, destruction, purge, or separation from possession, custody or control and the circumstances surrounding its loss, destruction, purge, or separation from possession, custody or control.

## REQUESTS FOR PRODUCTION, SET TWO

**Request No. 1:** Documents referenced in your initial disclosures.

**Response:**

**Request No. 2:** Communications to and from those persons identified in your initial disclosures as likely to have discoverable information.

**Response:**

**Request No. 3:** Documents, other than the communications requested in Request No. 2, above, that refer or relate to persons to persons identified in your initial disclosures as likely to have discoverable information.

**Response:**

August 15, 2023.                                    Respectfully Submitted,

                                                          /s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## CERTIFICATE OF SERVICE

I certify that on the date listed above, a copy of the foregoing document was served by email on all counsel of record:

Frederick S. Wermuth
   fwermuth@kbzwlaw.com
Dustin Mauser-Claassen
   dmauser@kbzwlaw.com
Quinn Ritter
   qritter@kbzwlaw.com
***Counsel for Andrew Greenberg***
***Sue Greenberg, and AWG, Inc.***

Michael J. Furbush
   mfurbush@deanmead.com
Michaela N. Kirn
   mkirn@deanmead.com
***Counsel for Greenberg Dental Entities***

Jesse Unruh
   jesse@spirelawfirm.com
Christopher W. Ford
   ford@hbcboulder.com
Laura Wolf
   laura@spark-law.com
***Counsel for A.B.***

Jason A. Perkins
   jperkins@carltonfields.com
Chelsey J. Clements
   cclements@carltonfields.com
Jason F. Bullinger
   jbullinger@carltonfields.com
***Counsel for Abby Greenberg***

Fritz Scheller
   fscheller@flusalaw.com
***Counsel for Joel Greenberg***

                          /s/Michael Paul Beltran
                          Michael P Beltran