# EXHIBIT 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

**REQUESTS FOR PRODUCTION OF DOCUMENTS, SET 3
TO ANDREW W. GREENBERG AND SUE GREENBERG**

TO:    Defendants ANDREW W. GREENBERG, SUE GREENBERG, and their counsel of record, Frederick S. Wermuth:

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby requests you produce for inspection and copying all documents and things described below that are in the possession, custody or control of you or your employees, agents, or attorneys. Production shall be made at the office of the undersigned within the time set forth by the Rule.

**Time Period for Requests:** Unless otherwise specified, the applicable time period for these requests shall be January 1, 2016, to the present.

**Definitions:** The terms **"you," "your," "Defendant,"** unless otherwise specified, mean the defendant to whom these requests are directed. **"Document"** shall mean any document or electronically stored information as defined in Fed. R. Civ. P. 34(a). The term **"transaction"**

means contracts, gifts, loans, transfers, payments, purchases, salary, bonuses, commissions, distributions, dividends, and any other payments made through any payment method. The terms **"payment"** and **"payments"** include amounts paid through any payment method, including, but not limited to, cash, cryptocurrency, real property, and personal property. All other terms herein shall have the definitions in the Operative Complaint at the time of response or their ordinary English meaning.

**ESI Production Format:** Pursuant to Fed. R. Civ. P. 34(b)(1)(C), Plaintiff hereby specifies the production of electronically stored information: Photos and documents in Word, Excel, PowerPoint, and the Google and Apple equivalents shall be produced in pdf and native formats. All other documents shall be produced as separate pdfs, accompanied by a searchable text file and a load file with all available metadata.

**Other Instructions:**

A. These requests shall be construed so as to make Defendant's responses inclusive rather than exclusive.

B. The terms "and," "or," and "and/or" should be interpreted liberally, as conjunctive, disjunctive or both depending on the context, so that the fullest disclosure of information and documents is achieved.

C. If any requested document no longer exists, is no longer within Defendant's possession, custody or control, or cannot be located, please describe the contents of the document in as much detail as possible. Furthermore, if you at any time had possession, custody or control of a document called for under this Request and if such document has been lost, destroyed, purged, or is not presently in your possession, custody or control, you shall describe the date of its loss,

destruction, purge, or separation from possession, custody or control and the circumstances surrounding its loss, destruction, purge, or separation from possession, custody or control.

### REQUESTS FOR PRODUCTION, SET 3

**Request No. 1:** Documents reflecting Andrew Greenberg's annual compensation, including, but not limited to, salary, bonuses, profit distributions, award of shares or membership interest, and expense reimbursements.

**Response:**

**Request No. 2:** Documents reflecting Sue Greenberg's annual compensation, including, but not limited to, salary, bonuses, profit distributions, award of shares or membership interest, and expense reimbursements.

**Response:**

**Request No. 3:** Documents reflecting Joel Greenberg's annual compensation, including, but not limited to, salary, bonuses, profit distributions, award of shares or membership interest, and expense reimbursements.

**Response:**

**Request No. 4:** Documents reflecting Abby Greenberg's annual compensation, including, but not limited to, salary, bonuses, profit distributions, award of shares or membership interest, and expense reimbursements.

**Response:**

**Request No. 5:** Documents reflecting your donations to political campaigns or political action committees, including the identity(ies) of campaign/PAC, date(s) of donation, and amount(s) donated.

**Response:**

**Request No. 6:** Documents sufficient to show the individuals and entities who have performed marketing, communications, and public relations functions on your behalf.

**Response:**

**Request No. 7:** Documents regarding any inquiry you made into the potential or actual effects of the criminal investigation into Joel Greenberg's actions, resulting charges, and publicity surrounding the same, upon your business, reputation, finances, or the reputation and finances of any other business with which Andrew Greenberg, Sue Greenberg, Joel Greenberg, or Abby Greenberg have an affiliation, whether by employment, ownership, or other association. This includes, but is not limited to, brand research, formal or informal reputation audits, surveys, polls, and other methods.

**Response:**

**Request No. 8:** Documents reflecting communications regarding the criminal investigation into Joel Greenberg's actions, resulting charges, or publicity surrounding the same, whether written or verbal, received from any person or entity with whom you have had a business relationship at any time. **Note:** Privileged communications are excluded from the scope of this request.

**Response:**

**Request No. 9:** Documents reflecting communications regarding the criminal investigation into Joel Greenberg's actions, resulting charges, or publicity surrounding the same, whether written or verbal, received from any person or entity to whom you have donated money, services, or any other form of payment as defined above. **Note:** Privileged communications are excluded from the scope of this request.

**Response:**

**Request No. 10:** Documents reflecting communications regarding the criminal investigation into Joel Greenberg's actions, resulting charges, or publicity surrounding the same, whether written or verbal, received from reporters, journalists, or any other persons associated with news media. **Note:** Privileged communications are excluded from the scope of this request.

**Response:**

**Request No. 11:** Statements made by you, or on your behalf, regarding the criminal investigation into Joel Greenberg's actions, resulting charges, or publicity surrounding the same.

**Response:**

**Request No. 12:** Communications with any persons regarding potential effects of the criminal investigation into Joel Greenberg's actions, resulting charges, and publicity surrounding the same, upon your business, reputation, finances, or the reputation and finances of any other business with which Andrew Greenberg, Sue Greenberg, Joel Greenberg, or Abby Greenberg have an affiliation, whether by employment, ownership, or other association.

**Response:**

**Request No. 13:** Documents, other than communications, regarding potential effects of the criminal investigation into Joel Greenberg's actions, resulting charges, and publicity surrounding the same, upon your business, reputation, finances, or the reputation and finances of any other business in which Andrew Greenberg, Sue Greenberg, Joel Greenberg, or Abby Greenberg have an affiliation, whether by employment, ownership, or other association.

**Response:**

**Request No. 14:** Records of meetings or phone calls which raised or otherwise addressed potential effects of the criminal investigation into Joel Greenberg's actions, resulting charges, and publicity surrounding the same, upon your business, reputation, finances, or the reputation and

finances of any other business in which Andrew Greenberg, Sue Greenberg, Joel Greenberg, or Abby Greenberg have an affiliation, whether by employment, ownership, or other association.

**Response:**

**Request No. 15:** Documents sufficient to show your relationship with the following:

a. AWG Limited Family Partnership, a Nevada Partnership

b. AWG Management Company, a Nevada Limited Liability Company

c. GDA Investments, LLC, a Nevada Limited Liability Company

d. GDA of Florida, LLC, a Nevada Limited Liability Company

e. CLM Funding, Inc., a Delaware Corporation

f. Mark Morgan, D.M.D.

g. Dr. James Katsur

**Response:**

**Request No. 16:** Releases, settlement agreements, or similar documents that relate to Joel Greenberg, Abby Greenberg, A.B., or the Seminole County Tax Collector's Office, including draft documents and correspondence exchanged between parties.

**Response:**

**Request No. 17:** Communications with Dr. Joel Katsur regarding the criminal allegations against Joel Greenberg.

**Response:**

**Request No. 18:** The insurance agreements identified in your Rule 26 disclosures.

**Response:**

**Request No. 19:** Records of all payments by or between any person in relation to any state or federal investigation of Joel Greenberg or any of the acts alleged in the operative complaint.

**Response:**

**Response:**

**Request No. 20:** Record requests received from any local, state, or federal authority regarding Joel Greenberg. This request includes formal means of record requests (subpoenas, deposition notices, etc.) and informal requests made in any manner.

**Response:**

**Request No. 21:** Documents produced in response to records requests described in the above request.

**Response:**

Date: August 30, 2023                                      Respectfully Submitted,


/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## CERTIFICATE OF SERVICE

I certify that on the date listed above, a copy of the foregoing document was served by email on all counsel of record:

Frederick S. Wermuth
    fwermuth@kbzwlaw.com
Dustin Mauser-Claassen
    dmauser@kbzwlaw.com
Quinn Ritter
    qritter@kbzwlaw.com
***Counsel for Andrew Greenberg***
***Sue Greenberg, and AWG, Inc.***

Michael J. Furbush
    mfurbush@deanmead.com
Michaela N. Kirn
    mkirn@deanmead.com
***Counsel for Greenberg Dental Entities***

Jesse Unruh
    jesse@spirelawfirm.com
Christopher W. Ford
    ford@hbcboulder.com
Laura Wolf
    laura@spark-law.com
***Counsel for A.B.***

Jason A. Perkins
    jperkins@carltonfields.com
Chelsey J. Clements
    cclements@carltonfields.com
Jason F. Bullinger
    jbullinger@carltonfields.com
***Counsel for Abby Greenberg***

Fritz Scheller
    fscheller@flusalaw.com
***Counsel for Joel Greenberg***

    /s/Michael Paul Beltran
    Michael P Beltran