UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

## MOTION FOR EXTENSION OF TIME TO RESPOND TO ANDREW AND SUSAN GREENBERG, AND AWG, INC.'S MOTION TO DISMISS

Plaintiff Christopher Dorworth hereby moves for an extension of time through October 10, 2023 to respond to Andrew Greenberg, Sue Greenberg, and AWG, Inc.'s Motion to Dismiss (Doc. 77) and states the following:

1) Dorworth filed this action on April 7, 2023, provided each Defendant with waivers, and each Defendant received at least 60 days to respond to the Complaint.

2) Plaintiff Amended his Complaint on August 8, 2023, in response to previous Motions to Dismiss.

3) On August 22, 2023, Andrew and Susan Greenberg, and AWG, Inc. moved to dismiss the Amended Complaint. (Doc. 77)

4) On August 29, 2023, the remaining Defendants moved to dismiss the Amended Complaint. (Docs. 79, 80, 81, 82)

5) Plaintiff's responses to the motions were initially due September 12 and 19, 2023, respectively.

6) Following an unopposed motion to extend the deadline to respond to Andrew Greenberg, Sue Greenberg, and AWG's motion to dismiss, the Court extended the response deadline to September 26, 2023. (Doc 87)

7) The Court also granted Plaintiff's unopposed motion to extend the response deadline for the remaining motions to dismiss to October 10, 2023. (Doc 90)

8) Having begun preparing responses to the motions, it has become apparent that Defendants' principal legal bases for dismissal significantly overlap.

9) A single response to all motions to dismiss would benefit all parties and the Court, eliminating duplicative briefing and analysis.

10) As noted above, there are five pending motions to dismiss. Plaintiff's response to that of Andrew Greenberg, Sue Greenberg, and AWG, Inc. (Doc 77) is due September 26, 2023. Responses to the remaining four motions (Docs 79-82) are due October 10, 2023.

11) Though a single response would be preferable, Plaintiff is not in a position to respond to the other four motions by September 26, 2023, two weeks earlier than scheduled. (Doc 90)

12) Thus, for purposes of judicial economy, Plaintiff respectfully requests an order extending Plaintiff's deadline to respond to the motion filed by Andrew Greenberg, Sue Greenberg, and AWG, Inc. to October 10, 2023.

13) Plaintiff will determine the feasibility of a combined motion and move separately for leave to file a combined motion with pooled page limits once he confers with the other defendants and determines the number of pages needed for a combined motion.

14) This extension is requested in good faith and will not prejudice any party.

**CERTIFICATE OF CONFERRAL**

15)  Undersigned counsel called and emailed Counsel for Andrew Greenberg, Sue Greenberg, and AWG and was advised that "In light of the Court's order granting in part Plaintiff's Motion for Extension, which set September 26 as Plaintiff's deadline to respond to Defendants' motion to dismiss, Doc. 87, Defendants do not take a position on Plaintiff's motion for a further extension." (Counsel had previously consented to a motion for an extension through October 13, 2023, Doc. 85).

16)  For the foregoing reasons, the Court should extend the time to respond to the Motion to Dismiss filed by Andrew Greenberg, Sue Greenberg, and AWG (Doc 77) to October 10, 2023.

Filed: September 25, 2023.                                  Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

**CERTIFICATE OF SERVICE**

I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran