UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER R. DORWORTH,

    Plaintiff,                      Case No.: 6:23-cv-00871-CEM-DCI

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG SPECIALTY GROUP, LLC, and A.B.,

    Defendants.
_____/

**DEFENDANT, JOEL MICAH GREENBERG'S NOTICE OF JOINDER IN DEFENDANTS ANDREW GREENBERG, SUSAN GREENBERG, AND AWG, INC.'S RESPONSE IN OPPOSITION TO DORWORTH'S SECOND MOTION TO EXTEND FILING DEADLINE FILED ON SEPTEMBER 22, 2023 (DOCS. 92 and 94)**

The Defendant, Joel Micah Greenberg, by and through his undersigned counsel, hereby joins Defendants Andrew Greenberg, Susan Greenberg, and AWG Inc.'s Response in Opposition to Plaintiff, Christopher Dorworth's, Second Motion to Extend Filing Deadline Filed September 22, 2023 (Docs. 92, 94).

Dated this 25th day of September 2023.

                                      Respectfully submitted,

                                      /s/ Fritz Scheller
                                      Fritz Scheller
                                      Florida Bar No. 0183113
                                      Fritz Scheller, P.L.
                                      200 E. Robinson Street, Suite 1150
                                      Orlando, Florida 32801
                                      PH: (407) 792-1285
                                      FAX: (407) 649-1657
                                      Email: fscheller@flusalaw.com
                                      *Attorney for Defendant Joel Micah Greenberg*

## **CERTIFICATE OF SERVICE**

On September 25, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Fritz Scheller
Fritz Scheller, Esq.
Florida Bar No. 0183113