UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

   *Plaintiff*,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

   *Defendants*.

Case No.: 6:23-cv-00871-CEM-DCI

## GREEENBERG DENTAL DEFENDANTS' NOTICE OF JOINDER IN DEFENDANTS ANDREW GREENBERG, SUSAN GREENBERG, AWG, INC. AND ABBY GREENBERG'S RESPONSE IN OPPOSITION TO DORWORTH'S SECOND MOTION TO EXTEND FILING DEADLINE FILED ON SEPTEMBER 22, 2023 (DOC. NO. 92)

Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC (collectively, the "Greenberg Dental Defendants") oppose Plaintiff Christopher Dorworth's Second Motion to Extend Filing Deadline filed September 22, 2023 (Doc. No. 92).

1. Plaintiff again moves for an enlargement of time to amend his complaint and add parties "through at least November 3, 2023." Motion ¶ 1. Because Plaintiff has not shown good cause why the deadline should be enlarged, his Motion should be denied.

1

O4380543.v1

2. This is Plaintiff's second request to extend the amendments to pleadings deadline to November 3, 2023. His first request was granted in part, extending the deadline to September 30, 2023. (Doc. Nos. 83-84). His request for a longer extension was opposed by the Defendants and denied by the Court. *Id.*

3. Plaintiff now asks again, for the same reason. Plaintiff says that he needs more time to conduct discovery to "identify any other culpable parties or any need to modify or add claims." Motion ¶ 19. He does not say what specific discovery he needs to do nor what specific facts he expects to discover by doing it. Furthermore, he does not specify what additional claim or party he may want to plead or even if an amended pleading will be filed at all. *Id.* ¶¶ 15, 19.

4. Motions to extend deadlines in a case management order are governed by Rule 16 of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 16(b)(4); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). Under Rule 16, a party seeking to extend a case management deadline must show good cause why the existing deadline cannot be met despite the diligence of the party requesting the extension. *Sosa*, 133 F.3d at 1418; *Jasty v. Jasty*, Case No. 6:19-cv-1706-CEM-DCI, 2021 WL 2808724, *2 (M.D. Fla. Feb. 24, 2021) ("Once the Court enters a scheduling order setting a deadline to amend the pleadings, the deadline to amend the pleadings may only be modified for 'good cause' and with the Court's consent.").

5. Plaintiff has not shown good cause why the deadline to amend the pleadings and add parties should be extended. In particular, he has not shown diligence in attempting to comply with the Court's current deadline of September 30.

6.     Plaintiff argues, in conclusory fashion, that good cause exists because he propounded discovery on June 29, 2023, and "no Defendant has responded to any discovery designed to identify any other culpable parties." Motion ¶¶ 5, 10. Plaintiff provides no further details concerning his discovery efforts, what discovery he has actually obtained, or on what Defendants' objections to his discovery are based. Plaintiff simply asks the Court to presume he was diligent because he served some written discovery before the initial deadline to amend expired.

7.     Plaintiff also offers no details about what facts he expects to learn in discovery that would justify a further amendment to the complaint. And he fails to explain how these facts, whatever they may be, were unavailable to Plaintiff when he first filed the lawsuit in April of 2023. Plaintiff's flimsy Motion provides the Court with no facts on which to assess Plaintiff's diligence in meeting the current deadline and thus no basis for that deadline to be extended. *See Sosa*, 133 F.3d at 1418 (affirming order denying motion to amend, where moving party failed to demonstrate good cause for modifying the deadline under Rule 16).

8.     Plaintiff has not met his burden to show good cause why the Court should extend the deadline to amend pleadings and add parties. He has not presented facts demonstrating diligence, or even hinted at the nature of the amendment he wants more time to make. His Motion is purely theoretical and not based on any actual, existing need for the extension Plaintiff requests.

9.     For these reasons, Plaintiff's Motion should be denied.

O4380543.v1

Dated: September 25, 2023

Respectfully submitted,

*/s/ Michael J. Furbush*
Michael J. Furbush
Florida Bar No. 70009
Michaela N. Kirn
Florida Bar No. 1018863
Dean Mead, Egerton, Bloodworth,
CAPOUANO & Bozarth, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Tel: 407-841-1200
Fax: 407-423-1831
mfurbush@deanmead.com (Primary)
mkirn@deanmead.com (Primary)
mgodek@deanmead.com (Secondary)
*Attorneys for Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

*/s/ Michael J. Furbush*
Michael J. Furbush

O4380543.v1