United States District Court
Middle District of Florida
Orlando Division

CHRISTOPHER E. DORWORTH,

    *Plaintiff,*

v.                                                                 No. 6:23-00871

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUSAN
GREENBERG, ABBY GREENBERG,
AWG, INC., GREENBURG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and A.B.,

    *Defendants.*

_____

**DEFENDANT A.B.'S NOTICE OF JOINDER IN DEFENDANTS ANDREW GREENBERG, SUSAN GREENBERG, AND AWG, INC.'S CORRECTED RESPONSE IN OPPOSITION TO DORWORTH'S SECOND MOTION TO EXTEND FILING DEADLINE (ECF NO. 94)**
_____

Defendant A.B., by and through undersigned counsel, hereby joins Defendants Andrew Greenberg, Susan Greenberg, and AWG Inc.'s Corrected Response in Opposition to Dorworth's Second Motion to Extend Filing Deadline. ECF No. 94.

1

Dated: September 25, 2023                    Respectfully submitted,

<u>s/ Stephen Shaw</u>

Laura B. Wolf, Esq.* (Lead Counsel)
Colorado Bar #46833
Stephen Shaw, Esq.*
Colorado Bar #56720
Spark Justice Law LLC
1035 Osage Street, Suite 836
Denver, CO 80204
(303) 802-5390
laura@spark-law.com
steve@spark-law.com

Christopher W. Ford, Esq.*
Colorado Bar #28632
Jonathan Boonin, Esq.*
Colorado Bar #23113
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
chris.ford@hbcboulder.com
jonathan.boonin@hbcbolder.com

Jesse Ian Unruh
Florida Bar No. 92121
Spire Law, LLC
2572 West State Road 426, Suite 2088
Oviedo, FL 32765
(407) 494-0135
jesse@spirelawfirm.com

*Attorneys for Defendant A.B.*

* *Pro hac vice* admission

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, a copy of the foregoing document was served on the following counsel of record:

Michael Paul Beltran
Beltran Litigation, P.A.
4920 West Cypress St. Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073
mike@beltranlitigation.com

**Attorney for Plaintiff Christopher Dorworth**

Fritz J. Scheller
Fritz Scheller, PL
Suite 1150
200 E Robinson St
Orlando, FL 32801
407/792-1285
Fax: 407/513-4146
Email: fscheller@flusalaw.com

**Attorney for Defendant Joel Micah Greenberg**

Dustin Michael Mauser-Claassen
Frederick S. Wermuth
King, Blackwell, Zehnder & Wermuth, PA
P.O. Box 1631
Orlando, FL 32802-1631
407422-2472
Fax: 407-648-0161
Email: dmauser@kbzwlaw.com
Email: fwermuth@kbzwlaw.com
Quinn B. Ritter
25 East Pine Street
Orlando, FL 32801
407-422-2472
Fax: 407-648-0161
Email: qritter@kbzwlaw.com

**Attorneys for Defendants Andrew W. Greenberg, Susan Greenberg, AWG, Inc.**

Jason A. Perkins
Chelsey Joiner Clements
Carlton Fields Jorden Burt, PA
PO Box 1171
Orlando, FL 32802-1171
407/849-0300
Fax: 407/648-9099
Email: jperkins@carltonfields.com
Email: cclements@carltonfields.com
**Attorneys for Defendant Abby Greenberg**

Allison P. Barkett
Michael J. Furbush
Michaela Kirn
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA
420 S. Orange Ave, Suite 700
Orlando, FL 32801
407-841-1200
Fax: 407-423-1831
Email: mfurbush@deanmead.com
Email: mkirn@deanmead.com
**Attorneys for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC**


                                    *s/Stephen Shaw*
                                    Stephen Shaw