**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>     Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREEBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, AND A.B.,<br><br>     Defendants. | Case No.: 6:23-cv-00871-CEM-DCI |

**DEFENDANT, ABBY GREENBERG'S, NOTICE OF JOINDER IN DEFENDANTS ANDREW GREENEBRG, SUSAN GREENBERG, AND AWG, INC.'S CORRECTED RESPONSE IN OPPOSITION TO DORWORTH'S SECOND MOTION TO EXTEND FILING DEADLINE FILED ON SEPTEMBER 25, 2023 (DOC NO. 94)**

The Defendant, Abby Greenberg, by and through her undersigned counsel, hereby joins Defendants Andrew Greenberg, Susan Greenberg, and AWG, Inc.'s Corrected Response in Opposition to Plaintiff, Christopher Dorworth's, Second Motion to Extend Filing Deadline filed September 25, 2023 (Doc. No. 94).

**DATED**: Tuesday, September 26, 2023

Respectfully submitted,

/s/ Jason A. Perkins
Jason A. Perkins, Esq.
Florida Bar No. 0610852
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Phone: (407) 849-0300
Fax: (407) 648-9099
jperkins@carltonfields.com (primary)
mbryan@carltonfields.com (secondary)
dcarlucci@carltonfields.com (secondary)

*Attorney for Defendant, Abby Greenberg*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Tuesday, September 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jason A. Perkins
Jason A. Perkins, Esq.