UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

## MOTION TO SUBSTITUTE APPENDIX AND DELETE PREVIOUSLY FILED APPENDIX

Plaintiff Dorworth has been advised by opposing counsel that the Appendix (Doc. 100-1) filed with the Response to the Greenbergs' Motion to Dismiss (Doc. 100) contains internal metadata that remained in the document when it was processed from Word into PDF for filing. These were internal annotations by undersigned counsel on the document. The undersigned did not realize that the document still contained comments or that they remained after the document was converted to PDF. Accordingly, Plaintiff Dorworth requests that the Court delete Doc. 100-1 from the docket, not consider it in connection with the Motion, and instead accept the Substitute Appendix attached herewith as the Appendix to Doc. 100. *See e.g. Wyndham v. Slattery Sobel & DeCamp, LLP*, 19-cv-1908, slip op. Doc. 210 at *9 (M.D. Fla. October 2, 2020) (removing privileged documents from the docket). Opposing counsel brought this matter to the undersigned's

attention, informs Plaintiff that he has deleted the previously filed appendix, and has no opposition to the relief requested.

September 27, 2023.                                            Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## CERTIFICATE OF SERVICE

I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran