UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-CV-00871 |

**MOTION FOR LEAVE TO FILE OMNIBUS MEMORANDUM IN RESPONSE TO MOTIONS TO DISMISS**

Plaintiff Christopher Dorworth hereby moves for leave to file an omnibus memorandum of law responding to the five Motions to Dismiss. ("Motions") Further, Dorworth requests a brief extension of time through October 13, 2023, or three days from any ruling, to accommodate the time necessary to adjust to any ruling and due to family medical matters. In support thereof, the undersigned counsel states:

1) Dorworth filed this action on April 7, 2023, provided each Defendant with waivers, and each Defendant received at least 60 days to respond to the Complaint.

2) Plaintiff Amended his Complaint on August 8, 2023.

3) Defendants filed 125 pages of Motions to Dismiss.

4) Plaintiff's responses have been extended to October 10, 2023.

5) Defendants' principal legal bases for dismissal significantly overlap.

6) A single response to all motions to dismiss would benefit all parties and the Court, eliminating duplicative briefing and analysis. Further it would avoid the need to cross-reference multiple memoranda.

7) The pooled page length for the five motions would be 100 pages.

8) Although undersigned counsel anticipates some economy in brief length that will arise from an omnibus response, he has been unable to negotiate a page length sufficient to cover the issues but satisfactory to opposing counsel. However, undersigned counsel is now confident he can achieve a combined page length less

than 70 pages. Undersigned counsel will attempt to achieve a lower page length, but request that if the Court sets a lower page length for any omnibus response, that it reserve him the right to file separate motions at the usual page limit in the event he cannot achieve the lower page length. Undersigned counsel will use best efforts economize the length of his memorandum.

9) Plaintiff respectfully requests a brief extension of time of the deadline to respond to the Motions to October 13, 2023, or three days after any order on this Motion, whichever is later, in order to accommodate any order from the Court setting page limits.

10) Further undersigned counsel's wife had to have an unexpected procedure yesterday, October 5, 2023, which has diverted undersigned counsel's attention, which also justifies the brief extension of time.

11) This relief is requested in good faith and will not prejudice any party.

## MEMORANDUM OF LAW

Undersigned counsel is not requesting additional pages, he is instead requesting to pool his page allotment from the five (5) motions. Such motions are routinely granted. *See e.g. Christoff on behalf of Galexa v. Inglese*, No. 2:20-CV-546-SPC-NPM, 2022 WL 13631776, at *1 (M.D. Fla. Oct. 21, 2022) (allowing parties to allocate page limits between motions as they see fit); *McCray v. Inch*, No. 15-81270-CV, 2021 WL 3684079, at *1 (S.D. Fla. July 29, 2021) (allowing

combined motion exceeding page limit); *Bgx E-health LLC v. Masters*, No. 6:21-CV-1022-WWB-LHP, 2022 WL 3597045, at *2 (M.D. Fla. June 21, 2022) (sua sponte extending the page limit given the issues that must be addressed).

## CERTIFICATE OF CONFERRAL

12) Undersigned counsel conferred with counsel for each party by email and followed up by telephone. Fritz Scheller for Joel Greenberg consented to a 70 page omnibus response and to the extension of time. Michael Furbush for the Greenberg Dental entities consented only to 50 page omnibus response, and consented to the extension of time. Jason Perkins for Abby Greenberg consented only to a 50 page omnibus response and consented to the extension of time. Dustin Mauser-Claassen for the Greenbergs does not consent to any kind of omnibus response, but did consent to the extension of time. Laura Wolf for A.B. opposed any of the relief requested.

13) For the foregoing reasons, the Court should allow an omnibus response no less than 70 pages, and should extend the time to respond to the Motions to October 13, 2023, or three days after any order on this Motion, whichever is later.

Filed: October 6, 2023.                    Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)

                              mike@beltranlitigation.com
                              *Counsel for Plaintiff Dorworth*

## **CERTIFICATE OF SERVICE**

      I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

                              /s/Michael Paul Beltran
                              Michael P Beltran