# Exhibit 1

## Conferral Emails
(Internal BCCs and emails redacted)



Michael Beltran <mike@beltranlitigation.com>

---

**Dorworth v. Greenberg Conferral**
29 messages

---

**Michael Beltran** mike@beltranlitigation.com  Thu, Sep 28, 2023 at 10:09 AM
To: Michael Beltran <mike@beltranlitigation.com>
Cc: "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "abarkett@deanmead.com" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, "dmauser@kbzwlaw.com" <dmauser@kbzwlaw.com>, "courtfilings@kbzwlaw.com" <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, "fwermuth@kbzwlaw.com" <fwermuth@kbzwlaw.com>, "mhill@kbzwlaw.com" <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, "qritter@kbzwlaw.com" <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Laura Wolf <laura@spark-law.com>
Bcc:

Counsel,

I hope everybody is well.

I wanted to confer on two matters, both of which I think I have foreshadowed in my filings and conferred on with at least some of you.

If the deadline to amend pleadings or add parties is not extended before the due date, I plan to file a Provisional Motion to Amend Pleadings in the event that any of the MTDs are granted in whole or in part. I plan to ask for 30 days to cure any deficiency identified by the Court. Most of you have sought dismissal with prejudice, and I think we covered this late last month and that you all will oppose this, but I wanted to confirm.

Second, I may move for a consolidated briefing of Motions to Dismiss with a pooled page limit. I am not sure I would use all of the pages, but I don't know until I finish drafting the brief. Please let me know your position on this.

If anybody thinks a call or Zoom is necessary, I can make myself available today or tomorrow.

Thanks for your attention to this email.

Regards,
Mike Beltran

---

**Perkins, Jason** <jperkins@carltonfields.com>  Thu, Sep 28, 2023 at 12:30 PM
To: Michael Beltran <mike@beltranlitigation.com>
Cc: "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "abarkett@deanmead.com" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, "dmauser@kbzwlaw.com" <dmauser@kbzwlaw.com>, "courtfilings@kbzwlaw.com" <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, "fwermuth@kbzwlaw.com" <fwermuth@kbzwlaw.com>, "mhill@kbzwlaw.com" <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, "qritter@kbzwlaw.com" <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Laura Wolf laura@spark-law.com

Good afternoon:

    For Defendant, Abby Greenberg:

(1)   Opposition confirmed on provisional motion to amend.

(2)   For the consolidated briefing proposed on the four (4) remaining motions to dismiss, please advise on page length before I respond.  Are you going to move for consolidated briefing and a 100 page allotment (25 pages per motion to dismiss)?

Thanks,

Jason

Jason Perkins
Shareholder | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct: 407.244.8250 | Fax: 407.648.9099
jperkins@carltonfields.com

[Quoted text hidden]

**Laura Wolf** <laura@spark-law.com>　　　　　　　　　　　　　　　　　　　　　　　　　　　Thu, Sep 28, 2023 at 12:53 PM
To: "Perkins, Jason" <jperkins@carltonfields.com>, Michael Beltran <mike@beltranlitigation.com>
Cc: "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "abarkett@deanmead.com" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, "dmauser@kbzwlaw.com" <dmauser@kbzwlaw.com>, "courtfilings@kbzwlaw.com" <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, "fwermuth@kbzwlaw.com" <fwermuth@kbzwlaw.com>, "mhill@kbzwlaw.com" <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, "qritter@kbzwlaw.com" <qritter@kbzwlaw.com>, "tephen haw steve@spark law com", "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>

Same position on No. 1 and question on No. 2 from Defendant AB, though reiterating it below to be clear:

1. Opposition confirmed on provisional motion to amend.

2  For the consolidated briefing proposed on the four (4) remaining motions to dismiss, please advise on page length before we respond

Best,

Laura B. Wolf

*She, Her, Hers*

**Spark Justice Law LLC**

1035 Osage Street

Eighth Floor, Office 836

Denver, CO 80204

(303) 802-5390 (t)

(303) 848-3003 (f)

laura@spark-law.com / spark-law.com


*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours.  Non-urgent messages as well as emails sent outside of work hours should expect delayed responses.  Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email.  Should this happen, I truly apologize.

---

**From:** Perkins, Jason <jperkins@carltonfields.com>
**Date:** Thursday, September 28, 2023 at 10:30 AM
**To:** 'Michael Beltran' <mike@beltranlitigation.com>
**Cc**  Carlucc  Debb e A  <DCarlucci@carltonfields com>  abarkett@deanmead com <abarkett@deanmead com>  Clements  Chelsey J  <CClements@carltonfields com> nmonaco@wickersmith.com <nmonaco@wickersmith.com>, chris.ford@hbcboulder.com <chris.ford@hbcboulder.com>, ella.ford@hbcboulder.com <ella.ford@hbcboulder.com>, dmauser@kbzwlaw.com <dmauser@kbzwlaw.com>, courtfilings@kbzwlaw.com <courtfilings@kbzwlaw.com>, flauten@uww-adr.com <flauten@uww-adr.com>, Fred@lauten.us <Fred@lauten.us>, fwermuth@kbzwlaw.com <fwermuth@kbzwlaw.com>, mhill@kbzwlaw.com <mhill@kbzwlaw.com>, fscheller@flusalaw.com <fscheller@flusalaw.com>, arenehan@flusalaw.com <arenehan@flusalaw.com>, jesse@spirelawfirm.com <jesse@spirelawfirm.com>, filings@spirelawfirm.com <filings@spirelawfirm.com>, sarah@spirelawfirm.com <sarah@spirelawfirm.com>, jonathan.boonin@hbcboulder.com <jonathan.boonin@hbcboulder.com>, mfurbush@deanmead.com <mfurbush@deanmead.com>, mgodek@deanmead.com <mgodek@deanmead.com>, anastasia_wagner@outlook.com <anastasia_wagner@outlook.com>, mkirn@deanmead.com <mkirn@deanmead.com>, smarshall@deanmead.com <smarshall@deanmead.com>, qritter@kbzwlaw.com <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, wpeters@wickersmith.com <wpeters@wickersmith.com>, bhattenbach@wickersmith.com <bhattenbach@wickersmith.com>, DeVito, Anthony (Tony) <TDeVito@carltonfields.com>, Laura Wolf <laura@spark-law.com>
**Subject:** RE: Dorworth v. Greenberg Conferral

Good afternoon:

　　For Defendant, Abby Greenberg:

1. Opposition confirmed on provisional motion to amend.

2. For the consolidated briefing proposed on the four (4) remaining motions to dismiss, please advise on page length before I respond.  Are you going to move for consolidated briefing and a 100 page allotment (25 pages per motion to dismiss)?

**Fritz Wermuth** <FWermuth@kbzwlaw.com>  Thu, Sep 28, 2023 at 5:43 PM
To: "Perkins, Jason" <jperkins@carltonfields.com>, Michael Beltran <mike@beltranlitigation.com>
Cc: "Carlucci, Debbie A " DCarlucci@carltonfields com , "abarkett@deanmead com" abarkett@deanmead com , "Clements, Chelsey J " CClements@carltonfields com , "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Laura Wolf <laura@spark-law.com>, Angie Price <APrice@kbzwlaw.com>

For Andrew Grenberg, Susan Greenberg, and AWG, Inc.:

1. Opposition confirmed on provisional motion to amend.

2. Your second point about consolidation is not applicable to my clients.

Fritz Wermuth | Shareholder

fwermuth@kbzwlaw.com

KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Perkins, Jason <jperkins@carltonfields.com>
**Sent:** Thursday, September 28, 2023 12:30 PM
**To:** 'Michael Beltran' <mike@beltranlitigation.com>
**Cc:** Carlucci, Debbie A. <DCarlucci@carltonfields.com>; abarkett@deanmead.com; Clements, Chelsey J. <CClements@carltonfields.com>; nmonaco@wickersmith.com; chris.ford@hbcboulder.com; ella.ford@hbcboulder.com; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Court Filings <courtfilings@kbzwlaw.com>; flauten@uww-adr.com; Fred@lauten.us; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; fscheller@flusalaw.com; arenehan@flusalaw.com; jesse@spirelawfirm.com; filings@spirelawfirm.com; sarah@spirelawfirm.com; jonathan.boonin@hbcboulder.com; mfurbush@deanmead.com; mgodek@deanmead.com; anastasia_wagner@outlook.com; mkirn@deanmead.com; smarshall@deanmead.com; Quinn Ritter <qritter@kbzwlaw.com>; Stephen Shaw <steve@spark-law.com>; wpeters@wickersmith.com; bhattenbach@wickersmith.com; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Laura Wolf <laura@spark-law.com>
**Subject:** RE: Dorworth v. Greenberg Conferral

Good afternoon:

   For Defendant, Abby Greenberg:

1. Opposition confirmed on provisional motion to amend.

2. For the consolidated briefing proposed on the four (4) remaining motions to dismiss, please advise on page length before I respond. Are you going to move for consolidated briefing and a 100 page allotment (25 pages per motion to dismiss)?

[Quoted text hidden]

---

**Michael Beltran** <mike@beltranlitigation.com>  Thu, Oct 5, 2023 at 5:55 PM
To: Fritz Wermuth <FWermuth@kbzwlaw.com>
Cc: "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "abarkett@deanmead.com" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Laura Wolf <laura@spark-law.com>, Angie Price <APrice@kbzwlaw.com>
Bcc:

Counsel,

Based upon the order today, we are going to ask to consolidate all 5 briefs with a pooled page limit. I am obviously still drafting, and I sincerely want to agree well under 100 pages, but I don't want to delay the filing of the motion for leave any longer while I figure out where I come in. Unfortunately, I don't really have any confidence as to where I will end up on pages at this point. I think the consolidated brief will make it easier on the Court, so that I don't have to repeat responses to the same or similar arguments by all parties involved.

I think Mr. Wermuth opposes, and Jason and Laura responded inquiring as to the page limit I am going to request. I do not think I have heard back from anybody else. Please let me know your positions.

I am also going to request a filing date of next Friday or 3 days from any ruling on the motion, to allow me to adjust, and will request to reserve my right to file separate motions of necessary if the court sets a page limit lower than the pooled page limit  The basis of this is that my wife had an unexpected procedure today and I need to have time to adjust the brief(s), depending how the Court rules.

Please let me know your respective positions.

Thanks,

Mike

[Quoted text hidden]

---

**Laura Wolf** <laura@spark-law.com>    Thu, Oct 5, 2023 at 6:22 PM
To: Michael Beltran <mike@beltranlitigation.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>
Cc: "Perkins, Jason"  jperkins@carltonfields com  , "Carlucci, Debbie A "  DCarlucci@carltonfields com  , "abarkett@deanmead com"  abarkett@deanmead com  , "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>

Thank you for the email, Michael, and I hope your wife is doing okay.

We oppose the requested relief of a combined response of up to 100 pages

Best,

Laura B. Wolf

*She, Her, Hers*

**Spark Justice Law LLC**

1035 Osage Street

Eighth Floor, Office 836

Denver, CO 80204

(303) 802-5390 (t)

(303) 848-3003 (f)

laura@spark-law.com / spark-law.com

*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours.  Non-urgent messages as well as emails sent outside of work hours should expect delayed responses.  Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email.  Should this happen, I truly apologize.

[Quoted text hidden]

---

**Perkins, Jason** <jperkins@carltonfields.com>    Thu, Oct 5, 2023 at 6:25 PM
To: Laura Wolf <laura@spark-law.com>, Michael Beltran <mike@beltranlitigation.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>
Cc: "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "abarkett@deanmead.com" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>

Good evening Michael,

I hope you are doing well.

Please note that Abby Greenberg opposes the relief requested as well.

Thanks,

Jason Perkins

**Jason Perkins**
Shareholder | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct 407 244 8250 | Fax 407 648 9099

jperkins@carltonfields.com

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

1. Opposition confirmed on provisional motion to amend.

2. Your second point about consolidation is not applicable to my clients.

Fritz Wermuth | Shareholder

fwermuth@kbzwlaw.com

KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Perkins, Jason <jperkins@carltonfields.com>
**Sent:** Thursday, September 28, 2023 12 30 PM
**To:** 'Michael Beltran' <mike@beltranlitigation.com>
**Cc:** Carlucci, Debbie A <DCarlucci@carltonfields.com>; abarkett@deanmead.com; Clements, Chelsey J <CClements@carltonfields.com>; nmonaco@wickersmith.com; chris ford@hbcboulder.com; ella ford@hbcboulder.com; Dustin Mauser Claassen <dmauser@kbzwlaw.com>; Court Filings <courtfilings@kbzwlaw.com>; flauten@uww adr com; Fred@lauten us; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw com>; fscheller@flusalaw.com; arenehan@flusalaw.com; jesse@spirelawfirm.com; filings@spirelawfirm com; sarah@spirelawfirm.com; jonathan boonin@hbcboulder.com; mfurbush@deanmead.com; mgodek@deanmead.com; anastasia wagner@outlook.com; mkirn@deanmead.com; smarshall@deanmead.com; Quinn Ritter <qritter@kbzwlaw.com>; Stephen Shaw <steve@spark law com>; wpeters@wickersmith.com; bhattenbach@wickersmith.com; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Laura Wolf <laura@spark law com>
**Subject:** RE Dorworth v Greenberg Conferral

Good afternoon:

For Defendant, Abby Greenberg:

1. Opposition confirmed on provisional motion to amend.

2. For the consolidated briefing proposed on the four (4) remaining motions to dismiss, please advise on page length before I respond. Are you going to move for consolidated briefing and a 100 page allotment (25 pages per motion to dismiss)?

[Quoted text hidden]

[Quoted text hidden]

**Fritz Scheller**  fscheller@flusalaw.com                                                                                                   Fri, Oct 6, 2023 at 10 09 AM
To: "Perkins, Jason" <jperkins@carltonfields.com>, Laura Wolf <laura@spark-law.com>, Michael Beltran <mike@beltranlitigation.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>
Cc: "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "abarkett@deanmead.com" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, Amy Renehan <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com"

<anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>

Michael:

I am sorry for your wife's situation. I do oppose 100 pages for one brief. As always, and of course, I do not oppose an extension request.

Thank you,

Fritz Scheller

Fritz Scheller, P.L.

200 East Robinson St., Ste. 1150

Orlando, Florida 32801

Office: (407) 792-1285

Fax: (407) 649-1657

Email: fscheller@flusalaw.com



**From:** Perkins, Jason <jperkins@carltonfields.com>
**Sent:** Thursday, October 5, 2023 6:26 PM
**To:** 'Laura Wolf' <laura@spark-law.com>; Michael Beltran <mike@beltranlitigation.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Carlucci, Debbie A. <DCarlucci@carltonfields.com>; abarkett@deanmead.com; Clements, Chelsey J. <CClements@carltonfields.com>; nmonaco@wickersmith.com; chris.ford@hbcboulder.com; ella.ford@hbcboulder.com; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Court Filings <courtfilings@kbzwlaw.com>; flauten@uww-adr.com; Fred@lauten.us; Melissa Hill <mhill@kbzwlaw.com>; Fritz Scheller <fscheller@flusalaw.com>; Amy Renehan <arenehan@flusalaw.com>; jesse@spirelawfirm.com; filings@spirelawfirm.com; sarah@spirelawfirm.com; jonathan.boonin@hbcboulder.com; mfurbush@deanmead.com; mgodek@deanmead.com; anastasia_wagner@outlook.com; mkirn@deanmead.com; smarshall@deanmead.com; Quinn Ritter <qritter@kbzwlaw.com>; Stephen Shaw <steve@spark-law.com>; wpeters@wickersmith.com; bhattenbach@wickersmith.com; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Angie Price <APrice@kbzwlaw.com>
**Subject:** RE: Dorworth v. Greenberg Conferral

Good evening Michael,

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

1. Opposition confirmed on provisional motion to amend.

2. Your second point about consolidation is not applicable to my clients.

Fritz Wermuth | Shareholder

fwermuth@kbzwlaw.com

KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** Perkins, Jason <jperkins@carltonfields.com>
**Sent:** Thursday, September 28, 2023 12:30 PM
**To:** 'Michael Beltran' <mike@beltranlitigation.com>
**Cc:** Carlucci, Debbie A. <DCarlucci@carltonfields.com>; abarkett@deanmead.com; Clements, Chelsey J. <CClements@carltonfields.com>; nmonaco@wickersmith.com; chris.ford@hbcboulder.com; ella.ford@hbcboulder.com; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Court Filings <courtfilings@kbzwlaw.com>; flauten@uww-adr.com; Fred@lauten.us; Fritz Wermuth <FWermuth@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; fscheller@flusalaw.com; arenehan@flusalaw.com; jesse@spirelawfirm.com; filings@spirelawfirm.com; sarah@spirelawfirm.com;

jonathan.boonin@hbcboulder.com; chris.ford@hbcboulder.com; ella.ford@hbcboulder.com; anastasia_wagner@outlook.com; jonathan.boonin@hbcboulder.com; smarshall@deanmead.com; Quinn Ritter <qritter@kbzwlaw.com>; Stephen Shaw <steve@spark-law.com>; wpeters@wickersmith.com; bhattenbach@wickersmith.com; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Laura Wolf <laura@spark-law.com>
**Subject:** RE: Dorworth v. Greenberg Conferral

Good afternoon:

    For Defendant, Abby Greenberg:

1. Opposition confirmed on provisional motion to amend.

2. For the consolidated briefing proposed on the four (4) remaining motions to dismiss, please advise on page length before I respond. Are you going to move for consolidated briefing and a 100 page allotment (25 pages per motion to dismiss)?

Thanks,

Jason

**Jason Perkins**
Shareholder | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct: 407.244.8250 | Fax: 407.648.9099

jperkins@carltonfields.com

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Thursday, September 28, 2023 10:09 AM
**To:** Michael Beltran <mike@beltranlitigation.com>
**Cc:** Perkins, Jason <jperkins@carltonfields.com>; Carlucci, Debbie A. <DCarlucci@carltonfields.com>; abarkett@deanmead.com; Clements, Chelsey J. <CClements@carltonfields.com>; nmonaco@wickersmith.com; chris.ford@hbcboulder.com; ella.ford@hbcboulder.com; dmauser@kbzwlaw.com; courtfilings@kbzwlaw.com; flauten@uww-adr.com; Fred@lauten.us; fwermuth@kbzwlaw.com; mhill@kbzwlaw.com; fscheller@flusalaw.com; arenehan@flusalaw.com; jesse@spirelawfirm.com; filings@spirelawfirm.com; sarah@spirelawfirm.com; jonathan.boonin@hbcboulder.com; mfurbush@deanmead.com; mgodek@deanmead.com; anastasia_wagner@outlook.com; mkirn@deanmead.com; smarshall@deanmead.com; qritter@kbzwlaw.com; Stephen Shaw <steve@spark-law.com>; wpeters@wickersmith.com; bhattenbach@wickersmith.com; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Laura Wolf <laura@spark-law.com>
**Subject:** Dorworth v. Greenberg Conferral

Counsel,

I hope everybody is well.

I wanted to confer on two matters, both of which I think I have foreshadowed in my filings and conferred on with at least some of you.

If the deadline to amend pleadings or add parties is not extended before the due date, I plan to file a Provisional Motion to Amend Pleadings in the event that any of the MTDs are granted in whole or in part. I plan to ask for 30 days to cure any deficiency identified by the Court. Most of you have sought dismissal with prejudice, and I think we covered this late last month and that you all will oppose this, but I wanted to confirm.

Second, I may move for a consolidated briefing of Motions to Dismiss with a pooled page limit. I am not sure I would use all of the pages, but I don't know until I finish drafting the brief. Please let me know your position on this.

If anybody thinks a call or Zoom is necessary, I can make myself available today or tomorrow

Thanks for your attention to this email.

Regards,

Mike Beltran

CONFIDENTIALITY NOTICE This e-mail and any documents accompanying same are from a law firm, Fritz Scheller, P.L. and may be confidential or privileged. The e-mail is intended solely for the individual(s) to whom this e-mail is addressed. If you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose the email or any accompanying documents to anyone else. If you are not an existing client of Fritz Scheller, P.L., do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Fritz Scheller, P.L. in reply that you expect it to hold in confidence. Tax Advice

Disclosure: To ensure compliance with the requirements imposed by the Internal Revenue Service under Circular 230, this is to advise and disclose to you that any federal tax advice contained in this communication (including any attachments), unless expressly stated otherwise, is not intended or written to be used, and it cannot be used by the recipient or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter discussed or referenced herein.

---

**Dustin Mauser-Claassen** <dmauser@kbzwlaw.com>  Fri, Oct 6, 2023 at 10:52 AM
To: Fritz Scheller <fscheller@flusalaw.com>, "Perkins, Jason" <jperkins@carltonfields.com>, Laura Wolf <laura@spark-law.com>, Michael Beltran <mike@beltranlitigation.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>
Cc: "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "abarkett@deanmead.com" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, Amy Renehan <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>

Hi Michael,

I'm sorry to hear about your wife. I hope she's doing better.

On behalf of AWG, Andrew, and Susan, we oppose any consolidated brief that includes a response to my clients' MTD, but we do not oppose an extension to next Friday, October 13.

Dustin Mauser-Claassen | Shareholder
dmauser@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

---

**From:** Fritz Scheller <fscheller@flusalaw.com>
**Sent:** Friday, October 6, 2023 10:09 AM
**To:** Perkins, Jason <jperkins@carltonfields.com>; 'Laura Wolf' <laura@spark-law.com>; Michael Beltran <mike@beltranlitigation.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Carlucci, Debbie A. <DCarlucci@carltonfields.com>; abarkett@deanmead.com <abarkett@deanmead.com>; Clements, Chelsey J. <CClements@carltonfields.com>; nmonaco@wickersmith.com <nmonaco@wickersmith.com>; chris.ford@hbcboulder.com <chris.ford@hbcboulder.com>; ella.ford@hbcboulder.com <ella.ford@hbcboulder.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Court Filings <courtfilings@kbzwlaw.com>; flauten@uww-adr.com <flauten@uww-adr.com>; Fred@lauten.us <Fred@lauten.us>; Melissa Hill <mhill@kbzwlaw.com>; Amy Renehan <arenehan@flusalaw.com>; jesse@spirelawfirm.com <jesse@spirelawfirm.com>; filings@spirelawfirm.com <filings@spirelawfirm.com>; sarah@spirelawfirm.com <sarah@spirelawfirm.com>; jonathan.boonin@hbcboulder.com <jonathan.boonin@hbcboulder.com>; mfurbush@deanmead.com <mfurbush@deanmead.com>; mgodek@deanmead.com <mgodek@deanmead.com>; anastasia_wagner@outlook.com <anastasia_wagner@outlook.com>; mkirn@deanmead.com <mkirn@deanmead.com>; smarshall@deanmead.com <smarshall@deanmead.com>; Quinn Ritter <qritter@kbzwlaw.com>; Stephen Shaw <steve@spark-law.com>; wpeters@wickersmith.com <wpeters@wickersmith.com>; bhattenbach@wickersmith.com <bhattenbach@wickersmith.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Angie Price <APrice@kbzwlaw.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Michael J. Furbush** <mfurbush@deanmead.com>  Fri, Oct 6, 2023 at 11:09 AM
To: Michael Beltran <mike@beltranlitigation.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>
Cc: "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "Allison P. Barkett" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, Marisa Godek <MGodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, Michaela Kirn <mkirn@deanmead.com>, Susan Marshall <SMarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Laura Wolf <laura@spark-law.com>, Angie Price <APrice@kbzwlaw.com>

Mike,

Hope your wife is doing better.

No worries on the extension. However, if my math is correct, 100 pages is the total of what you would get if you responded to all of the motions separately. Since I don't really see the economy in that, I would oppose the page limit you are requesting. If you could live with half of that I would be not be opposed.

Thanks,

Mike



**Michael J Furbush**
**Attorney at Law**
mfurbush@deanmead.com
O: 407-841-1200  F: 407-423-1831  D: 407-428-5198
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.
420 S. Orange Avenue, Suite 700, Orlando, FL 32801
Fort Pierce | Naples | Orlando | Tallahassee | Vero Beach | Viera/Melbourne

www.deanmead.com



PRIVILEGED INFORMATION DISCLAIMER: This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete this email, destroy any hard copies thereof, and notify us immediately by telephone. Thank you.

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Thursday, October 5, 2023 5:55 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Perkins, Jason <jperkins@carltonfields.com>; Carlucci, Debbie A. <DCarlucci@carltonfields.com>; Allison P. Barkett <abarkett@deanmead.com>; Clements, Chelsey J. <CClements@carltonfields.com>; nmonaco@wickersmith.com; chris.ford@hbcboulder.com; ella.ford@hbcboulder.com; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Court Filings <courtfilings@kbzwlaw.com>; flauten@uww-adr.com; Fred@lauten.us; Melissa Hill <mhill@kbzwlaw.com>; fscheller@flusalaw.com; arenehan@flusalaw.com; jesse@spirelawfirm.com; filings@spirelawfirm.com; sarah@spirelawfirm.com; jonathan.boonin@hbcboulder.com; Michael J. Furbush <mfurbush@deanmead.com>; Marisa Godek <mgodek@deanmead.com>; anastasia_wagner@outlook.com; Michaela Kirn <mkirn@deanmead.com>; Susan Marshall <smarshall@deanmead.com>; Quinn Ritter <qritter@kbzwlaw.com>; Stephen Shaw <steve@spark-law.com>; wpeters@wickersmith.com; bhattenbach@wickersmith.com; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Laura Wolf <laura@spark-law.com>; Angie Price <APrice@kbzwlaw.com>
**Subject:** Re: Dorworth v. Greenberg Conferral

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

---

**Michael Beltran** <mike@beltranlitigation.com>          Fri, Oct 6, 2023 at 3:55 PM
To: "Michael J. Furbush" <mfurbush@deanmead.com>
Cc: Fritz Wermuth <FWermuth@kbzwlaw.com>, "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "Allison P. Barkett" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, nmonaco@wickersmith.com <nmonaco@wickersmith.com>, chris.ford@hbcboulder.com <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, Marisa Godek <MGodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, Michaela Kirn <mkirn@deanmead.com>, Susan Marshall <SMarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Laura Wolf <laura@spark-law.com>, Angie Price <APrice@kbzwlaw.com>
Bcc:

Thanks for everybody's responses.

Please let me know if anybody's responses change if we agree to limit ourselves to 70 pages. I will try to get it as low as possible, but I just don't know how long i will need yet.

And I would just like to be clear if Jason and Laura are opposing the extension of time as well.

Thanks.
[Quoted text hidden]

**12 attachments**


image062722.png
12K

image732508.png
1K


image031839.png
1K


image286234.png
1K


image366637.png
1K


image392921.png
1K

image732508.png
1K

image031839.png
1K

image366637.png
1K

image392921.png
1K

image062722.png
12K

image286234.png
1K

---

**Perkins, Jason** <jperkins@carltonfields.com>	Fri, Oct 6, 2023 at 4:14 PM
To: Michael Beltran <mike@beltranlitigation.com>

Good afternoon Michael,

Thanks for the phone call today.

This email confirms that I am going to get out following non-party subpoenas without 14 day waiting period contemplated by the local rules:

(1) Pinnacle Hotels;

(2) Residence Inn Lake Mary (Marriott);

(3) Hampton Inn Lake Mary (Hilton);

(4) Heathrow Master (Second Subpoena).

Thanks,

Jason Perkins

[Quoted text hidden]

---

---------- Forwarded message ---------
From: **Perkins, Jason** <jperkins@carltonfields.com>
[Quoted text hidden]
[Quoted text hidden]

---

**Laura Wolf** <laura@spark-law.com>	Sat, Oct 7, 2023 at 10:05 AM
To: Michael Beltran <mike@beltranlitigation.com>, "Michael J. Furbush" <mfurbush@deanmead.com>
Cc: Fritz Wermuth <FWermuth@kbzwlaw.com>, "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "Allison P. Barkett" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, nmonaco@wickersmith.com <nmonaco@wickersmith.com>, "chris.ford@hbcboulder.com" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, "Fred@lauten.us" <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, "fscheller@flusalaw.com" <fscheller@flusalaw.com>, "arenehan@flusalaw.com" <arenehan@flusalaw.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "jonathan.boonin@hbcboulder.com" <jonathan.boonin@hbcboulder.com>, Marisa Godek <MGodek@deanmead.com>, "anastasia_wagner@outlook.com" <anastasia_wagner@outlook.com>, Michaela Kirn <mkirn@deanmead.com>, Susan Marshall <SMarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>

Michael, I was in back-to-back calls and then out of the office at 3pm MDT yesterday at a preplanned event. Suffice to say, I am just getting to review your requested conferral now, which was sent at almost one hour before COB in FL on a holiday weekend, and one hour before my planned departure as well.

What is more, I have read your motion and the conferral section, which inaccurately states that we opposed the requested relief. The truth is that you did not receive a response from us, which requires you to continue conferral efforts and file an updated notice with the court when completed. Yet you claimed that we opposed your requests, presumably to avoid having to actually confer.

Please correct the motion immediately and please note the time of day you wrote us for conferral. This ongoing pattern of yours in sending last minute conferral emails that would give us absolutely no time to speak with my co-counsel or our clients is unprofessional and unworkable. We have addressed this for months and yet it continues without fail, which I simply do not understand.

If you do not correct your conferral block, I will and I will likewise ask that the requested relief be denied pending an actual conferral. I will also raise this ongoing concern of mine in our notice regarding last minute conferrals on your part. I hope you understand why I have to be this direct, as having our non-response to a last-minute conferral claimed to be an opposition is incredibly inappropriate. And to be directly named at that demonstrates a willfulness to your misstatement.

As you can imagine, I have not had an opportunity to connect with Chris or my client on your requests, and Monday is a federal holiday. I am more than happy to connect with them on Tuesday. In the meantime, please file a correction immediately (today) or I will and I will request the court formulate a required, reasonable timeframe for conferrals moving forward. Please understand that I would never normally expect someone to review emails or work on the weekend, however it appears not only that you do so regularly, but that you expect every one of us to be immediately responsive to you without regard to our schedules, personal or professional.

Thank you,
Laura

Sent from my cell phone. Please excuse typos.

---

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Friday, October 6, 2023 1:56 PM
**To:** Michael J. Furbush <mfurbush@deanmead.com>
**Cc:** Fritz Wermuth <FWermuth@kbzwlaw.com>; Perkins, Jason <jperkins@carltonfields.com>; Carlucci, Debbie A. <DCarlucci@carltonfields.com>; Allison P. Barkett <abarkett@deanmead.com>  Clements  Chelsey J <CClements@carltonfields.com>  nmonaco@wickersmith com <nmonaco@wickersmith.com>  chris ford@hbcboulder com <chris.ford@hbcboulder.com>; ella.ford@hbcboulder.com <ella.ford@hbcboulder.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Court Filings <courtfilings@kbzwlaw.com>; flauten@uww-adr.com <flauten@uww-adr.com>; Fred@lauten.us <Fred@lauten.us>; Melissa Hill <mhill@kbzwlaw.com>; fscheller@flusalaw.com <fscheller@flusalaw.com>; arenehan@flusalaw.com <arenehan@flusalaw.com>; jesse@spirelawfirm.com <jesse@spirelawfirm.com>; filings@spirelawfirm.com <filings@spirelawfirm.com>; sarah@spirelawfirm.com <sarah@spirelawfirm.com>; jonathan.boonin@hbcboulder.com <jonathan.boonin@hbcboulder.com>; Marisa Godek <MGodek@deanmead.com>; anastasia_wagner@outlook.com <anastasia_wagner@outlook.com>; Michaela Kirn <mkirn@deanmead.com>; Susan Marshall <SMarshall@deanmead.com>; Quinn Ritter <qritter@kbzwlaw.com>; Stephen Shaw <steve@spark-law.com>; wpeters@wickersmith.com <wpeters@wickersmith.com>; bhattenbach@wickersmith.com <bhattenbach@wickersmith.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Laura Wolf <laura@spark-law.com>; Angie Price <APrice@kbzwlaw.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Michael Beltran** <mike@beltranlitigation.com>  Sat, Oct 7, 2023 at 10:46 AM
To  Laura Wolf   laura@spark law com
Cc: "Michael J. Furbush" <mfurbush@deanmead.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "Allison P. Barkett" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, nmonaco@wickersmith.com, "Chris W. Ford" <chris.ford@hbcboulder.com>, ella.ford@hbcboulder.com, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, flauten@uww-adr.com, Fred Lauten <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, Fritz Scheller <fscheller@flusalaw.com>, Amy Renehan <arenehan@flusalaw.com>, Jesse Unruh <jesse@spirelawfirm.com>, filings@spirelawfirm.com, sarah@spirelawfirm.com, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>, Marisa Godek <MGodek@deanmead.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Michaela Kirn <mkirn@deanmead.com>, Susan Marshall <SMarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, wpeters@wickersmith.com, bhattenbach@wickersmith.com, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>

Laura,

I emailed you last week, again earlier this week (Thursday), and then I emailed again yesterday and followed up by phone. You responded last week with an equivocal response based upon page limits, and again on Thursday and said you opposed the requested relief. I emailed yet again to clarify your position, and I also called you yesterday, but I did not receive a response from your of any of your colleagues and so I indicated your position from Thursday. Unless I have missed something in your email, it does not look like you have changed your position that you oppose the relief.

   uffice it to say that I believe I have discharged my obligation to confer

That said, please let me know your position and I will be happy to indicate it when I return to my desk this afternoon. If you have not changed your position from Thursday, please let me know that. If you think there is something we have not conferred on, please let me know what that is (I cannot think of anything other than my offer to limit the pages to 70), and I'll be happy to indicate that.

I neither understand nor agree with the rest of your email.

Regards,
Mike
[Quoted text hidden]

---

**Laura Wolf**   laura@spark law com  at, Oct 7, 2023 at 11 05 AM
To: Michael Beltran <mike@beltranlitigation.com>
Cc: "Michael J. Furbush" <mfurbush@deanmead.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "Allison P. Barkett" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, nmonaco@wickersmith.com <nmonaco@wickersmith.com>, "Chris W. Ford" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, Fred Lauten <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, Fritz Scheller <fscheller@flusalaw.com>, Amy Renehan <arenehan@flusalaw.com>, Jesse Unruh <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>, Marisa Godek <MGodek@deanmead.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Michaela Kirn <mkirn@deanmead.com>, Susan Marshall <SMarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>

Michael, I will simply file a notice with the court expressing the conferral that actually took place.  I will also reiterate my request that all conferrals be made 2-3 business days in advance of any filings barring an emergency.

Laura B  Wolf

*She, Her, Hers*

**Spark Justice Law LLC**

1035 Osage Street

Eighth Floor, Office 836

Denver, CO 80204

(303) 802-5390 (t)

(303) 848-3003 (f)

laura@spark-law.com / spark-law.com

*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours.  Non-urgent messages as well as emails sent outside of work hours should expect delayed responses.  Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email.  Should this happen, I truly apologize.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]
>
>> [Quoted text hidden]

**Michael J Furbush**

**Attorney at Law**

mfurbush@deanmead.com

O: 407-841-1200   F:  407-423-1831   D:  407-428-5198

www.deanmead.com     Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.

420 S. Orange Avenue, Suite 700, Orlando, FL 32801

Fort Pierce | Naples | Orlando | Tallahassee | Vero Beach | Viera/Melbourne

PRIVLEGED INFORMATION DISCLAIMER: This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete this email, destroy any hard copies thereof, and notify us immediately by telephone. Thank you.

[Quoted text hidden]
[Quoted text hidden]

---

**Michael Beltran** <mike@beltranlitigation.com>    Sat, Oct 7, 2023 at 11:15 AM
To: Laura Wolf <laura@spark-law.com>
Cc: "Michael J. Furbush" <mfurbush@deanmead.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "Allison P. Barkett" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, nmonaco@wickersmith.com, "Chris W. Ford" <chris.ford@hbcboulder.com>, ella.ford@hbcboulder.com, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, flauten@uww-adr.com, Fred Lauten <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, Fritz Scheller <fscheller@flusalaw.com>, Amy Renehan <arenehan@flusalaw.com>, Jesse Unruh <jesse@spirelawfirm.com>, filings@spirelawfirm.com, sarah@spirelawfirm.com, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>, Marisa Godek <MGodek@deanmead.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Michaela Kirn <mkirn@deanmead.com>, Susan Marshall <SMarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, wpeters@wickersmith.com, bhattenbach@wickersmith.com, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>
Bcc:

Laura,

I offered to indicate any position you have, but I see you have filed something yourself, so I will review and respond accordingly. You requested conferrals 2 business days ahead of time, but then requested faster responses from me when I was traveling  The rule requires you call and then try again for three days, not any particular lead time  As it was, I initiated conferrals over a week before any filings. In any event, I will review your filing and respond accordingly.

Regards,
Mike

[Quoted text hidden]

---

**Laura Wolf** <laura@spark-law.com>    Sat, Oct 7, 2023 at 11:26 AM

**To:** Michael Beltran <mike@beltranlitigation.com>
**Cc:** "Michael J. Furbush" <mfurbush@deanmead.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, "Perkins, Jason" <jperkins@carltonfields.com>, "Carlucci, Debbie A." <DCarlucci@carltonfields.com>, "Allison P. Barkett" <abarkett@deanmead.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "nmonaco@wickersmith.com" <nmonaco@wickersmith.com>, "Chris W. Ford" <chris.ford@hbcboulder.com>, "ella.ford@hbcboulder.com" <ella.ford@hbcboulder.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Court Filings <courtfilings@kbzwlaw.com>, "flauten@uww-adr.com" <flauten@uww-adr.com>, Fred Lauten <Fred@lauten.us>, Melissa Hill <mhill@kbzwlaw.com>, Fritz Scheller <fscheller@flusalaw.com>, Amy Renehan <arenehan@flusalaw.com>, Jesse Unruh <jesse@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "sarah@spirelawfirm.com" <sarah@spirelawfirm.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>, Marisa Godek <MGodek@deanmead.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Michaela Kirn <mkirn@deanmead.com>, Susan Marshall <SMarshall@deanmead.com>, Quinn Ritter <qritter@kbzwlaw.com>, Stephen Shaw <steve@spark-law.com>, "wpeters@wickersmith.com" <wpeters@wickersmith.com>, "bhattenbach@wickersmith.com" <bhattenbach@wickersmith.com>, "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, Angie Price <APrice@kbzwlaw.com>

Michael, you're welcome to file anything you would like   As to conferral timing, all you ever do is refer to a single instance when we asked for an expedited conferral   You do this nearly every time I raise my concerns with your conferrals   That said, I'm more than happy for the court to impose a 2-3 business day conferral rule, as it would assist all of defense counsel in being able to manage our other cases and personal lives as we work with you on this case

[Quoted text hidden]

---

**Michael Beltran** <mike@beltranlitigation.com>                                                            Sun, Oct 8, 2023 at 8:38 AM
**To:** Laura Wolf <laura@spark-law.com>

I'll go ahead and file a response, then. To the extent you claim we haven't conferred, which I disagree with, I'm asking one more time your position on the omnibus, as the rule says I have to diligently contact you for three days. Your filings and emails indicate you will respond on Tuesday, so I'll note that and update the Court with any response.
[Quoted text hidden]

---

**Laura Wolf** <laura@spark-law.com>                                                                          Sun, Oct 8, 2023 at 8:56 AM
**To:** Michael Beltran <mike@beltranlitigation.com>
**Cc:** "Chris W. Ford" <chris.ford@hbcboulder.com>, Stephen Shaw <steve@spark-law.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>

Michael, I'm happy to confer on Tuesday   Please reach out then and I'll have a response to you by COB mountain time   To note, that is still far fewer than three business days, but we will accommodate you this final time   In the future, all conferrals outside of unforeseen circumstances and emergencies will need to provide three business days for appropriate responses   If you feel this is unreasonable, we should schedule a conference with the court to discuss

Thank you,

[Quoted text hidden]

---

**Michael Beltran** <mike@beltranlitigation.com>                                                          Sun, Oct 8, 2023 at 10:57 AM
**To:** Laura Wolf <laura@spark-law.com>
**Cc:** "Chris W. Ford" <chris.ford@hbcboulder.com>, Stephen Shaw <steve@spark-law.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>

I am just following the Local Rule.
[Quoted text hidden]

---

**Laura Wolf** <laura@spark-law.com>                                                                         Sun, Oct 8, 2023 at 12:07 PM
**To:** Michael Beltran <mike@beltranlitigation.com>
**Cc:** "Chris W. Ford" <chris.ford@hbcboulder.com>, Stephen Shaw <steve@spark-law.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>

Perfect - if you want to send me the rule you're following so I can make sure we're on the same page, that would be helpful. My understanding is that local practice requires phone conferrals and also requires good faith efforts to confer. Thanks in advance for sending what you're referencing.

Sent from my cell phone. Please excuse typos.

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Sunday, October 8, 2023 8:57 AM
**To:** Laura Wolf <laura@spark-law.com>
**Cc:** Chris W. Ford <chris.ford@hbcboulder.com>; Stephen Shaw <steve@spark-law.com>; Jonathan B. Boonin <jonathan.boonin@hbcboulder.com>
[Quoted text hidden]
[Quoted text hidden]

---

**Michael Beltran** <mike@beltranlitigation.com>                                                         Sun, Oct 8, 2023 at 12:21 PM
**To:** Laura Wolf <laura@spark-law.com>
**Cc:** "Chris W. Ford" <chris.ford@hbcboulder.com>, Stephen Shaw <steve@spark-law.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>

Here is 3.01(g). https://www.flmd.uscourts.gov/local-rules/rule-301-motions-and-other-legal-memorandums

Take a look at 3.01(g)(3) in particular. It says that you have to follow up for three days (it does not say business days), and then supplement. I think we've conferred, but since you're claiming otherwise, that's what I'm doing.

We seem to be spending a lot of time emailing but I still don't know your position on the motion. You've said repeatedly that you'll let me know on Tuesday, but you certainly seem to be able to email on the weekend. I really don't want to bother you, and I didn't initiate communications on any weekend or holiday, but if you want to let me know your position, great. If not, I guess I'll have no choice but to wait until Tuesday.
[Quoted text hidden]

---

**Laura Wolf** <laura@spark-law.com>                                                                         Sun, Oct 8, 2023 at 12:43 PM
**To:** Michael Beltran <mike@beltranlitigation.com>
**Cc:** "Chris W. Ford" <chris.ford@hbcboulder.com>, Stephen Shaw <steve@spark-law.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>

Michael, I'm happy to stop emailing as I have been doing so as a courtesy. As Chris is out until Tuesday and I actually need to speak with our team, you'll simply need to wait. While I often have to work on weekends, that does not mean that I need to interrupt a client or my co-counsel on a weekend, nor would I barring an actual emergency.

To note, the rule requires just a good faith conferral. Emailing me is an effort to confer, not a conferral. Further, doing so only a few hours before filing a motion is not a good faith effort to confer. As previously stated, a good faith effort to confer requires sufficient time for a conferral. I don't understand if this is your only case, but it is not our only case. The presumption that we don't have other clients or work and are simply awaiting to hear from you so that we can immediately respond is surprising, to say the least. I certainly would never expect the same from you.

As you note, the rule also requires that if conferral did not take place, you need to continue efforts to confer for three days. Falsely claiming a conferral took place is not appropriate. In the future, when you have not received a response from us, please accurately represent such in the conferral block. I do not take kindly to inaccurate representations of my statements or positions.

I'll be in touch on Tuesday once I can connect with my co-counsel on your request. It'll be by COB mountain time so long as Chris is available. If he is not, I will let you know so you can update the conferral block.

Sent from my cell phone. Please excuse typos.

---

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Sunday, October 8, 2023 10:22 AM
[Quoted text hidden]
[Quoted text hidden]

---

**Michael Beltran** <mike@beltranlitigation.com>  Sun, Oct 8, 2023 at 12:55 PM
To: Laura Wolf <laura@spark-law.com>
Cc: "Chris W. Ford" <chris.ford@hbcboulder.com>, Stephen Shaw <steve@spark-law.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>, Anastasia Wagner <anastasia_wagner@outlook.com>
Bcc:

Laura,

I contacted you several times over a week, and you said that you opposed the relief. I also called and emailed to obtain clarification of your position. I wasn't able to, and still haven't been able to, obtain any clarification. I am not sure why you need to speak to your client or Chris about the relief I requested (nobody else seemed to have difficulty responding to me), but I guess I will await your response. In the meantime, I'll respond to your "Notice of Nonconferral."

-Mike

[Quoted text hidden]