UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Case No.: 6:23-CV-00871 |

## NOTICE OF A.B.'S OPPOSITION TO OMNIBUS RESPONSE

Counsel for A.B. has just messaged undersigned counsel, and confirmed that that, as indicated in Doc. 109, she opposes Plaintiff's Motion for Leave to File Omnibus Memorandum in Response to Motion to Dismiss. (A.B. indicated in another filing that "Undersigned counsel takes no position on the requested additional time to file responses to the motions to dismiss." Doc. 110.)

October 10, 2023.

Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)

        mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## **CERTIFICATE OF SERVICE**

    I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

        /s/Michael Paul Beltran
        Michael P Beltran