UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

CASE NO. 6:23-CV-00871-CEM-DCI

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUSAN
GREENBERG, ABBY GREENBERG,
AWG, INC., GREENBURG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and A.B.,

    Defendants.
_____

### NOTICE OF CHANGE OF ADDRESS FOR SPARK JUSTICE LAW LLC
_____

PLEASE TAKE NOTICE that Spark Justice Law LLC has changed its street address to the following:

Spark Justice Law LLC
3435 S. Inca Street, Suite C-113
Englewood, CO 80110

Laura B. Wolf and Stephen R. Shaw of Spark Justice Law LLC represent Defendant A.B. in the above-captioned action. Their telephone number and email addresses remain the same.

Dated: December 11, 2023

1

Spark Law Justice LLC

s/ Laura B. Wolf
Laura B. Wolf, Esq.* (Lead Counsel)
Colorado Bar # 46833
Stephen Shaw, Esq.*
Colorado Bar # 56720
3435 S. Inca St., Suite C-113
Englewood, CO 80110
(303) 802-5390
laura@spark-law.com
steve@spark-law.com

Attorneys for Defendant A.B.
* Pro hac vice admission

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11, 2023, a copy of the foregoing document was served on the following counsel of record:

Michael Paul Beltran
Beltran Litigation, P.A.
4920 West Cypress St. Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073
mike@beltranlitigation.com

Attorney for Plaintiff Christopher Dorworth

Fritz J. Scheller
Fritz Scheller, PL
Suite 1150
200 E Robinson St
Orlando, FL 32801
407/ 792-1285
Fax: 407/ 513-4146
Email: fscheller@flusalaw.com

Attorney for Defendant Joel Micah Greenberg

Dustin Michael Mauser-Claassen
Frederick S. Wermuth
King, Blackwell, Zehnder & Wermuth, PA
P.O. Box 1631
Orlando, FL 32802-1631
407422-2472
Fax: 407-648-0161
Email: dmauser@kbzwlaw.com
Email: fwermuth@kbzwlaw.com
Quinn B. Ritter
25 East Pine Street
Orlando, FL 32801
407-422-2472
Fax: 407-648-0161
Email: qritter@kbzwlaw.com

Attorneys for Defendants Andrew W. Greenberg, Susan Greenberg, AWG, Inc.

3

Jason A. Perkins
Chelsey Joiner Clements
Carlton Fields Jorden Burt, PA
PO Box 1171
Orlando, FL 32802-1171
407/ 849-0300
Fax: 407/ 648-9099
Email: jperkins@carltonfields.com
Email: cclements@carltonfields.com

Attorneys for Defendant Abby Greenberg

Allison P. Barkett
Michael J. Furbush
Michaela Kirn
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA
420 S. Orange Ave, Suite 700
Orlando, FL 32801
407-841-1200
Fax: 407-423-1831
Email: mfurbush@deanmead.com
Email: mkirn@deanmead.com

Attorneys for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., Greenberg Dental Specialty Group, LLC

Christopher W. Ford, Esq.*
Colorado Bar #28632
Jonathan Boonin, Esq.*
Colorado Bar #23113
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
chris.ford@hbcboulder.com
jonathan.boonin@hbcbolder.com

Jesse Ian Unruh
Florida Bar No. 92121
Spire Law, LLC
2572 West State Road 426, Suite 2088
Oviedo, FL 32765

4

(407) 494-0135
jesse@spirelawfirm.com

Attorneys for Defendant A.B.

Spark Justice Law LLC

s/ Jen Kern
Jen Kern