United States District Court
Middle District of Florida
Orlando Division

CHRISTOPHER E. DORWORTH,

    *Plaintiff,*

v.                         No. 6:23-00871-CEM-DCI

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG,
SUSAN GREENBERG, ABBY
GREENBERG, AWG, INC.,
GREENBURG DENTAL
ASSOCIATES, LLC,
GREENBERG DENTAL &
ORTHODONTICS, P.A.,
GREENBERG DENTAL
SPECIALTY GROUP, LLC, and
A.B.,

    *Defendants.*

___

**UNOPPOSED MOTION TO WITHDRAW**
___

    Jonathan B. Boonin, Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing Defendant A.B. in this action.

    I certify that the client consents to the withdrawal.

    The withdrawal will not result in a person proceeding pro se.

1

The withdrawal will not result in a continuance of a trial.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not object to my withdrawal.

| | |
|---|---|
| HUTCHINSON BLACK AND COOK, LLC | SPIRE LAW, PLLC |
| By: */s/ Jonathan B. Boonin* <br>Jonathan B. Boonin, Esquire<br>Colorado Bar # 23113<br>921 Walnut Street<br>Suite 200<br>Boulder, CO 80302<br>(303) 442-6514<br>jonathan.boonin@hbcboulder.com<br><br>Attorneys for Defendant A.B. | By: */s/ Jesse Unruh*<br>Jesse Unruh, Esquire<br>Florida Bar # 93121<br>2752 W. State Road 426<br>Suite 2088<br>Oviedo, Florida 32765<br>(407) 494-0135<br>jesse@spirelawfirm.com<br>marcela@spirelawfirm.com<br>filings@spirelawfirm.com<br><br>Attorneys for Defendant, A.B. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5th, 2024, a copy of the foregoing document was electronically filed with the Court by using the CM / ECF portal, which will send a notice of electronic filing to all counsel of record.

*/s/ Ella Ford*
Paralegal