UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

*Plaintiff*,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

*Defendants*.

Case No.: 6:23-cv-00871-CEM-DCI

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES FOR GREENBERG DENTAL DEFENDANTS

KAITLYN CHOMIN, ESQ. of the law firm of Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., hereby give notice of her appearance as additional counsel for Defendants Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC (collectively, "Greenberg Dental"). All future pleadings directed to Greenberg Dental should also be served upon the undersigned attorney at the address indicated below and sent to the following email addresses:

Primary Email: kchomin@deanmead.com

Secondary Email: mgodek@deanmead.com

4973688.v1

Dated May 3, 2024.

/s/ *Kaitlyn Chomin*
Michael J. Furbush
Florida Bar No. 70009
Michaela N. Kirn
Florida Bar No. 1018863
Kaitlyn Chomin
Florida Bar No. 1026114
Dean Mead, Egerton, Bloodworth,
CAPOUANO & Bozarth, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Tel: 407-841-1200
Fax: 407-423-1831
mfurbush@deanmead.com (Primary)
mkirn@deanmead.com (Primary)
kchomin@deanmead.com (Primary)
mgodek@deanmead.com (Secondary)
*Attorneys for Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., and Greenberg Dental Specialty Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

/s/ *Kaitlyn Chomin*
Michael J. Furbush

2

4973688.v1