# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,
Plaintiff,

          Plaintiff,

v.                                     **Case No.: 6:23-cv-00871-CEM-DCI**

JOEL MICAH GREENBERG, ANDREW
W. GREENBERG, SUSAN
GREENBERG, ABBY GREENBERG,
AWG, INC., GREENBERG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, AND A.B.,

          Defendants.
_____ /

## **NOTICE OF COMPLIANCE WITH SUBPOENA**

      Kayla Sullivan, through her counsel Joel Leppard, hereby provides notice to the Court and all parties of record that she has complied with the subpoena issued by Defendant Abby Greenberg, dated May 17, 2024, and has determined that she possesses no documents responsive to the requests outlined in the subpoena.

DATED this 5th day of June, 2024.

                                                           /s/ *Joel N. Leppard/June 5, 2024*
                                                           **JOEL N. LEPPARD**
                                                           **LEPPARD LAW PLLC.**
                                                           Florida Bar Number: 86081
                                                           638 Broadway Ave.

Orlando, FL 32803
Telephone: (407) 476-4111
Fax: (800) 317-8301
Email: Joel@LeppardLaw.com
Secondary Email:
office@leppardlaw.com
Attorney for Defendant

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

   /s/ *Joel N. Leppard*
**JOEL N. LEPPARD**
**LEPPARD LAW PLLC.**
Florida Bar Number: 86081
638 Broadway Ave.
Orlando, FL 32803
Telephone: (407) 476-4111
Fax: (800) 317-8301
Email: Joel@LeppardLaw.com
Secondary Email:
office@leppardlaw.com
Attorney for Defendant