UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

     Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW
W. GREENBERG, SUE GREENBERG,
ABBY GREENBERG, AWG, INC.,
GREENBERG DENTAL ASSOCIATES,
LLC, GREENBERG DENTAL &
ORTHODONTICS, P.A., GREENBERG
DENTAL SPECIALTY GROUP, LLC,
and A.B.,

     Defendants.

Case No.: 6:23-CV-00871

## UNOPPOSED MOTION TO DEPOSE JOEL GREENBERG

Plaintiff Chris Dorworth hereby moves for leave of Court to depose lead Defendant Joel Greenberg. Joel Greenberg is now incarcerated in federal prison for committing a series of crimes during his time as Tax Collector for Seminole County. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), a party seeking to take a deposition "must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) if the deponent is confined in prison." Courts routinely grant such motions. *See e.g. Edward/Ellis v. New United Motors*, No. C 07-05452 WHA, 2008 WL 4712602, at *2 (N.D. Cal. Oct. 22, 2008), *Beasley v.*

*Wells Fargo Bank*, No. 6:20-CV-883-WWB-EJK, 2022 WL 3098951, at *3 (M.D. Fla. Jan. 19, 2022) ("The Court, therefore, should permit the deposition of an incarcerated individual unless an objecting party can show why the deposition is impermissible under these rules."). Further, this Court has previously granted such motions when they are unopposed and pertain to federal prisoners. See e.g. *FDIC v. Nason Yeager et al.*, 12-cv-208, slip op. (M.D. Fla. March 17, 2014) (granting unopposed motion to depose incarcerated individual). For the foregoing reasons, Plaintiff seeks leave to depose Defendant Joel Greenberg.[1]

## <u>CERTIFICATE OF CONFERRAL</u>

I conferred with opposing counsel who agreed to the relief requested.

/s/Michael Paul Beltran
Michael P Beltran

June 10, 2024.                              Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

---

[1] Plaintiff respectfully suggests that provision be made for parties to attend remotely by video conference, if possible, so as to limit any logistical complications from any in-person deposition at the prison.

## <u>CERTIFICATE OF SERVICE</u>

I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

<u>/s/Michael Paul Beltran</u>
Michael P Beltran