# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CHRISTOPHER E. DORWORTH,**

      **Plaintiff,**

v.                                                                     Case No: 6:23-cv-871-CEM-DCI

**JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC and A. B.,**

      **Defendants.**

## ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Unopposed Motion to Depose Joel Greenberg (Doc. 132)** |
| **FILED:** | **June 10, 2024** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon due consideration and pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is **ORDERED** that Plaintiff is hereby given leave to conduct the deposition of Joel Micah Greenberg, BOP No. 73648-018, currently incarcerated at Miami FCI according to the bop.gov inmate locator. Plaintiff shall contact the correctional institution and to arrange the deposition. The manner of the

deposition, including whether it is conducted in-person or remotely, will be within the discretion of the correctional institution.

**ORDERED** in Orlando, Florida on June 11, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE