**Abby Greenberg's Non-Party Subpoena**
**Summary as of May 24, 2024**

**Non-Party Subpoenas Issued in Dorworth vs. Greenberg Case To Date**

| Name of Non-Party | Miscellaneous Notes | Date of Notice of Intent to Serve Non-Party Subpoena | Date of Service as Reflected in Return of Service | Date of Document Production, if Any, With Bates Range |
|---|---|---|---|---|
| Ballard Partners, Inc. | | August 28, 2023 | Objection filed October 23, 2023 | 000001-000344 October 23, 2023<br><br>000345-000349 (November 3, 2023) |
| Heathrow Master Association, Inc. c/o Sentry Management Inc. | First Subpoena | September 1, 2023 | September 22, 2023 | First Production:<br><br>HeathrowMaster0001-0010 (October 4, 2023)<br><br>Second Production<br><br>HeathrowMaster0011-0045 (November 29, 2023) |
| Heathrow Master Association, Inc. c/o Sentry Management Inc. | Second Subpoena | October 4, 2023 | October 10, 2023 | Heathrow Master Association, Inc. c/o Sentry Management, Inc. has no documents that are responsive to the second subpoena |
| Marriott International, Inc. for Orlando Marriott Lake Mary records | Redirected to Hotel Operator at Pinnacle Hotel Management Company, LLC | October 4, 2023 | October 10, 2023 | OrlandoMarriottLakeMary001-022 (October 25, 2023) |
| Residence Inn by Marriott Orlando Lake Mary | Redirect to Hotel Operator, Bre Hotels & Resorts LLC | October 6, 2023 | November 10, 2023 | Residence Inn by Marriott Orlando Lake Mary has reported that it has no documents responsive to the non-party subpoena |
| Michael J. Fisher or Michael J. Fischer | | October 11, 2023 | November 6, 2023 | FisherDep_1 – FisherDep_3 |
| Eric Fogleson | | October 11, 2023 | November 2, 2023 | Mr. Fogleson has reported that he has no documents responsive to the non-party subpoena |

134515934.4

| Name | | Issued | Served | Response/Status |
|---|---|---|---|---|
| Kayleigh Morton | | October 11, 2023 | October 25, 2023 | October 27, 2023 (Video)<br><br>October 27, 2023 (Text Exchange)<br><br>October 27, 2023 (Screenshot)<br><br>Morton004 – Morton008 March 21, 2024<br><br>██████████████ ████████████████████ |
| Megan Zalonka | | October 11, 2023 | October 25, 2023 | Ms. Zalonka has reported that she has no documents that are responsive to the non-party subpoena. |
| Ciera Forrest or Sierra Forrest | | October 11, 2023 | October 25, 2023 | Ms. Forrest has reported that she has no documents that are responsive to the non-party subpoena. |
| Joe Ellicott | | October 11, 2023 | October 28, 2023 | Mr. Ellicott has reported that he has no documents that are responsive to the non-party subpoena. |
| Hampton Inn & Suites Lake Mary at Colonial Townpark | Redirected to Hotel Operator at Peachtree Hospitality Management, LLC | October 6, 2023 | October 30, 2023 | Hampton Inn & Suites Lake Mary has reported that they have no documents responsive to the non-party subpoena. |
| Reflex Media, Inc. d/b/a Seeking Arrangements | Frist Subpoena | October 31, 2023 | November 6, 2023 | Seeking 001-Seeking003 Produced |
| T-Mobile USA, Inc. | | November 3, 2023 | November 6, 2023 | T-Mobile USA, Inc. has reported that they have no documents that are no documents responsive to the non-party subpoena. |
| Irish Pub Investments, Inc. d/b/a Liam Fitzpatrick's Irish Restaurant & Pub | | November 3, 2023 | November 7, 2023 | Irish Pub Investments, Inc. has reported that they have no documents responsive to the non-party subpoena; however, they recently referred us to POS vendor who may have receipts and further investigation continues. |
| Jonathan A. Setzer | | November 13, 2023 | December 7, 2023 | Mr. Setzer has reported that he has no documents responsive to the non-party subpoena |
| Katie Lott | | November 13, 2023 | November 30, 2023 | Lott00001 - Lott00044, January 2, 2024 |
| Bethany Payne | | November 13, 2023 | Out for Service | Moved from Florida to Oregon and back to Florida. Ms. Payne has reported that she has responsive documents. |

134515934.4

| A&T Corporation | | November 17, 2023 | November 22, 2023 | AT&T0001 - AT&T0101, December 16, 2023 |
|---|---|---|---|---|
| Reflex Media, Inc. d/b/a Seeking Arrangements | Second Subpoena | December 18, 2023 | December 19, 2023 (Via Email) | Seeking0004 Produced |
| Nielson Law Firm | | January 9, 2024 | January 22, 2024 | Government and defense counsel will not produce any responsive documents in possession, custody, and/or control based on confidentiality and privilege. |
| Richard E. Hornsby, P.A. | | January 9, 2024 | NA | Mr. Hornsby has reported that he has no documents responsive to the non-party subpoena |
| Truist Bank | | January 12, 2024 | January 15, 2024 | Truist Bank has reported that they have no responsive documents as Mr. Dorworth did not bank with Truist Bank in June and/or July of 2017. |
| Department of Justice; Executive Office for United States Attorneys | | January 12, 2024 | January 23, 2024 | DOJ0001-0002 March 6, 2024 |
| Brady Bedford | | January 31, 2024 | February 10, 2024 | Mr. Bedford retained counsel who reported that he has no responsive documents. |
| Lyft, Inc. | | January 31, 2024 | February 12, 2024 | Lyft0001-0004 February 29, 2024 |
| Uber Technologies, Inc. | | January 31, 2024 | February 12, 2024 | Working with legal department at Uber Technologies, Inc. to make production similar to what Lyft did. |
| Federal Express Corporation | | January 31, 2024 | February 12, 2024 | Federal Express Corporation has reported that they have no responsive documents. |
| Federal Ex Express | | | February 13, 2024 | Federal Ex Express has reported that they have no responsive documents. |
| Saskia Naomi Delgado-Orozco | | February 13, 2024 | February 27, 2024 | Ms. Delgado-Orozco has reported that she has no responsive documents. |
| Charter Communications, Inc. | | February 28, 2024 | March 20, 2023 | Charter0001-Charter0017 April 15, 2024 |
| JH Restaurant Management, Inc. | | February 28, 2024 | March 12, 2024 | JH Restaurant Management, Inc. does not have any responsive documents. |
| McDonald's, Corp. | | February 28, 2024 | March 12, 2024 | McDonald's Corporation does not have any responsive documents and redirected us to Yontz Enterprises, Inc., a franchise |

134515934.4

| FedEx Ground Package Systems, Inc. | | February 29, 2024 | April 1, 2024 | FedEx has no records – April 2, 2024 |
|---|---|---|---|---|
| Lauren Phillips | | March 5, 2024 | April 23, 2024 | Ms. Phillips has not responded nor objected to the subpoena.  A follow up is in progress to determine if she has any responsive documents. |
| Jessica Schoen | | March 5, 2024 | March 19, 2024 | Ms. Schoen retained counsel who reported that she does not have any responsive documents. |
| Lyman High School | | March 7, 2024 | April 8, 2024 | LymanHighSchool0001 - LymanHighSchool0028 April 12, 2024

LymanHighSchool0029 - LymanHighSchool0032 |
| Wells Fargo Bank, N.A. | | March 22, 2024 | April 8, 2024 | WellsFargo00001-0021 ███████████████████

WellsFargo0022-0032 ███████████████████ |
| Mackenzie Leider | | March 28, 2024 | April 23, 2024 | Leider0001 - Leider0007 (page missing) |
| Ryan Luttrell | | March 28, 2024 | April 15, 2024 | Mr. Luttrell does not have any responsive documents. |
| 29 Grados Orl Alta LP d/b/a Twin Peaks | | April 2, 2024 | | *In Progress* |
| Yontz Enterprises, Inc. | McDonald's Franchisee | Redirected by McDonald's Corporation | April 9, 2024 | Yontz Enterprises, Inc. does not have any responsive documents. |
| Application by Design | Security gate-keeping | May 17, 2024 | | *Due:  06.14.24* |
| Guardian Alarm of Florida, LLC d/b/a Guardian Hawk Alarm Monitoring | Alarm system | May 17, 2024 | | *Due:  06.14.24* |

134515934.4

| | | | | |
|---|---|---|---|---|
| Ramco Protective of Orlando, Inc. | Guards | May 17, 2024 | | *Due: 06.14.24* |
| Heathrow Master Assoc., Inc. | HOA Additional Info re: Transponder/vehicle data | May 17, 2024 | | *Due: 06.14.24* |
| Private Driver of Christopher Dorworth Summer of 2017 | Name of Driver will be inserted pending Discovery re: Plaintiff's response to ROGGS of 05.09.24 - due 06.08.24 | May 17, 2024 | | *Due: 07.08.24* |
| Christin Leigh Ferro a/k/a Christin Sorenson | | May 17, 2024 | | *Due: 06.14.24* |
| Christina Kalman a/k/a Christina Stomp | | May 17, 2024 | | *Due: 06.14.24* |
| Jennifer Caballero | | May 17, 2024 | | *Due: 06.14.24* |
| Kala Bell | | May 17, 2024 | | *Due: 06.14.24* |
| Kayla Sullivan a/k/a Kayla Allyson Barnes | | May 17, 2024 | | *Due: 06.14.24* |
| Sarah Sitar | | May 17, 2024 | | *Due: 06.14.24* |

134515934.4

| Victoria Ann Waugaman | | May 17, 2024 | | *Due: 06.14.24* |
|---|---|---|---|---|
| AVIS BUDGET GROUP, INC. | Rental Co-Jeep License Plate FL: HLGC62 to M. Fischer | May 20, 2024 | | *Due: 06.14.24* |
| PV HOLDING CORP. | Parent Corp for Avis Budget Group, Inc:Rental Co-Jeep License Plate FL: HLGC62 to M. Fischer | May 20, 2024 | | *Due: 06.14.24* |
| JOHN DOE | Private Driver of C. Dorworth July 2017, pending 5th Set ROGGS for discovery on identity | May 21, 2024 | | *Due 07.03.24* |
| AT&T CORP – 2nd NOS | | May 24, 2024 | | *Due 07.10.24* |
| YAHOO, INC. | | May 24, 2024 | | *Due 07.10.24* |

134515934.4