

Michael Beltran <mike@beltranlitigation.com>

## RE: Dorworth v. Greenberg - Case No. 6:23-cv-00871 - Update on Discovery
1 message

**Perkins, Jason** <jperkins@carltonfields.com>  Fri, Jan 19, 2024 at 5:23 PM
To: "Ella W. Ford" <ella.ford@hbcboulder.com>, Melissa Hill <mhill@kbzwlaw.com>, "mike@beltranlitigation.com" <mike@beltranlitigation.com>, "Clements, Chelsey J." <CClements@carltonfields.com>, "Bryan, Martina" <MBryan@carltonfields.com>, "mfurbush@deanmead.com" <mfurbush@deanmead.com>, "mkirn@deanmead.com" <mkirn@deanmead.com>, "abarkett@deanmead.com" <abarkett@deanmead.com>, "mgodek@deanmead.com" <mgodek@deanmead.com>, "smarshall@deanmead.com" <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Amy Renehan <arenehan@flusalaw.com>, Laura Wolf <laura@spark-law.com>, Stephen Shaw <steve@spark-law.com>, "Jonathan B. Boonin" <jonathan.boonin@hbcboulder.com>, "Chris W. Ford" <chris.ford@hbcboulder.com>, "jesse@spirelawfirm.com" <jesse@spirelawfirm.com>, "marcela@spirelawfirm.com" <marcela@spirelawfirm.com>, "filings@spirelawfirm.com" <filings@spirelawfirm.com>, "ftlcrtpleadings@wickersmith.com" <ftlcrtpleadings@wickersmith.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>
Cc: "DeVito, Anthony (Tony)" <TDeVito@carltonfields.com>, "Saltzman, Debra" <DSaltzman@carltonfields.com>, "Di Filippo, Lisa" <LDiFilippo@carltonfields.com>

Good afternoon everyone,

As you know, we have been diligently engaging in discovery directed at numerous non-parties in this case. To date, we have targeted 20+ non-parties with subpoenas and four of those subpoenas remain outstanding. The four outstanding subpoenas are directed at: Bethany Payne; the Department of Justice; the Nielsen Law Firm; and Truist Bank. Please note that we are still trying to locate Bethany Payne to serve her. Once we receive documents from those non-parties, we will circulate to the group.

The next phase of these proceedings will involve depositions of many of the non-parties we have targeted. To that end, I have prepared draft notices of taking deposition directed at 6 witnesses including 5 non-parties and Defendant, A██████ B██████, with suggested dates for same:

   (1)  Heathrow Master Association (suggested date of February 12 in Winter Park, FL);

   (2)  Joe Ellicott (suggested date of February 13 in Daytona Beach, FL);

   (3)  Mike Fisher (suggested date of February 29 in Tallahassee, FL);

   (4)  Ballard Partners (suggested date of March 1 in Tallahassee, FL);

   (5)  Kaleigh Morton (suggested date of March 7 in Boulder, CO); and

   (6)  A██████ B██████ (suggested date of March 8 in Boulder, CO).

Please review the notices and suggested dates and let me know your thoughts.

Also, it may be easier for all counsel of record to jump on a zoom call to discuss in more detail.

I look forward to working with you to get these on the calendar.

Best regards,

Jason Perkins

**Jason Perkins**
Shareholder | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct: 407.244.8250 | Fax: 407.648.9099

jperkins@carltonfields.com

**6 attachments**

📄 **Notice of Taking Deposition of Heathrow Master Association_(134881762_1).pdf**
77K

📄 **Notice of Taking Deposition of Joe Ellicott_(134871715_1).pdf**
77K

📄 **Notice of Taking Deposition of Mike Fischer_(134881612_1).pdf**
77K

📄 **Notice of Taking Deposition of Ballard Partners Corporate Representative_(134881643_1).pdf**
74K

📄 **Notice of Taking Deposition of A▇▇ B▇▇▇_(134881560_1).pdf**
71K

📄 **Notice of Taking Deposition of Kaleigh Morton_(134881549_1) (2).pdf**
77K