| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Chris W. Ford |
| **Cc:** | Perkins, Jason; Ella W. Ford; Melissa Hill; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Amy Renehan; Laura Wolf; Stephen Shaw; Jonathan B. Boonin; Jesse Unruh; marcela@spirelawfirm.com; filings@spirelawfirm.com; ftlcrtpleadings@wickersmith.com; Anastasia Wagner; Fritz Wermuth; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); Saltzman, Debra; Di Filippo, Lisa |
| **Subject:** | Re: Dorworth v. Greenberg - Case No. 6:23-cv-00871 - Update on Discovery |
| **Date:** | Friday, January 26, 2024 9:01:40 PM |

Thanks for your email.

The legislative Session is scheduled to adjourn on March 8. I won't be able to coordinate any depos to take place until after that date. Accordingly, please provide alternate dates with enough time to prepare for depositions after session.

Jason mentions locations in multiple cities and states. I haven't done an in-person deposition in about half a decade now. If you all want to travel around, that is fine by me I suppose, as long as we have good audio/video for those who wish to attend remotely via Zoom. Please advise.

I can produce Mrs. Dorworth for deposition.

We will also want to depose the rest of the defendants on a similar timeframe.

Thanks.

On Fri, Jan 19, 2024, 5:39 PM Chris W. Ford <chris.ford@hbcboulder.com> wrote:

> Thanks, Jason—
>
> We are going to depose Rebekah Dorworth, Matt Gaetz, and Brianna Garcia. We will want to schedule these depositions in the same time period. We will hold off on getting notices out for now, but want everyone to know that we will want these depositions in the same general time frame as Jason's proposed times—i.e., February into early March. We can discuss dates on the proposed call.
>
> Michael, we presume you will be in touch with Mrs. Dorworth regarding dates.
>
> Thanks, and hope everyone has a nice weekend.
>
> Chris
>
> CHRISTOPHER W. FORD, Attorney at Law

HUTCHINSON BLACK AND COOK, LLC

921 Walnut Street | Suite 200 | Boulder, CO 80302

tel 303.442.6514 | fax 303.442.6593

chris.ford@hbcboulder.com | http://www.hbcboulder.com

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

---

**From:** Perkins, Jason <jperkins@carltonfields.com>
**Sent:** Friday, January 19, 2024 3:23 PM
**To:** Ella W. Ford <ella.ford@hbcboulder.com>; 'Melissa Hill' <mhill@kbzwlaw.com>; 'mike@beltranlitigation.com' <mike@beltranlitigation.com>; Clements, Chelsey J. <CClements@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; 'mfurbush@deanmead.com' <mfurbush@deanmead.com>; 'mkirn@deanmead.com' <mkirn@deanmead.com>; 'abarkett@deanmead.com' <abarkett@deanmead.com>; 'mgodek@deanmead.com' <mgodek@deanmead.com>; 'smarshall@deanmead.com' <smarshall@deanmead.com>; 'Fritz Scheller' <fscheller@flusalaw.com>; 'Amy Renehan' <arenehan@flusalaw.com>; Laura Wolf <laura@spark-law.com>; Stephen Shaw <steve@spark-law.com>; Jonathan B. Boonin <jonathan.boonin@hbcboulder.com>; Chris W. Ford <chris.ford@hbcboulder.com>; 'jesse@spirelawfirm.com' <jesse@spirelawfirm.com>; 'marcela@spirelawfirm.com' <marcela@spirelawfirm.com>; 'filings@spirelawfirm.com' <filings@spirelawfirm.com>; 'ftlcrtpleadings@wickersmith.com' <ftlcrtpleadings@wickersmith.com>; 'Anastasia Wagner' <anastasia_wagner@outlook.com>; 'Fritz Wermuth' <FWermuth@kbzwlaw.com>; 'Dustin Mauser-Claassen' <dmauser@kbzwlaw.com>; 'Quinn Ritter' <qritter@kbzwlaw.com>
**Cc:** DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; Saltzman, Debra <DSaltzman@carltonfields.com>; Di Filippo, Lisa <LDiFilippo@carltonfields.com>
**Subject:** RE: Dorworth v. Greenberg - Case No. 6:23-cv-00871 - Update on Discovery

> **Caution:** This is an external email

Good afternoon everyone,

As you know, we have been diligently engaging in discovery directed at numerous non-parties in this case. To date, we have targeted 20+ non-parties with subpoenas and four of those subpoenas remain outstanding. The four outstanding subpoenas are directed at: Bethany Payne; the Department of Justice; the Nielsen Law Firm; and Truist Bank. Please

note that we are still trying to locate Bethany Payne to serve her.  Once we receive documents from those non-parties, we will circulate to the group.

The next phase of these proceedings will involve depositions of many of the non-parties we have targeted.  To that end, I have prepared draft notices of taking deposition directed at 6 witnesses including 5 non-parties and Defendant, A███ B████, with suggested dates for same:

1. Heathrow Master Association (suggested date of February 12 in Winter Park, FL);
2. Joe Ellicott (suggested date of February 13 in Daytona Beach, FL);
3. Mike Fisher (suggested date of February 29 in Tallahassee, FL);
4. Ballard Partners (suggested date of March 1 in Tallahassee, FL);
5. Kaleigh Morton (suggested date of March 7 in Boulder, CO); and
6. A███ B████ (suggested date of March 8 in Boulder, CO).

Please review the notices and suggested dates and let me know your thoughts.

Also, it  may be easier for all counsel of record to jump on a zoom call to discuss in more detail.

I look forward to working with you to get these on the calendar.

Best regards,

Jason Perkins

**Jason Perkins**
Shareholder | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct: 407.244.8250 | Fax: 407.648.9099
jperkins@carltonfields.com

| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Chris W. Ford |
| **Cc:** | Fritz Wermuth; Marisa Godek; Perkins, Jason; Anastasia Wagner; Amy Renehan; Ella W. Ford; Melissa Hill; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Susan Marshall; Fritz Scheller; Laura Wolf; Stephen Shaw; Jonathan B. Boonin; Jesse Unruh; marcela@spirelawfirm.com; filings@spirelawfirm.com; ftlcrtpleadings@wickersmith.com; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); Saltzman, Debra; Di Filippo, Lisa; John Clune; bhattenbach@wickersmith.com; apeppis@wickersmith.com |
| **Subject:** | Re: Dorworth v. Greenberg - Case No. 6:23-cv-00871 - Update on Discovery |
| **Date:** | Wednesday, February 14, 2024 9:04:26 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png |

==Please remember to provide us dates for the rest of the Defendants who are not being noticed by you all.== Since you have 11 days for 9 depos, I assume you will at least be coordinating defendants for those two additional dates. Thank you.

On Wed, Feb 14, 2024 at 9:59 AM Chris W. Ford <chris.ford@hbcboulder.com> wrote:



| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Amy Renehan |
| **Cc:** | Di Filippo, Lisa; Laura Wolf; Perkins, Jason; Anastasia Wagner; Ella W. Ford; Melissa Hill; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Stephen Shaw; Jonathan B. Boonin; Chris W. Ford; Jesse Unruh; marcela@spirelawfirm.com; filings@spirelawfirm.com; ftlcrtpleadings@wickersmith.com; Fritz Wermuth; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); orlecf@cfdom.net |
| **Subject:** | Re: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Wednesday, March 6, 2024 12:55:31 PM |
| **Attachments:** | image001.png<br>image001.png |

Folks,

Has this date been cleared with counsel for the witness?

Also, I gave dates several weeks ago and so I am going to stop holding those dates and schedule other matters unless otherwise advised.

==Last, we have requested deposition dates for the remaining unscheduled defendants at least twice. As I have not heard back specifically, I will likewise schedule them for the other open dates that were cleared unless otherwise advised.==

Thanks,
Mike



| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Farinha, Caroline |
| **Cc:** | jperkins@carltonfields.com; arenehan@flusalaw.com; ldifilippo@carltonfields.com; laura@spark-law.com; anastasia_wagner@outlook.com; ella.ford@hbcboulder.com; mhill@hbzwlaw.com; cclements@carltonfields.com; mbryan@carltonfields.com; mfurbush@deanmead.com; mkirn@deanmead.com; abarkett@deanmead.com; mgodek@deanmead.com; smarshall@deanmead.com; fscheller@flusalaw.com; steve@spark-law.com; jonathan.boonin@hbcboulder.com; chris.ford@hbcboulder.com; jesse@spirelawfirm.com; marcela@spirelawfirm.com; fwermuth@kbzwlaw.com; dmauser@kbzwlaw.com; gritter@kbzwlaw.com; tdevito@carltonfields.com; orlecf@cfdom.net; Paradela, Robert; Holland, Wanda; Peppis, Alexandra; Hattenbach, Brett |
| **Subject:** | Re: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Sunday, March 24, 2024 9:24:26 PM |
| **Attachments:** | image001.png |

Counsel,

I hope everybody is well.

I am starting to hear from counsel for third parties about scheduling efforts for dates that have not yet been noticed. Based upon my exchange with Jason earlier this month, I released the previous dates that were cleared but not booked. If you want to book on those dates (or want to clear new dates), just let me know, and I can confirm. Most of them still work. Please just let me know what you're thinking so that somebody doesn't book a date that wasn't cleared or that people have booked for other matters. Also, if counsel for any of the depos that have been noticed have informed you that they need to be rescheduled, please let me know that as well so that everybody can plan accordingly. (Please don't take this as anything other than me wanting to communicate about booking the depo dates.)

Also, I believe I have already sent several emails about this, but I also need deposition dates for each of the defendants except A.B., who has already been scheduled. Jason suggested May and June, so please everybody provide dates for your respective clients then. Thanks.

Regards,
Mike

| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Laura Wolf |
| **Cc:** | Farinha, Caroline; Perkins, Jason; Amy Renehan; Di Filippo, Lisa; Anastasia Wagner; Ella W. Ford; mhill@hbzwlaw.com; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Stephen Shaw; Chris W. Ford; Jesse Unruh; marcela@spirelawfirm.com; Fritz Wermuth; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); orlecf@cfdom.net; Paradela, Robert; Holland, Wanda; Peppis, Alexandra; Hattenbach, Brett; John Clune; Ashlyn L. Hare |
| **Subject:** | Re: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Monday, March 25, 2024 8:39:29 AM |
| **Attachments:** | image001.png |

==I thought we had already cleared many dates in April and May and I said I wanted to use the remaining dates for the defendants and I was told those were dates cleared by counsel but not by witnesses. So I will ask that counsel inform me when the defendants can make any of those dates, most of which are still available on my calendar. For other dates, for May, I have 9, 16, 23-24, 29-31, June 3-7, 17-25, 24, 28. We could also try and schedule from July 8-19.== Thanks.

I am not referring to the Gaetz deposition which has been noticed and which we have already discussed. I am referring to other witnesses who have not been noticed. For example, somebody called and said your team is trying to book Briana Garcia for the 12th. If that is the case, then please just let us know that. If there are others, then just let us know all we can hold dates or let you know if they work.

Thanks.



| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Laura Wolf |
| **Cc:** | Farinha, Caroline; Perkins, Jason; Amy Renehan; Di Filippo, Lisa; Anastasia Wagner; Ella W. Ford; mhill@hbzwlaw.com; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Stephen Shaw; Chris W. Ford; Jesse Unruh; marcela@spirelawfirm.com; Fritz Wermuth; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); orlecf@cfdom.net; Paradela, Robert; Holland, Wanda; Peppis, Alexandra; Hattenbach, Brett; John Clune; Ashlyn L. Hare |
| **Subject:** | Re: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Monday, April 8, 2024 8:31:26 PM |

Those are the dates that they provided that work on my calendar.

I believe I had previously cleared July 15-19, which no longer works on my calendar.

I will be in touch regarding other depositions, but let this be yet another attempt to receive dates in June or July from the other defendants (not you, you gave me dates, but I don't believe that anybody else has.)

On Mon, Apr 8, 2024 at 9:21 PM Laura Wolf <laura@spark-law.com> wrote:

> Thanks, though there is **no** availability in June?  Just checking as I was asking for both months.
>
> Best,
>
> Laura B. Wolf
>
> *She, Her, Hers*
>
> **Spark Justice Law LLC**
>
> 3435 S. Inca Street, Suite C-113
>
> Englewood, CO 80110
>
> (303) 802-5390 (t)
>
> (303) 848-3003 (f)
>
> laura@spark-law.com / spark-law.com
>
> *In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours.  Non-urgent messages as well as emails sent outside of work hours should expect delayed responses.  Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email.  Should this happen, I truly apologize.

| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Laura Wolf |
| **Cc:** | Farinha, Caroline; Perkins, Jason; Amy Renehan; Di Filippo, Lisa; Anastasia Wagner; Ella W. Ford; mhill@hbzwlaw.com; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Stephen Shaw; Chris W. Ford; Jesse Unruh; marcela@spirelawfirm.com; Fritz Wermuth; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); orlecf@cfdom.net; Paradela, Robert; Holland, Wanda; Peppis, Alexandra; Hattenbach, Brett; John Clune; Ashlyn L. Hare |
| **Subject:** | Re: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Sunday, April 28, 2024 9:56:35 PM |

Counsel,

We are once again writing to obtain deposition dates for all defendants. I believe AB is set but we need depo dates for all the other defendants (and counsel). I believe I first inquired about this in January or February and I don't believe I have received any dates from anybody except Mr. Scheller and Ms. Wolf. We intend to get these dates set shortly. If we do not hear back, we will obviously have to do the best with the availability that we have received. If you need something further from me to provide dates, please let me know what that is. I previously provided my availability at counsel's suggestion, but that did not result in my receiving any dates of availability for most defendants and counsel. Thanks for your attention to this email.

Regards,
Mike Beltran

| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Fritz Wermuth |
| **Cc:** | John Clune; Laura Wolf; Farinha, Caroline; Perkins, Jason; Amy Renehan; Di Filippo, Lisa; Anastasia Wagner; Ella W. Ford; mhill@hbzwlaw.com; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Stephen Shaw; Chris W. Ford; Jesse Unruh; marcela@spirelawfirm.com; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); orlecf@cfdom.net; Paradela, Robert; Holland, Wanda; Peppis, Alexandra; Hattenbach, Brett; Ashlyn L. Hare |
| **Subject:** | Re: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Friday, May 3, 2024 3:28:40 PM |

Without agreeing that it is appropriate to wait until after August 19, I can say that I do not have many matters scheduled that far out, so please just provide me dates for you and your clients. Thanks.

On Fri, May 3, 2024 at 4:18 PM Fritz Wermuth <FWermuth@kbzwlaw.com> wrote:

| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Perkins, Jason |
| **Cc:** | Fritz Wermuth; John Clune; Laura Wolf; Farinha, Caroline; Amy Renehan; Di Filippo, Lisa; Anastasia Wagner; Ella W. Ford; mhill@hbzwlaw.com; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Stephen Shaw; Chris W. Ford; Jesse Unruh; marcela@spirelawfirm.com; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); orlecf@cfdom.net; Paradela, Robert; Holland, Wanda; Peppis, Alexandra; Hattenbach, Brett; Ashlyn L. Hare |
| **Subject:** | Re: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Tuesday, May 7, 2024 9:36:18 AM |

Jason,

I could do it on the 17th. I could also scrub to this Thursday or Friday. I would ask that we reset for a full day.

Also, we have cooperated in setting and resetting many depositions. I ask that you provide dates for Abby Greenberg.

Thanks.



| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Perkins, Jason |
| **Cc:** | Anastasia Wagner |
| **Subject:** | Abby Deposition |
| **Date:** | Wednesday, May 15, 2024 6:26:06 PM |

Jason,

I wanted to give you a chance to get back home after the deposition, but I am <mark>following up again on my request for a deposition date for Abby Greenberg.</mark> Although I have not received full cooperation from anybody, I have at least gotten some acknowledgement of my emails. I have not received any acknowledgement from you. I know you are capable of scheduling depositions, so I am not sure why I am having trouble getting any acknowledgement of our request for depo dates for Abby Greenberg. Please provide them. Thanks.

Regards,

Michael Beltran
Beltran Litigation, P.A.
813-870-3073 (o)
mike@beltranlitigation.com
www.beltranlitigation.com

*Beltran Litigation, P.A. operates a paperless office. Please send orders, service items, correspondence, bills, documents, payments and other items electronically. I can provide a link to send large files or account information to send payments upon request. If you plan to physically deliver money, bulky objects, or voluminous papers, please advise me in advance so that I can plan accordingly. ***Please call to verify any information for sending payments, particularly if somebody is directing you to use information different than we have previously used.***

| | |
|---|---|
| **From:** | Michael Beltran |
| **To:** | Fritz Wermuth |
| **Cc:** | John Clune; Laura Wolf; Farinha, Caroline; Perkins, Jason; Amy Renehan; Di Filippo, Lisa; Anastasia Wagner; Ella W. Ford; mhill@hbzwlaw.com; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Stephen Shaw; Chris W. Ford; Jesse Unruh; marcela@spirelawfirm.com; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); orlecf@cfdom.net; Paradela, Robert; Holland, Wanda; Peppis, Alexandra; Hattenbach, Brett; Ashlyn L. Hare |
| **Subject:** | Re: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Wednesday, May 15, 2024 6:28:02 PM |

Mr. Wermuth,

I believe we exchanged emails about the depositions of your clients 12 days aso and I responded with a request that you provide dates. We have not received dates from either before or after August 19. Please provide dates. Thanks.

-Mike Beltran

