| | |
|---|---|
| **From:** | Fritz Wermuth |
| **To:** | Michael Beltran |
| **Cc:** | John Clune; Laura Wolf; Farinha, Caroline; Perkins, Jason; Amy Renehan; Di Filippo, Lisa; Anastasia Wagner; Ella W. Ford; mhill@hbzwlaw.com; Clements, Chelsey J.; Bryan, Martina; Michael J. Furbush; Michaela Kirn; Allison P. Barkett; Marisa Godek; Susan Marshall; Fritz Scheller; Stephen Shaw; Chris W. Ford; Jesse Unruh; marcela@spirelawfirm.com; Dustin Mauser-Claassen; Quinn Ritter; DeVito, Anthony (Tony); orlecf@cfdom.net; Paradela, Robert; Holland, Wanda; Peppis, Alexandra; Hattenbach, Brett; Ashlyn L. Hare |
| **Subject:** | RE: Dorworth/Greenberg - A.B"s Notice of Taking Depositions |
| **Date:** | Thursday, May 16, 2024 9:22:46 AM |

Andrew and Susan Greenberg and their counsel are available the week of September 3 through 6.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Wednesday, May 15, 2024 7:28 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** John Clune <john.clune@hbcboulder.com>; Laura Wolf <laura@spark-law.com>; Farinha, Caroline <CFarinha@wickersmith.com>; Perkins, Jason <jperkins@carltonfields.com>; Amy Renehan <arenehan@flusalaw.com>; Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Anastasia Wagner <anastasia_wagner@outlook.com>; Ella W. Ford <ella.ford@hbcboulder.com>; mhill@hbzwlaw.com; Clements, Chelsey J. <CClements@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; Michael J. Furbush <mfurbush@deanmead.com>; Michaela Kirn <mkirn@deanmead.com>; Allison P. Barkett <abarkett@deanmead.com>; Marisa Godek <mgodek@deanmead.com>; Susan Marshall <smarshall@deanmead.com>; Fritz Scheller <fscheller@flusalaw.com>; Stephen Shaw <steve@spark-law.com>; Chris W. Ford <chris.ford@hbcboulder.com>; Jesse Unruh <jesse@spirelawfirm.com>; marcela@spirelawfirm.com; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; orlecf@cfdom.net; Paradela, Robert <Rparadela@wickersmith.com>; Holland, Wanda <WHolland@wickersmith.com>; Peppis, Alexandra <apeppis@wickersmith.com>; Hattenbach, Brett <bhattenbach@wickersmith.com>; Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

Mr. Wermuth,

I believe we exchanged emails about the depositions of your clients 12 days aso and I responded with a request that you provide dates. We have not received dates from either before or after August 19. Please provide dates. Thanks.

-Mike Beltran

On Fri, May 3, 2024 at 4:28 PM Michael Beltran <mike@beltranlitigation.com> wrote:

> Without agreeing that it is appropriate to wait until after August 19, I can say that I do not have many matters scheduled that far out, so please just provide me dates for you and your clients. Thanks.
>
> On Fri, May 3, 2024 at 4:18 PM Fritz Wermuth <FWermuth@kbzwlaw.com> wrote:
>
>> Hi Michael,
>>
>> Please provide dates after August 19, as the listing of available dates conflict with scheduling my clients for deposition.
>>
>> Fritz Wermuth | Shareholder
>> fwermuth@kbzwlaw.com
>> KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
>>
>> ---
>>
>> **From:** Michael Beltran <mike@beltranlitigation.com>
>> **Sent:** Tuesday, April 30, 2024 4:06 PM
>> **To:** John Clune <john.clune@hbcboulder.com>
>> **Cc:** Laura Wolf <laura@spark-law.com>; Farinha, Caroline <CFarinha@wickersmith.com>; Perkins, Jason <jperkins@carltonfields.com>; Amy Renehan <arenehan@flusalaw.com>; Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Anastasia Wagner <anastasia_wagner@outlook.com>; Ella W. Ford <ella.ford@hbcboulder.com>; mhill@hbzwlaw.com; Clements, Chelsey J. <CClements@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; Michael J. Furbush <mfurbush@deanmead.com>; Michaela Kirn <mkirn@deanmead.com>; Allison P. Barkett <abarkett@deanmead.com>; Marisa Godek <mgodek@deanmead.com>; Susan Marshall <smarshall@deanmead.com>; Fritz Scheller <fscheller@flusalaw.com>; Stephen Shaw <steve@spark-law.com>; Chris W. Ford <chris.ford@hbcboulder.com>; Jesse Unruh <jesse@spirelawfirm.com>; marcela@spirelawfirm.com; Fritz Wermuth

<FWermuth@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>, orlecf@cfdom.net; Paradela, Robert <Rparadela@wickersmith.com>; Holland, Wanda <WHolland@wickersmith.com>; Peppis, Alexandra <apeppis@wickersmith.com>; Hattenbach, Brett <bhattenbach@wickersmith.com>; Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

May 6, 23 (until 3pm), 29, 31, June 3-7, 17, 20, 25, 28, July 8-12, July 30-August 2. There are also some dates in that range that have been booked. If there is a specific other date you want to float, let me know, and I will see what I can do. Please let me know what you are thinking, as there are some dates in late July out in other cases as well. Thanks.

On Tue, Apr 30, 2024 at 3:48 PM John Clune <john.clune@hbcboulder.com> wrote:

> Please let me know which of the dates in May and June are still available to you.  Ms. Garcia and her counsel had very limited availability but I will attempt to reschedule for one of the dates you identify presuming they are agreeable to the other defendants.
> Thank you.

**From:** Michael Beltran <mike@beltranlitigation.com>
**Date:** Tuesday, April 30, 2024 at 1:20 PM
**To:** John Clune <john.clune@hbcboulder.com>
**Cc:** Laura Wolf <laura@spark-law.com>, Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <LDiFilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <CClements@carltonfields.com>, Bryan, Martina <MBryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn <mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford <chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <TDeVito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <Rparadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <apeppis@wickersmith.com>, Hattenbach, Brett <bhattenbach@wickersmith.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

> **Caution:** This is an external email

That email was over a month ago on a chain where (1) I was asking that other counsel clear those dates for my depositions for those dates, and (2) I specifically addressed the Brianna Garcia deposition and asked that if you were going to be moving Gaetz and Garcia around that you communicate with me about the same. I have received no communication for over a month about this deposition.

I gave you all my dates because Laura insisted that I do so in order for other counsel to provide dates for their clients to be deposed. I did not get cooperation on that, but then people started moving existing depos around into those dates instead. I certainly did not agree to hold off on scheduling anything in the rest of my many cases and entire personal and professional life for some indefinite period. As I asked on that email you sent, if you wanted to move depos around that's fine, I just asked that you communicate about that. I am not sure why anybody expected me to not book anything else in June or July and even after providing dates over a month ago, with no communication from your side about a desire to use this or many other dates.

For the avoidance of any doubt, any previously provided dates need to be reconfirmed at this point. Many of them are still open, so please reschedule it for another time. Thanks.

On Tue, Apr 30, 2024 at 3:04 PM John Clune <john.clune@hbcboulder.com> wrote:

Pursuant to your email(attached), you marked May 16th as available and have never indicated otherwise.

**From:** Michael Beltran <mike@beltranlitigation.com>
**Date:** Wednesday, April 10, 2024 at 12:52 PM
**To:** Laura Wolf <laura@spark-law.com>
**Cc:** Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <ldifilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <cclements@carltonfields.com>, Bryan, Martina <mbryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn <mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford <chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <tdevito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <RParadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <APeppis@wickersmith.com>, Hattenbach, Brett <BHattenbach@wickersmith.com>, John Clune <john.clune@hbcboulder.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

> **Caution:** This is an external email

Glad it worked out. Please set Rebekah for the 24th as I may have to go out of town that evening and I imagine that one will go shorter. Thanks.

On Wed, Apr 10, 2024 at 2:37 PM Laura Wolf <laura@spark-law.com> wrote:

Mike, we have confirmed that July 23 and 24 work for all sets of counsel for the Dorworths' depositions. Please let them know. I will have notices out shortly. I assume you're accepting service of a subpoena for Mrs. Dorowrth?

Best,

Laura B. Wolf
*She, Her, Hers*
**Spark Justice Law LLC**
3435 S. Inca Street, Suite C-113
Englewood, CO 80110
(303) 802-5390 (t)
(303) 848-3003 (f)
laura@spark-law.com / spark-law.com

*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours. Non-urgent messages as well as emails sent outside of work hours should expect delayed responses. Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email. Should this happen, I truly apologize.

**From:** Laura Wolf <laura@spark-law.com>
**Date:** Wednesday, April 10, 2024 at 8:28 AM
**To:** Michael Beltran <mike@beltranlitigation.com>
**Cc:** Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <ldifilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <cclements@carltonfields.com>, Bryan, Martina <mbryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn <mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford

<chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <tdevito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <RParadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <APeppis@wickersmith.com>, Hattenbach, Brett <BHattenbach@wickersmith.com>, John Clune <john.clune@hbcboulder.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>

**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

Thanks, Mike.  Please do hold all of the July dates you provided.  I'll note that your client claims to be self-employed with only two clients so I find it particularly incredible (as in, not credible) that he has no availability for a deposition in June.  And my understanding is that Mrs. Dorworth works and certainly can take days off for her deposition.

Laura B. Wolf
*She, Her, Hers*
**Spark Justice Law LLC**
3435 S. Inca Street, Suite C-113
Englewood, CO 80110
(303) 802-5390 (t)
(303) 848-3003 (f)
laura@spark-law.com / spark-law.com

*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours.  Non-urgent messages as well as emails sent outside of work hours should expect delayed responses.  Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email.  Should this happen, I truly apologize.

---

**From:** Michael Beltran <mike@beltranlitigation.com>
**Date:** Wednesday, April 10, 2024 at 8:23 AM
**To:** Laura Wolf <laura@spark-law.com>
**Cc:** Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <ldifilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <cclements@carltonfields.com>, Bryan, Martina <mbryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn <mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford <chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <tdevito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <RParadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <APeppis@wickersmith.com>, Hattenbach, Brett <BHattenbach@wickersmith.com>, John Clune <john.clune@hbcboulder.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

I have checked with my client again and unfortunately we don't have June dates for you. I believe we had cleared dates in March, April, and May, but those were not booked for whatever reason. Then you asked for "June and July," and I gave you a number of dates. I can hold the July dates for you. Please let me know if those work. Thanks.

I am not sure why you would "freely schedule" when I have told you of both conflicts and open dates. Please don't do that.

I will reserve comment on the rest of the emails as I am on several deadlines today.

On Wed, Apr 10, 2024 at 9:18 AM Laura Wolf <laura@spark-law.com> wrote:

> Mike, can you please send over the June dates today. Again, clearing dates with so many sets of counsel takes time. As such, if I don't have them today, I'll assume I can freely schedule based on counsel's availability.

Thanks in advance,

Laura

Get Outlook for iOS

**From:** Laura Wolf <laura@spark-law.com>
**Sent:** Monday, April 8, 2024 7:36 PM
**To:** Michael Beltran <mike@beltranlitigation.com>
**Cc:** Farinha, Caroline <CFarinha@wickersmith.com>; Perkins, Jason <jperkins@carltonfields.com>; Amy Renehan <arenehan@flusalaw.com>; Di Filippo, Lisa <ldifilippo@carltonfields.com>; Anastasia Wagner <anastasia_wagner@outlook.com>; Ella W. Ford <ella.ford@hbcboulder.com>; mhill@hbzwlaw.com <mhill@hbzwlaw.com>; Clements, Chelsey J. <cclements@carltonfields.com>; Bryan, Martina <mbryan@carltonfields.com>; Michael J. Furbush <mfurbush@deanmead.com>; Michaela Kirn <mkirn@deanmead.com>; Allison P. Barkett <abarkett@deanmead.com>; Marisa Godek <mgodek@deanmead.com>; Susan Marshall <smarshall@deanmead.com>; Fritz Scheller <fscheller@flusalaw.com>; Stephen Shaw <steve@spark-law.com>; Chris W. Ford <chris.ford@hbcboulder.com>; Jesse Unruh <jesse@spirelawfirm.com>; marcela@spirelawfirm.com <marcela@spirelawfirm.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; DeVito, Anthony (Tony) <tdevito@carltonfields.com>; orlecf@cfdom.net <orlecf@cfdom.net>; Paradela, Robert <RParadela@wickersmith.com>; Holland, Wanda <WHolland@wickersmith.com>; Peppis, Alexandra <APeppis@wickersmith.com>; Hattenbach, Brett <BHattenbach@wickersmith.com>; John Clune <john.clune@hbcboulder.com>; Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

Understood, thanks Mike. Can you please go back and ask them specifically as to their availability in June? I don't think it's reasonable for an individual person to have no availability for an entire month so perhaps they misunderstood your question and sent over preferred dates.

As for your availability, I always assume dates sent by an attorney remain cleared unless we hear otherwise in advance. As such, if you can please actually hold the dates you offer moving forward, that would be helpful. I am going to assume the dates you just sent (July 22, 23, 24, 30, or 31) will be held while all sets of counsel clear.

I'll add that unfortunately, we're in the same scheduling boat as you, which is that because so many parties were brought into this case – and thus so many attorneys – it is nearly impossible to clear dates. So I empathize.

Let me know re: June when you have a chance tomorrow or Wednesday, and I'll also look into these dates.

Best,

Laura B. Wolf
*She, Her, Hers*
**Spark Justice Law LLC**
3435 S. Inca Street, Suite C-113
Englewood, CO 80110
(303) 802-5390 (t)
(303) 848-3003 (f)
laura@spark-law.com / spark-law.com

*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours. Non-urgent messages as well as emails sent outside of work hours should expect delayed responses. Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email. Should this happen, I truly apologize.

**From:** Michael Beltran <mike@beltranlitigation.com>
**Date:** Monday, April 8, 2024 at 7:31 PM
**To:** Laura Wolf <laura@spark-law.com>
**Cc:** Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <ldifilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <cclements@carltonfields.com>, Bryan, Martina <mbryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn <mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek

> > > <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford <chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <tdevito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <RParadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <APeppis@wickersmith.com>, Hattenbach, Brett <BHattenbach@wickersmith.com>, John Clune <john.clune@hbcboulder.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
> > > **Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions
> > >
> > > Those are the dates that they provided that work on my calendar.
> > >
> > > I believe I had previously cleared July 15-19, which no longer works on my calendar.
> > >
> > > I will be in touch regarding other depositions, but let this be yet another attempt to receive dates in June or July from the other defendants (not you, you gave me dates, but I don't believe that anybody else has.)
> > >
> > > On Mon, Apr 8, 2024 at 9:21 PM Laura Wolf <laura@spark-law.com> wrote:
> > >
> > > > Thanks, though there is **no** availability in June?  Just checking as I was asking for both months.
> > > >
> > > > Best,
> > > >
> > > > Laura B. Wolf
> > > > *She, Her, Hers*
> > > > **Spark Justice Law LLC**
> > > > 3435 S. Inca Street, Suite C-113
> > > > Englewood, CO 80110
> > > > (303) 802-5390 (t)
> > > > (303) 848-3003 (f)
> > > > laura@spark-law.com / spark-law.com
> > > >
> > > > *In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours.  Non-urgent messages as well as emails sent outside of work hours should expect delayed responses.  Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email.  Should this happen, I truly apologize.
> > > >
> > > > ---
> > > >
> > > > **From:** Michael Beltran <mike@beltranlitigation.com>
> > > > **Date:** Monday, April 8, 2024 at 7:07 PM
> > > > **To:** Laura Wolf <laura@spark-law.com>
> > > > **Cc:** Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <ldifilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <cclements@carltonfields.com>, Bryan, Martina <mbryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn <mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford <chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <tdevito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <RParadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <APeppis@wickersmith.com>, Hattenbach, Brett <BHattenbach@wickersmith.com>, John Clune <john.clune@hbcboulder.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
> > > > **Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions
> > > >
> > > > My clients can sit July 22, 23, 24, 30, or 31. Thanks.
> > > >
> > > > On Mon, Apr 8, 2024 at 7:29 PM Laura Wolf <laura@spark-law.com> wrote:

Mike, checking in on this as it's been a week. If you can get me dates by Wednesday, I'd appreciate it. If not, I'll need to schedule the depositions unilaterally, but hopefully it won't come to that.

Laura B. Wolf
*She, Her, Hers*
**Spark Justice Law LLC**
3435 S. Inca Street, Suite C-113
Englewood, CO 80110
(303) 802-5390 (t)
(303) 848-3003 (f)
laura@spark-law.com / spark-law.com

*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours. Non-urgent messages as well as emails sent outside of work hours should expect delayed responses. Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email. Should this happen, I truly apologize.

---

**From:** Laura Wolf <laura@spark-law.com>
**Date:** Monday, April 1, 2024 at 8:32 AM
**To:** Michael Beltran <mike@beltranlitigation.com>
**Cc:** Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <ldifilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <cclements@carltonfields.com>, Bryan, Martina <mbryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn <mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford <chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <tdevito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <RParadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <APeppis@wickersmith.com>, Hattenbach, Brett <BHattenbach@wickersmith.com>, John Clune <john.clune@hbcboulder.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

Mike, can you also send over all availability for your client and for Rebekah Dorworth for June and July based on your availability?

Best,

Laura B. Wolf
*She, Her, Hers*
**Spark Justice Law LLC**
3435 S. Inca Street, Suite C-113
Englewood, CO 80110
(303) 802-5390 (t)
(303) 848-3003 (f)
laura@spark-law.com / spark-law.com

*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours. Non-urgent messages as well as emails sent outside of work hours should expect delayed responses. Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email. Should this happen, I truly apologize.

---

**From:** Michael Beltran <mike@beltranlitigation.com>
**Date:** Monday, April 1, 2024 at 6:01 AM
**To:** Laura Wolf <laura@spark-law.com>
**Cc:** Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <ldifilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <cclements@carltonfields.com>, Bryan, Martina <mbryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn

<mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford <chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <tdevito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <RParadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <APeppis@wickersmith.com>, Hattenbach, Brett <BHattenbach@wickersmith.com>, John Clune <john.clune@hbcboulder.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

Thanks Laura. Counsel, please confirm the rest of your availability and your clients for the stated times. Thanks.

On Fri, Mar 29, 2024 at 4:03 PM Laura Wolf <laura@spark-law.com> wrote:

> Mike, we can make any/all of the May and June dates you list below work for our team.  Not sure if we need to plan out until July yet.  If so, let me know and I can look at everyone's schedules.  It's in some ways harder for us to book out that far as we have some trials coming up in late summer/early fall and I expect some trial-related hearing dates to be scheduled soon.
>
> Laura B. Wolf
> *She, Her, Hers*
> **Spark Justice Law LLC**
> 3435 S. Inca Street, Suite C-113
> Englewood, CO 80110
> (303) 802-5390 (t)
> (303) 848-3003 (f)
> laura@spark-law.com / spark-law.com
>
> *In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours.  Non-urgent messages as well as emails sent outside of work hours should expect delayed responses.  Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email.  Should this happen, I truly apologize.
>
> ---
>
> **From:** Michael Beltran <mike@beltranlitigation.com>
> **Date:** Monday, March 25, 2024 at 7:39 AM
> **To:** Laura Wolf <laura@spark-law.com>
> **Cc:** Farinha, Caroline <CFarinha@wickersmith.com>, Perkins, Jason <jperkins@carltonfields.com>, Amy Renehan <arenehan@flusalaw.com>, Di Filippo, Lisa <ldifilippo@carltonfields.com>, Anastasia Wagner <anastasia_wagner@outlook.com>, Ella W. Ford <ella.ford@hbcboulder.com>, mhill@hbzwlaw.com <mhill@hbzwlaw.com>, Clements, Chelsey J. <cclements@carltonfields.com>, Bryan, Martina <mbryan@carltonfields.com>, Michael J. Furbush <mfurbush@deanmead.com>, Michaela Kirn <mkirn@deanmead.com>, Allison P. Barkett <abarkett@deanmead.com>, Marisa Godek <mgodek@deanmead.com>, Susan Marshall <smarshall@deanmead.com>, Fritz Scheller <fscheller@flusalaw.com>, Stephen Shaw <steve@spark-law.com>, Chris W. Ford <chris.ford@hbcboulder.com>, Jesse Unruh <jesse@spirelawfirm.com>, marcela@spirelawfirm.com <marcela@spirelawfirm.com>, Fritz Wermuth <FWermuth@kbzwlaw.com>, Dustin Mauser-Claassen <dmauser@kbzwlaw.com>, Quinn Ritter <qritter@kbzwlaw.com>, DeVito, Anthony (Tony) <tdevito@carltonfields.com>, orlecf@cfdom.net <orlecf@cfdom.net>, Paradela, Robert <RParadela@wickersmith.com>, Holland, Wanda <WHolland@wickersmith.com>, Peppis, Alexandra <APeppis@wickersmith.com>, Hattenbach, Brett <BHattenbach@wickersmith.com>, John Clune <john.clune@hbcboulder.com>, Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
> **Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions
>
> I thought we had already cleared many dates in April and May and I said I wanted to use the remaining dates for the defendants and I was told those were dates cleared by counsel but not by witnesses. So I will ask that counsel inform me when the defendants can make any of those dates, most of which are still available on my calendar. For other dates, for May, I have 9, 16, 23-24, 29-31, June 3-7, 17-25, 24, 28. We could also try and schedule from July 8-19. Thanks.

I am not referring to the Gaetz deposition which has been noticed and which we have already discussed. I am referring to other witnesses who have not been noticed. For example, somebody called and said your team is trying to book Briana Garcia for the 12th. If that is the case, then please just let us know that. If there are others, then just let us know all we can hold dates or let you know if they work.

Thanks.

On Mon, Mar 25, 2024, 8:26 AM Laura Wolf <laura@spark-law.com> wrote:

> Thanks, Jonathan. I've moved you to bcc.
>
> Mike, thanks for your email. For scheduling other parties' depositions, it won't work to have individual sets of counsel email their client's unilateral availability. Please instead send over all of your availability for May and June so that all sets of counsel can clear dates. Once that is done, everyone can speak with their clients.
>
> As to your question re depositions currently scheduled, I can only assume you're referring to the Gaetz deposition. The deposition remains scheduled for 4/5. However, and as you know as you have already spoken to Gaetz's counsel, Gaetz is asking to reschedule. We are working with his counsel to see if we can accommodate that request. Please maintain the date on your calendar until and unless you hear otherwise from us. We will of course promptly notify all sets of counsel should the deposition be rescheduled.
>
> Best,
> Laura
>
> Get Outlook for iOS
>
> ---
>
> **From:** Jonathan B. Boonin <jonathan.boonin@hbcboulder.com>
> **Sent:** Monday, March 25, 2024 6:11 AM
> **To:** Michael Beltran <mike@beltranlitigation.com>; Farinha, Caroline <CFarinha@wickersmith.com>
> **Cc:** jperkins@carltonfields.com <jperkins@carltonfields.com>; arenehan@flusalaw.com <arenehan@flusalaw.com>; ldifilippo@carltonfields.com <ldifilippo@carltonfields.com>; Laura Wolf <laura@spark-law.com>; anastasia_wagner@outlook.com <anastasia_wagner@outlook.com>; Ella W. Ford <ella.ford@hbcboulder.com>; mhill@hbzwlaw.com <mhill@hbzwlaw.com>; cclements@carltonfields.com <cclements@carltonfields.com>; mbryan@carltonfields.com <mbryan@carltonfields.com>; mfurbush@deanmead.com <mfurbush@deanmead.com>; mkirn@deanmead.com <mkirn@deanmead.com>; abarkett@deanmead.com <abarkett@deanmead.com>; mgodek@deanmead.com <mgodek@deanmead.com>; smarshall@deanmead.com <smarshall@deanmead.com>; fscheller@flusalaw.com <fscheller@flusalaw.com>; Stephen Shaw <steve@spark-law.com>; Chris W. Ford <chris.ford@hbcboulder.com>; jesse@spirelawfirm.com <jesse@spirelawfirm.com>; marcela@spirelawfirm.com <marcela@spirelawfirm.com>; fwermuth@kbzwlaw.com <fwermuth@kbzwlaw.com>; dmauser@kbzwlaw.com <dmauser@kbzwlaw.com>; qritter@kbzwlaw.com <qritter@kbzwlaw.com>; tdevito@carltonfields.com <tdevito@carltonfields.com>; orlecf@cfdom.net <orlecf@cfdom.net>; Paradela, Robert <RParadela@wickersmith.com>; Holland, Wanda <WHolland@wickersmith.com>; Peppis, Alexandra <APeppis@wickersmith.com>; Hattenbach, Brett <BHattenbach@wickersmith.com>; John Clune <john.clune@hbcboulder.com>; Ashlyn L. Hare <ashlyn.hare@hbcboulder.com>
> **Subject:** RE: Dorworth/Greenberg - A.B's Notice of Taking Depositions
>
> All,
>
> Good morning.  Just a reminder to please remove me from future emails, as I am no longer involved in the case.
>
> In my place, please add my colleagues:

- **John Clune** (john.clune@hbcboulder.com)
- **Ashlyn Hare** (ashlyn.hare@hbcboulder.com)

I have added them to this email, so there is no need to re-send it.  Please just remember to remove me and to include them on all future correspondence in the case.

Thanks.

Jonathan

JONATHAN B. BOONIN, Attorney at Law
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street | Suite 200 | Boulder, CO 80302
tel 303.442.6514 | fax 303.442.6593
jonathan.boonin@hbcboulder.com | http://www.hbcboulder.com

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged.  If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

---

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Sunday, March 24, 2024 8:24 PM
**To:** Farinha, Caroline <CFarinha@wickersmith.com>
**Cc:** jperkins@carltonfields.com; arenehan@flusalaw.com; ldifilippo@carltonfields.com; Laura Wolf <laura@spark-law.com>; anastasia_wagner@outlook.com; Ella W. Ford <ella.ford@hbcboulder.com>; mhill@hbzwlaw.com; cclements@carltonfields.com; mbryan@carltonfields.com; mfurbush@deanmead.com; mkirn@deanmead.com; abarkett@deanmead.com; mgodek@deanmead.com; smarshall@deanmead.com; fscheller@flusalaw.com; Stephen Shaw <steve@spark-law.com>; Jonathan B. Boonin <jonathan.boonin@hbcboulder.com>; Chris W. Ford <chris.ford@hbcboulder.com>; jesse@spirelawfirm.com; marcela@spirelawfirm.com; fwermuth@kbzwlaw.com; dmauser@kbzwlaw.com; gritter@kbzwlaw.com; tdevito@carltonfields.com; orlecf@cfdom.net; Paradela, Robert <RParadela@wickersmith.com>; Holland, Wanda <WHolland@wickersmith.com>; Peppis, Alexandra <APeppis@wickersmith.com>; Hattenbach, Brett <BHattenbach@wickersmith.com>
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

> **Caution:** This is an external email

Counsel,

I hope everybody is well.

I am starting to hear from counsel for third parties about scheduling efforts for dates that have not yet been noticed. Based upon my exchange with Jason earlier this month, I released the previous dates that were cleared but not booked. If you want to book on those dates (or want to clear new dates), just let me know, and I can confirm. Most of them still work. Please just let me know what you're thinking so that somebody doesn't book a date that wasn't cleared or that people have booked for other matters. Also, if counsel for any of the depos that have been noticed have informed you that they need to be rescheduled, please let me know that as well so that everybody can plan accordingly. (Please don't take this as anything other than me wanting to communicate about booking the depo dates.)

Also, I believe I have already sent several emails about this, but I also need deposition dates for each of the defendants except A.B., who has already been scheduled. Jason suggested May and June, so please everybody provide dates for your respective clients then. Thanks.

Regards,
Mike

On Thu, Mar 7, 2024 at 11:04 AM Farinha, Caroline <CFarinha@wickersmith.com> wrote:
> Good morning Mr. Perkins:   I have copied Mr. Paradela and Mr. Peters and also their assistants with the e-mail.   I have removed ftlcrtpleadings@wickersmith  from the e-mail chain.   Please keep them copied on all e-mails.

Thank you.

Caroline J. Farinha
Legal Assistant

515 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301

954.847.4841 direct | 954.847.4800 main
[www.wickersmith.com](www.wickersmith.com)

Atlanta ● Brunswick ● Fort Lauderdale ● Jacksonville ● Key Largo ● Melbourne ● Miami ● Naples Nashville ● Orlando ● Palmetto Bay ● Pensacola ● Phoenix ● Sarasota ● Tampa ● West Palm Beach

**From:** Perkins, Jason <jperkins@carltonfields.com>
**Sent:** Wednesday, March 6, 2024 2:02 PM
**To:** 'Michael Beltran' <mike@beltranlitigation.com>; Amy Renehan <arenehan@flusalaw.com>
**Cc:** Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Laura Wolf <laura@spark-law.com>; Anastasia Wagner <anastasia_wagner@outlook.com>; Ella W. Ford <ella.ford@hbcboulder.com>; Melissa Hill <mhill@kbzwlaw.com>; Clements, Chelsey J. <CClements@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; Michael J. Furbush <mfurbush@deanmead.com>; Michaela Kirn <mkirn@deanmead.com>; Allison P. Barkett <abarkett@deanmead.com>; Marisa Godek <mgodek@deanmead.com>; Susan Marshall <smarshall@deanmead.com>; Fritz Scheller <fscheller@flusalaw.com>; Stephen Shaw <steve@spark-law.com>; Jonathan B. Boonin <jonathan.boonin@hbcboulder.com>; Chris W. Ford <chris.ford@hbcboulder.com>; Jesse Unruh <jesse@spirelawfirm.com>; marcela@spirelawfirm.com; filings@spirelawfirm.com; FTL Crt Pleadings <FTLcrtpleadings@wickersmith.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; orlecf@cfdom.net
**Subject:** [EXTERNAL] RE: Dorworth/Greenberg - A.B's Notice of Taking Depositions

**Error! Filename not specified.**

Good afternoon everyone:

I have cleared all the dates for the six depositions that Carlton Fields noticed with the lawyers representing the witnesses for Heathrow; Ellicott; Ballard; Fischer; A.B.; and Morton.

Please note that Mr. Ellicott recently retained new counsel and I am currently working with his new counsel regarding a potential scheduling issue.

If anything changes with that deposition, then I will advise everyone accordingly.

As for getting additional dates for deposition on the schedule, my recommendation is that we circulate additional days in May and June.

Best regards,

Jason Perkins

**Jason Perkins**
Shareholder | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct: 407.244.8250 | Fax: 407.648.9099
jperkins@carltonfields.com

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Wednesday, March 6, 2024 1:55 PM
**To:** Amy Renehan <arenehan@flusalaw.com>
**Cc:** Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Laura Wolf <laura@spark-law.com>; Perkins, Jason

<jperkins@carltonfields.com>; Anastasia Wagner <anastasia_wagner@outlook.com>; Ella W. Ford <ella.ford@hbcboulder.com>; Melissa Hill <mhill@kbzwlaw.com>; Clements, Chelsey J. <CClements@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; Michael J. Furbush <mfurbush@deanmead.com>; Michaela Kirn <mkirn@deanmead.com>; Allison P. Barkett <abarkett@deanmead.com>; Marisa Godek <mgodek@deanmead.com>; Susan Marshall <smarshall@deanmead.com>; Fritz Scheller <fscheller@flusalaw.com>; Stephen Shaw <steve@spark-law.com>; Jonathan B. Boonin <jonathan.boonin@hbcboulder.com>; Chris W. Ford <chris.ford@hbcboulder.com>; Jesse Unruh <jesse@spirelawfirm.com>; marcela@spirelawfirm.com; filings@spirelawfirm.com; ftlcrtpleadings@wickersmith.com; Fritz Wermuth <FWermuth@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; orlecf@cfdom.net
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

Folks,

Has this date been cleared with counsel for the witness?

Also, I gave dates several weeks ago and so I am going to stop holding those dates and schedule other matters unless otherwise advised.

Last, we have requested deposition dates for the remaining unscheduled defendants at least twice. As I have not heard back specifically, I will likewise schedule them for the other open dates that were cleared unless otherwise advised.

Thanks,
Mike

On Wed, Mar 6, 2024, 11:26 AM Amy Renehan <arenehan@flusalaw.com> wrote:

> Fritz Scheller will be attending in person.
>
> Thankyou,
> Amy
>
> **Amy H. Renehan, FRP**
>
> Florida Registered Paralegal
>
> Fritz Scheller, P.L.
>
> 200 East Robinson Street
>
> Suite 1150
>
> Orlando, Florida 32801
>
> (o) (407) 792-1285
>
> (f) (407) 649-1657
>
> arenehan@flusalaw.com
>
> _____
>
> **From:** Di Filippo, Lisa <LDiFilippo@carltonfields.com>
> **Sent:** Tuesday, March 5, 2024 12:32 PM
> **To:** 'Michael Beltran' <mike@beltranlitigation.com>; Laura Wolf <laura@spark-law.com>
> **Cc:** Perkins, Jason <jperkins@carltonfields.com>; Anastasia Wagner <anastasia_wagner@outlook.com>; Ella W.

Ford <ella.ford@hbcboulder.com>; Melissa Hill <mhill@kbzwlaw.com>; Clements, Chelsey J. <CClements@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; mfurbush@deanmead.com <mfurbush@deanmead.com>; mkirn@deanmead.com <mkirn@deanmead.com>; abarkett@deanmead.com <abarkett@deanmead.com>; mgodek@deanmead.com <mgodek@deanmead.com>; smarshall@deanmead.com <smarshall@deanmead.com>; Fritz Scheller <fscheller@flusalaw.com>; Amy Renehan <arenehan@flusalaw.com>; Stephen Shaw <steve@spark-law.com>; Jonathan B. Boonin <jonathan.boonin@hbcboulder.com>; Chris W. Ford <chris.ford@hbcboulder.com>; jesse@spirelawfirm.com <jesse@spirelawfirm.com>; marcela@spirelawfirm.com <marcela@spirelawfirm.com>; filings@spirelawfirm.com <filings@spirelawfirm.com>; ftlcrtpleadings@wickersmith.com <ftlcrtpleadings@wickersmith.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; orlecf@cfdom.net <orlecf@cfdom.net>
**Subject:** RE: Dorworth/Greenberg - A.B's Notice of Taking Depositions

Counsel,

For security and parking purposes, I will also need the names of all that will be attending in person in our Washington, D.C. office.  If any of you are planning on participating in person, please let me know via email by or before April 3, 2024.

Laura, please provide zoom link when confirmed.

Sincerely,

Lisa

**Lisa Di Filippo**
*Legal Assistant to Jason Perkins, Esq.*

CityPlace Tower
525 Okeechobee Blvd., Ste. 1200
West Palm Beach, Florida 33401-6350
Cell:  908.310.1992 | Direct: 561.822.2962 | Fax: 561.659.7368

LDiFilippo@carltonfields.com | www.carltonfields.com

**Carlton Fields is ISO 27001:2022 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*

---

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Tuesday, March 5, 2024 12:09 PM
**To:** Laura Wolf <laura@spark-law.com>
**Cc:** Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Perkins, Jason <jperkins@carltonfields.com>; Anastasia Wagner <anastasia_wagner@outlook.com>; Ella W. Ford <ella.ford@hbcboulder.com>; Melissa Hill <mhill@kbzwlaw.com>; Clements, Chelsey J. <CClements@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; mfurbush@deanmead.com; mkirn@deanmead.com; abarkett@deanmead.com; mgodek@deanmead.com; smarshall@deanmead.com; Fritz Scheller <fscheller@flusalaw.com>; Amy Renehan <arenehan@flusalaw.com>; Stephen Shaw <steve@spark-law.com>; Jonathan B. Boonin <jonathan.boonin@hbcboulder.com>; Chris W. Ford <chris.ford@hbcboulder.com>; jesse@spirelawfirm.com; marcela@spirelawfirm.com;

filings@spirelawfirm.com; ftlcrtpleadings@wickersmith.com; Fritz Wermuth <FWermuth@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; orlecf@cfdom.net
**Subject:** Re: Dorworth/Greenberg - A.B's Notice of Taking Depositions

Please provide a Zoom link. Thank you.

On Tue, Mar 5, 2024 at 11:55 AM Laura Wolf <laura@spark-law.com> wrote:

> Good morning, everyone. Lisa, I hope it's okay that I'm copying your email format for our deposition notice. (The sincerest form of flattery, I know.)
>
> **The attached court documents are being served upon you via email pursuant to Federal Rules of Civil Procedure**
>
> | | |
> |---|---|
> | **Court in which proceeding is pending:** | United States District Court, Middle District of Florida, Orlando Division |
> | **Case Number:** | 6:23-cv-00871-CEM-DCI |
> | **Name of initial party on each side:** | Christopher E. Dorworth v. Joel Micah Greenberg, et. al. |
> | **Title of each document served:** | Defendant A.B.'s Notice of Taking Videotaped Deposition of **Representative Matt Gaetz** |
> | **Sender's Name:** | Laura B. Wolf |
> | **Sender's Telephone Number:** | 303-802-5390 |
>
> Laura B. Wolf
>
> *She, Her, Hers*
>
> **Spark Justice Law LLC**
>
> 3435 S. Inca Street, Suite C-113
>
> Englewood, CO 80110
>
> (303) 802-5390 (t)
>
> (303) 848-3003 (f)
>
> laura@spark-law.com / spark-law.com
>
> *In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers as much as possible outside of work hours. Non-urgent messages as well as emails sent outside of work hours should expect delayed responses. Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email. Should this happen, I truly apologize.
>
> **From:** Di Filippo, Lisa <LDiFilippo@carltonfields.com>

**Date:** Tuesday, February 27, 2024 at 12:39 PM
**To:** Perkins, Jason <jperkins@carltonfields.com>, 'Anastasia Wagner' <anastasia_wagner@outlook.com>, 'Ella W. Ford' <ella.ford@hbcboulder.com>, 'Melissa Hill' <mhill@kbzwlaw.com>, 'mike@beltranlitigation.com' <mike@beltranlitigation.com>, Clements, Chelsey J. <CClements@carltonfields.com>, Bryan, Martina <MBryan@carltonfields.com>, 'mfurbush@deanmead.com' <mfurbush@deanmead.com>, 'mkirn@deanmead.com' <mkirn@deanmead.com>, 'abarkett@deanmead.com' <abarkett@deanmead.com>, 'mgodek@deanmead