| | |
|---|---|
| **From:** | Perkins, Jason |
| **To:** | Michael Beltran |
| **Cc:** | Anastasia Wagner; Di Filippo, Lisa |
| **Subject:** | RE: Abby Deposition |
| **Date:** | Monday, May 20, 2024 9:32:04 AM |

Good morning Michael:

September 11th, 2024 at 9:30 am works for my client, Abby Greenberg.

Please notice the deposition for Carlton Fields Orlando.

Lisa will send calendar invite to put hold on calendar.

Jason Perkins

**Jason Perkins**
Shareholder | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct: 407.244.8250 | Fax: 407.648.9099
jperkins@carltonfields.com

---

**From:** Michael Beltran <mike@beltranlitigation.com>
**Sent:** Thursday, May 16, 2024 3:17 PM
**To:** Perkins, Jason <jperkins@carltonfields.com>
**Cc:** Anastasia Wagner <anastasia_wagner@outlook.com>
**Subject:** Re: Abby Deposition

Again, without agreeing that it is appropriate to wait until September, we are available on the 9th, 11th, and 13th. Are you and your client really unavailable for the next four months?

On Thu, May 16, 2024 at 7:46 AM Perkins, Jason <jperkins@carltonfields.com> wrote:

Good morning Michael:

Can you give me three dates your available in September?

I will then get back to you with a date certain by Monday of next week.

Thanks,

Jason Perkins

**Jason Perkins**
Shareholder | Carlton Fields
200 S. Orange Ave., Ste. 1000 | Orlando, Florida 32801-3456
Direct: 407.244.8250 | Fax: 407.648.9099
jperkins@carltonfields.com