



| Bates | Type | Date | Subject | From | To | CC | BCC | Privilege |
|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | | ■ |
| GREENBERGDENTAL.001252 - GREENBERGDENTAL.001253 | Email | 11/23/2020 | FW: Greenberg-- Fraudulent Transfer Memo | Stephen Stone <stephen@smstonelaw.com> | "Andrew Greenberg (DrGreenberg@GreenbergDental.com)" <DrGreenberg@GreenbergDental.com>, "Susan R. Greenberg" <srgreenberg001@gmail.com> | Chuck Stark <chuck@attorneystark.com>, "Chris Duerr (cduerr@dccpas.net)" <cduerr@dccpas.net> | | Attorney-Client, Work-Product |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | | ■ |