UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

*Plaintiff*,

v.

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG,
SUSAN GREENBERG, ABBY
GREENBERG, AWG., INC.,
GREENBERG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL
SPECIALTY GROUP, LLC, and A.B.,

*Defendants*.

Case No.: 6:23-cv-871-CEM-DCI

**NOTICE OF CONTINUING CONFERRAL
PURSUANT TO LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), the parties have continued conferring on the alternative relief requested in Plaintiff's response to the Greenberg's[1] pending motion to stay discovery. In his response, Plaintiff states that "[i]f . . . the Court finds the Greenberg[s'] . . . argument persuasive, the Court should enter a stay prior to the July 23 and 24 depositions of Plaintiff and his spouse." Doc. 139 at 2; *see also id.* at 16–17 (requesting the same). The Greenbergs file this notice to inform the Court that they

---

[1] Andrew Greenberg, Susan Greenberg, and AWG, Inc.

join in Plaintiff's request that this Court grant any stay it might be inclined to grant *before* the upcoming July 23rd and 24th depositions.

## LOCAL RULE 3.01(g) CERTIFICATION

On July 16, 2024, counsel for Andrew Greenberg, Susan Greenberg, and AWG, Inc. conferred with counsel for Plaintiff via email on the issues raised in this filing. Plaintiff does not oppose the Greenbergs informing this Court that they join in his request that, if the Court stays discovery at all, it do so in advance of the July 23rd and 24th depositions of Plaintiff and his wife.

Respectfully submitted,

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth (Lead Counsel)
Florida Bar No. 0184111
Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL, ZEHNDER &
WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
dmauser@kbzwlaw.com
qritter@kbzwlaw.com

*Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Florida Bar No. 0184111
