## **CERTIFICATON OF REBEKAH DORWORTH**

I, Rebekah Dorworth, certify that I have read the OPPOSITION TO MOTION TO COMPEL SPOUSAL COMMUNICATIONS, concur with the statements therein, and am asserting all of my legal privileges in full, and object specifically to the relief sought by the Greenbergs and to any revelation of my confidences.

_Signed by: [signature]_   7/22/2024
Rebekah Dorworth                                                        Date