# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>　　　　Defendants. | Civil Action No. 6:23-cv-00871 |

## **NOTICES OF APPEARANCE**

PLEASE TAKE NOTICE that Charles F. Beall, Jr., George R. Mead II and R. Alex Andrade, of Moore, Hill & Westmoreland, P.A., hereby enter their appearance as counsel of record for Plaintiff, Christopher E. Dorworth, and request that all further pleadings and papers filed in this action be served on the undersigned.

　　　　　　　　　　　　　　　　　　　　***/S/ George R. Mead***
　　　　　　　　　　　　　　　　　　　　George R. Mead, II
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 096490
　　　　　　　　　　　　　　　　　　　　Charles F. Beall, Mr.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 66944
　　　　　　　　　　　　　　　　　　　　R. Alex Andrade
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 111337
　　　　　　　　　　　　　　　　　　　　emead@mhw-law.com
　　　　　　　　　　　　　　　　　　　　cbeall@mhw-law.com
　　　　　　　　　　　　　　　　　　　　aandrade@mhw-law.com
　　　　　　　　　　　　　　　　　　　　tstokes@mhw-law.com

           kalbini@mhw-law.com
           hmalone@mhw-law.com
           MOORE, HILL & WESTMORELAND, P.A.
           350 West Cedar Street
           Maritime Place, Suite 100
           Pensacola FL 32502
           Telephone: (850) 434-3541
           *Counsel for Plaintiff, Christopher E. Dorworth*

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY this 24th day of July, 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

          ***/S/ George R. Mead***
          George R. Mead, II