**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>   Plaintiff,<br>vs.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>   Defendants. | Civil Action No. 6:23-cv-00871 |

## NOTICES OF APPEARANCE

PLEASE TAKE NOTICE that Charles F. Beall, Jr., George R. Mead II and R. Alex Andrade, of Moore, Hill & Westmoreland, P.A., hereby enter their appearance as counsel of record for Plaintiff, Christopher E. Dorworth, and request that all further pleadings and papers filed in this action be served on the undersigned.

             ***/S/ George R. Mead***
             George R. Mead, II
             Florida Bar No. 096490
             Charles F. Beall, Mr.
             Florida Bar No. 66944
             R. Alex Andrade
             Florida Bar No. 111337
             emead@mhw-law.com
             cbeall@mhw-law.com
             aandrade@mhw-law.com
             tstokes@mhw-law.com

kalbini@mhw-law.com  
hmalone@mhw-law.com  
MOORE, HILL & WESTMORELAND, P.A.  
350 West Cedar Street  
Maritime Place, Suite 100  
Pensacola FL 32502  
Telephone: (850) 434-3541  
*Counsel for Plaintiff, Christopher E. Dorworth*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 24th day of July, 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/S/ George R. Mead*
George R. Mead, II