United States District Court
Middle District of Florida
Orlando Division

CHRISTOPHER E. DORWORTH,

     *Plaintiff,*

v.                      **No. 6:23-00871**

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUSAN
GREENBERG, ABBY GREENBERG,
AWG, INC., GREENBURG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and A.B.,

     *Defendants.*

_____

**DEFENDANT A.B.'S SUPPLEMENT TO MOTION TO HOLD PLAINTIFF
CHRISTOPHER DORWORTH IN CONTEMPT AND FOR SANCTIONS**
_____

## NOTICE OF SUPPLEMENT

On July 24, 2024, Defendant A.B. filed a Motion to Hold Plaintiff Christopher

Dorworth in Contempt and for Sanctions ("Motion for Sanctions"), ECF No. 147.  As

noted therein, transcripts from the Rebekah Dorworth deposition held on July 23,

2024 as well as the on-the-record conversation held on July 24, 2024 after Mr.

Dorworth failed to appear for his deposition had already been ordered at that time.

Given the short nature of the proceedings from July 24, 2024 along with our request

for an expedited transcript, that file is now ready.  That file also includes the court reporter's Certificate of Non-Appearance, which is attached hereto as **Exhibit 5** to the original Motion for Sanctions.[1]  Attached hereto is also a redacted copy of the transcript itself, which is marked as **Exhibit 6**.  An unredacted copy will be filed under seal, as it references matters discussed in a deposition marked confidential.[2]

Dated: July 25, 2024                          Respectfully submitted,

                                              *s/ Laura B. Wolf*

                                              Laura B. Wolf, Esq.* (Lead Counsel)
                                              Colorado Bar #46833
                                              Stephen Shaw, Esq.*
                                              Colorado Bar #56720
                                              Spark Justice Law LLC
                                              3435 S. Inca Street, Suite C-113
                                              Englewood, CO 80110
                                              (303) 802-5390
                                              laura@spark-law.com (primary)
                                              steve@spark-law.com (primary)

                                              Christopher W. Ford, Esq.*
                                              Colorado Bar #28632
                                              John Clune, Esq.*
                                              Colorado Bar #27684
                                              Ashlyn Hare, Esq.*
                                              Colorado Bar #59310
                                              Hutchinson Black and Cook, LLC
                                              921 Walnut Street, Suite 200
                                              Boulder, CO 80302
                                              (303) 442-6514
                                              chris.ford@hbcboulder.com (primary)

---

[1] For ease of reference, we continue all exhibit numbering from the original Motion for Sanctions herein.

[2] As will be noted in our motion to seal, our position is that this document should not be sealed.  It is, however, being filed under seal pursuant to the parties' Confidentiality Agreement.

john.clune@hbcbolder.com (primary)
Ashlyn.hare@hbcboulder.com
(primary)
ella.ford@hbcboulder.com (secondary)

Jesse Ian Unruh
Florida Bar No. 92121
Spire Law, LLC
2572 West State Road 426, Suite 2088
Oviedo, FL 32765
(407) 494-0135
jesse@spirelawfirm.com (primary)
marcela@spirelawfirm.com
(secondary)
filings@spirelawfirm.com (secondary)

*Attorneys for Defendant A.B.*

\* *Pro hac vice* admission

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, a copy of the foregoing document was served on all counsel of record.

_s/Laura B. Wolf_
Laura B. Wolf