ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                    ORLANDO DIVISION

 3

    CHRISTOPHER E. DORWORTH,
 4
         Plaintiff,
 5
    vs.
 6
    JOEL MICAH GREENBERG
 7   ANDREW W. GREENBERG, SUSAN
    GREENBERG, ABBY GREENBERG,
 8   AWG, INC., GREENBERG DENTAL
    ASSOCIATES, LLC, GREENBERG
 9   DENTAL & ORTHODONTICS, P.A.,
    GREENBERG DENTAL SPECIALTY GROUP, LLC,
10   AND A.B.,

11       Defendants.

12
                  CERTIFICATE OF NONAPPEARANCE
13
         In Re:  Deposition of CHRISTOPHER DORWORTH
14
    STATE OF FLORIDA
15   COUNTY OF ORANGE

16       I, Amber Portello, Court Reporter and Notary Public
    for the State of Florida, Hereby certify that Laura
17   Wolf, Esquire, Christopher Ford, Esquire, Jason Perkins,
    Esquire, Fritz Wermuth, Esquire, Quinn Ritter, Esquire,
18   Mike Furbish, Esquire, Fritz Scheller, Esquire, and I
    did appear at 200 South Orange Avenue, Suite 10000,
19   Orlando, Florida 32801, July 24, 2024, at 9:00 a.m., for
    the purpose of taking the deposition of CHRISTOPHER
20   DORWORTH.  Said deponent did not appear as of 9:38 a.m.

21       Under penalties of perjury, I declare that I have
    read the foregoing certificate and that the facts stated
22   in it are true.

23       Dated this 24th day of July, 2024.

24
                            
25
                Amber Portello, Court Reporter
```

```
Notary Public, State of Florida
MY COMMISSION #HH124775
EXPIRES May 4, 2025
```



### #

#HH124775
  2:1

### 1

10000
  1:18

### 2

200
  1:18
2024
  1:19,23
2025
  2:2
24
  1:19
24th
  1:23

### 3

32801
  1:19

### 4

4
  2:2

### 9

9:00
  1:19
9:38
  1:20

### A

A.B.
  1:10
a.m.
  1:19,20
ABBY
  1:7
Amber
  1:16,25
ANDREW
  1:7
ASSOCIATES
  1:8
Avenue
  1:18
AWG
  1:8

### C

certificate
  1:12,21
certify
  1:16
Christopher
  1:3,13,
  17,19
COMMISSION
  2:1
COUNTY
  1:15
Court
  1:1,16,25

### D

Dated
  1:23
day
  1:23
declare
  1:21
Defendants
  1:11
DENTAL
  1:8,9
deponent
  1:20
deposition
  1:13,19
DISTRICT
  1:1
DIVISION
  1:2
DORWORTH
  1:3,13,20

### E

Esquire
  1:17,18
EXPIRES
  2:2

### F

facts
  1:21
Florida
  1:1,14,
  16,19 2:1
Ford
  1:17
foregoing
  1:21
Fritz
  1:17,18
Furbish
  1:18

### G

GREENBERG
  1:6,7,8,9
GROUP
  1:9

### J

Jason
  1:17
JOEL
  1:6
July
  1:19,23

### L

Laura
  1:16
LLC
  1:8,9

### M

MICAH
  1:6
MIDDLE
  1:1
Mike
  1:18

### N

NONAPPEARANCE
  1:12
Notary
  1:16 2:1

### O

Orange
  1:15,18
Orlando
  1:2,19
ORTHODONTICS
  1:9

### P

P.A.
  1:9
penalties
  1:21
perjury
  1:21
Perkins
  1:17
Plaintiff
  1:4
Portello
  1:16,25
Public
  1:16 2:1
purpose
  1:19



**Q**

Quinn
  1:17

**R**

read
  1:21
Reporter
  1:16,25
Ritter
  1:17

**S**

Scheller
  1:18
South
  1:18
SPECIALTY
  1:9
State
  1:14,16
  2:1
stated
  1:21
STATES
  1:1
Suite
  1:18
SUSAN
  1:7

**T**

taking
  1:19

true
  1:22

**U**

UNITED
  1:1

**W**

Wermuth
  1:17
Wolf
  1:17

