United States District Court
Middle District of Florida
Orlando Division

CHRISTOPHER E. DORWORTH,

    *Plaintiff,*

v.                                        No. 6:23-00871

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG, SUSAN
GREENBERG, ABBY GREENBERG,
AWG, INC., GREENBURG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL SPECIALTY
GROUP, LLC, and A.B.,

    *Defendants.*

___

**DEFENDANT A.B.'S SECOND SUPPLEMENT TO MOTION TO HOLD PLAINTIFF CHRISTOPHER DORWORTH IN CONTEMPT AND FOR SANCTIONS**

___

**NOTICE OF SECOND SUPPLEMENT**

On July 24, 2024, Defendant A.B. filed a Motion to Hold Plaintiff Christopher Dorworth in Contempt and for Sanctions ("Motion for Sanctions") for having failed to appear for his properly noticed deposition, ECF No. 147. The following day, she filed a Supplement to the Motion for Sanctions, attaching a copy of the transcript from the on-record discussion between counsel regarding Mr. Dorworth's failure to appear for his deposition, ECF No. 150. Since that time, A.B. has discovered that Mr.

1

Dorworth's "doctor's note" purporting to excuse him from all "required duties" on the date of his deposition was prepared by the owner/operator of a weight loss clinic secured outside of the clinic's regular business hours. Based on this discovery, A.B. believes it is appropriate to further supplement her Motion for Sanctions.

In attempting to excuse his last-minute cancellation of his properly-noticed deposition, Mr. Dorworth – through counsel Michael Beltran – submitted a "doctor's note" from Ms. Andrea Lilavois. *See* **Ex. 7**, *2024.07.24 Beltran-Counsel Email Canceling Deposition*; **Ex. 8**, *2024.07.24 Medical Visit Document Attached to Email*.[1] This note was purportedly prepared following an office visit at 7:30 a.m. the morning of Mr. Dorworth's scheduled deposition. *See* **Ex. 8** at 2.

Upon investigation, it appears Ms. Lilavois is a Women's Health Nurse Practitioner who specializes in bio-identical hormones and weight loss. *See* **Ex. 9**, *Lilavois Biography*; **Ex. 10**, *Wellness of Central Florida Homepage*, available at https://wellnessofcentralflorida.com/. Not only does Wellness of Central Florida not provide any type of general patient care, but both of its clinic locations do not open before 8:00 a.m. and would have been closed since 4:00 p.m. the prior afternoon. *See* **Ex. 11**, *Wellness of Central Florida – Ormond Beach Location Google Homepage*; **Ex. 12**,

---

[1] For ease of reference, Defendant A.B. continues all exhibit numbering from the original Motion for Sanctions and its first Supplement. Exhibits 7 and 8 were also attached to the original Motion for Sanctions as Exhibits 1 and 2. However, as Mr. Dorworth does not contend that his purported illness from July 24, 2024 is subject to confidentiality – and considering that these exhibits are currently filed under seal – an unsealed copy of both are being attached hereto with new numbering.

*Wellness of Central Florida – Lake Mary Location Google Homepage.* Mr. Dorworth, meanwhile, did not claim to fall ill until approximately 9:26 p.m. the night before his deposition, more than five hours after the close of business hours. And yet, Mr. Dorworth's appointment took place at 7:30 a.m., before either location reopened for business. *See* **Ex. 8** at 2.

In addition to the curious timing of the appointment, the "doctor's note" from a hormone and weight loss specialist should carry little to no weight in support of Plaintiff's decision not to appear for his deposition on account of purported illness. For the reasons previously stated as well as those herein, Defendant A.B. moves this court to hold Plaintiff in contempt of court and to sanction him and his counsel for unilaterally canceling his properly noticed deposition.

Dated: July 29, 2024                                   Respectfully submitted,

                                                       *s/ Laura B. Wolf*

                                                       Laura B. Wolf, Esq.* (Lead Counsel)
                                                       Colorado Bar #46833
                                                       Stephen Shaw, Esq.*
                                                       Colorado Bar #56720
                                                       Spark Justice Law LLC
                                                       3435 S. Inca Street, Suite C-113
                                                       Englewood, CO 80110
                                                       (303) 802-5390
                                                       laura@spark-law.com (primary)
                                                       steve@spark-law.com (primary)

                                                       Christopher W. Ford, Esq.*
                                                       Colorado Bar #28632
                                                       John Clune, Esq.*
                                                       Colorado Bar #27684
                                                       Ashlyn Hare, Esq.*
                                                       Colorado Bar #59310

3

                Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
chris.ford@hbcboulder.com (primary)
john.clune@hbcbolder.com (primary)
Ashlyn.hare@hbcboulder.com (primary)
ella.ford@hbcboulder.com (secondary)

Jesse Ian Unruh
Florida Bar No. 92121
Spire Law, LLC
2572 West State Road 426, Suite 2088
Oviedo, FL 32765
(407) 494-0135
jesse@spirelawfirm.com (primary)
marcela@spirelawfirm.com (secondary)
filings@spirelawfirm.com (secondary)

*Attorneys for Defendant A.B.*

\* *Pro hac vice* admission

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, a copy of the foregoing document was served on all counsel of record.

*s/Laura B. Wolf*
Laura B. Wolf
