**Wednesday, July 24, 2024 at 10:14:50 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Dorworth v. Greenberg: Bank and Credit Card Statements |
| **Date:** | Wednesday, July 24, 2024 at 9:00:14 AM Eastern Daylight Time |
| **From:** | Michael Beltran |
| **To:** | Anastasia Wagner |
| **CC:** | Di Filippo, Lisa, Laura Wolf, Perkins, Jason, Ella W. Ford, Melissa Hill, Bryan, Martina, mfurbush@deanmead.com, mkirn@deanmead.com, abarkett@deanmead.com, smarshall@deanmead.com, Fritz Scheller, Amy Renehan, Stephen Shaw, Chris W. Ford, jesse@spirelawfirm.com, marcela@spirelawfirm.com, filings@spirelawfirm.com, Fritz Wermuth, Dustin Mauser-Claassen, Quinn Ritter, John Clune, Ashlyn.Hare@hbcboulder.com, Joi.Gault@hbcboulder.com, Rparadela@wickersmith.com, apeppis@wickersmith.com, bhattenbach@wickersmith.com, acandelario@deanmead.com, DeVito, Anthony (Tony), orlecf@cfdom.net |
| **Attachments:** | Doctor Visit Documents with medications redacted.pdf |

Counsel,

As I informed you last night, I am informed that Mr. Dorworth is ill and cannot proceed with deposition today. He has obtained a doctor's note as requested. We note Ms. Wolf has repeatedly stated that she is pregnant, and she certainly would not want Mr. Dorworth to attend if he could be contagious. As for comments last night, we have produced documents early, kept Ms. Dorworth very late, and otherwise gone beyond our discovery obligations. We also note that Ms. Wolf elected to set the depositions in this order, we asked for Mr. Dorworth to go first. I will plan to go on the record momentarily and introduce this document. We will of course reschedule the deposition for a mutually convenient time. Thank you.

Regards,
Mike

On Tue, Jul 23, 2024 at 4:45PM Anastasia Wagner <anastasia_wagner@outlook.com> wrote:

> All – see credit cards and bank statements produced. I apologize for accidentally using bates 2127-2131 twice.
>
> Produced January 11, 2024 – Discover and AmEx Statements
>
> Dorworth 002119 – 002124
>
> Dorworth 002125 – 002131
>
> *Documents have been redesignated and restamped as confidential.*
>
> Produced March 5, 2024 – AmEx Statements
>
> Dorworth 002127 – 002135

> Dorworth 002136 - 002143

Produced April 1, 2024 – Wells Fargo Statements

> Dorworth 002144 – 002150

> Dorworth 002151 – 002156