# RE: CHRISTOPHER DORWORTH

DATE: 07/24/2024

**TO** ▓▓▓▓▓  **RE:** ▓▓▓▓▓

**Christopher Dorworth**
DOB - 07/17/1976
1520 Whitstable Court
Heathrow FL, 32746
Tel - 407-310-7375

**FROM:** - *Andrea Lilavois, APRN*

To Whom It May Concern:

I certify that Mr. Christopher Dorworth attended an appointment on Wednesday, July 24, 2024.

Please excuse him from required duties for the following dates:

July 24th
July 25th
July 26th

May return to work following completion of antibiotic course.

Any questions, please do not hesitate to call our office at 386-843-3132

Warmly,

*[signature]*

Andrea Lilavois, APRN

# ENCOUNTER(S) FOR CHRISTOPHER DORWORTH

**Patient Info**

Name: Christopher Dorworth
DOB: July 17, 1976
Phone: 407-310-7375

**Patient Address**

1520 Whitstable Court
Heathrow, FL 32746

## OFFICE VISIT

Signed by Andrea Lilavois. Date of service: 07/24/2024

07/24/2024 7:30 am -

PT PRESENTS TODAY WITH REPORTS OF CHILLS, SWEATS, NAUSEA, VOMITING, INSOMNIA, BODY CRAMPS, AND HEADACHE FOR THE LAST TWELVE HOURS

CURRENT MEDICATIONS:

[redacted]

PATIENT ALLERGIES:

* NKDA:

TEMP 100.2

BP 140/90 HR 99

SUSPICIOUS FOR VIRAL INFECTION, MAY RULE OUT COVID WITH RAPID TESTING.

RECOMMENDATIONS TO INTIAITE A Z-PAK TO PREVENT SECONDARY RESPIRATORY INFECTION

RECOMMENDATIONS TO INCREASE FLUIDS, REST, MAY TAKE OTC MOTRIN 600-800MG BID FOR MILD MUSCLE ACHES AND TYLENOL FOR FEVER CONTROL

TO PRESENT TO URGENT CARE IF SYMPTOMS WORSEN OR PERSIST

WILL RTO PRN

| ASSESSMENT | RXS | PROCEDURES |
|---|---|---|
| • Prim. Fever, unspecified (R50.9 - ICD10) | • RX Zithromax Z-Pak - 250MG - | Orders: |
| • Contact w and exposure to oth viral communicable diseases (Z20.828 - ICD10) | | |

Signed: 

Generated 07.24.24 (#0012993-56E5)

This message may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipient(s) named above. Any other persons are

```
          Wellness of Central Florida
                  1425 Hand Ave
            Ormond Beach, FL 32174
                  386-843-3132

07/24/2024                        08:24:58
Terminal ID No.:                  78561072

Credit Sale

Transaction #:                           2
Card Type:                            AMEX
Account:                   ************1002
Entry:                                Chip
Amount:                         USD$50.00

Ref. Number:                  420612833553
Global UID:
     08231115752024072408245893 47
Auth. Code:                         867539

Batch #:                               272
Response:                  APPROVAL 867539

             de:                   Issuer
                       A0000000025010801
           AB:         AMERICAN EXPRESS

              CUSTOMER COPY
                Thank you.
```

wellnessofcentralflorida.com

Tel: (386) 843-3132
Fax: (386) 243-7212

# SERVICE RECEIPT: CHRISTOPHER DORWORTH

Statement for services rendered on Jul 24, 2024

Credit: ($0.00) (Note: This is your TOTAL account balance)

Christopher Dorworth
1520 Whitstable Court
Heathrow, FL 32746

| Service | Code | Date | Service To | Billed To | Amount Due |
|---|---|---|---|---|---|
| Office Visit | | Jul 24, 2024 | Christopher Dorworth | | $50.00 |
| Credit / Payment (+) | | Jul 24, 2024 | Christopher Dorworth | | Merchant + $50.00 |
| | | | TOTAL CHARGES: $50.00 | BALANCE DUE: | $0.00 |

### Problem/Complaint

DX - Fever, unspecified
DX - Contact w and exposure to oth viral communicable diseases

Code

R50.9 (ICD10)
Z20.828 (ICD10)

### Payment Information

Credit Card: NONE

Signature: _____

Please read all instructions and handouts from the pharmacy or supplements. It is your responsibility to notify the doctor if you have any change in conditions, medications, supplements, or diagnosis or if you are trying to become pregnant, are pregnant, or breastfeeding.