# BIO

### Andrea Lilavois, APRN, WHNP-BC

Andrea Lilavois, WHNP-BC was raised in Upstate NY and relocated to Central Florida in 2007. She has been practicing medicine for 17 years and is a Board Certified Women's Health Nurse Practitioner with an emphasis on health and wellness promotion, disease prevention, sexual desire disorder, menopause, and healthy aging for both men and women. Andrea is the owner and founder of Wellness of Central Florida and understands that the key to patient centered care is individualized. She is committed to taking the time necessary to identify detailed health goals for each patient and craft a personalized treatment plan to achieve them.



**[AndreaLilavois.com < https://andrealilavois.com>](https://andrealilavois.com)**

### Andrea Lilavois, APRN, WHNP-BC

Andrea Lilavois, WHNP-BC was raised in Upstate NY and relocated to Central Florida after completing nursing school in 2007. She earned her Masters Degree and graduated with honors from University of Cincinnati in 2014. Andrea has been practicing as a Board Certified Women's Health Nurse Practitioner with an emphasis on health and wellness promotion, disease prevention, sexual desire disorder, menopause, and healthy aging. She loves the complexity of what women's health brings, and understands that the key to patient centered care is individualized. Andrea is committed to taking the time necessary to identify detailed health goals for each patient and craft a personalized treatment plan to achieve them. She is the founder and provider at Wellness of Central Florida with offices located in Ormond Beach FL and Lake Mary FL. Andrea is an active member of the National Association of Nurse Practitioners in Women's Health.



**[AndreaLilavois.com < https://andrealilavois.com>](https://andrealilavois.com)**

Case 6:23-cv-00871-CEM-DCI   Document 154-3   Filed 07/29/24   Page 3 of 3 PageID 2194

**© 2024 Wellness of Central Florida < https://wellnessofcentralflorida.com/>**

**To the top ↑**