# Wellness of Central FL

## Specializing in Bio-Identical Hormones & Weight-loss

### Proven Results Using Safe Scientifically Based Therapies.

## Call Us! (386) 843-3132

### Removing the obstacles in the way of optimal health supports the bodies innate healing mechanisms

**OUR TREATMENTS < HTTPS://WELLNESSOFCENTRALFLORIDA.COM/BIOIDENTICAL-HORMONE-THERAPY/>**



**Andrea Lilavois is a Board Certified Women's Health Nurse Practitioner. She specializes in bioidentical hormone replacement therapy and weight loss for both men and women.**

**READ ANDREA'S BIO < HTTPS:// WELLNESSOFCENTRALFLORIDA.COM/BIO/>**

## Symptoms of Hormone Imbalance



**INCREASED:**

- Brain Fog
- Depression
- Body Fat
- Irritability

**DECREASED:**

- Energy
- Drive
- Sleep
- Performance
- Muscle Tone

## OUR TREATMENTS

## Treatment Benefits





**INCREASED:**

- Quality of Life
- Drive
- Energy
- Strength

**DECREASED:**

- Anxiety
- Depression
- Joint Pain
- Weight

**OUR TREATMENTS < HTTPS://WELLNESSOFCENTRALFLORIDA.COM/BIOIDENTICAL-HORMONE-THERAPY/>**

**Age Healthier,**
**Live Happier!**





## PELLETS

The CEO and founder of BioTE® Medical, Gary Donovitz M.D., wrote Age Healthier Live Happier which is a book about his clinical experience treating patients with bio-identical hormone replacement subcutaneous pellet therapy—commonly known as pellets.

**GET A FREE COPY < HTTPS://WELLNESSOFCENTRALFLORIDA.COM/GET-A-FREE-COPY-OF-AGE-HEALTHIER-LIVE-HAPPIER-BOOK/>**

### Visit us

1425 Hand Ave
STE D
Ormond Beach, FL 32174

3224 W Lake Mary Blvd
STE 1510
Lake Mary, FL 32746

**GET DIRECTIONS**

**© 2024 Wellness of Central Florida < https://wellnessofcentralflorida.com/>**

**To the top ↑**