# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>      Plaintiff,<br>vs.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>      Defendants. | Civil Action No. 6:23-cv-00871 |

## AGREED MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff moves that Charles F. Beall, George R. Mead and R. Alex Andrade, with the law firm of Moore, Hill & Westmoreland, P.A., be substituted as his counsel in place of Michael Beltran of Beltran Litigation, P.A. Plaintiff Christopher Dorworth has been notified of and consents to this substitution. Michael Beltran requests that he be relieved of any further responsibility in this matter. Charles F. Beall, George R. Mead, and R. Alex Andrade filed Notices of Appearance on July 24th, 2024 and will continue to represent Plaintiff Christoper Dorworth.

## CERTIFICATION UNDER RULE 3.01(g)

Pursuant to M.D. Fla. Loc. R. 3.01(g), I have conferred with counsel for each Defendant and represent that no party objects to the relief requested.

*/S/ George R. Mead*
George R. Mead, II
Florida Bar No. 096490
Charles F. Beall, Mr.
Florida Bar No. 66944
R. Alex Andrade
Florida Bar No. 111337
emead@mhw-law.com
cbeall@mhw-law.com
aandrade@mhw-law.com
tstokes@mhw-law.com
kalbini@mhw-law.com
hmalone@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541
*Counsel for Plaintiff, Dorworth*

Dated: August 1, 2024.              Respectfully Submitted,

*/S/ George R. Mead*
George R. Mead, II
Florida Bar No. 096490
Charles F. Beall, Mr.
Florida Bar No. 66944
R. Alex Andrade
Florida Bar No. 111337
emead@mhw-law.com
cbeall@mhw-law.com
aandrade@mhw-law.com
tstokes@mhw-law.com
kalbini@mhw-law.com
hmalone@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.

        350 West Cedar Street
        Maritime Place, Suite 100
        Pensacola FL 32502
        Telephone: (850) 434-3541
        *Counsel for Plaintiff, Dorworth*

        /s/Michael Paul Beltran
        Michael P Beltran
        Fla. Bar No. 0093184
        Beltran Litigation, P.A.
        4920 West Cypress St.
        Suite 104 PMB 5089
        Tampa, FL 33607
        813-870-3073 (o)
        mike@beltranlitigation.com
        *Counsel for Plaintiff Dorworth*

## CERTIFICATE OF SERVICE

    I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record.

        **/S/ George R. Mead**
        George R. Mead, II
        Florida Bar No. 096490
        Charles F. Beall, Mr.
        Florida Bar No. 66944
        R. Alex Andrade
        Florida Bar No. 111337
        emead@mhw-law.com
        cbeall@mhw-law.com
        aandrade@mhw-law.com
        tstokes@mhw-law.com
        kalbini@mhw-law.com
        hmalone@mhw-law.com
        MOORE, HILL & WESTMORELAND, P.A.
        350 West Cedar Street
        Maritime Place, Suite 100
        Pensacola FL 32502
        Telephone: (850) 434-3541
        *Counsel for Plaintiff, Dorworth*