# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>        Plaintiff,<br>vs.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>        Defendants. | Civil Action No. 6:23-cv-00871 |

## TIME-SENSITIVE UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT THE IN-PERSON HEARING SET TO OCCUR ON AUGUST 7, 2024

Plaintiff, Christopher E. Dorworth, files this Time-Sensitive Unopposed Motion for Leave to Appear Remotely at the In-Person Hearing Set to Occur on August 7, 2024 at 10:00 AM ("Hearing") regarding Defendants Andrew Greenberg, Susan Greenberg, and AWG, Inc.'s Motion to Compel (Doc. 138) and Motion to File Document Under Seal (Doc. 137) (the "Motions"), and in support states:

Plaintiff respectfully requests this motion be considered on an expedited basis and issue a ruling by August 2, 2024. The expedited treatment is requested as the at issue hearing is set for Wednesday, August 7, 2024. The parties have conferred on this matter, and opposing counsel is not opposed to the relief sought.

Undersigned counsel for Plaintiff, Doworth, filed their Motion for Substitution of Counsel (Doc. 157) on August 1, 2024, and filed their Notices of Appearance (Doc. 146) on July 24, 2024. Undersigned counsel have attempted to confer on all outstanding items, including the possibility of resolution of outstanding disputes and the Motions scheduled to be heard, with counsel of record. Plaintiff's counsel are located in Pensacola, Florida.

## MEMORANDUM

1. Defendants Andrew Greenberg, Susan Greenberg, and AWG, Inc. filed their Motions on July 15, 2024.

2. After Defendants filed their Motions, Plaintiff's prior counsel filed his Opposition to Motion to Compel Spousal Communications on July 22, 2024 (Doc. 142).

3. The undersigned's firm is based in Pensacola and counsel have long standing commitments related to their families that would impose a significant personal burden on the undersigned counsel.

4. More specifically, undersigned attorney, R. Alex Andrade, who would be required to attend the hearing in person, is responsible for the care of his daughter, whose childcare facility is closed the week of August 5, 2024.

5. Accordingly, Plaintiff respectfully requests that this Court permit Plaintiff's counsel to appear remotely, via Zoom, telephone, or other remote system, at the August 7, 2024 hearing.

6. No party will be prejudiced by Plaintiff appearing remotely at these proceedings.

7. Pursuant to Local Rule 3.01(g), the undersigned conferred with Defendants' counsel who has no objection to the undersigned appearing remotely at the August 7, 2024 hearing.

8. Counsel for Andrew Greenberg, Sue Greenberg, and AWG, Inc. do not oppose Plaintiff appearing remotely at the hearing, but because they intend to appear in person, they object to converting the hearing to a fully remote hearing.

9. Counsel for Plaintiff understand that Counsel for Andrew Greenberg, Sue Greenberg, and AWG, Inc. will appear in person and does not believe any prejudice will be caused by the differences in method of appearance by counsel.

>*/S/ R. Alex Andrade*
>R. Alex Andrade
>Florida Bar No. 111337
>George R. Mead, II
>Florida Bar No. 096490
>Charles F. Beall, Mr.
>Florida Bar No. 66944
>emead@mhw-law.com
>cbeall@mhw-law.com
>aandrade@mhw-law.com
>tstokes@mhw-law.com
>kalbini@mhw-law.com
>hmalone@mhw-law.com
>MOORE, HILL & WESTMORELAND, P.A.
>350 West Cedar Street
>Maritime Place, Suite 100
>Pensacola FL 32502
>Telephone: (850) 434-3541
>*Counsel for Plaintiff, Christopher E. Dorworth*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 1st day of August, 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/S/ R. Alex Andrade*
R. Alex Andrade