**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>     Plaintiff,<br><br>vs.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>     Defendants. | Civil Action No. 6:23-cv-00871 |

**STIPULATION OF DISMISSAL OF DEFENDANT A.B.
WITH PREJUDICE**

Plaintiff Christopher Dorworth and Defendant A.B., by and through their respective undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant A.B. have reached a resolution of this matter, with each Party to bear their own attorney fees and costs. The parties continue to dispute any basis for liability to one another.

| | |
|---|---|
| */S/ George R. Mead*<br>George R. Mead, II<br>Florida Bar No. 096490<br>Charles F. Beall, Mr.<br>Florida Bar No. 66944<br>R. Alex Andrade<br>Florida Bar No. 111337<br>*emead@mhw-law.com*<br>*cbeall@mhw-law.com* | */s/ Laura B. Wolf*<br>Laura B. Wolf, Esq. (Lead Counsel)<br>Colorado Bar #46833<br>Stephen Shaw, Esq.<br>Colorado Bar #56720<br>Spark Justice Law LLC<br>3435 S. Inca Street, Suite C-113<br>Englewood, CO 80110 |

| | |
|---|---|
| *aandrade@mhw-law.com* | (303) 802-5390 |
| *tstokes@mhw-law.com* | laura@spark-law.com (primary) |
| *kalbini@mhw-law.com* | steve@spark-law.com (primary) |
| *hmalone@mhw-law.com* | *Counsel for Defendant A.B.* |

MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541
*Counsel for Plaintiff, Dorworth*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 1st day of August, 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/s/ George R. Mead*
George R. Mead