UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

  *Plaintiff*,

v.

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG,
SUSAN GREENBERG, ABBY
GREENBERG, AWG., INC.,
GREENBERG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL
SPECIALTY GROUP, LLC, and A.B.,

  *Defendants*.

Case No.: 6:23-cv-871-CEM-DCI

## JOINT NOTICE OF ONGOING CONFERRAL REGARDING ANDREW GREENBERG, SUSAN GREENBERG, AND AWG, INC.'S MOTION TO COMPEL (Doc. 138) AND MOTION TO SEAL (Doc. 137)

Pursuant to this Court's endorsed order setting a hearing on the Greenbergs' motion to compel, Doc. 138, and motion to seal, Doc. 137, both of which are set for hearing on August 7, 2024, Doc. 144, the parties continued their conferral by videoconference on August 2, 2024. The parties were unable to resolve the issues raised in the motion to compel, but the parties have resolved the motion to seal. Plaintiff has agreed to de-designate the privilege log and it may be filed in the public record.

Respectfully submitted,

| | |
|---|---|
| /s/ *Frederick S. Wermuth* | /s/ *R. Alex Andrade* |
| Frederick S. Wermuth | George R. Mead, II |
| Florida Bar No. 0184111 | Florida Bar No. 096490 |
| Dustin Mauser-Claassen | Charles F. Beall, Mr. |
| Florida Bar No. 0119289 | Florida Bar No. 66944 |
| Quinn Ritter | R. Alex Andrade |
| Florida Bar No. 1018135 | Florida Bar No. 111337 |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. | Moore, Hill & Westmoreland, P.A. |
| P.O. Box 1631 | 350 West Cedar Street |
| Orlando, FL 32802-1631 | Maritime Place, Suite 100 |
| Telephone: (407) 422-2472 | Pensacola, FL 32502 |
| Facsimile: (407) 648-0161 | Telephone: (850) 434-3541 |
| fwermuth@kbzwlaw.com | emead@mhw-law.com |
| dmauser@kbzwlaw.com | cbeall@mhw-law.com |
| qritter@kbzwlaw.com | aandrade@mhw-law.com |
| | |
| *Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG., Inc.* | *Attorneys for Plaintiff Christopher E. Dorworth* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111