UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

  *Plaintiff*,

v.

JOEL MICAH GREENBERG,
ANDREW W. GREENBERG,
SUSAN GREENBERG, ABBY
GREENBERG, AWG., INC.,
GREENBERG DENTAL
ASSOCIATES, LLC, GREENBERG
DENTAL & ORTHODONTICS, P.A.,
GREENBERG DENTAL
SPECIALTY GROUP, LLC, and A.B.,

  *Defendants*.

Case No.: 6:23-cv-871-CEM-DCI

## NOTICE OF FILING EXHIBIT 1 TO MOTION TO SEAL [DOC. 137] IN SUPPORT OF MOTION TO COMPEL [DOC. 138]

On July 15, 2024, Defendants Andrew Greenberg, Susan Greenberg and AWG, Inc. ("Defendants") filed a Motion to Seal (the "Motion") (Doc. 137). Attached to the Motion was a Privilege Log filed in support of Defendants' Motion to Compel (Doc. 138). The Privilege Log was filed under seal due to Plaintiff's designation of the Privilege Log as confidential. On August 2, 2024, the parties filed a Notice of Continuing Conferral Pursuant to Local Rule 3.01(g) (Doc. 168), informing the Court that Plaintiff has agreed to de-designate the Privilege Log and that it may be filed in the public record. Accordingly, Defendants hereby attach to this notice, as **Exhibit A,**

a copy of the Privilege Log for the Court's consideration in relation to Defendants' pending Motion to Compel (Doc. 138).

       Respectfully submitted,

       /s/ *Frederick S. Wermuth*
       Frederick S. Wermuth (Lead Counsel)
       Florida Bar No. 0184111
       Dustin Mauser-Claassen
       Florida Bar No. 0119289
       Quinn Ritter
       Florida Bar No. 1018135
       KING, BLACKWELL, ZEHNDER
        & WERMUTH, P.A.
       P.O. Box 1631
       Orlando, FL 32802-1631
       Telephone: (407) 422-2472
       Facsimile: (407) 648-0161
       fwermuth@kbzwlaw.com
       dmauser@kbzwlaw.com
       qritter@kbzwlaw.com

       *Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

       /s/ *Frederick S. Wermuth*
       Frederick S. Wermuth
       Florida Bar No. 0184111