# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>　　Plaintiff,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>　　Defendants. | Case No.: 6:23-CV-00871 |

## PLAINTIFF'S PRIVILEGE LOG
## AS OF JANUARY 5, 2024

COMES NOW, Plaintiff Christopher E. Dorworth, and hereby states he has redacted or withheld the following documents.

### DOCUMENTS REDACTED

| Bates | Document | Redaction |
|---|---|---|
| DORWORTH000289-DORWORTH000318 | 2020 Tax Return | SSNs |
| DORWORTH000311 | 2020 Tax Return | Bank Account and Routing Number |
| DORWORTH000319-DORWORTH000339 | 2021 Tax Return | SSNs |
| DORWORTH000341 | Email | Congressman Matt Gaetz personal email address (Nonparty Privacy) |
| DORWORTH000349 | Email | Congressman Matt Gaetz personal email address (Nonparty Privacy) |
| DORWORTH000722-DORWORTH000726 | W2s | SSNs |
| DORWORTH001149 | Correspondence | Credit card number |
| DORWORTH001150 | Photo | Minor's face |
| DORWORTH001218 | Photo | Minor's face |

Page 1 of 9
CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT GOVERNING LAWSUIT

| | | |
|---|---|---|
| DORWORTH001959-DORWORTH001960 | Photos | Minors' faces |
| DORWORTH001981 | Photo | Minor's face |
| DORWORTH001983 | Photo | Minor's face |
| DORWORTH001999-DORWORTH002003 | Photos | Minor's face |
| DORWORTH002016-DORWORTH002019 | Photos | Minors' faces |
| DORWORTH002028 | Photo | Minor's face |
| DORWORTH002085-DORWORTH002086 | Photos | Minor's face |

Please note that the following documents were redacted prior to Plaintiff's receipt of the documents; Plaintiff added no further redaction:

DORWORTH000364-000367
DORWORTH000368-000371
DORWORTH000376-000381
DORWORTH000382-000387
DORWORTH000409-000527
DORWORTH000532
DORWORTH000533
DORWORTH000534
DORWORTH001104

## DOCUMENTS WITHHELD FROM RICHARD HORNSBY'S FILE

| Doc No. | Document | Author | Date | Privilege Asserted |
|---|---|---|---|---|
| 1 | Grand Jury Subpoena to Christopher Dorworth | US DOJ | 12/28/2020 | Fed. R. Crim. P. 6 |
| 2 | Letter to Halsey Beshears re Grand Jury Subpoena | Todd Gee | 12/11/2020 | Fed. R. Crim. P. 6 |
| 3 | Attachment to Beshears Grand Jury Subpoena (page 1 only) | US DOJ | Undated | Fed. R. Crim. P. 6 |
| 4 | Notes of call with John Fitzgibbons, Esq. | Richard Hornsby, Esq. | 12/18/2020 | Attorney Client Privilege Work Product Doctrine |
| 5 | Memo to Richard Hornsby, Esq., re categories of documents requested by subpoena | Chris Dorworth | 01/19/2021 | Attorney Client Privilege Work Product Doctrine |
| 6 | Notes re Investigation Status | Richard Hornsby, Esq. | 04/07/2021 | Attorney Client Privilege Work Product Doctrine |
| 7 | Notes re A.B. | Richard Hornsby, Esq. | 04/21/2021 | Attorney Client Privilege Work Product Doctrine |

| | | | | |
|---|---|---|---|---|
| 8 | Notes re Dorworth Proffer | Richard Hornsby, Esq. | 05/04/2021 | Attorney Client Privilege Work Product Doctrine |
| 9 | Notes re Investigation | Richard Hornsby, Esq. | 05/19/2021 | Attorney Client Privilege Work Product Doctrine |
| 10 | Notes re Investigation | Richard Hornsby, Esq. | 05/25/2021 | Attorney Client Privilege Work Product Doctrine |
| 11 | Notes re Dorworth Proffer | Richard Hornsby, Esq. | 09/17/2021 | Attorney Client Privilege Work Product Doctrine |
| 12 | Notes re Joel Greenberg allegations against Dorworth, Dorworth comments re same, and potential rebuttal strategy | Richard Hornsby, Esq. | 09/20/2021 | Attorney Client Privilege Work Product Doctrine |
| 13 | Memo to Richard Hornsby, Esq., re 09/28/20 Briana Garcia call | Chris Dorworth | 09/22/2021 | Attorney Client Privilege Work Product Doctrine |
| 14 | Notes re A.B. Demand Letter | Richard Hornsby, Esq. | 01/03/2023 | Attorney Client Privilege Work Product Doctrine |
| 15 | Notes re A.B. Allegations and Demand Letter | Richard Hornsby, Esq. | 01/09/2023 | Attorney Client Privilege Work Product Doctrine |
| 16 | Draft opening chapter of Firebrand by Matt Gaetz, Bombadier Books, September 22, 2020, ISBN 13: 978-1642937640 | Matt Gaetz | 05/12/2020 | Copyright |
| 17 | Draft opening chapter of Firebrand by Matt Gaetz, Bombadier Books, September 22, 2020, ISBN 13: 978-1642937640 | Matt Gaetz | 05/13/2020 | Copyright |
| 18 | Draft opening chapter of Firebrand by Matt Gaetz, Bombadier Books, September 22, 2020, ISBN 13: 978-1642937640 | Matt Gaetz | 05/12/2020 | Copyright |
| 19 | Richard Hornsby's complete phone bill for the period of September 2, 2020, to October 1, 2020, reflecting all phone calls from three lines held by Richard and Sara Hornsby. Page 12 contains redactions consistent with DORWORTH 001104. | Verizon | 10/01/2020 | Attorney Hornsby's duty of confidentiality toward his clients; non-party privacy; and relevance.<br><br>The relevant two lines of this document are produced at DORWORTH 001104. |

Plaintiff will stipulate to an order permitting disclosure of Document Nos. 1-3. To avoid inadvertently running afoul of Fed. R. Crim. P. 6(e), they are withheld at this time.

Also, if Defendants receive written permission from Bombadier Books and Matt Gaetz to release Documents 16-18, Plaintiff will produce as confidential. The copyright notice inside the published book states no part of the book may be reproduced, stored, or transmitted without permission from the author and publisher.

**ADDITIONAL DOCUMENTS WITHHELD**

| Doc No. | Document | Author(s) | Date | Privilege Asserted |
|---|---|---|---|---|
| 20 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 12/12/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 21 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 12/09/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 22 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 12/09/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 23 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/22/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 24 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/17/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 25 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 26 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 27 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT GOVERNING LAWSUIT

| 28 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 29 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 30 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 31 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 32 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 33 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 34 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 35 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 36 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 37 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 38 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT GOVERNING LAWSUIT

| # | Description | Parties | Date | Privilege |
|---|---|---|---|---|
| 39 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 40 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 11/02/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 41 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 10/27/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 42 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 10/27/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 43 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 10/06/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 44 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 10/06/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 45 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 10/06/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 46 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 10/06/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 47 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 10/06/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 48 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 09/17/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 49 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 08/03/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT GOVERNING LAWSUIT

| | | | | |
|---|---|---|---|---|
| 50 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/27/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 51 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/27/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 52 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/25/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 53 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/25/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 54 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/25/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 55 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/25/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 56 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/25/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 57 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/13/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 58 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 07/07/2023 | Husband-Wife Privilege, Marital and Spousal Privileges |
| 59 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth, Chris Dorworth | 01/01/2016-7/6/2023[1] | Husband-Wife Privilege, Marital and Spousal Privileges |

---

[1] These items are identified in the aggregate because they cannot be accessed and therefore the dates, etc. cannot be detailed. Plaintiff also objects to any request to log individually each communication over a multiyear period, but has nonetheless done so for those communications that are readily accessible.

**Note:** Plaintiff states that text messages between himself and Rebekah Dorworth prior to July 2023 are not reasonably accessible. If Plaintiff attempts to scroll further back in the messaging app, the app locks up, and he must force close and restart from the beginning. On January 4, 2024, Plaintiff met with personnel at Apple's Genius Bar to review the issue; however, they were unable to resolve the problem. Although the undersigned is aware of the existence of third-party applications that may be able to download an entire text chain, security concerns and risk of privilege waiver outweigh the nominal benefit, if any, of identifying dates Plaintiff and his spouse texted about the issues at hand. For the same reasons, obtaining a forensic expert to access the text messages is unduly burdensome given the absence of any probative value of the information and the fact that it is all inevitably privileged.

Date: January 5, 2024

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT GOVERNING LAWSUIT

## **CERTIFICATE OF SERVICE**

I certify that on the date listed above, a copy of the foregoing document was served by email on all counsel of record:

Frederick S. Wermuth
    fwermuth@kbzwlaw.com
Dustin Mauser-Claassen
    dmauser@kbzwlaw.com
Quinn Ritter
    qritter@kbzwlaw.com
***Counsel for Andrew Greenberg***
***Sue Greenberg, and AWG, Inc.***

Michael J. Furbush
    mfurbush@deanmead.com
Michaela N. Kirn
    mkirn@deanmead.com
***Counsel for Greenberg Dental Entities***

Jesse Unruh
    jesse@spirelawfirm.com
Christopher W. Ford
    ford@hbcboulder.com
Laura Wolf
    laura@spark-law.com
***Counsel for A.B.***

Jason A. Perkins
    jperkins@carltonfields.com
Chelsey J. Clements
    cclements@carltonfields.com
Jason F. Bullinger
    jbullinger@carltonfields.com
***Counsel for Abby Greenberg***

Fritz Scheller
    fscheller@flusalaw.com
***Counsel for Joel Greenberg***

    /s/Michael Paul Beltran
    Michael P Beltran