**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.                                      Case No. 6:23-cv-871-CEM-DCI

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC and A. B.,

    Defendants.

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | R. Alex Andrade |
| **AUDIO RECORDING:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | Fritz Scheller<br>Fredrick Wormuth<br>Dustin Mauser-Claasen<br>Jason Perkins<br>Kaitlyn Chomin<br>Alex Andrat<br>Quinn Ritter |
| **DATE/TIME:** | August 7, 2024<br>10:00 A.M. – 10:39 A.M. | | |
| **TOTAL TIME:** | 39 minutes | | |

**CLERK'S MINUTES**
**Motion Hearing (doc. 138)**

Case called; appearances taken; procedural setting by the Court.
Motion to Compel (doc. 138) addressed.
Court adjourned.