UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER E. DORWORTH,**

      **Plaintiff,**

v.                                                                         Case No. 6:23-cv-871-CEM-DCI

**JOEL MICAH GREENBERG,**
**ANDREW W. GREENBERG,**
**SUSAN GREENBERG, ABBY**
**GREENBERG, AWG, INC.,**
**GREENBERG DENTAL**
**ASSOCIATES, LLC,**
**GREENBERG DENTAL &**
**ORTHODONTICS, P.A.,**
**GREENBERG DENTAL**
**SPECIALTY GROUP, LLC, and**
**A. B.,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Stipulation of Dismissal of Defendant A.B. with Prejudice (Doc. 165). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)[1], the Clerk of Court is directed to terminate A.B. as a Defendant and amend the case style accordingly.

---

[1] Although the Stipulation cites Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Rule addresses joint stipulations signed by all parties that have appeared. Here, the Stipulation is only signed by Plaintiff and otherwise complies with the requirements of Rule 41(a)(1)(A)(i), thus, the citation was clearly a typographical error.

**DONE** and **ORDERED** in Orlando, Florida on August 9, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record