# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>      Plaintiff,<br>vs.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., and GREENBERG DENTAL SPECIALTY GROUP, LLC,<br><br>      Defendants. | Civil Action No. 6:23-cv-00871 |

## PLAINTIFF CHRISTOPHER E. DORWORTH'S NOTICE OF DESIGNATION OF LEAD COUNSEL

In accordance with Local Rule 2.02(a), Plaintiff Christopher Dorworth, designates Robert Alex Andrade as its lead counsel in this action.

                                                         */S/ Robert Alex Andrade*
                                                         Robert Alex Andrade
                                                         Florida Bar No. 111337
                                                         George R. Mead, II
                                                         Florida Bar No. 096490
                                                         Charles F. Beall, Mr.
                                                         Florida Bar No. 66944
                                                         aandrade@mhw-law.com
                                                         emead@mhw-law.com
                                                         cbeall@mhw-law.com
                                                         hmalone@mhw-law.com
                                                         tstokes@mhw-law.com
                                                         kalbini@mhw-law.com
                                                         MOORE, HILL & WESTMORELAND, P.A.
                                                         350 West Cedar Street

                               Maritime Place, Suite 100
                               Pensacola FL 32502
                               Telephone: (850) 434-3541
                               *Counsel for Plaintiff, Christopher E. Dorworth*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 12th day of August, 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

                               */S/ Robert Alex Andrade*
                               Robert Alex Andrade