UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

## PLAINTIFF'S AMENDED PRIVILEGE LOG AS OF AUGUST 14, 2024

COMES NOW, Plaintiff Christopher E. Dorworth, and hereby states he has redacted or withheld the following documents.

### DOCUMENTS REDACTED

| Bates | Document | Redaction |
|---|---|---|
| DORWORTH000289-DORWORTH000318 | 2020 Tax Return | SSNs |
| DORWORTH000311 | 2020 Tax Return | Bank Account and Routing Number |
| DORWORTH000319-DORWORTH000339 | 2021 Tax Return | SSNs |
| DORWORTH000341 | Email | Congressman Matt Gaetz personal email address (Nonparty Privacy) |
| DORWORTH000349 | Email | Congressman Matt Gaetz personal email address (Nonparty Privacy) |
| DORWORTH000722-DORWORTH000726 | W2s | SSNs |
| DORWORTH001149 | Correspondence | Credit card number |
| DORWORTH001150 | Photo | Minor's face |
| DORWORTH001218 | Photo | Minor's face |

| | | |
|---|---|---|
| DORWORTH001959-DORWORTH001960 | Photos | Minors' faces |
| DORWORTH001981 | Photo | Minor's face |
| DORWORTH001983 | Photo | Minor's face |
| DORWORTH001999-DORWORTH002003 | Photos | Minor's face |
| DORWORTH002016-DORWORTH002019 | Photos | Minors' faces |
| DORWORTH002028 | Photo | Minor's face |
| DORWORTH002085-DORWORTH002086 | Photos | Minor's face |

Please note that the following documents were redacted prior to Plaintiff's receipt of the documents; Plaintiff added no further redaction:

DORWORTH000364-000367
DORWORTH000368-000371
DORWORTH000376-000381
DORWORTH000382-000387
DORWORTH000409-000527
DORWORTH000532
DORWORTH000533
DORWORTH000534
DORWORTH001104

## **DOCUMENTS WITHHELD FROM RICHARD HORNSBY'S FILE**

| No. | Document | Author | Date | Purpose Prepared | Recipient | Privilege Asserted | Responsive to Request of Family |
|---|---|---|---|---|---|---|---|
| 1 | Grand Jury Subpoena to Christopher Dorworth | US DOJ | 12/28/20 | Criminal Investigation | C. Dorworth | Fed. R. Crim. P. 6(e)(6) | 24, 31, 64 |
| 2 | Letter to Halsey Beshears re Grand Jury Subpoena | Todd Gee | 12/11/20 | Criminal Investigation | H. Beshears | Fed. R. Crim. P. 6(e)(6) | 24, 28, 31, 64 |
| 3 | Attachment to Beshears Grand Jury Subpoena (page 1 only) | US DOJ | Undated | Criminal Investigation | H. Beshears | Fed. R. Crim. P. 6(e)(6) | 24, 28, 31 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | Notes of call with John Fitzgibbons, Esq. | Richard Hornsby, Esq. | 12/18/20 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 24, 27, 31 |
| 5 | Memo to Richard Hornsby, Esq., re categories of documents requested by subpoena | Chris Dorworth | 01/19/21 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 24, 27, 31, 64 |
| 6 | Notes re Investigation Status | Richard Hornsby, Esq. | 04/07/21 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 27, 31, 64 |
| 7 | Notes re A.B. | Richard Hornsby, Esq. | 04/21/21 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 27, 31, 64 |
| 8 | Notes re Dorworth Proffer | Richard Hornsby, Esq. | 05/04/21 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 26, 27, 31, 64 |
| 9 | Notes re Investigation | Richard Hornsby, Esq. | 05/19/21 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 26, 27, 31, 37, 38, 64 |
| 10 | Notes re Investigation | Richard Hornsby, Esq. | 05/25/21 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 31, 64 |
| 11 | Notes re Dorworth Proffer | Richard Hornsby, Esq. | 09/17/21 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 24, 27, 31, 64 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | Notes re Joel Greenberg allegations against Dorworth, Dorworth comments re same, and potential rebuttal strategy | Richard Hornsby, Esq. | 09/22/22 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 26, 27, 31, 64 |
| 13 | Memo to Richard Hornsby, Esq., re 09/28/20 Briana Garcia call | Chris Dorworth | 09/22/21 | Criminal Investigation | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 24, 27, 31, 37, 38, 39, 40, 64 |
| 14 | Notes re A.B. Demand Letter | Richard Hornsby, Esq. | 01/03/23 | Civil Defense | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 31, 40, 64 |
| 15 | Notes re A.B. Allegations and Demand Letter | Richard Hornsby, Esq. | 01/09/23 | Civil Defense | C. Dorworth | Attorney Client Privilege Work Product Doctrine | 31, 40, 64 |
| 16 | Draft opening chapter of Firebrand by Matt Gaetz, Bombadier Books, September 22, | Matt Gaetz | 5/12/20 | Contract between 3rd Parties | C. Dorworth | Copyright | 25, 26 |
| 17 | Draft opening chapter of Firebrand by Matt Gaetz, Bombadier Books, September 22, 2020, ISBN 13: 978-1642937640 | Matt Gaetz | 5/13/2020 | Contract between 3rd Parties | C. Dorworth | Copyright | 25, 26 |
| 18 | Draft opening chapter of Firebrand by Matt Gaetz, Bombadier Books, September 22, 2020, ISBN 13: 978-1642937640 | Matt Gaetz | 5/12/20 | Contract between 3rd Parties | C. Dorworth | Copyright | 25, 26 |

| No | Document | Author(s) | Date | Purpose Prepared | Recipient | Privilege Asserted | Responsive to Request of Family RFPD |
|---|---|---|---|---|---|---|---|
| 19 | Richard Hornsby's complete phone bill for the period of September 2, 2020, to October 1, 2020, reflecting all phone calls from three lines held by Richard and Sara Hornsby. Page 12 contains redactions consistent with DORWORTH 001104. | Verizon | 10/01/20 | Legal Representation | C. Dorworth | Attorney Hornsby's duty of confidentiality toward his clients; non-party privacy; and relevance. The relevant two lines of this document are produced at DORWORTH 001104. | 25, 26 |

Plaintiff will stipulate to an order permitting disclosure of Document Nos. 1-3. To avoid inadvertently running afoul of Fed. R. Crim. P. 6(e), they are withheld at this time.

Also, if Defendants receive written permission from Bombadier Books and Matt Gaetz to release Documents 16-18, Plaintiff will produce as confidential. The copyright notice inside the published book states no part of the book may be reproduced, stored, or transmitted without permission from the author and publisher.

**ADDITIONAL DOCUMENTS WITHHELD**

| No | Document | Author(s) | Date | Purpose Prepared | Recipient | Privilege Asserted | Responsive to Request of Family RFPD |
|---|---|---|---|---|---|---|---|
| 20 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 12/12/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 24, 31 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 12/09/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 24, 31, 64 |
| 22 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 12/09/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 24, 31, 64 |
| 23 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/22/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 24, 25, 27, 31 |
| 24 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/17/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 1, 24, 31, 40 |
| 25 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 26 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 31, 64 |
| 27 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 29 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges, ESI | 64 |
| 30 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 31 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 31, 64 |
| 32 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 31, 64 |
| 33 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 34 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 35 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 36 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 37 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 38 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges, Privileged health information | 64 |
| 40 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 11/02/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 41 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 10/27/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 24, 31, 63, 64 |
| 42 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 10/27/23 | Response to discovery | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 24, 31, 63, 64 |
| 43 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 10/06/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 44 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 10/06/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 45 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 10/06/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 46 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 10/06/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 47 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 10/06/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 31, 64 |
| 48 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 09/17/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 49 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 08/03/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 50 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/27/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 51 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/27/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 52 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/25/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 53 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/25/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 54 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/25/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 55 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/25/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 56 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/25/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 64 |
| 57 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/13/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 31, 64 |
| 58 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 07/07/23 | Discussion of litigation | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | 25, 27, 31, 64 |
| 59 | Text Messages between Chris and Rebekah Dorworth | Rebekah Dorworth Chris Dorworth | 01/01/16 – 07/06/23 | Unknown | Rebekah Dorworth Chris Dorworth | Husband-Wife Privilege, Marital and Spousal Privileges | |

**Note:** Plaintiff maintains that text messages between himself and Rebekah Dorworth prior to July 2023 are not reasonably accessible, even after review their iCloud database. The undersigned is aware of the existence of third-party applications that may be able to download

an entire text chain, and is seeking to retain an expert in data retrieval to produce the text messages that may be responsive, if any, between the dates of 1/01/16 and 7/6/23. Plaintiff anticipates securing the services of such expert within the month, and will supplement this production or privilege log in the event such records are retrieved and are responsive.

Date: August 14, 2024

                                              */s/ R. Alex Andrade*
R. Alex Andrade
Florida Bar No. 111337
George R. Mead, II
Florida Bar No. 096490
Charles F. Beall, Mr.
Florida Bar No. 66944
emead@mhw-law.com
cbeall@mhw-law.com
aandrade@mhw-law.com
tstokes@mhw-law.com
kalbini@mhw-law.com
hmalone@mhw-law.com
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541
*Counsel for Plaintiff, Dorworth*

## CERTIFICATE OF SERVICE

      I certify that on the date listed above, a copy of the foregoing document was served by email on all counsel of record:

| | |
|---|---|
| Jason A. Perkins, Esq.<br>JPerkins@carltonfields.com<br><br>**Counsel for Defendant Abby Greenberg**<br><br>Frederick S. Wermuth, Esq.<br>Fwermuth@kbzwlaw.com<br><br>Dustin Michael Mauser-Claassen, Esq.<br>Dmauser@kbzwlaw.com<br><br>Quinn B. Ritter Esq.<br>Qritter@kbzwlaw.com<br><br>**Counsel for Defendants**<br>**Andrew Greenberg**<br>**Susan Greenberg**<br>**AWG, Inc.** | Fritz J. Scheller, Esq.<br>Fscheller@flusalaw.com<br><br>**Counsel for Defendant Joel Greenberg**<br><br>Michael J. Furbush, Esq.<br>Mfurbush@deanmead.com<br><br>Allison P. Barkett, Esq.<br>Abarkett@deanmead.com<br><br>Michaela Kirn, Esq.<br>Mkirn@deanmead.com<br><br>Kaitlyn Chomin, Esq.<br>Kchomin@deanmead.com<br><br>**Counsel for Defendants**<br>**Greenberg Dental Associates, LLC**<br>**Greenberg Dental & Orthondontics, P.A.**<br>**Greenberg Dental Specialty Group, LLC** |

                                        */s/ R. Alex Andrade*
                                        R. Alex Andrade