# EXHIBIT 1

| | |
|---|---|
| **From:** | Anastasia Wagner |
| **To:** | Perkins, Jason; "Ella W. Ford"; Melissa Hill; "mike@beltranlitigation.com"; Clements, Chelsey J.; Bryan, Martina; "mfurbush@deanmead.com"; "mkirn@deanmead.com"; "abarkett@deanmead.com"; "mgodek@deanmead.com"; "smarshall@deanmead.com"; "Fritz Scheller"; "Amy Renehan"; "Laura Wolf"; "Stephen Shaw"; "Jonathan B. Boonin"; "Chris W. Ford"; "jesse@spirelawfirm.com"; "marcela@spirelawfirm.com"; "filings@spirelawfirm.com"; "ftlcrtpleadings@wickersmith.com"; Fritz Wermuth; Dustin Mauser-Claassen; Quinn Ritter |
| **Cc:** | DeVito, Anthony (Tony); Saltzman, Debra; Di Filippo, Lisa |
| **Subject:** | Dorworth/Greenberg: Plaintiff"s Supplemental Discovery Responses to AB |
| **Date:** | Friday, January 5, 2024 5:00:37 PM |
| **Attachments:** | 2024-01-05 Pl Supp Responses to AB RFPD.pdf<br>2024-01-05 Pl Supp Answers to AB Interrogs.pdf<br>2024-01-05 Pl Privilege Log.pdf |

Dear All:

Attached please find:

　　Plaintiff's Amended and Supplemental Answers to AB's Interrogatories;
　　Plaintiff's Amended and Supplemental Responses to AB's RFPD; and
　　Plaintiff's Privilege Log as of January 5, 2024.

See also this link for the following 2024-01-05 Pl Production.zip:

　　Non-privileged portions of Richard Hornsby's file, DORWORTH 000766- 002114; and
　　A December 14, 2023, text message from Matt Gaetz that is responsive to AB's discovery, DORWORTH 002115-002116.

As always, should you have difficulty accessing the documents, please let me know.

Anastasia
on behalf of Beltran Litigation, P.A.