# EXHIBIT 2

All Unique Identifiers of Female Attendees at Parties (Names; Dates of Birth; and Photographs) Designated Confidential

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>*Plaintiff*,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>*Defendants*. | Case No.: 6:23-cv-871-CEM-DCI |

### AFFIDAVIT OF L[REDACTED] P[REDACTED]

Before the undersigned authority personally appeared L[REDACTED] P[REDACTED], who being first duly sworn, deposes and says:

1. My name is L[REDACTED] P[REDACTED]. I am fully competent to make this affidavit and the following statements set forth in my affidavit are based on my personal knowledge and observations.

2. My date of birth is [REDACTED] 1988.

3. I am currently thirty-six (36) years old.

4. In the Summer of 2017, I was twenty-nine (29) years old.

5. I am currently working for [REDACTED] in the metropolitan

1

137022680.1

All Unique Identifiers of Female Attendees at Parties (Names; Dates of Birth; and Photographs) Designated Confidential

Orlando, Florida area.

6. A true and accurate photograph of me that captures my appearance in the Summer of 2017 is embedded into my affidavit below:



7. On July 22, 2017, I was invited to a gathering at the residence of Christopher Dorworth located at 1520 Whistable Court in Lake Mary, Florida (hereinafter, "the Dorworth Residence"). A true and accurate photograph of the Dorworth Residence as I remember it is embedded into my affidavit below:

2

137022680.1



**All Unique Identifiers of Female Attendees at Parties (Names; Dates of Birth; and Photographs) Designated Confidential**



1120295HA00000110  06/24/2023

8. Upon arriving at the Dorworth Residence, I was asked to put my cell phone in a bowl on a counter. It was my understanding that this was done because the partygoers did not want any photographs or videos taken of the event.

9. At the July 22, 2017 gathering, I met Christopher Dorworth for the first time.

10. Mr. Dorworth welcomed many people to the Dorworth Residence on July 22, 2017 including, without limitation, Matt Gaetz, Joel Greenberg, K[REDACTED] L[REDACTED], M[REDACTED] Z[REDACTED], and myself.

11. I was roommates with M[REDACTED] Z[REDACTED] for a brief time in 2020. More specifically, Ms. Z[REDACTED] rented a room from me for approximately six (6) months in 2020 in downtown Orlando, Florida. A true and accurate photograph of M[REDACTED] Z[REDACTED] is embedded in my affidavit below:

3

137022680.1

All Unique Identifiers of Female Attendees at Parties (Names; Dates of Birth; and Photographs) Designated Confidential



12. Of significance, Mr. Dorworth's wife was not present at the July 22, 2017 party. Moreover, Mr. Dorworth's children were not present at the July 22, 2017 party at the Dorworth Residence.

13. This is understandable because the party included alcohol, drugs, middle-aged men and young and attractive women.

14. A true and accurate photograph of Mr. Dorworth as I remember him is embedded in my affidavit below:

4

137022680.1



All Unique Identifiers of Female Attendees at Parties (Names; Dates of Birth; and Photographs) Designated Confidential
Case 6:23-cv-00871-CEM-DCI   Document 183-2   Filed 09/04/24   Page 6 of 10 PageID 2948



15. I was invited to the July 22, 2017 party at the Dorworth Residence by K[REDACTED] L[REDACTED].

16. Although K[REDACTED] L[REDACTED] is several years younger than I am, K[REDACTED] and I were acquaintances in the Summer of 2017.

17. I met K[REDACTED] at work. More specifically, K[REDACTED] L[REDACTED] and I worked together at a software company by the name of REDACTED in the Summer of 2017.

18. A true and accurate photograph of K[REDACTED] L[REDACTED] is embedded into my affidavit below:

5

137022680.1

All Unique Identifiers of Female Attendees at Parties (Names; Dates of Birth; and Photographs) Designated Confidential



19. In the course of the July 22, 2017 party at the Dorworth Residence, K[REDACTED] L[REDACTED] and I got into a heated argument.

20. In the course of that argument, K[REDACTED] L[REDACTED] tipped over a vase in the Dorworth Residence that shattered on the floor of the Dorworth Residence.

21. At that point in time, several people at the July 22, 2017 party at the Dorworth Residence departed the gathering.

22. Upon departing the Dorworth Residence on July 22, 2017, there was a lot of commotion and I subsequently became aware that K[REDACTED] L[REDACTED] took the cell phone of a male guest by the name of Brady. My understanding is that K[REDACTED] L[REDACTED] took the cell phone because she had not been paid for her time at the party and wanted to use the cell phone as leverage to seek compensation.

23. Since I was acquaintances of K[REDACTED] L[REDACTED] and a co-worker of K[REDACTED] L[REDACTED], I facilitated getting the cell phone of Brady back from K[REDACTED] L[REDACTED] by encouraging K[REDACTED]

6

137022680.1


L[REDACTED] to ship the cell phone back to the Dorworth Residence as reflected in my face book messages with Joel Greenberg dated July 23, 2017 and embedded into my affidavit below:



24. Over the course of the Summer and into the Fall of 2017, I attended gatherings at the Dorworth Residence with alcohol; cocaine; middle-aged men; and

7

137022680.1

All Unique Identifiers of Female Attendees at Parties (Names; Dates of Birth; and Photographs) Designated Confidential

young, attractive females.

25. When I was present at these gatherings at the Dorworth Residence in 2017, I never observed Mr. Dorworth's wife in attendance.

26. Moreover, when I was present at these gatherings at the Dorworth Residence in 2017, I never observed Mr. Dorworth's children in attendance at the parties.

27. On one occasion in 2017, Mr. Dorworth, Ms. Z[REDACTED], and myself went into one of the bedrooms at the Dorworth Residence. Ms. Z[REDACTED] and I then got the party started by engaging in sexual activity in the presence of Mr. Dorworth. Eventually, Mr. Dorworth started to interact physically with Ms. Z[REDACTED]. I then observed Mr. Dorworth having sex with Ms. Z[REDACTED]. Upon observing Mr. Dorworth having sex with Ms. Z[REDACTED], I departed the bedroom leaving Mr. Dorworth and Ms. Z[REDACTED] alone.

28. In the Summer and into the Fall of 2017, I was paid for my time to attend parties at the Dorworth Residence. Specifically, Joel Greenberg paid me for my time.

29. In November of 2017, I met a boyfriend; commenced a long term relationship; and stopped attending the parties hosted by Chris Dorworth at the Dorworth Residence.

30. Several years later testified to a grand jury about the parties at the Dorworth Residence in the Summer and Fall of 2017 including, without limitation, the July 22, 2017 party at the Dorworth Residence.

31. At the present time, this concludes my affidavit.

8

137022680.1

All Unique Identifiers of Female Attendees at Parties (Names; Dates of Birth; and Photographs) Designated Confidential

# VERIFICATION

REDACTED

REDACTED REDACTED

STATE OF FLORIDA             )
                             )
COUNTY OF ORANGE             )

The foregoing instrument was sworn to before me this 21st day of August 2024, by L REDACTED P REDACTED. She is personally known to me, or has produced her ___Florida___ (state) driver's license, or her REDACTED (type of identification) as identification, and did take an oath.



MARY JANE GAILEY
Notary Public - State of Florida
Commission # HH 079598
My Comm. Expires Jan 11, 2025
Bonded through National Notary Assn.

[SEAL]

_____
Notary Public in and for
the State of Florida

Mary Jane Gailey
_____
(Typed or printed name of notary)

My commission expires:_____

9

137022680.1