# EXHIBIT 4

| | |
|---|---|
| **From:** | Fritz Wermuth |
| **To:** | Alex Andrade |
| **Cc:** | Melissa Hill; Quinn Ritter; Dustin Mauser-Claassen |
| **Subject:** | RE: Dorworth v. Greenberg: Amended Privilege Log |
| **Date:** | Tuesday, August 20, 2024 4:55:40 PM |

Alex,

I am following up on my request from last Friday. Please let us know how you will be addressing the missing text messages in Plaintiff's forthcoming motion for protective order. The Court ordered that the motion address all items in your supplemental privilege log—which includes all text messages that Mr. Beltran claimed were not reasonably accessible. Are you going to comply with the Court's order to include all text messages? We are concerned that further delay will prejudice our clients.


Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** Alex Andrade <aandrade@mhw-law.com>
**Sent:** Friday, August 16, 2024 4:22 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>
**Subject:** RE: Dorworth v. Greenberg: Amended Privilege Log

Once I have input from an expert, hopefully Monday, I'll be able to address your concern in more detail.


R. Alex Andrade
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, Florida 32502
Phone: (850) 434-3541
Fax: (850) 435-7899
www.mhw-law.com

This is a privileged communication protected by the laws of the State of Florida, the United States and the European Union from unauthorized disclosure to anyone except the intended recipient. If you have received this message in error, please delete it immediately and notify the sender identified above. Your cooperation in this regard is greatly appreciated.

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Friday, August 16, 2024 3:20 PM
**To:** Alex Andrade <aandrade@mhw-law.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>
**Subject:** RE: Dorworth v. Greenberg: Amended Privilege Log

Alex, I was intending to ask for you to let us know how you will be addressing the missing text messages in regard to your forthcoming motion for protective order. The Court ordered that your motion address all items in your supplemental privilege log—which was supposed to include all text messages that were purportedly not reasonably accessible. Your response sounds like you will need more time to comply with the Court's order. What is your plan? We are concerned about being prejudiced by further delay.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

**From:** Alex Andrade <aandrade@mhw-law.com>
**Sent:** Friday, August 16, 2024 2:31 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>
**Subject:** RE: Dorworth v. Greenberg: Amended Privilege Log

Fritz, we should have an expert retained to provide an affidavit to that effect by next week. We will try to get a report before the end of this month.


R. Alex Andrade
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, Florida 32502
Phone: (850) 434-3541
Fax: (850) 435-7899
www.mhw-law.com

This is a privileged communication protected by the laws of the State of Florida, the United States and the European Union from unauthorized disclosure to anyone except the intended recipient. If you have received this message in error, please delete it immediately and notify the sender

identified above. Your cooperation in this regard is greatly appreciated.

---

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Friday, August 16, 2024 12:50 PM
**To:** Alex Andrade <aandrade@mhw-law.com>
**Cc:** Melissa Hill <mhill@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>
**Subject:** Dorworth v. Greenberg: Amended Privilege Log

Alex,

I write regarding Plaintiff's privilege log served Wednesday. Your "note" that, after a review of the iCloud database, documents prior to July 2023 are not "reasonably accessible" raises significant concerns. Can you please describe what efforts have been taken to identify iCloud backups of Mr. Dorworth's phone? If they no longer exist, can you please confirm the date on which they were deleted, why they were deleted, and who deleted them? We understand from Mr. Dorworth's sworn declaration that he turned off his auto-delete feature at the latest in January 2021. The Court made clear that missing iCloud data would "would be subject to spoliation concerns," so we look forward to clarification on this.

Regarding your note that you are "seeking to retain an expert in data retrieval to produce the text message . . . . within the month," please confirm that you have already reached out to an expert and are making efforts to extract the data. Forensic data experts are not uncommon to retain in a case of this magnitude and we expect for Plaintiff to work quickly to satisfy his discovery obligations in this regard. Indeed, we hired a forensic expert in this case and collected vast amounts of data from multiple repositories in less than a week. For a single phone, it should not take more than a couple of days to secure an expert and begin the forensic process.

In the meantime, we consider the supplemental privilege to be significantly deficient. The court stated in no uncertain terms that "[y]ou need to obtain [the text messages]. . . [a]nd log them too to the extent they're relevant to the request for production or interrogatories in this case. So that needs to be addressed as well."

Given that your log is deficient and noncompliant with the Court's order, we

request that you inform us how you intend to address this issue.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system.  Thank you.