# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>      Plaintiff,<br>vs.<br><br>JOEL MICAH GREENBERG, ANDREW<br>W. GREENBERG, SUE GREENBERG,<br>ABBY GREENBERG, AWG, INC.,<br>GREENBERG DENTAL ASSOCIATES,<br>LLC, GREENBERG DENTAL &<br>ORTHODONTICS, P.A., GREENBERG<br>DENTAL SPECIALTY GROUP, LLC,<br>and A.B.,<br><br>      Defendants. | Civil Action No. 6:23-cv-00871 |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Christopher Dorworth, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of his Verified Amended Complaint [Doc. 62] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No parties have filed an answer or motion for summary judgment in this matter.

                                                    */S/ R. Alex Andrade*
                                                    R. Alex Andrade
                                                    Florida Bar No. 111337
                                                    George R. Mead, II
                                                    Florida Bar No. 096490
                                                    Charles F. Beall, Mr.
                                                    Florida Bar No. 66944
                                                    emead@mhw-law.com
                                                    cbeall@mhw-law.com
                                                    aandrade@mhw-law.com
                                                    tstokes@mhw-law.com

kalbini@mhw-law.com
hmalone@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541
*Counsel for Plaintiff, Dorworth*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 5th day of September, 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/S/ R. Alex Andrade*
R. Alex Andrade