**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>    Plaintiff,<br><br>vs.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,<br><br>    Defendants. | Civil Action No. 6:23-cv-00871 |

**PLAINTIFF'S CORRECTED NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Christopher Dorworth, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice of his Verified Amended Complaint [Doc. 62] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No parties have filed an answer or motion for summary judgment in this matter.

/S/ R. Alex Andrade
R. Alex Andrade
Florida Bar No. 111337
George R. Mead, II
Florida Bar No. 096490
Charles F. Beall, Mr.
Florida Bar No. 66944
emead@mhw-law.com
cbeall@mhw-law.com
aandrade@mhw-law.com

2

    tstokes@mhw-law.com
    kalbini@mhw-law.com
    hmalone@mhw-law.com
    MOORE, HILL & WESTMORELAND, P.A.
    350 West Cedar Street
    Maritime Place, Suite 100
    Pensacola FL 32502
    Telephone: (850) 434-3541
    *Counsel for Plaintiff, Dorworth*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 5th day of September, 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

    */S/ R. Alex Andrade*
    R. Alex Andrade