# EXHIBIT 1

6:29 .ıll LTE

 **Chris Dorworth**
6h · 🌐

A Statement on my Resolution of Litigation Against A.B. In my Greenberg Dental RICO Lawsuit

Two years ago, I received a letter sent by a lawyer on behalf of a woman I never met who was accusing me of crimes I did not commit and who was seeking money that I did not owe.

I was told that I would named as a co-defendant in a lawsuit with my friend, Congressman Matt Gaetz, who was also falsely accused of sex crimes. My name was then dragged through the mud by a compliant media, led by an odious progressive publication called The Daily Beast.

I had only one choice: sue for defamation. Yesterday, she agreed not to pursue her bogus claims against me in court.

She didn't just lie about me, she lied about Gaetz in a federal criminal investigation that resulted in no charges against the congressman. There was no evidence for the crime because it didn't occur.

Liberal media outlets like The Daily Beast acted in tandem with her and her criminal friend, Joel Greenberg, as part of a political smear campaign designed to spare Greenberg prison time. But it didn't work. Greenberg is in prison where he belongs. He is scum, just like her.

In response to these baseless allegations, I took extensive measures to prove my innocence. I underwent a polygraph test administered by a former FBI agent with 35 years of experience. Witnesses testified to my absence from the alleged locations, and geodata from my phone corroborated my whereabouts. I provided comprehensive evidence demonstrating that I was not present at the places and times claimed by these lawyers

**Chris Dorworth**
6h ·

In response to these baseless allegations, I took extensive measures to prove my innocence. I underwent a polygraph test administered by a former FBI agent with 35 years of experience. Witnesses testified to my absence from the alleged locations, and geodata from my phone corroborated my whereabouts. I provided comprehensive evidence demonstrating that I was not present at the places and times claimed by these lawyers.

I believe Matt is innocent as well, and it is clear that these allegations are fabricated, originating from Joel Greenberg. Greenberg personally threatened Gaetz to me and my wife, both verbally and in writing. He thought a pardon would make his legal troubles go away, believing that Gaetz's relationship to President Trump or my lobbying firm's relationship with the administration would somehow secure him a full and complete pardon reminiscent of Nixon after Watergate.  Delusional fantasies.

When I explained to Greenberg that it was a total and complete impossibility that he would ever be pardoned out of his legal troubles, he began spreading lies, first against Gaetz and then against me. He advised me and others in writing to "lawyer up" as he planned to take desperate measures. Greenberg's behavior escalated when he violated bail conditions and engaged in destructive actions, leading to his continued incarceration.

The Daily Beast did its best to help Greenberg and my accuser to push their lies because the publication exists to attack Republicans and conservatives, so I initiated my lawsuit to halt these lies and protect my reputation. The Daily Beast tried to pretend this was a bad move, creating a"Streisand Effect" that would amplify my accuser's claims. But their metaphor failed the most

6:30 ..ll LTE

  **Chris Dorworth** 
6h ·

against Gaetz and then against me. He advised me and others in writing to "lawyer up" as he planned to take desperate measures. Greenberg's behavior escalated when he violated bail conditions and engaged in destructive actions, leading to his continued incarceration.

The Daily Beast did its best to help Greenberg and my accuser to push their lies because the publication exists to attack Republicans and conservatives, so I initiated my lawsuit to halt these lies and protect my reputation. The Daily Beast tried to pretend this was a bad move, creating a "Streisand Effect" that would amplify my accuser's claims. But their metaphor failed the most important test: the truth. Yes, I took the risk in suing because unethical reporters (yes, it's redundant) amplified the lies. But now we know the lies are just that: lies.

Although Gaetz has not pursued legal action, he too is a victim of these false allegations and this smear campaign led by The Daily Beast. The settlement of this lawsuit ensures there will be no further litigation on this matter as it pertains to me, but I know that these people do not give up easily.

I am relieved by this resolution, which prevents any future legal disputes.  She was going to sue me for something that didn't happen, and now she's not. And importantly, not one penny changed hands.

The truth is paramount, and I stand by my innocence and integrity. Joel Greenberg is in prison for, among other things, lying about one of his old political rivals having sex with a minor. He did the same to me and to Matt Gaetz. The millions of dollars his parents have spent to protect him and minimize his much deserved sentence is disturbing, but the idea that they would seek to implicate myself and Congressman Gaetz to get their degenerate

 Write a comment...   

6:30                                                                                    ..ıl LTE

  **Chris Dorworth**
6h · 🌐                                                                                      •••

Although Gaetz has not pursued legal action, he too is a victim of these false allegations and this smear campaign led by The Daily Beast. The settlement of this lawsuit ensures there will be no further litigation on this matter as it pertains to me, but I know that these people do not give up easily.

I am relieved by this resolution, which prevents any future legal disputes.  She was going to sue me for something that didn't happen, and now she's not. And importantly, not one penny changed hands.

The truth is paramount, and I stand by my innocence and integrity. Joel Greenberg is in prison for, among other things, lying about one of his old political rivals having sex with a minor. He did the same to me and to Matt Gaetz. The millions of dollars his parents have spent to protect him and minimize his much deserved sentence is disturbing, but the idea that they would seek to implicate myself and Congressman Gaetz to get their degenerate son out of prison faster is a true abuse of their wealth and power.  That is what's happening, though.

I am beyond humbled by the love and support of my wife, Rebekah and my three amazing children.  Thank you for taking a minute to read this if you've gotten this far. It has been a horrible experience and I am relieved that this portion is behind me.  We are pleased with the result.

👍 Like        💬 Comment        ➤ Send        ↗ Share

👍❤️😮 67

2 shares

Most relevant ⌄

📷  Write a comment...                               GIF  ☺