# EXHIBIT 2

# KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
### ATTORNEYS AND COUNSELLORS AT LAW
25 EAST PINE STREET
POST OFFICE BOX 1631
ORLANDO, FLORIDA 32802-1631
www.kbzwlaw.com

DAVID B. KING [1941 – 2020]
BRUCE B. BLACKWELL [RETIRED]
THOMAS A. ZEHNDER
FREDERICK S. WERMUTH
DUSTIN MAUSER-CLAASSEN
KIMBERLY D. HEALY
QUINN B. RITTER
MATTHEW M. SMALL

TELEPHONE
(407) 422-2472

FACSIMILE
(407) 648-0161

fwermuth@kbzwlaw.com

July 31, 2024

**SENT VIA EMAIL ONLY** (to mike@beltranlitigation.com, emead@mhw-law.com, cbeall@mhw-law.com, aandrade@mhw-law.com,)

Michael Beltran
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607

George R. Mead, II, Esq
Charles F. Beall, Esq.
R. Alex Andrade, Esq.
Moore, Hill & Westmoreland, P.A.
350 W. Cedar Street
Maritime Place, Suite 100
Pensacola, FL 32502

*Re: Dorworth v. Greenberg, et al., Case No. 23-cv-00871*

Dear Messrs. Beltran, Mead, Beall and Andrade,

This letter is notice to you of our challenge to the designation of (1) K███ M███'s entire deposition as confidential; (2) Michael Fischer's entire deposition as confidential; and (3) Rebekah Dorworth's entire deposition as confidential.

Pursuant to paragraph 15 of the attached "Confidentiality Agreement Governing Lawsuit" agreed to in this case, you have ten days to file a motion seeking to continue the "confidential" protection of these deposition transcripts.

With regard to the deposition transcript of Rebekah Dorworth, an objection was raised to Mr. Beltran's confidentiality designation and a demand for removal of the confidentiality designation was made during the July 23, 2024 deposition. Accordingly, you have until Friday, August 2, 2024 to file a motion seeking to continue the "confidential" protection of Rebekah Dorworth's deposition.

Michael Beltran
July 31, 2024
Page 2 of 2

_____

      With regard to the deposition transcript for Defendant A.B., we note that A.B.'s counsel challenged Plaintiff's designation of A.B.'s entire deposition as confidential on July 18, 2024, which started a 10-day deadline to file a motion with the court to protect the confidentiality designation that expired on July 28, 2024. A.B.'s counsel then emailed on July 30, 2024 indicating that Plaintiff planned to revise his designation to include only certain portions of A.B.'s deposition. A.B.'s counsel also marked as confidential any identifying information in either transcript for A.B. and K▇▇ M▇▇. Other than the identifying information A.B.'s counsel designated as confidential in her email, we do not believe that any portions of the depositions qualify for such designation. However, we will consider any further designations to A.B's deposition transcript that you will provide us. Though your original 10-day deadline has lapsed, as a courtesy we are providing you with an additional 10 days from today to identify any new designations.

      In the meantime, and also pursuant to the Confidentiality Agreement, please let me know your availability to confer on the matter.

Sincerely,

Frederick S. Wermuth

FSW/mh
cc:    all record counsel