# EXHIBIT 3

# KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
ATTORNEYS AND COUNSELLORS AT LAW
25 EAST PINE STREET
POST OFFICE BOX 1631
ORLANDO, FLORIDA 32802-1631
www.kbzwlaw.com

DAVID B. KING [1941 – 2020]
BRUCE B. BLACKWELL [RETIRED]
THOMAS A. ZEHNDER
FREDERICK S. WERMUTH
DUSTIN MAUSER-CLAASSEN
KIMBERLY D. HEALY
QUINN B. RITTER
MATTHEW M. SMALL

TELEPHONE
(407) 422-2472

FACSIMILE
(407) 648-0161

fwermuth@kbzwlaw.com

August 3, 2024

**SENT VIA EMAIL ONLY** (to emead@mhw-law.com, cbeall@mhw-law.com, aandrade@mhw-law.com,)

George R. Mead, II, Esq
Charles F. Beall, Esq.
R. Alex Andrade, Esq.
Moore, Hill & Westmoreland, P.A.
350 W. Cedar Street
Maritime Place, Suite 100
Pensacola, FL 32502

*Re: Dorworth v. Greenberg, et al., Case No. 23-cv-00871*

Dear Messrs. Mead, Beall and Andrade,

This letter is notice to you of our challenge to the designation of text messages bates-stamped DORWORTH 002191 through 002420, as well as letters bates-stamped DORWORTH 000909 through 000931, DORWORTH 001075 through 001102, DORWORTH 001126 through 001130, and DORWORTH 001585 through 001587 as confidential. We also challenge your designation of the text chain bates-stamped DORWORTH 002190 as confidential in its entirety, as we believe it is sufficient to mark as confidential only the reference to A.B.'s name in the second message.

Pursuant to paragraph 15 of the attached "Confidentiality Agreement Governing Lawsuit" agreed to in this case, you have ten days to file a motion seeking to continue the "confidential" protection of these documents. With the exception of A.B.'s name in DORWORTH 002190 we do not believe that any portions of these documents qualify for such designation. That said, if there are specific portions of the cited documents that you believe should remain confidential, we would be glad to consider those.

Michael Andrade
August 3, 2024
Page 2 of 2

_____

       In the meantime, and also pursuant to the Confidentiality Agreement, please let me know your availability to confer on the matter.

       Sincerely,

       Frederick S. Wermuth

FSW/mh
Enclosure
cc:    all record counsel