# EXHIBIT 5

| | |
|---|---|
| **From:** | Dustin Mauser-Claassen |
| **To:** | Alex Andrade |
| **Cc:** | Fritz Scheller; Di Filippo, Lisa; Perkins, Jason; Bryan, Martina; Charles Beall; Erick Mead; Harmony Malone; Amy Renehan; Fritz Wermuth; Quinn Ritter; Melissa Hill; wpeters@wickersmith.com; Rparadela@wickersmith.com; apeppis@wickersmith.com; bhattenbach@wickersmith.com; Farinha, Caroline; mfurbush@deanmead.com; abarkett@deanmead.com; mkirn@deanmead.com; Kaitlyn Chomin; smarshall@deanmead.com; acandelario@deanmead.com; DeVito, Anthony (Tony); orlecf@cfdom.net |
| **Subject:** | Re: Designation of Transcript Excerpts of Deposition of Rebekah Dorworth as CONFIDENTIAL |
| **Date:** | Saturday, August 3, 2024 11:30:19 AM |

Thanks Alex. We are fine with August 9 as your deadline to de-designate or move the court to maintain the designations for the transcripts of AB, Mr. Fischer, and Ms. M█████. We will review your new page/line designations for Ms. Dorworth on Monday.

Dustin Mauser-Claassen | Shareholder
dmauser@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161
kbzwlaw.com

---

**From:** Alex Andrade <aandrade@mhw-law.com>
**Sent:** Friday, August 2, 2024 3:33 PM
**To:** Dustin Mauser-Claassen <dmauser@kbzwlaw.com>
**Cc:** Fritz Scheller <fscheller@flusalaw.com>; Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Perkins, Jason <jperkins@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; Charles Beall <cbeall@mhw-law.com>; Erick Mead <emead@mhw-law.com>; Harmony Malone <hmalone@mhw-law.com>; Amy Renehan <arenehan@flusalaw.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; wpeters@wickersmith.com <wpeters@wickersmith.com>; Rparadela@wickersmith.com <Rparadela@wickersmith.com>; apeppis@wickersmith.com <apeppis@wickersmith.com>; bhattenbach@wickersmith.com <bhattenbach@wickersmith.com>; Farinha, Caroline <CFarinha@wickersmith.com>; mfurbush@deanmead.com <mfurbush@deanmead.com>; abarkett@deanmead.com <abarkett@deanmead.com>; mkirn@deanmead.com <mkirn@deanmead.com>; Kaitlyn Chomin <kchomin@deanmead.com>; smarshall@deanmead.com <smarshall@deanmead.com>; acandelario@deanmead.com <acandelario@deanmead.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; orlecf@cfdom.net <orlecf@cfdom.net>
**Subject:** Re: Designation of Transcript Excerpts of Deposition of Rebekah Dorworth as CONFIDENTIAL

Understood,

My reading of the agreement is that the PARTY wishing to challenge the designation had to challenge and we had 10 days to respond to that challenge.

If the date you challenged the designation was July 31, I calculate our required time to file a motion to be August 9.

I'm trying to resolve that issue without motion practice by Monday.

Alex Andrade

> On Aug 2, 2024, at 2:11 PM, Dustin Mauser-Claassen <dmauser@kbzwlaw.com> wrote:
>
> Alex,
>
> Thanks for providing this.  We will look forward to seeing your revised designations.
>
> As a heads up, we will likely be referring to certain excerpts of Ms. Dorworth's testimony during next week's hearing—some of which is cited in the supplement we provided you.  I don't expect a crowd at the hearing, but just wanted to provide you a heads up in case your client feels the need to seal the courtroom or seek other relief.
>
> Regarding AB's designations, as explained in our July 31 letter, our position is that any challenge to designations made by AB is not extinguished by her dismissal from the case. In any event, for avoidance of doubt, we joined AB's challenges to each designation in the July 31 letter.
>
> Best,
> Dustin
>
> Dustin Mauser-Claassen | Shareholder
> dmauser@kbzwlaw.com
> KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
> 25 East Pine St | Orlando, FL 32801
> Tel: 407-422-2472 | Fax: 407-648-0161
> kbzwlaw.com
>
> ---
>
> **From:** Alex Andrade <aandrade@mhw-law.com>
> **Sent:** Friday, August 2, 2024 2:31 PM
> **To:** 'Fritz Scheller' <fscheller@flusalaw.com>; Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Perkins, Jason <jperkins@carltonfields.com>; Bryan, Martina <MBryan@carltonfields.com>; Charles Beall <cbeall@mhw-law.com>; Erick

Mead <emead@mhw-law.com>; Harmony Malone <hmalone@mhw-law.com>; Amy Renehan <arenehan@flusalaw.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; wpeters@wickersmith.com <WPeters@wickersmith.com>; 'Rparadela@wickersmith.com' <Rparadela@wickersmith.com>; 'apeppis@wickersmith.com' <apeppis@wickersmith.com>; 'bhattenbach@wickersmith.com' <bhattenbach@wickersmith.com>; 'Farinha, Caroline' <CFarinha@wickersmith.com>; 'mfurbush@deanmead.com' <mfurbush@deanmead.com>; 'abarkett@deanmead.com' <abarkett@deanmead.com>; 'mkirn@deanmead.com' <mkirn@deanmead.com>; 'Kaitlyn Chomin' <kchomin@deanmead.com>; 'smarshall@deanmead.com' <smarshall@deanmead.com>; 'acandelario@deanmead.com' <acandelario@deanmead.com>
**Cc:** DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; 'orlecf@cfdom.net' <orlecf@cfdom.net>
**Subject:** Designation of Transcript Excerpts of Deposition of Rebekah Dorworth as CONFIDENTIAL

Counsel,

My understanding is that the only party who challenged the designation of Rebekah Dorworth's transcript as confidential was counsel for A.B., who is now dismissed from this case. We intend to de-designate the transcript as confidential on Monday and provide a list of statements within the transcript we will continue to designate as confidential.

Generally, the basis for the designation will be references to my client's ▇▇▇▇▇▇ ▇▇▇▇▇▇▇, and any other sensitive matter related to his family, as specifically identified.

Those sections can generally be understood as the pages or specific line references to the following key words within the transcript:



We will provide a list and redacted version of the transcript by Monday.

R. Alex Andrade
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, Florida 32502
Phone: (850) 434-3541
Fax: (850) 435-7899
www.mhw-law.com

This is a privileged communication protected by the laws of the State of Florida, the United States and the European Union from unauthorized disclosure to anyone except the intended recipient.  If you have received this message in error, please delete it immediately and notify the sender identified above.  Your cooperation in this regard is greatly appreciated.