# EXHIBIT 6

# MOORE, HILL & WESTMORELAND, P.A.
## ATTORNEYS AT LAW

LARRY HILL
CHARLES F. BEALL, JR. *‡+
GEORGE R. MEAD, II
DANIEL M. EWERT ♦
JESSICA L. SCHOLL +
R. ALEX ANDRADE +
HALEY J. VANFLETEREN +
SAMANTHA M. FOLKES

\*   Board Certified Civil Trial Lawyer
‡   Board Certified Appellate Lawyer
+   Also Admitted in Alabama
♦   Also Admitted in Wyoming & Texas

☙ PENSACOLA OFFICE ❧
Maritime Place | Suite 100
350 West Cedar Street *(32502)*
Post Office Box 13290
Pensacola, Florida 32591-3290

Telephone (850) 434-3541
Telefax (850) 435-7899

♦ JACKSON HOLE OFFICE ♦
140 East Broadway, Suite 25
Post Office Box 3095
Jackson, Wyoming 83001

Telephone (307) 200-0069

H. EDWARD MOORE, JR.
RETIRED
_____

J. LOFTON WESTMORELAND
(1946 - 2004)

Internet
http://www.mhw-law.com

Writer's Email Address:
emead@mhw-law.com

August 5, 2024

**<u>Via Electronic Mail</u>**

Counsel of Record for Defendants:
Andrew W. Greenberg
Susan Greenberg
Abby Greenberg
AWG, Inc.
Greenberg Dental Associates
Joel Micah Greenberg

> ***Re: Dorworth v. Greenberg, et al., Case No. 23-cv-00871***

Pursuant to the Confidentiality Agreement Governing Lawsuit, executed on or about October 6, 2023, Plaintiff's counsel provides the following chart and redacted version of the Transcript of the Deposition of Rebekah Dorworth, taken by the parties on July 23, 2024. Attached to the email transmitting this designation is a proposed redacted copy of the transcript itself. Plaintiff, contemporaneously with the designation of the below excerpts as confidential, rescinds its prior designation of the transcript in its entirety, made on July 23, 2024.

| Page | Line |
|---|---|
| References to Defendant A.B. Containing Identifying Information ||
| 458 | 10-11, 19-22 |
| 461 | 10-12, 13-20 |
| References to Sensitive Information of 3rd Parties ||
| 247 | 10-12 |
| 248 | 1-15 |
| 259 | 10-11, 17-19 |
| 262 | 1-25 |
| 263 | 1-24 |
| 264 | 7-13 |
| 265 | 20-25 |
| 266 | 1-11 |
| 268 | 7-16 |
| 269 | 2-6, 14-19, 23-25 |
| 270 | 1-2, 4-8, 10-13, 23-25 |
| 271 | 1-5 |
| 274 | 18-24 |
| 275 | 1-25 |
| 276 | 1-25 |

| | |
|---|---|
| 277 | 1-5 |
| 278 | 23-24 |
| 280 | 9-13, 18-25 |
| 281 | 1-2, 20-21 |
| 337 | 2-13 |
| 361 | 10-18 |
| 362 | 2-8, 16, 18-19, 24-25 |
| 363 | 1-7 |
| Sensitive Information Regarding Plaintiff's Marital Relationship | |
| 111 | 19-20 |
| 112 | 8-9 |
| 125 | 23-25 |
| 248 | 18-22 |
| 249 | 2-5 |
| 286 | 8-14 |
| 287 | 7-15 |
| 336 | 9-12, 24-25 |
| 337 | 2-6 |
| 339 | 5-8 |
| 341 | 8-13, 17-23 |
| 342 | 16 |

| | |
|---|---|
| 362 | 24-25 |
| 363 | 1-7 |
| 384 | 22-23 |
| 385 | 12-14 |
| 386 | 2-5 |
| 433 | 7-22 |
| 434 | 1-25 |
| 435 | 1-25 |
| 436 | 1-12 |
| 461 | 7-20 |
| 462 | 2-4 |

*/S/ R. Alex Andrade*
R. Alex Andrade
Florida Bar No. 111337
George R. Mead, II
Florida Bar No. 096490
Charles F. Beall, Mr.
Florida Bar No. 66944
emead@mhw-law.com
cbeall@mhw-law.com
aandrade@mhw-law.com
tstokes@mhw-law.com
kalbini@mhw-law.com
hmalone@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541

*Counsel for Plaintiff, Christopher E. Dorworth*

5