# EXHIBIT 7

# KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
ATTORNEYS AND COUNSELLORS AT LAW
25 EAST PINE STREET
POST OFFICE BOX 1631
ORLANDO, FLORIDA 32802-1631
www.kbzwlaw.com

DAVID B. KING [1941 – 2020]
BRUCE B. BLACKWELL [RETIRED]
THOMAS A. ZEHNDER
FREDERICK S. WERMUTH
DUSTIN MAUSER-CLAASSEN
KIMBERLY D. HEALY
QUINN B. RITTER
MATTHEW M. SMALL

TELEPHONE
(407) 422-2472

FACSIMILE
(407) 648-0161

fwermuth@kbzwlaw.com

August 16, 2024

**SENT VIA EMAIL ONLY** (to emead@mhw-law.com, cbeall@mhw-law.com, aandrade@mhw-law.com,)

George R. Mead, II, Esq
Charles F. Beall, Esq.
R. Alex Andrade, Esq.
Moore, Hill & Westmoreland, P.A.
350 W. Cedar Street
Maritime Place, Suite 100
Pensacola, FL 32502

*Re: Dorworth v. Greenberg, et al., Case No. 23-cv-00871*

Dear Messrs. Mead, Beall and Andrade,

We challenge the confidentiality designations of Ms. Dorworth's deposition transcript based on the judge's admonition regarding confidentiality designations at hearing held on August 7, 2024. Specifically, because Ms. Dorworth's deposition will eventually be filed in the record in full, we think it will be prudent for Plaintiff to affirmatively seek relief designating those portions of the transcript, which will affect any sealing relief that will need to be sought. Pursuant to paragraph 15 of the "Confidentiality Agreement Governing Lawsuit" agreed to in this case, you have ten days to file your motion to maintain confidential protection of these documents.

Sincerely,

Frederick S. Wermuth

FSW/mh
cc:     all record counsel