# EXHIBIT 8

| | |
|---|---|
| **From:** | Alex Andrade |
| **To:** | Fritz Wermuth |
| **Cc:** | Erick Mead; Charles Beall; Dustin Mauser-Claassen; Quinn Ritter; Melissa Hill |
| **Subject:** | RE: Dorworth/Greenberg - Confidential Designations & Conferral on Motion to Compel |
| **Date:** | Friday, August 30, 2024 3:48:07 PM |

Understood,

Thank you.

R. Alex Andrade
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, Florida 32502
Phone: (850) 434-3541
Fax: (850) 435-7899
www.mhw-law.com

This is a privileged communication protected by the laws of the State of Florida, the United States and the European Union from unauthorized disclosure to anyone except the intended recipient. If you have received this message in error, please delete it immediately and notify the sender identified above. Your cooperation in this regard is greatly appreciated.

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Friday, August 30, 2024 2:39 PM
**To:** Alex Andrade <aandrade@mhw-law.com>
**Cc:** Erick Mead <emead@mhw-law.com>; Charles Beall <cbeall@mhw-law.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: Dorworth/Greenberg - Confidential Designations & Conferral on Motion to Compel

Alex,

Under the parties' confidentiality agreement, you have waived any claim of confidentiality in these documents by failing to file a motion within 10 days of our formal challenges, which are attached. Thus, the Greenbergs are under no obligation to refrain from filing any of the designated materials on the open docket.

That said, as a professional courtesy, we will agree not to file any of the documents or portions of transcripts you have marked confidential on the open

docket until after **Wednesday, September 4, 2024**. If you intend to ask the Court to require that *any* of the materials addressed in the attached letters be maintained as confidential and filed only under seal, you need to do so on or before that date.

Any further delay in seeking relief will prejudice the Greenbergs because your confidentiality designations are currently preventing us from putting all information relevant to our pending motion to compel before the Court and will prevent us from putting all the evidence supporting our motion for sanctions before the Court after the safe-harbor period expires. For those reasons, we need to resolve this issue as soon as possible and Wednesday is the longest the Greenbergs can reasonably wait.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Alex Andrade <aandrade@mhw-law.com>
**Sent:** Thursday, August 29, 2024 4:33 PM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Erick Mead <emead@mhw-law.com>; Charles Beall <cbeall@mhw-law.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** RE: Dorworth/Greenberg - Confidential Designations & Conferral on Motion to Compel

Fritz,

We intend to file a motion for protective order regarding the redacted portions of Rebekah Dorworth's testimony and certain minor portions of the deposition transcript's of Mike Fisher, A.B. and K.M.

I am requesting an extension of time to the end of next week to file the motion before those redacted portions are filed with the court. I have been in depositions and mediations the majority of this week, and have not been able to finalize the motion, but will be able to finalize by Friday of next week.

R. Alex Andrade
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, Florida 32502
Phone: (850) 434-3541

Fax: (850) 435-7899
www.mhw-law.com

This is a privileged communication protected by the laws of the State of Florida, the United States and the European Union from unauthorized disclosure to anyone except the intended recipient.  If you have received this message in error, please delete it immediately and notify the sender identified above.  Your cooperation in this regard is greatly appreciated.

---

**From:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Sent:** Tuesday, August 27, 2024 3:15 PM
**To:** Alex Andrade <aandrade@mhw-law.com>
**Cc:** Erick Mead <emead@mhw-law.com>; Charles Beall <cbeall@mhw-law.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>
**Subject:** Dorworth/Greenberg - Confidential Designations & Conferral on Motion to Compel

Alex,

As you will recall, we sent you the attached letter on August 16th, challenging your confidentiality designations in Rebekah Dorworth's deposition transcript based on Judge Irick's admonition regarding confidentiality designations moving forward in this case. The parties' confidentiality agreement gives a party seeking to maintain a confidentiality designation 10 days from a confidentiality challenge "to file a motion directed to the United States District Court for the Middle District of Florida or otherwise act in conformity with the Court's practice standards for resolving discovery disputes." If a party does not do so within the 10-day time frame, the challenging party need not treat such materials as confidential. Because you did not timely file a motion within 10 days of our challenge, Plaintiff has waived his confidentiality designations as to Rebekah's transcript. Also, because Plaintiff did not file a motion to maintain his designations of the deposition transcripts of A.B., K.M., and Mr. Fischer, those designations are also waived.

Separately, we sent you a conferral letter on August 19th addressing deficiencies in Plaintiff's response to the Greenbergs' 21st request for production. That letter requested: "Plaintiff's 2016, 2017, 2018, 2019, 2022, and 2023 tax returns" and stated that, "[i]f any of these returns are not yet complete, we demand that you produce all documents which Plaintiff is or will use to compile those returns so that we may evaluate Plaintiff's income during the relevant period." The letter requested a response by August 22nd. Because we have still not received any response to this request, we

would also like to confer regarding the issue and any subsequent motion to compel the Greenbergs may be forced to file. Please let me know when you are available this week to discuss.

Fritz Wermuth | Shareholder

fwermuth@kbzwlaw.com

KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

25 East Pine St | P.O. Box 1631 | Orlando, FL 32801

Tel: 407-422-2472 | Fax: 407-648-0161

kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.