UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>*Plaintiff*,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., and GREENBERG DENTAL SPECIALTY GROUP, LLC,<br><br>*Defendants*. | Case No.: 6:23-cv-871-CEM-DCI |

## TIME-SENSITIVE MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS

Defendants, Andrew and Susan Greenberg and AWG, Inc. (the "Greenbergs") move under Local Rule 3.01(a) for leave to file a motion to determine entitlement to fees under Local Rule 7.01(b) that exceeds Rule 3.01(a)'s 25-page page limit by five pages (for a total of 30 pages). In support, the Greenbergs state:

### THE TIME-SENSITIVE NATURE OF RELIEF REQUESTED

This motion is time-sensitive because any motion for fee entitlement is due on September 19, 2024. M.D. Fla. Local R. 7.01(b). The Greenbergs respectfully request a ruling on or before that date.

## MEMORANDUM OF LAW

Despite Plaintiff's notice of voluntary dismissal, Doc. 185, this Court retains jurisdiction to resolve motions for fees and costs, *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395 (1990), sanctions under its inherent powers, *Hyde v. Irish*, 962 F.3d 1306, 1310 (11th Cir. 2020), and sanctions under 28 U.S.C. § 1927, *id.* Here, Andrew, Susan and Abby Greenberg intend to seek fees under § 772.104(3), Fla. Stat. This provision entitles a defendant to fees when a Florida RICO claim is brought "without substantial fact or legal support." *Id.* And it allows defendants to make that showing "after a plaintiff's voluntary dismissal of the claim." *Royal Palm Village Residents, Inc. v. Slider, Inc.*, No. 8:19-CV-874-CEH-SPF, 2021 WL 4452898, at *1 (M.D. Fla. Sept. 29, 2021); *see also id.* at *2 n.2, *5 n.3 (explaining that a motion for fees under § 772.104(3) is appropriate even after a notice of voluntary dismissal and a form order closing the case). All Defendants also intend to seek sanctions under the Court's inherent powers and § 1927—both of which require a showing of bad faith. *Irish*, 962 F.3d at 1310.

Defendants bear the burden to establish fee entitlement. *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983). To properly support their motion, Defendants will provide an in-depth discussion of a complex RICO case that involved 10 parties and over 1,000 paragraphs of allegations that was intensely litigated for over a year—necessarily citing and detailing dozens of exhibits, filings, and depositions. *See, e.g.*, *Royal Palm Village*, 2021 WL 4452898, at *5. Defendants will also show how Plaintiff and his counsel acted in bad faith. *See Irish*, 962 F.3d at 1310.

Given the multiple bases for fee entitlement and fact-intensive nature of the requisite showings, the Greenbergs request a modest enlargement of the page limit for Defendants' forthcoming motion for fee entitlement from 25 pages to 30 pages.

**WHEREFORE**, the Greenbergs request that this Court grant Defendants leave to file a motion for fee entitlement of no more than 30 pages.

## LOCAL RULE 3.01(g) CERTIFICATION

On September 13, 2024 counsel for the Greenbergs conferred with counsel for Plaintiff via email on the issues raised in this motion. Plaintiff opposes the relief sought.

Dated:  September 13, 2024

Respectfully submitted,

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth (Lead Counsel)
Florida Bar No. 0184111
Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn Ritter
Florida Bar No. 1018135
KING, BLACKWELL, ZEHNDER
 & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
dmauser@kbzwlaw.com
qritter@kbzwlaw.com

*Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG, Inc.*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111