# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH, <br><br> *Plaintiff,* <br><br> v. <br><br> JOEL MICAH GREENBERG, ANDREW W. GREEBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., and GREENBERG DENTAL SPECIALTY GROUP, LLC., <br><br> *Defendants.* | Case No.:  6:23-cv-00871-CEM-DCI |

## DEFENDANT, ABBY GREENBERG'S, NOTICE OF FILING TAXABLE BILL OF COSTS

The Defendant, Abby Greenberg, by and through her undersigned counsel, and pursuant to the Local Rules of the Middle District of Florida, hereby gives notice of the filing of her taxable bill of costs attached hereto as **EXHIBIT A**; detailed spreadsheet of court reporter and videographer costs appearing in taxable bill of costs attached hereto as **EXHIBIT B**; invoices of court reporter costs attached hereto as **COMPOSITE EXHIBIT C**; detailed spreadsheet of fees for services of non-party subpoenas appearing in taxable bill of costs attached hereto as **EXHIBIT D**; and invoices of fees for services of non-party subpoenas attached hereto as **COMPOSITE EXHIBIT E**.

1

137220362.3

**DATED**: Thursday, September 19, 2024

        Respectfully submitted,

        /s/ *Jason A. Perkins*
        Jason A. Perkins, Esq.
        Florida Bar No. 0610852
        CARLTON FIELDS, P.A.
        200 S. Orange Avenue, Suite 1000
        Orlando, Florida 32801
        Phone:  407-849-0300
        Fax:  407-648-9099
        JPerkins@carltonfields.com
        MBryan@carltonfields.com
        LDiFilippo@carltonfields.com
        ***Attorney for Defendant, Abby Greenberg***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Thursday, September 19, 2024, I served the foregoing by Electronic Mail to all counsel of record.

        /s/ Jason A. Perkins

        Jason A. Perkins, Esq.

137220362.3