# EXHIBIT

# B

**EXHIBIT "B"**
**SPREADSHEET OF COURT**
**REPORTER AND VIDEOGRAPHER COSTS**
**APPEARING IN TAXABLE BILL OF COSTS**

| DATE OF INVOICE | COURT REPORTER | WITNESS | LOCATION | COURT REPORTER APPEARANCE FEE | VIDEOGRAPHER CHARGES | TRANSCRIPT CHARGES | OTHER FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5/8/2024 | Veritext LLC | Heathrow Masters Association, Corporate Representative, Deanna Sims | Carlton Fields Orlando, Florida | $ 510.00 | $ - | $ - | $ 114.00 | $ 624.00 |
| 5/15/2024 | Veritext LLC | Deanna Sims | Carlton Fields Orlando, Florida | $ 830.00 | $ - | $ - | $ 190.00 | $ 1,020.00 |
| 5/16/2024 | Veritext LLC | Michael Fischer | Andrews Law Firm Tallahassee, Florida | $ 605.00 | $ - | $ - | $ 95.00 | $ 700.00 |
| 5/21/2024 | Veritext LLC | Michael Fischer | Andrews Law Firm Tallahassee, Florida | $ 892.50 | $ - | $ - | $ 187.00 | $ 1,079.50 |
| 6/4/2024 | Veritext LLC | Michael Fischer | Andrews Law Firm Tallahassee, Florida | $ - | $ - | $ 1,169.40 | $ 96.45 | $ 1,265.85 |
| 7/9/2024 | Veritext LLC | K.M. | Hutchinson Black and Cook,LLC Boulder, Colorado | $ 910.00 | $ - | $ 2,273.40 | $ 305.35 | $ 3,488.75 |
| 7/10/2024 | Veritext LLC | A.B. | Hutchinson Black and Cook,LLC Boulder, Colorado | $ 812.50 | $ - | $ 2,326.20 | $ 305.65 | $ 3,444.35 |
| 7/15/2024 | Veritext LLC | A.B. | Hutchinson Black and Cook,LLC Boulder, Colorado | $ 1,535.00 | $ - | $ - | $ 1,267.00 | $ 2,802.00 |
| 7/16/2024 | Veritext LLC | K.M. | Hutchinson Black and Cook,LLC Boulder, Colorado | $ 1,410.00 | $ - | $ - | $ 988.00 | $ 2,398.00 |
| 7/22/2024 | Veritext LLC | K.M. | Hutchinson Black and Cook,LLC Boulder, Colorado | $ - | $ - | $ 210.00 | $ 85.00 | $ 295.00 |
| 7/22/2024 | Veritext LLC | A.B. | Hutchinson Black and Cook,LLC Boulder, Colorado | $ - | $ - | $ 240.00 | $ 85.00 | $ 325.00 |
| 7/24/2024 | Veritext LLC | Rebekah Dorworth | Carlton Fields Orlando, Florida | | | $ 150.50 | $ 352.23 | $ 502.73 |
| 8/15/2024 | Esquire Deposition Solutions LLC | Christopher Dorworth | Carlton Fields Orlando, Florida | $ 637.50 | $ - | $ 2,619.00 | $ 1,566.35 | $ 4,822.85 |
| 8/15/2024 | Esquire Deposition Solutions LLC | Christopher Dorworth | Carlton Fields Orlando, Florida | $ - | $ 1,295.00 | $ - | $ 125.00 | $ 1,420.00 |
| 8/16/2024 | Esquire Deposition Solutions LLC | Christopher Dorworth | Carlton Fields Orlando, Florida | $ - | $ 900.00 | $ - | $ - | $ 900.00 |
| 8/16/2024 | Esquire Deposition Solutions LLC | Christopher Dorworth | Carlton Fields Orlando, Florida | $ 420.00 | $ 1,571.40 | $ - | $ 920.46 | $ 2,911.86 |
| | **Grand Totals** | | | $ 8,562.50 | $ 3,766.40 | $ 8,988.50 | $ 6,682.49 | $ 27,999.89 |