**COMPOSITE EXHIBIT "C'**
**INVOICES OF COURT REPORTER COSTS**

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins<br>Carlton Fields, LLP<br>200 South Orange Avenue<br>Suite 1000<br>Orlando, FL, 32801 | **Invoice #:** | **7400165** |
|---|---|---|---|
| | | **Invoice Date:** | **5/8/2024** |
| | | **Balance Due:** | **$624.00** |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah and Andrew W. et al (6:23cv00871CEMDCI)**   **Proceeding Type: Depositions**

Job #: 6494183   |   Job Date: 5/6/2024   |   Delivery: Expedited         Billing/Matter #: 19303/69225

| Location: | Orlando, FL | Case No: 6:23-cv-00871-CEM-DCI |
|---|---|---|
| Billing Atty: | Jason Perkins | Proceeding Type: Deposition |
| Scheduling Atty: | Jason Perkins | Carlton Fields, LLP | |

| Witness: C/R Heathrow Master Association, Inc. - Deanna Sims | Quantity | Price | Amount |
|---|---|---|---|
| Attendance - No Transcript Ordered | 1.00 | $130.00 | $130.00 |
| Attendance - No Transcript Ordered Add'l Hours | 4.00 | $95.00 | $380.00 |
| Veritext Virtual Primary Participants | 1.00 | $95.00 | $95.00 |
| | Quantity | Price | Amount |
| Expenses (Out of Pocket) | 1.00 | $19.00 | $19.00 |

| Notes: | | **Invoice Total:** | **$624.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$624.00** |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** **7400165**<br>**Invoice Date:** **5/8/2024**<br>**Balance Due:** **$624.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

15741

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins<br>Carlton Fields, LLP<br>525 Okeechobee Boulevard<br>Suite 1200<br>West Palm Beach, FL, 33401 | **Invoice #:** | **7416360** |
|---|---|---|---|
| | | **Invoice Date:** | **5/15/2024** |
| | | **Balance Due:** | **$1,020.00** |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah and Andrew W. et al (6:23cv00871CEMDCI)**  **Proceeding Type: Depositions**

Job #: 6494183   |   Job Date: 5/6/2024   |   Delivery: Normal          Billing/Matter #: 19303/69225

Location:          Orlando, FL                                              Case No: 6:23-cv-00871-CEM-DCI
Billing Atty:       Jason Perkins                                           Proceeding Type: Deposition
Scheduling Atty:   Jason Perkins | Carlton Fields, LLP

| Witness: Deanna Sims | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $330.00 | $330.00 |
| Video - Additional Hours | 4.00 | $125.00 | $500.00 |
| Video - Media and Cloud Services | 5.00 | $34.00 | $170.00 |
| Expenses (Out of Pocket) | 1.00 | $20.00 | $20.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$1,020.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,020.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7416360**
**Invoice Date:  5/15/2024**
**Balance Due:  $1,020.00**

15741

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins<br>Carlton Fields, LLP<br>200 South Orange Avenue<br>Suite 1000<br>Orlando, FL, 32801 | Invoice #: | 7422072 |
|---|---|---|---|
| | | Invoice Date: | 5/16/2024 |
| | | Balance Due: | $700.00 |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah and Andrew W. et al (6:23cv00871CEMDCI)**   **Proceeding Type: Depositions**

| Job #: 6494309 | Job Date: 5/15/2024 | Delivery: None | Billing/Matter #: 19303-69225 |
|---|---|---|---|
| Location: | Tallahassee, FL | | Case No: 6:23-cv-00871-CEM-DCI |
| Billing Atty: | Jason Perkins | | Proceeding Type: Deposition |
| Scheduling Atty: | Jason Perkins | Carlton Fields, LLP | |

| **Witness: Michael Fischer** | Quantity | Price | Amount |
|---|---|---|---|
| Attendance - No Transcript Ordered | 1.00 | $130.00 | $130.00 |
| Attendance - No Transcript Ordered Add'l Hours | 5.00 | $95.00 | $475.00 |
| Veritext Virtual Primary Participants | 1.00 | $95.00 | $95.00 |

| Notes: | | Invoice Total: | $700.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $700.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7422072
**Invoice Date:** 5/16/2024
**Balance Due:** $700.00

15741

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins<br>Carlton Fields, LLP<br>200 South Orange Avenue<br>Suite 1000<br>Orlando, FL, 32801 | **Invoice #:** | **7425206** |
|---|---|---|---|
| | | **Invoice Date:** | **5/21/2024** |
| | | **Balance Due:** | **$1,079.50** |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah and Andrew W. et al (6:23cv00871CEMDCI)**  **Proceeding Type: Depositions**

Job #: 6494309   |   Job Date: 5/15/2024   |   Delivery: Normal          Billing/Matter #: 19303-69225

Location:          Tallahassee, FL                                                                                         Case No: 6:23-cv-00871-CEM-DCI
Billing Atty:       Jason Perkins                                                                                             Proceeding Type: Deposition
Scheduling Atty:  Jason Perkins | Carlton Fields, LLP

| **Witness: Michael Fischer** | **Quantity** | **Price** | **Amount** |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $330.00 | $330.00 |
| Video - Additional Hours | 4.50 | $125.00 | $562.50 |
| Video - Media and Cloud Services | 5.50 | $34.00 | $187.00 |

| Notes: | | **Invoice Total:** | **$1,079.50** |
|---|---|---|---:|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | **$1,079.50** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:**  **7425206**<br>**Invoice Date:**  **5/21/2024**<br>**Balance Due:**  **$1,079.50** |
|---|---|---|

Pay by Credit Card: www.veritext.com

15741

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins<br>Carlton Fields, LLP<br>200 South Orange Avenue<br>Suite 1000<br>Orlando, FL, 32801 | | **Invoice #:** | **7465920** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **6/4/2024** |
| | | | **Balance Due:** | **$1,265.85** |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah And Andrew W. Et Al (6:23cv00871CEMDCI)**   **Proceeding Type: Depositions**

Job #: 6494309   |   Job Date: 5/15/2024   |   Delivery: Normal           Billing/Matter #: 19303-69225

Location:           Tallahassee, FL                                                            Case No: 6:23-cv-00871-CEM-DCI
Billing Atty:        Jason Perkins                                                               Proceeding Type: Deposition
Scheduling Atty:  Jason Perkins | Carlton Fields, LLP

| Witness: Michael Fischer | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 223.00 | $4.40 | $981.20 |
| Transcript - Supplemental Surcharges* | 223.00 | $0.40 | $89.20 |
| Exhibits | 39.00 | $0.55 | $21.45 |
| Litigation Package - Secure File Suite | 1.00 | $48.00 | $48.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $27.00 | $27.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

Notes:   *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---:|
| **Invoice Total:** | $1,265.85 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,265.85 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**   **7465920**
**Invoice Date:**   **6/4/2024**
**Balance Due:**   **$1,265.85**

15741

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---:|
| Bill To: | Jason Perkins<br>Carlton Fields, LLP<br>200 South Orange Avenue<br>Suite 1000<br>Orlando, FL, 32801 | **Invoice #:** 7545460<br>**Invoice Date:** 7/9/2024<br>**Balance Due:** $3,488.75 |

**Case:** Dorworth, Christopher E. v. Greenberg, Joel Micah And Andrew W. Et Al (6:23cv00871CEMDCI)   **Proceeding Type: Depositions**

Job #: 6632762   |   Job Date: 6/21/2024   |   Delivery: Normal    Billing/Matter #: 134881549.1
Location:         Boulder, CO                                      Case No: 6:23cv00871CEMDCI
Billing Atty:     Jason Perkins                                    Proceeding Type: Deposition
Scheduling Atty:  Jason Perkins | Carlton Fields, LLP

| Witness: K.M. | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 453.00 | $4.40 | $1,993.20 |
| Transcript - Supplemental Surcharges* | 453.00 | $0.40 | $181.20 |
| Attendance - First Hour | 1.00 | $110.00 | $110.00 |
| Attendance - Add'l Hours | 7.00 | $80.00 | $560.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 2.00 | $120.00 | $240.00 |
| Exhibits | 74.00 | $0.55 | $40.70 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Veritext Virtual Primary Participants | 1.00 | $95.00 | $95.00 |
| Expenses (Out of Pocket) | 1.00 | $4.65 | $4.65 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7545460
**Invoice Date:** 7/9/2024
**Balance Due:** $3,488.75

15741

**Veritext, LLC - Florida Region**

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | *Supplemental Surcharges Include: Video Proceeding 9:00 - 6:02 pm (8 hrs normal, 2 hrs OT) | **Invoice Total:** | **$3,488.75** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$3,488.75** |
| TERMS: | Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information | | |

| **Remit to:** Veritext P.O. Box 71303 Chicago IL 60694-1303 Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):** **A/C Name:** Veritext **Bank Name:** BMO Harris Bank **Account No:** 4353454 **ABA:** 071000288 **Swift:** HATRUS44 | **Invoice #:** 7545460 **Invoice Date:** 7/9/2024 **Balance Due:** $3,488.75 |
|---|---|---|
| | Pay by Credit Card: www.veritext.com | |

15741

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins<br>Carlton Fields LLP<br>525 Okeechobee Boulevard<br>Suite 1200<br>West Palm Beach, FL, 33401 | | |
|---|---|---|---|

| | |
|---|---|
| **Invoice #:** | 7549129 |
| **Invoice Date:** | 7/10/2024 |
| **Balance Due:** | $3,444.35 |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah And Andrew W. Et Al (6:23cv00871CEMDCI)**

**Proceeding Type: Depositions**

Job #: 6632729  |  Job Date: 6/24/2024  |  Delivery: Normal

Billing/Matter #: 19303-69225

Location:       Boulder, CO

Case No: 6:23cv00871CEMDCI

Proceeding Type: Deposition

Billing Atty:       Jason Perkins

Scheduling Atty:   Jason Perkins | Carlton Fields LLP

| **Witness: "A.B"** | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 464.00 | $4.40 | $2,041.60 |
| Transcript - Supplemental Surcharges* | 464.00 | $0.40 | $185.60 |
| Attendance - First Hour | 1.00 | $110.00 | $110.00 |
| Attendance - Add'l Hours | 7.00 | $80.00 | $560.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 1.00 | $142.50 | $142.50 |
| Exhibits | 83.00 | $0.55 | $45.65 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $75.00 | $75.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Veritext Virtual Primary Participants | 1.00 | $95.00 | $95.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

**THIS INVOICE IS 37 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**  7549129
**Invoice Date:**  7/10/2024
**Balance Due:**  $3,444.35

B420240816

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|---|
| | | **Invoice Total:** | **$3,444.35** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$3,444.35** |
| TERMS: | Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information | | |

**THIS INVOICE IS 37 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454  **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7549129
**Invoice Date:** 7/10/2024
**Balance Due:** $3,444.35

B420240816

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins<br>Carlton Fields LLP<br>525 Okeechobee Boulevard<br>Suite 1200<br>West Palm Beach, FL, 33401 | **Invoice #:** | **7559066** |
|---|---|---|---|
| | | **Invoice Date:** | **7/15/2024** |
| | | **Balance Due:** | **$2,802.00** |

| **Case: Dorworth, Christopher E. v. Greenberg, Joel Micah And Andrew W. Et Al (6:23cv00871CEMDCI)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6632729    |    Job Date: 6/24/2024 |   Delivery: Normal            Billing/Matter #: 19303-69225

Location:           Boulder, CO                                                           Case No: 6:23cv00871CEMDCI

                                                                                          Proceeding Type: Deposition

Billing Atty:       Jason Perkins

Scheduling Atty:    Jason Perkins | Carlton Fields LLP

| **Witness: "A.B"** | **Quantity** | **Price** | **Amount** |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $330.00 | $330.00 |
| Video - Additional Hours | 8.00 | $125.00 | $1,000.00 |
| Video - Extended Hours | 1.00 | $205.00 | $205.00 |
| Video - MPEG/Digitizing | 8.00 | $95.00 | $760.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Media and Cloud Services | 8.00 | $34.00 | $272.00 |
| Equipment Rental | 1.00 | $150.00 | $150.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$2,802.00** |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | **$2,802.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 32 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454  **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:**  **7559066**<br>**Invoice Date:**  **7/15/2024**<br>**Balance Due:**  **$2,802.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

B420240816

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins<br>Carlton Fields, LLP<br>525 Okeechobee Boulevard<br>Suite 1200<br>West Palm Beach, FL, 33401 | Invoice #: | **7563712** |
|---|---|---|---|
| | | Invoice Date: | **7/16/2024** |
| | | Balance Due: | **$2,398.00** |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah And Andrew W. Et Al (6:23cv00871CEMDCI)**   **Proceeding Type: Depositions**

Job #: 6632762   |   Job Date: 6/21/2024   |   Delivery: Normal   Billing/Matter #: 134881549.1

Location:        Boulder, CO                                        Case No: 6:23cv00871CEMDCI
Billing Atty:     Jason Perkins                                       Proceeding Type: Deposition
Scheduling Atty:  Jason Perkins | Carlton Fields, LLP

| Witness: K.M. | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $330.00 | $330.00 |
| Video - Additional Hours | 7.00 | $125.00 | $875.00 |
| Video - Extended Hours | 1.00 | $205.00 | $205.00 |
| Video - MPEG/Digitizing | 7.00 | $95.00 | $665.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Media and Cloud Services | 7.00 | $34.00 | $238.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $2,398.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,398.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** 7563712<br>**Invoice Date:** 7/16/2024<br>**Balance Due:** $2,398.00 |
|---|---|---|

Pay by Credit Card: www.veritext.com

15741

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Jason Perkins<br>Carlton Fields, LLP<br>200 South Orange Avenue<br>Suite 1000<br>Orlando, FL, 32801 | **Invoice #:** 7572100<br>**Invoice Date:** 7/22/2024<br>**Balance Due:** $295.00 |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah And Andrew W. Et Al (6:23cv00871CEMDCI)**  **Proceeding Type: Depositions**

Job #: 6632762   |   Job Date: 6/21/2024   |   Delivery: Normal        Billing/Matter #: 134881549.1

Location:        Boulder, CO                                           Case No: 6:23cv00871CEMDCI
Billing Atty:    Jason Perkins                                         Proceeding Type: Deposition
Scheduling Atty: Jason Perkins | Carlton Fields, LLP

| Witness: K.M. | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Digitizing & Transcript Synchronization | 7.00 | $30.00 | $210.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |

| Notes: | | |
|---|---|---:|
| | **Invoice Total:** | $295.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $295.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7572100
**Invoice Date:** 7/22/2024
**Balance Due:** $295.00

15741

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jason Perkins |
| | Carlton Fields, LLP |
| | 200 South Orange Avenue |
| | Suite 1000 |
| | Orlando, FL, 32801 |

| Invoice #: | 7572839 |
| Invoice Date: | 7/22/2024 |
| Balance Due: | $325.00 |

**Case: Dorworth, Christopher E. v. Greenberg, Joel Micah And Andrew W. Et Al (6:23cv00871CEMDCI)**

**Proceeding Type: Depositions**

Job #: 6632729   |   Job Date: 6/24/2024   |   Delivery: Normal
Billing/Matter #: 19303-69225

Location:  Boulder, CO
Case No: 6:23cv00871CEMDCI

Billing Atty:  Jason Perkins
Proceeding Type: Deposition

Scheduling Atty:  Jason Perkins | Carlton Fields, LLP

| Witness: "A.B" | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Video - Digitizing & Transcript Synchronization | 8.00 | $30.00 | $240.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |

Notes:

| | |
| --- | --- |
| Invoice Total: | $325.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $325.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #:  7572839
Invoice Date:  7/22/2024
Balance Due:  $325.00

15741



**Invoice** **INV2853737**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 7/24/2024 |
| **Terms** | Net 30 |
| **Due Date** | 8/23/2024 |
| **Client Number** | C01458 |
| **Esquire Office** | Denver |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Carlton Fields Jorden Burt - Orlando
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

**Services Provided For**
Carlton Fields Jorden Burt - Orlando
Perkins, Jason A
200 South Orange Avenue
Suite 1000
Orlando, FL 32801-3400

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/24/2024 | J11164199 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH, V. JOEL MICAH GREENBERG, ET A |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | Statements of Counsels | 43 | 3.50 | | $150.50 |
| SAME DAY EXPEDITE | Statements of Counsels | | 125% | | $188.13 |
| E-EXHIBITS B&W COPY | Statements of Counsels | 5 | 0.65 | | $3.25 |
| E- EXHIBITS COLOR COPY | Statements of Counsels | 9 | 0.65 | | $5.85 |
| PROCESS & COMPLIANCE | Statements of Counsels | 1 | 30.00 | | $30.00 |
| CERTIFICATE OF NON-APPEARANCE | Statements of Counsels | 1 | 95.00 | | $95.00 |
| PROCESS & COMPLIANCE | Statements of Counsels | 1 | 30.00 | | $30.00 |

| | |
|---|---|
| **Subtotal** | 502.73 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $502.73 |
| **Amount Due** | 502.73 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Carlton Fields - Orlando |
| **Client #** | C01458 |
| **Invoice #** | INV2853737 |
| **Invoice Date** | 7/24/2024 |
| **Due Date** | 8/23/2024 |
| **Amount Due** | **$502.73** |



*Invoice*  **INV2872480**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 8/15/2024 |
| **Terms** | Net 30 |
| **Due Date** | 9/14/2024 |

| | |
|---|---|
| **Client Number** | C01458 |
| **Esquire Office** | Orlando |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Carlton Fields Jorden Burt - Orlando
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

**Services Provided For**
Carlton Fields - Orlando
Perkins, Jason A
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/6/2024 | J11551616 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| ON SITE RESOURCE & ZOOM | Christopher Dorworth | 1 | 125.00 | | $125.00 |
| | Christopher Dorworth | 1 | 0.00 | | $0.00 |
| STANDARD APP-FIRST HOUR | Christopher Dorworth | 1 | 105.00 | | $105.00 |
| STANDARD APP-ADDL HR | Christopher Dorworth | 7 | 70.00 | | $490.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Christopher Dorworth | 0.5 | 85.00 | | $42.50 |
| TRANSCRIPT - O&1-VID-VC-WI | Christopher Dorworth | 485 | 5.40 | | $2,619.00 |
| 7 DAY EXPEDITE | Christopher Dorworth | | 40% | | $1,047.60 |
| E-EXHIBITS 8.5x11(14) BW ORIG | Christopher Dorworth | 146 | 0.65 | | $94.90 |
| E-EXHIBITS 8.5x11(14) COLOR ORIG | Christopher Dorworth | 329 | 0.65 | | $213.85 |
| LITIGATION SUPPORT-PDF-PTX-SBF-XMEF-LEF | Christopher Dorworth | 1 | 35.00 | | $35.00 |
| CONDENSED-ORIGINAL | Christopher Dorworth | 1 | 20.00 | | $20.00 |
| PROCESSING & COMPLIANCE | Christopher Dorworth | 1 | 30.00 | | $30.00 |

*Representing Client: Carlton Fields (P) : Carlton Fields - Orlando*

| | |
|---|---|
| **Subtotal** | 4,822.85 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $4,822.85 |
| **Amount Due** | 4,822.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Carlton Fields - Orlando |
| **Client #** | C01458 |
| **Invoice #** | INV2872480 |
| **Invoice Date** | 8/15/2024 |
| **Due Date** | 9/14/2024 |
| **Amount Due** | $4,822.85 |



*Invoice* **INV2872449**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 8/15/2024 |
| **Terms** | Net 30 |
| **Due Date** | 9/14/2024 |

| | |
|---|---|
| **Client Number** | C01458 |
| **Esquire Office** | Orlando |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Carlton Fields Jorden Burt - Orlando
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

**Services Provided For**
Carlton Fields - Orlando
Perkins, Jason A
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/6/2024 | J11551616 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| VID MIN 2HR | Christopher Dorworth | 1 | 325.00 | | $325.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Christopher Dorworth | 7 | 115.00 | | $805.00 |
| VIDEOGRAPHER ADDITIONAL HOURS OVERTIME | Christopher Dorworth | 1 | 165.00 | | $165.00 |
| EQUIP RENTAL - LAPTOP/IPAD | Christopher Dorworth | 1 | 125.00 | | $125.00 |

*Representing Client: Carlton Fields (P) : Carlton Fields - Orlando*

| | |
|---|---|
| **Subtotal** | 1,420.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,420.00 |
| **Amount Due** | 1,420.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Carlton Fields - Orlando |
| **Client #** | C01458 |
| **Invoice #** | INV2872449 |
| **Invoice Date** | 8/15/2024 |
| **Due Date** | 9/14/2024 |
| **Amount Due** | $1,420.00 |



*Invoice*   *INV2873759*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 8/16/2024 |
| **Terms** | Net 30 |
| **Due Date** | 9/15/2024 |

| | |
|---|---|
| **Client Number** | C01458 |
| **Esquire Office** | Orlando |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Carlton Fields Jorden Burt - Orlando
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

**Services Provided For**
Carlton Fields - Orlando
Perkins, Jason A
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/7/2024 | J11551620 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| VID MIN 2HR | Christopher Dorworth | 1 | 325.00 | | $325.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Christopher Dorworth | 5 | 115.00 | | $575.00 |

*Representing Client: Carlton Fields (P) : Carlton Fields - Orlando*

| | |
|---|---|
| **Subtotal** | 900.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $900.00 |
| **Amount Due** | 900.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Carlton Fields - Orlando |
| **Client #** | C01458 |
| **Invoice #** | INV2873759 |
| **Invoice Date** | 8/16/2024 |
| **Due Date** | 9/15/2024 |
| **Amount Due** | **$900.00** |



*Invoice*  **INV2873771**

| | |
|---|---|
| **Date** 8/16/2024 | **Client Number** C01458 |
| **Terms** Net 30 | **Esquire Office** Orlando |
| **Due Date** 9/15/2024 | **Proceeding Type** Deposition |
| | **Name of Insured** |
| | **Adjuster** |
| | **Firm Matter/File #** |
| | **Client VAL ID** |
| | **Date of Loss** |

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**
Carlton Fields Jorden Burt - Orlando
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

**Services Provided For**
Carlton Fields - Orlando
Perkins, Jason A
200 South Orange Avenue
Suite 1000
Orlando FL 32801-3400

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/7/2024 | J11551620 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| ON SITE RESOURCE & ZOOM | Christopher Dorworth | 1 | 125.00 | | $125.00 |
| | Christopher Dorworth | 1 | 0.00 | | $0.00 |
| STANDARD APP-FIRST HOUR | Christopher Dorworth | 1 | 105.00 | | $105.00 |
| STANDARD APP-ADDL HR | Christopher Dorworth | 4.5 | 70.00 | | $315.00 |
| STANDARD O&1 W/ VIDEO & VC | Christopher Dorworth | 291 | 5.40 | | $1,571.40 |
| 7 DAY EXPEDITE | Christopher Dorworth | | 40% | | $628.56 |
| E-EXHIBITS 8.5x11(14) BW ORIG | Christopher Dorworth | 122 | 0.65 | | $79.30 |
| E-EXHIBITS 8.5x11(14) COLOR ORIG | Christopher Dorworth | 4 | 0.65 | | $2.60 |
| LITIGATION SUPPORT ORIG | Christopher Dorworth | 1 | 35.00 | | $35.00 |
| CONDENSED-ORIGINAL | Christopher Dorworth | 1 | 20.00 | | $20.00 |
| PROCESSING & COMPLIANCE | Christopher Dorworth | 1 | 30.00 | | $30.00 |

*Representing Client: Carlton Fields (P) : Carlton Fields - Orlando*

| | |
|---|---|
| **Subtotal** | 2,911.86 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,911.86 |
| **Amount Due** | 2,911.86 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

| **Remit to:** | **Federal Express, UPS or Overnight USPS:** | | |
|---|---|---|---|
| Esquire Deposition Solutions, LLC<br>P. O. Box 846099<br>Dallas, TX 75284-6099 | Esquire Deposition Solutions, LLC<br>Lockbox 846099<br>1950 N. Stemmons Freeway<br>Suite 5010<br>Dallas, TX 75208 | **Client Name** | Carlton Fields - Orlando |
| | | **Client #** | C01458 |
| | | **Invoice #** | INV2873771 |
| | | **Invoice Date** | 8/16/2024 |
| | | **Due Date** | 9/15/2024 |
| | | **Amount Due** | **$2,911.86** |