**COMPOSITE EXHIBIT "D"
SPREADSHEET OF FEES FOR SERVICES OF
NON-PARTY SUBPOENAS APPEARING IN
TAXABLE BILL OF COSTS**

| INVOICE DATE | VENDOR - PROCESS SERVICE | PARTY | AMOUNT |
|---|---|---|---|
| 9/20/2023 | Process One | Ballard Partners, Inc. | $ 75.00 |
| 9/20/2023 | Process One | Marriot International | $ 75.00 |
| 9/25/2023 | Process One | Heathrow Master Association, Inc. | $ 45.00 |
| 10/10/2023 | Process One | Pinnacle Hotel Management Company | $ 75.00 |
| 10/11/2023 | Process One | Heathrow Master Association, Inc. | $ 45.00 |
| 10/18/2023 | Process One | Residence Inn by Marriott Orlando Lake Mary | $ 45.00 |
| 10/18/2023 | Process One | Hampton Inn and Suites Lake Mary | $ 45.00 |
| 10/25/2023 | Process One | K. M. c/o Chris Kaigle | $ 160.00 |
| 10/25/2023 | Process One | M.Z. c/o Mark O'Brien | $ 150.00 |
| 10/25/2023 | Process One | C. F. c/o Amanda Powers Sellers | $ 225.00 |
| 10/30/2023 | Process One | Joe Ellicott | $ 150.00 |
| 11/6/2023 | Process One | T-Mobile USA, Inc. | $ 160.00 |
| 11/6/2023 | Process One | Reflex Media, Inc. | $ 170.00 |
| 11/7/2023 | Process One | Micheael J. Fisher | $ 225.00 |
| 11/7/2023 | Process One | Irish Pub Investments, Inc. d/b/a Liam Fitzpatrick's Irish Restaurant & Pub | $ 40.00 |
| 11/9/2023 | Process One | T-Mobile USA, Inc. c/o Corporation Service Company | $ 260.00 |
| 11/13/2023 | Process One | Eric Fogleson c/o Jacob Stuart, Esq. | $ 80.00 |
| 11/13/2023 | Process One | Peachtree Hospitality Management, LLC c/o Cogency Global, Inc. | $ 75.00 |
| 11/13/2023 | Process One | Bre Hotels & Resorts LLC c/o Corporation Service Company | $ 75.00 |
| 11/21/2023 | Process One | At&T Corp c/o AT&T Subpoena Center | $ 260.00 |
| 11/22/2023 | Process One | At&T Corp c/o Corporation System | $ 75.00 |
| 11/30/2023 | Process One | K.L. | $ 160.00 |
| 12/7/2023 | Process One | Jonathan A. Setzer | $ 100.00 |
| 12/22/2023 | Process One | B.P. (non-served) | $ 160.00 |
| 1/19/2024 | Process One | Truist Bank c/o Corporation Service Company | $ 75.00 |
| 1/22/2024 | Process One | Nielsen Law Firm | $ 45.00 |
| 1/24/2023 | Process One | Department of Justice: Executive Office for United States Attorneys | $ 380.00 |
| 2/12/2024 | Process One | Brady Bedford | $ 160.00 |

| INVOICE DATE | VENDOR - PROCESS SERVICE | PARTY | AMOUNT |
|---|---|---|---|
| 2/14/2024 | Process One | Lyft Inc. c/o CT Corporation System | $ 150.00 |
| 2/14/2024 | Process One | Federal Express Corporation | $ 150.00 |
| 2/14/2024 | Process One | Uber Technologies, Inc. | $ 150.00 |
| 2/14/2024 | Process One | Federal Express | $ 280.00 |
| 2/27/2024 | Process One | S N D-O | $ 150.00 |
| 3/12/2024 | Process One | JH Restaurant Management, LLC | $ 75.00 |
| 3/12/2024 | Process One | McDonalds Corporation | $ 75.00 |
| 3/20/2024 | Process One | J.S. | $ 80.00 |
| 3/22/2024 | Process One | Charter Communications | $ 75.00 |
| 4/4/2024 | Process One | Fedex Ground | $ 175.00 |
| 4/8/2024 | Process One | Lyman High School | $ 50.00 |
| 4/9/2024 | Process One | Yontz Enterprises, Inc. c/o Mike Yontz | $ 115.00 |
| 4/9/2024 | Process One | Wells Fargo Bank, N.A. | $ 75.00 |
| 4/16/2024 | Process One | Ryan Luttrell | $ 330.00 |
| 4/23/2024 | Process One | L.P. | $ 135.00 |
| 4/28/2024 | Process One | M.L. | $ 50.00 |
| 5/8/2024 | Process One | Uber Technologies, Inc. | $ 95.00 |
| 6/5/2024 | Process One | K.S. c/o Joel Leppard, Esq. | $ 45.00 |
| 6/5/2024 | Process One | Heathrow Master Association, Inc. c/o Sentry Management, Inc. | $ 45.00 |
| 6/5/2024 | Process One | Avis Budget Group, Inc. | $ 75.00 |
| 6/5/2024 | Process One | PV Holding Corp c/o Corporation Service Company | $ 75.00 |
| 6/6/2024 | Process One | Guardian Alarm of Florida, LLC d/b/a Guardian Hawk Alarm Monitoring | $ 80.00 |
| 6/8/2024 | Process One | K.B. | $ 45.00 |
| 6/12/2024 | Process One | Christin Leigh Ferro a/k/a Christin Sorenson | $ 175.00 |
| 6/12/2024 | Process One | Ramco Protective of Orlando, Inc. c/o Joseph Moffa | $ 85.00 |
| 6/12/2024 | Process One | S.S. | $ 45.00 |
| 6/14/2024 | Process One | AT&T Corp c/o CT Corporation System | $ 75.00 |
| 6/14/2024 | Process One | Yahoo, Inc. c/o CT Corporation System | $ 75.00 |
| 6/21/2024 | Process One | J.C. | $ 45.00 |
| 6/22/2024 | Process One | Application by Design, Inc. | $ 75.00 |
| 6/25/2024 | Process One | Jeffrey Onest | $ 85.00 |

| INVOICE DATE | VENDOR - PROCESS SERVICE | PARTY | AMOUNT |
|---|---|---|---|
| 6/26/2024 | Process One | Randall C.Morris | $ 85.00 |
| 6/27/2024 | Process One | V.W. | $ 105.00 |
| 7/5/2024 | Process One | John Tryon | $ 85.00 |
| 7/8/2024 | Process One | C.K. | $ 175.00 |
| 8/13/2024 | Process One | LA Cima Restaurants, LLC | $ 175.00 |
| 8/26/2024 | Process One | Publix Supermakets | $ 75.00 |
| 8/26/2024 | Process One | Iserv Group Inc. d/b/a Sonny's BBQ c/o Kenneth Kirkpatrick | $ 85.00 |
| 8/27/2024 | Process One | Uber Technologies, Inc. | $ 75.00 |
| 8/29/2024 | Process One | B.G. | $ 160.00 |
| | | | |
| | Total | | $ 7,845.00 |

3