**COMPOSITE EXHIBIT "E"**
**INVOICES OF FEES FOR SERVICE**
**OF NON-PARTY SUBPOENAS**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2023001045
9/20/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Phan
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 9/17/2023   Served: 9/20/2023 11:05 am  CORPORATE
To be served on: Ballard Partners, Inc., c/o Brian Ballard

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** | | | **$75.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2023001044
9/22/2023

Original Date: 9/20/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Phan
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 9/17/2023    Served: 9/19/2023 2:00 pm  CORPORATE
To be served on: Marriot International, Inc., c/o CT Corporation System

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

Page 1 / 1

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2023001043
9/25/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Phan
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 9/17/2023   Served: 9/22/2023 3:50 pm  CORPORATE
To be served on: Heathrow Master Association, Inc., c/o Sentry Management, Inc.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:** **$45.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2023001212
10/10/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Phan
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/7/2023   Served: 10/10/2023 12:00 pm  CORPORATE
To be served on: Pinnacle Hotel Management Company, LLC., c/o CSC Registererd Agent

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2023001213
10/11/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Phan
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/7/2023   Served: 10/10/2023 11:45 am  CORPORATE
To be served on: Heathrow Master Association, Inc., c/o Sentry Management, Inc.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:** **$45.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2023001215
10/18/2023

Original Date: 10/11/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Phan
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/7/2023    Served: 10/11/2023 12:40 pm  CORPORATE
To be served on: Residence Inn by Marriott Orlando Lake Mary, Records Custodian

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:** **$45.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2023001216
10/18/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Phan
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/7/2023   Served: 10/17/2023 3:30 pm  CORPORATE
To be served on: Hampton Inn & Suites Lake Mary at Colonial Townpark, Records Custodian

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:** **$45.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2023001271
10/25/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/24/2023    Served: 10/25/2023 11:50 am  INDIVIDUAL
To be served on: K.M. ███████, c/o Chris Kaigle, Esq.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 40.00 | 40.00 |
| Rush Fee: | 2.00 | 40.00 | 80.00 |
| Additional Addresses: | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $160.00 |

**BALANCE DUE:**         **$160.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2023001270
10/25/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/24/2023   Served: 10/25/2023 10:00 am  SUBSTITUTE (BUSINESS OFFICE)
To be served on: M.Z. ███████, c/o Mark O'Brien, Esq.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Rush Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** **$150.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## **INVOICE**

Invoice #MRG-2023001273
10/25/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/24/2023    Served: 10/25/2023 9:20 am  SUBSTITUTE (BUSINESS OFFICE)
To be served on: C.F. ██████████████, c/o Amanda Powers Sellers, Esq.

### **ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Rush Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Additional Addresses: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $225.00 |

**BALANCE DUE:**                                                                **$225.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2023001272
10/30/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/24/2023    Served: 10/28/2023 6:50 pm  SUBSTITUTE (RESIDENTIAL)
To be served on: Joe Ellicott

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Rush Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** **$150.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2023001313
11/6/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/3/2023   Served: 11/6/2023 11:04 am  CORPORATE
To be served on: T-Mobile USA, Inc., c/o T-Mobile Subpoena Compliance, Records Custodian

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Parsippany, NJ 07054 | 1.00 | 160.00 | 160.00 |
| TOTAL CHARGED: | | | $160.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$160.00** |

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2023001316
11/6/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/3/2023    Served: 11/6/2023 11:10 am  CORPORATE
To be served on: Reflex Media, Inc., Records Custodian, c/o Nevada Commercial Registered Agents LC.,

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Las Vegas, NV 89103 | 1.00 | 170.00 | 170.00 |
| TOTAL CHARGED: | | | $170.00 |

**BALANCE DUE:** **$170.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2023001274
11/7/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/24/2023   Served: 11/6/2023 7:00 pm  INDIVIDUAL
To be served on: Michaell J Fisher or Micheael J. Fischer

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Rush Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Additional Addresses: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $225.00 |

**BALANCE DUE:** $225.00

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2023001315
11/7/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/3/2023   Served: 11/7/2023 11:35 am  CORPORATE
To be served on: Irish Pub Investments, Inc., d/b/a Liam Fitzpatrick's Irish Restaurant & Pub, Records Custodian, c/o ZKS Registered Agent Services, LLC.,

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$40.00** |

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2023001314
11/9/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/3/2023    Served: 11/8/2023 11:10 am  CORPORATE
To be served on: T-Mobile USA, Inc., c/o Corporation Service Company, Records Custodian

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Hartford, CT 06125 | 1.00 | 160.00 | 160.00 |
| Additional Addresses: Hartford, CT 06103 | 1.00 | 100.00 | 100.00 |
| TOTAL CHARGED: | | | $260.00 |

**BALANCE DUE:** **$260.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2023001305
11/13/2023

Original Date: 11/2/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/24/2023    Served: 11/2/2023 11:25 am  INDIVIDUAL
To be served on: Eric Fogleson c/o Jacob Stuart, Esq. Jacob V. Stuart, P.A.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 40.00 | 40.00 |
| Rush Fee: | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** **$80.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2023001288
11/13/2023

Original Date: 11/1/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 10/27/2023   Served: 10/30/2023 3:25 pm  CORPORATE
To be served on: Peachtree Hospitality Management, LLC., c/o Cogency Global, Inc

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| | Amount |
|---|---|
| **BALANCE DUE:** | **$75.00** |

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2023001323
11/13/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/9/2023    Served: 11/10/2023 10:35 am  CORPORATE
To be served on: BRE Hotels & Resorts LLC., c/o Corporation Service Company

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## **INVOICE**

Invoice #MRG-2023001355
11/21/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/20/2023   Served: 11/21/2023 9:26 am  CORPORATE
To be served on: AT&T Corp., c/o AT&T Subpoena Center

### **ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Dallas, TX 75202 | 1.00 | 160.00 | 160.00 |
| Additional Addresses: Dallas, TX 75201 | 1.00 | 100.00 | 100.00 |
| TOTAL CHARGED: | | | $260.00 |

**BALANCE DUE:**                                                             **$260.00**

**Comments pertaining to this invoice:**
SERVED @ 208 SOUTH AKARD, 10TH FLOOR, DALLAS, TX 75202

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2023001354
11/22/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/20/2023   Served: 11/22/2023 2:05 pm  CORPORATE
To be served on: AT&T Corp., c/o CT Corporation System

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

**Comments pertaining to this invoice:**
SERVED @ CT CORP, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2023001363
11/30/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/28/2023    Served: 11/30/2023 6:37 pm  INDIVIDUAL
To be served on: K.L.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Residential | 1.00 | 80.00 | 80.00 |
| Rush Fee: | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $160.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$160.00** |

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

### INVOICE

Invoice #MRG-2023001362
12/7/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/28/2023   Served: 12/7/2023 10:50 am  INDIVIDUAL
To be served on: Jonathan A. Setzer

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole Residential | 1.00 | 50.00 | 50.00 |
| Rush Fee: | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $100.00 |

**BALANCE DUE:** **$100.00**

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2023001361
12/22/2023

Original Date: 12/7/2023



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 11/28/2023    Non-Served: 12/22/2023  NON SERVICE-DILIGENT
To be served on: B.P.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Residential | 1.00 | 80.00 | 80.00 |
| Rush Fee: | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $160.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$160.00** |

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001494
1/19/2024

Original Date: 1/15/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Pham
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 1/13/2024    Served  1/15/2024 1:50 pm  CORPORATE
To be served on: Truist Bank, c/o Corporation Service Company, Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2024001495
1/22/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Pham
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 1/13/2024   Served: 1/22/2024 8:50 am  CORPORATE
To be served on: Nielsen Law Firm,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:** **$45.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2024001496
1/24/2024

Original Date: 1/23/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jimmy Pham
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 1/13/2024    Served: 1/23/2024 9:14 am  GOVERNMENT AGENCY
To be served on: Department of Justice: Executive Office for United States Attorneys,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Washington, DC 20530 | 1.00 | 190.00 | 190.00 |
| Additional Addresses: Washington, DC 20530 | 1.00 | 190.00 | 190.00 |
| TOTAL CHARGED: | | | $380.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$380.00** |

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024001648
2/12/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 2/9/2024   Served: 2/10/2024 5:50 pm  INDIVIDUAL
To be served on: Brady Bedford

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Residential | 1.00 | 80.00 | 80.00 |
| Rush Fee: | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $160.00 |

**BALANCE DUE:** **$160.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001651
2/14/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 2/9/2024    Served: 2/12/2024 10:40 am  CORPORATE
To be served on: Lyft, Inc., c/o CT Corporation System, Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Rush Fee: | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** | | | **$150.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024001649
2/14/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 2/9/2024   Served: 2/12/2024 10:40 am  CORPORATE
To be served on: Federal Express Corporation, c/o CT Corporation System, Registered Agent

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Rush Fee: | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** | | | **$150.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001652
2/14/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 2/9/2024    Served: 2/12/2024 10:40 am  CORPORATE
To be served on: Uber Technologies, Inc., c/o CT Corporation System, Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Rush Fee: | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** **$150.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2024001650
2/14/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 2/9/2024   Served: 2/13/2024 3:45 pm  CORPORATE
To be served on: Federal Ex Express, Subpoena Group

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Memphis, TN 38125 | 1.00 | 180.00 | 180.00 |
| Rush Fee: Memphis, TN 38125 | 1.00 | 100.00 | 100.00 |
| TOTAL CHARGED: | | | $280.00 |

**BALANCE DUE:** **$280.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001750
2/27/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Jason Perkins
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 2/23/2024   Served: 2/27/2024 10:00 am  SUBSTITUTE (RESIDENTIAL)
To be served on: S.N.D-O

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Rush Fee: | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** **$150.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024001775
3/12/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 3/8/2024    Served: 3/12/2024 10:15 am  CORPORATE
To be served on: JH Restaurant Management, LLC., c/o Paracorp Incorporated

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2024001777
3/12/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 3/8/2024    Served: 3/12/2024 1:50 pm  CORPORATE
To be served on: McDonalds Corporation, c/o Prentice Hall Corporation System, Inc.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001779
3/20/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 3/8/2024    Served: 3/19/2024 8:37 am  SUBSTITUTE (RESIDENTIAL)
To be served on: J.S. ███████

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------:|------:|-------:|
| Service Fee: Statewide Residential | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** **$80.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2024001778
3/22/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 3/8/2024    Served: 3/20/2024 1:50 pm  CORPORATE
To be served on: Charter Communications, Inc., c/o Corporation Service Company

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001780
4/4/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 3/8/2024   Served: 4/1/2024 1:45 pm  CORPORATE
To be served on: FedEx Ground Package Systems, Inc., Subpoena Compliance

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Moonship Township, PA 15108 | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

**BALANCE DUE:** **$175.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001840
4/8/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 4/2/2024   Served: 4/8/2024 11:00 am  CORPORATE
To be served on: Lyman High School

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |

**BALANCE DUE:** **$50.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024001841
4/9/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 4/2/2024   Served: 4/9/2024 10:20 am  CORPORATE
To be served on: Yontz Enterprises, Inc., c/o Mike Yontz, Registered Agent

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole Rural | 1.00 | 65.00 | 65.00 |
| Additional Addresses: | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $115.00 |

**BALANCE DUE:** **$115.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2024001871
4/9/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 4/7/2024    Served: 4/8/2024 1:55 pm  CORPORATE
To be served on: Wells Fargo Bank, N.A. c/o Corporation Service Compnay, Reg. Agent

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

### INVOICE

Invoice #MRG-2024001894
4/16/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 4/12/2024   Served: 4/15/2024 5:18 pm  INDIVIDUAL
To be served on: Ryan Luttrell

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Fletcher, NC 28732 | 1.00 | 190.00 | 190.00 |
| Additional Addresses: Hendersonville, NC 28792 | 1.00 | 140.00 | 140.00 |
| TOTAL CHARGED: | | | $330.00 |

**BALANCE DUE:** **$330.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001776
4/23/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 3/8/2024    Served: 4/23/2024 12:20 pm  INDIVIDUAL
To be served on: L.P. ▮▮▮▮▮

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Rural | 1.00 | 85.00 | 85.00 |
| Additional Addresses: | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $135.00 |

**BALANCE DUE:** **$135.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024001895
4/28/2024

Original Date: 4/24/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 4/12/2024    Served: 4/23/2024 6:50 pm  INDIVIDUAL
To be served on: M.L.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole Residential | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |

**BALANCE DUE:**                                                                                  **$50.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024001984
5/8/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 4/29/2024   Served: 5/8/2024 12:56 pm  CORPORATE
To be served on: Uber Technologies, Inc., c/o CT Corporation, Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| Large Complaint, Print, Prep | 100.00 | 0.20 | 20.00 |
| TOTAL CHARGED: | | | $95.00 |

**BALANCE DUE:** **$95.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# **INVOICE**

Invoice #MRG-2024002152
6/5/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Reference Number: 18187-62972.
Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024    Served: 6/4/2024 1:45 pm  SUBSTITUTE (BUSINESS OFFICE)
To be served on: K.S.                                    , c/o Joel Leppard, Esq.

### **ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:**                                                                                      **$45.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2024002146
6/5/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024   Served: 6/3/2024 12:05 pm  CORPORATE
To be served on: Heathrow Master Association, Inc., c/o Sentry Management, Inc.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:** **$45.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# INVOICE

Invoice #MRG-2024002163
6/5/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/3/2024   Served: 6/4/2024 10:40 am  CORPORATE
To be served on: Avis Budget Group, Inc., c/o Corporation Service Company

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002162
6/5/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/3/2024    Served: 6/4/2024 10:40 am  CORPORATE
To be served on: PV Holding Corp. c/o Corporation Service Company

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024002147
6/6/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024   Served: 6/4/2024 2:50 pm  CORPORATE
To be served on: Guardian Alarm of Florida, LLC d/b/a Guardian Hawk Alarm Monitoring c/o Scott Herron

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** | | | **$80.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002145
6/8/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024    Served: 6/8/2024 10:40 am  INDIVIDUAL
To be served on: K.B.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |
| **BALANCE DUE:** | | | **$45.00** |

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024002149
6/12/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024    Served: 6/11/2024 6:41 pm  INDIVIDUAL
To be served on: Christin Leigh Ferro a/k/a Christin Sorenson

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Jacksonville, NC 28540 | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

**BALANCE DUE:**                                                                                      **$175.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024002144
6/12/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Reference Number: 18187-62972.
Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024   Served: 6/10/2024 11:00 am  CORPORATE
To be served on: Ramco Protective of Orlando, Inc., c/o Joseph Moffa

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

**BALANCE DUE:** $85.00

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002143
6/14/2024

Original Date: 6/12/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024   Served: 6/10/2024 5:10 pm  SUBSTITUTE (RESIDENTIAL)
To be served on: S.S.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$45.00** |

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002178
6/14/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/7/2024   Served: 6/12/2024 1:45 pm  CORPORATE
To be served on: AT & T Corp. c/o CT Corporation System

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:**                                                          **$75.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002177
6/14/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/7/2024    Served: 6/12/2024 1:45 pm  CORPORATE
To be served on: Yahoo, Inc., c/o CT Corporation System

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** **$75.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024002179
6/21/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/11/2024    Served: 6/21/2024 8:40 am  INDIVIDUAL
To be served on: J.C. ████████

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:**                                                    **$45.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024002150
6/22/2024

Original Date: 6/18/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024   Served: 6/11/2024 1:30 pm  CORPORATE
To be served on: Application by Design, Inc., c/o Roy Nakdimon

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002180
6/25/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/11/2024   Served: 6/24/2024 9:46 am  INDIVIDUAL
To be served on: Jeffrey K. Onest

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Rural | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

**BALANCE DUE:** | | | **$85.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002194
6/26/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/20/2024    Served: 6/24/2024 1:35 pm  INDIVIDUAL
To be served on: Randall C. Morris

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Rural Residential | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

**BALANCE DUE:** **$85.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# **INVOICE**

Invoice #MRG-2024002151
6/27/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Reference Number: 18187-62972.
Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 5/31/2024    Served: 6/24/2024 7:15 pm  INDIVIDUAL
To be served on: V.W. ██████████

## **ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Orange/Seminole Rural Residential | 1.00 | 55.00 | 55.00 |
| Additional Addresses: Residential | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $105.00 |

**BALANCE DUE:** **$105.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002266
7/5/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/25/2024   Served: 6/27/2024 11:16 am  INDIVIDUAL
To be served on: John Tryon

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee: Statewide Rural Residential | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |
| **BALANCE DUE:** | | | **$85.00** |

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## <u>INVOICE</u>

Invoice #MRG-2024002196
7/8/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 6/24/2024    Served: 6/28/2024 2:54 pm  INDIVIDUAL
To be served on: C.K.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Portland, OR 97211 | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

**BALANCE DUE:** **$175.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002351
8/13/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 8/1/2024   Served: 8/12/2024 12:13 pm  CORPORATE
To be served on: La Cima Restaurants, LLC., d/b/a Twin Peaks

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: National - Atlanta, GA 30305 | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

**BALANCE DUE:**     **$175.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

## INVOICE

Invoice #MRG-2024002467
8/26/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 8/22/2024   Served: 8/23/2024 4:00 pm  CORPORATE
To be served on: Publix Supermarkets, Inc. Records Custodian, c/o Corporate Creations Network, Inc.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Rural | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** | | | **$75.00**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

**INVOICE**

Invoice #MRG-2024002466
8/26/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 8/22/2024   Served: 8/26/2024 10:07 am  CORPORATE
To be served on: The iServ Group, Inc., d/b/a Sonny's BBQ., c/o Kenneth B. Kirkpatrick, Registered Agent

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Rural | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

**BALANCE DUE:** **$85.00**

Process One                          **INVOICE**          Invoice #MRG-2024002468
P.O. Box 622265                                                      8/27/2024
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 8/22/2024   Served: 8/26/2024 11:27 am  CORPORATE
To be served on: Uber Technologies, Inc., c/o CT Corporation System

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Rural | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:**                                                          **$75.00**

Process One
P.O. Box 622265
Oviedo, FL 32762
Phone: (407) 506-6095
Fax: (866) 633-9156
Tax ID: 593387010

# **INVOICE**

Invoice #MRG-2024002484
8/29/2024



Jason A. Perkins, Esq.
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801

Your Contact: Lisa Di Filippo
**Case Number: Middle 6:23 CV 00871 CEM DCI**

Plaintiff:
**CHRISTOPHER E. DORWORTH,**

Defendant:
**JOEL MICAH GREENBERG; et al.,**

Received: 8/28/2024   8/29/2024   To be served on: B.G. ███████ -
Served via Counsel Tim Jansen, Esq.

## **ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: Statewide Residential | 1.00 | 80.00 | 80.00 |
| Rush Fee: Statewide Residential | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $160.00 |

**BALANCE DUE:** **$160.00**