AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Christopher E. Dorworth<br>v.<br>Joel Micah Greenberg, et al. | )<br>)<br>) Case No.: 6:23-cv-000871-CEM-DCI<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __9/5/24__ against __Plaintiff__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 684.63 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL | $ 1,086.63 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service        ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: __Frederick S. Wermuth__

Name of Attorney: __Frederick S. Wermuth__

For: __Andrew Greenberg, Susan Greenberg, and AWG, Inc.__        Date: __09/19/2024__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court        Deputy Clerk        Date

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| n/a | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

[Print]  [Save As...]  [Reset]

# Melissa Hill

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, May 10, 2023 5:35 PM |
| **To:** | Melissa Hill |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA MIDDLE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Megan Jaffe at 407-835-4353.

  Account Number: 4832046
  Court: FLORIDA MIDDLE DISTRICT COURT
  Amount: $402.00
  Tracking Id: AFLMDC-20822618
  Approval Code: 161588
  Card Number: ************2102
  Date/Time: 05/10/2023 05:34:59 ET

  Attorney Name: Frederick S. Wermuth
  Firm Name: King Blackwell Zehnder & Wermuth
  Name of Person Completing Transaction: Melissa Hill

NOTE: This is an automated message. Please do not reply



**Invoice   INV2853728**

1500 Centre Pkwy  
Suite 100  
East Point GA 30344  
888-486-4044  
www.esquiresolutions.com  
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 7/24/2024 |
| **Terms** | Net 30 |
| **Due Date** | 8/23/2024 |

| | |
|---|---|
| **Client Number** | C285171 |
| **Esquire Office** | Denver |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**  
King Blackwell Zehnder & Wermuth PA  
25 East Pine Street  
3rd Floor  
PO Box 1631  
Orlando FL 32802

**Services Provided For**  
King Blackwell Zehnder & Wermuth PA - Orlando  
Wermuth, Fritz  
25 East Pine Street  
3rd Floor  
Orlando FL 32802

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/24/2024 | J11164199 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH, V. JOEL MICAH GREENBERG, ET A |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | Statements of Counsels | 43 | 3.50 | | $150.50 |
| SAME DAY EXPEDITE | Statements of Counsels | | 125% | | $188.13 |
| E-EXHIBITS B&W COPY | Statements of Counsels | 5 | 0.65 | | $3.25 |
| E- EXHIBITS COLOR COPY | Statements of Counsels | 9 | 0.65 | | $5.85 |
| PROCESS & COMPLIANCE | Statements of Counsels | 1 | 30.00 | | $30.00 |
| CERTIFICATE OF NON-APPEARANCE | Statements of Counsels | 1 | 95.00 | | $95.00 |
| PROCESS & COMPLIANCE | Statements of Counsels | 1 | 30.00 | | $30.00 |

| | |
|---|---|
| **Subtotal** | 502.73 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $502.73 |
| **Amount Due** | 502.73 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or  
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**  
Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**  
Esquire Deposition Solutions, LLC  
Lockbox 846099  
1950 N. Stemmons Freeway  
Suite 5010  
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | King Blackwell Zehnder & Wermuth PA - Orlando |
| **Client #** | C285171 |
| **Invoice #** | INV2853728 |
| **Invoice Date** | 7/24/2024 |
| **Due Date** | 8/23/2024 |
| **Amount Due** | **$502.73** |

**StenoSuarez, LLC**

PO Box 3574
Orlando, FL  32802
+14078018921

heather@stenosuarez.com
stenosuarez.com



## INVOICE

BILL TO

Dustin M. Mauser-Claasen
King, Blackwell, Zehnder & Wermuth, P.A.
25 East Pine Street
Orlando, FL  32801

INVOICE    2024-137
DATE       08/07/2024

| DATE | SERVICE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 08/07/2024 | 7-day Transcript<br>Transcript of Motion Hearing re: [138] Andrew Greenberg, Susan Greenberg, and AWG, Inc.'s Motion to Compel before the Honorable Daniel C. Irick | 40 | 5.35 | 214.00 |
|  | Case<br>Christopher E. Dorworth v. Joel Micah Greenberg et al.<br>USDC (MDFL) Number 6:23-cv-00871-CEM-DCI | 0 | 0.00 | 0.00 |

Checks may be made payable to StenoSuarez, LLC.

**BALANCE DUE**                                             **$214.00**

CERTIFICATION: I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Heather Suarez, RDR, CRR, FCRR, FPR-C, WA CCR, CA CSR
Thank you!
Page 1 of 1



Payment receipt

# You paid $214.00

to StenoSuarez, LLC on 8/7/2024

| | |
|---|---:|
| Invoice no. | 2024-137 |
| Invoice amount | $214.00 |
| **Total** | **$214.00** |

| | |
|---|---:|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MQ0235297581 |

Thank you

**StenoSuarez, LLC**

+14078018921

[stenosuarez.com | heather@stenosuarez.com](#)
[PO Box 3574, Orlando, FL 32802](#)

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&apos;s licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

StenoSuarez, LLC

PO Box 3574
Orlando, FL  32802

+14078018921

heather@stenosuarez.com

stenosuarez.com



## REFUND RECEIPT

| REFUND TO | | REFUND | 2024-142 |
|---|---|---|---|
| Dustin M. Mauser-Claasen | | REFUND DATE | 08/13/2024 |
| King, Blackwell, Zehnder & Wermuth, P.A. | | | |
| 25 East Pine Street | | | |
| Orlando, FL  32801 | | | |

| DATE | | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/07/2024 | 7-day Transcript | Partial Refund re: Invoice 2024-137 <Transcript of Motion Hearing re: [138] Andrew Greenberg, Susan Greenberg, and AWG, Inc.'s Motion to Compel before the Honorable Daniel C. Irick> | 6 | 5.35 | 32.10 |
| | Case | Christopher E. Dorworth v. Joel Micah Greenberg et al. USDC (MDFL) Number 6:23-cv-00871-CEM-DCI | 0 | 0.00 | 0.00 |

CERTIFICATION: I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

TOTAL            32.10

BALANCE DUE