# EXHIBIT 1

## DEPOSITION TRANSCRIPT OF A.B. TAKEN JUNE 24, 2024

**(SUBJECT TO MOTION TO FILE UNDER SEAL TO BE FILED CONTEMPORANEOUSLY)**