# EXHIBIT 2

## AFFIDAVIT OF B.G.

## DATED SEPTEMBER 3, 2024

**(SUBJECT TO MOTION TO FILE UNDER SEAL TO BE FILED CONTEMPORANEOUSLY)**