# EXHIBIT 3

# Entries Report

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 05/01/2017 10:21:13 AM | rebekah dorworth | 415YSE | | 1520 WHISTABLE COURT |
| 05/01/2017 11:09:08 AM | ROYAL MAIDS | GCYI11 | | 1520 WHISTABLE COURT |
| 05/01/2017 11:47:51 AM | thomas booth | E58758 | | 1520 WHISTABLE COURT |
| 05/01/2017 03:53:31 PM | DEVAUGHN MURPHY | 317PYJ | | 1520 WHISTABLE COURT |
| 05/01/2017 05:52:20 PM | REBEKAH DORWORT H | HKXOR | | 1520 WHISTABLE COURT |
| 05/02/2017 09:43:42 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 05/02/2017 04:20:29 PM | REBEKAH DORWORTH | 415YSE | | 1520 WHISTABLE COURT |
| 05/03/2017 05:58:48 PM | REBEKAH DORWORTH | HKXOR | | 1520 WHISTABLE COURT |
| 05/03/2017 08:03:39 PM | FRANK IOPPOLD JP | 761QDJ | | 1520 WHISTABLE COURT |
| 05/04/2017 02:11:37 PM | jamie burns | GCYI11 | | 1520 WHISTABLE COURT |
| 05/04/2017 06:04:50 PM | REBEKAH | HKX0R | | 1520 WHISTABLE COURT |
| 05/04/2017 08:02:50 PM | FRANK IOPPOLO JR | 7610DJ | | 1520 WHISTABLE COURT |
| 05/05/2017 01:16:00 PM | FRANK IOPPOLO | 7610DJ | | 1520 WHISTABLE COURT |
| 05/05/2017 03:48:33 PM | REBEKAH | HKX0R | | 1520 WHISTABLE COURT |
| 05/05/2017 07:12:46 PM | REBEKAH | HKX0R | | 1520 WHISTABLE COURT |
| 05/05/2017 11:38:16 PM | REBEKAH DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 05/06/2017 04:43:57 PM | REBEKAH DORWORTN | HKX0R | | 1520 WHISTABLE COURT |
| 05/06/2017 06:53:43 PM | FRANK IOPPOLO JR | 761QDJ | | 1520 WHISTABLE COURT |
| 05/06/2017 06:54:56 PM | REBEKAH DORWOR T | HKX0R | | 1520 WHISTABLE COURT |
| 05/06/2017 10:05:46 PM | ALVIN WILSON JR | 312TLT | | 1520 WHISTABLE COURT |
| 05/07/2017 01:22:57 PM | chris dorworth | NA | | 1520 WHISTABLE COURT |
| 05/07/2017 04:36:48 PM | DORWOR | 639PA | | 1520 WHISTABLE COURT |
| 05/07/2017 07:14:18 PM | PAPA JOES | BXBL31 | | 1520 WHISTABLE COURT |
| 05/07/2017 07:17:18 PM | REBEKAH DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 05/08/2017 12:00:16 PM | lendra ward | CXVB97 | | 1520 WHISTABLE COURT |
| 05/09/2017 12:13:27 AM | CHRISTOPHER DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/09/2017 09:57:11 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 05/09/2017 12:05:42 PM | mainline ele | 781RLN | | 1520 WHISTABLE COURT |
| 05/09/2017 02:42:04 PM | WILUAM RICE | DYAD11 | | 1520 WHISTABLE COURT |
| 05/09/2017 06:39:08 PM | REBEKAH DORWORTH | HKXOR | | 1520 WHISTABLE COURT |
| 05/10/2017 12:23:12 AM | CHRISTOPHER DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/10/2017 01:38:40 PM | chris dorworth | 639PA | | 1520 WHISTABLE COURT |
| 05/10/2017 03:39:15 PM | DORWORTH DONNA | DMUB70 | | 1520 WHISTABLE COURT |
| 05/10/2017 03:48:45 PM | CHR DORY ORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/10/2017 04:10:19 PM | RICHARDS JUSTIN | 670PZR | | 1520 WHISTABLE COURT |
| 05/10/2017 05:37:57 PM | REBEKA | HKXOR | | 1520 WHISTABLE COURT |
| 05/10/2017 05:39:22 PM | DORWORTH DONNA | DMUB70 | | 1520 WHISTABLE COURT |
| 05/10/2017 08:19:02 PM | LUKE CLASSON | CGKE26 | | 1520 WHISTABLE COURT |
| 05/11/2017 08:05:29 AM | chris dorworth | 639PA | | 1520 WHISTABLE COURT |
| 05/11/2017 11:19:22 AM | ROYAL MAID | GCYI11 | | 1520 WHISTABLE COURT |
| 05/11/2017 01:17:45 PM | chris dorworth | 639PA | | 1520 WHISTABLE COURT |
| 05/11/2017 02:16:08 PM | LANDSHARK | EYUD81 | | 1520 WHISTABLE COURT |
| 05/11/2017 05:18:28 PM | REBEKAH | HKX0R | | 1520 WHISTABLE COURT |
| 05/11/2017 06:22:11 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 05/11/2017 11:12:42 PM | MATTHEW CALDWELL (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 05/11/2017 11:48:17 PM | MATTHEW CALDWELL | YCP443 | | 1520 WHISTABLE COURT |
| 05/12/2017 01:56:59 PM | melany martinez - uber | EPWE92 | | 1520 WHISTABLE COURT |

HeathrowMaster0001

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 05/12/2017 02:13:05 PM | Yapo Jon | K637W | | 1520 WHISTABLE COURT |
| 05/12/2017 11:38:35 PM | LOVEJOY ADAM | M297UA | | 1520 WHISTABLE COURT |
| 05/12/2017 11:38:36 PM | SETZER JONATHAN ALEXANDER | GWYY49 | | 1520 WHISTABLE COURT |
| 05/12/2017 11:40:38 PM | PACE MICAH | HPN41 | | 1520 WHISTABLE COURT |
| 05/12/2017 11:43:21 PM | ███████████ | EQNM36 | | 1520 WHISTABLE COURT |
| 05/13/2017 02:42:17 AM | STEVEN DONNER | HCZW34 | | 1520 WHISTABLE COURT |
| 05/14/2017 09:01:47 AM | DORWORTH DONNA | DMUB70 | | 1520 WHISTABLE COURT |
| 05/14/2017 11:05:39 AM | REBEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/14/2017 05:30:21 PM | FRANK ARTTLES | VUZ5347 | | 1520 WHISTABLE COURT |
| 05/14/2017 09:45:37 PM | PAPA JOES | GNQP32 | | 1520 WHISTABLE COURT |
| 05/15/2017 08:51:35 AM | jamie burns royal maids (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 05/15/2017 09:10:34 AM | royal maids all in | GCYI11 | | 1520 WHISTABLE COURT |
| 05/15/2017 10:00:52 AM | TOMPSON GAS | | | 1520 WHISTABLE COURT |
| 05/16/2017 12:16:43 AM | JAMES FOGLESO | 371QPE | | 1520 WHISTABLE COURT |
| 05/16/2017 09:00:18 AM | ███████████ | VUZ5347 | | 1520 WHISTABLE COURT |
| 05/16/2017 09:45:05 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 05/16/2017 02:54:57 PM | FRANK ARTILES | VUZ5347 | | 1520 WHISTABLE COURT |
| 05/16/2017 03:23:03 PM | SERVICE ONE | GHUF41 | | 1520 WHISTABLE COURT |
| 05/16/2017 03:24:52 PM | SERVICE ONE | HSIB94 | | 1520 WHISTABLE COURT |
| 05/16/2017 04:41:10 PM | FELIX LUIS | HSIB94. | | 1520 WHISTABLE COURT |
| 05/16/2017 05:46:47 PM | PAPA JOES | WQ98A | | 1520 WHISTABLE COURT |
| 05/16/2017 05:52:09 PM | SHIPT (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 05/16/2017 05:54:41 PM | SHIPT | CWDL91 | | 1520 WHISTABLE COURT |
| 05/16/2017 08:24:31 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 05/16/2017 08:40:47 PM | FRANK IOPPOLO JR | 761QDJ | | 1520 WHISTABLE COURT |
| 05/17/2017 04:28:35 PM | SERVICE ONE | HSIB94 | | 1520 WHISTABLE COURT |
| 05/17/2017 04:30:04 PM | SERVICE ONE | 151OHT | | 1520 WHISTABLE COURT |
| 05/17/2017 05:38:57 PM | SETZER JONATHAN ALEXANDER | K435V | | 1520 WHISTABLE COURT |
| 05/17/2017 09:17:34 PM | RESEKAH DORWOR TH | 639PA | | 1520 WHISTABLE COURT |
| 05/17/2017 09:54:00 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 05/17/2017 10:06:02 PM | MATTHEW CALOWEL | VCP443 | | 1520 WHISTABLE COURT |
| 05/17/2017 10:17:53 PM | Code Given | HKX0R | | 1520 WHISTABLE COURT |
| 05/18/2017 10:54:47 AM | SETZER JONATHAN ALEXANDER | K435V | | 1520 WHISTABLE COURT |
| 05/18/2017 02:07:45 PM | ROYAL MAIDS | GCYI12 | | 1520 WHISTABLE COURT |
| 05/18/2017 07:30:18 PM | SHIPT | I587KK | | 1520 WHISTABLE COURT |
| 05/18/2017 10:27:10 PM | CHRIS | CYVD93 | | 1520 WHISTABLE COURT |
| 05/19/2017 06:59:35 AM | FRANK IOPPOLO | 761QDJ | | 1520 WHISTABLE COURT |
| 05/19/2017 08:22:56 PM | PAPA JOES | BXBL;31 | | 1520 WHISTABLE COURT |
| 05/19/2017 11:31:52 PM | RESEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/20/2017 10:02:56 AM | DORWORTH DONNA | DMUB70 | | 1520 WHISTABLE COURT |
| 05/20/2017 11:31:18 AM | DORWORTH DONNA | DMUB70 | | 1520 WHISTABLE COURT |
| 05/20/2017 01:29:15 PM | RUDISILL SUMMER | SMRSTR | | 1520 WHISTABLE COURT |
| 05/20/2017 05:37:31 PM | CHRISTOPHER DORWORW | HKXOR | | 1520 WHISTABLE COURT |
| 05/20/2017 06:04:57 PM | UBBER | GYRY06 | | 1520 WHISTABLE COURT |
| 05/21/2017 07:01:58 PM | REBEKAH DORWOR H | 639PA | | 1520 WHISTABLE COURT |
| 05/22/2017 01:28:40 PM | jamie burns | GCII11 | | 1520 WHISTABLE COURT |
| 05/22/2017 05:11:46 PM | REBEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/22/2017 08:31:08 PM | Code Given | HWVX893 | | 1520 WHISTABLE COURT |
| 05/22/2017 09:03:04 PM | Code Given | 639PA | | 1520 WHISTABLE COURT |
| 05/23/2017 09:38:25 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 05/23/2017 11:37:59 AM | rebekah dorworth | 639PA | | 1520 WHISTABLE COURT |
| 05/23/2017 02:54:18 PM | marines carta | GNJF64 | | 1520 WHISTABLE COURT |
| 05/23/2017 06:30:20 PM | Code Given | EFRV05 | | 1520 WHISTABLE COURT |
| 05/23/2017 06:33:05 PM | Code Given | 639PA | | 1520 WHISTABLE COURT |
| 05/23/2017 07:52:21 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 05/24/2017 04:32:49 PM | CHRIS DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/24/2017 06:53:21 PM | REBEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/25/2017 01:17:38 AM | LYFT | EMWI18 | | 1520 WHISTABLE COURT |
| 05/25/2017 11:56:09 AM | royal maids | CXVB97 | | 1520 WHISTABLE COURT |
| 05/25/2017 03:31:35 PM | JAMES PALMER | N871SF | | 1520 WHISTABLE COURT |
| 05/25/2017 04:38:23 PM | MADISON DORWORTH | CJSN09 | | 1520 WHISTABLE COURT |
| 05/25/2017 05:04:13 PM | REBEKAH | 639PA | | 1520 WHISTABLE COURT |
| 05/25/2017 06:08:21 PM | CONOR KELLY | J737MS | | 1520 WHISTABLE COURT |
| 05/25/2017 10:35:38 PM | CHRIS | 639PA | | 1520 WHISTABLE COURT |
| 05/26/2017 03:33:39 PM | REBEKAH | 6639PA | | 1520 WHISTABLE COURT |
| 05/26/2017 10:10:30 PM | REBEKAH | 639PA | | 1520 WHISTABLE COURT |
| 05/27/2017 11:23:06 AM | DORWORTH DONNA | DMUB70 | | 1520 WHISTABLE COURT |
| 05/28/2017 12:42:38 PM | DORWORTH DONNA | DMUR70 | | 1520 WHISTABLE COURT |
| 05/28/2017 04:27:32 PM | DORWORTH DONNA | DMUB70 | | 1520 WHISTABLE COURT |
| 05/30/2017 10:09:43 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 05/30/2017 12:30:05 PM | royal maids jamie burns (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 05/30/2017 12:41:24 PM | royal maids | GCYI11 | | 1520 WHISTABLE COURT |
| 05/30/2017 06:40:23 PM | JON YAPO | K637W | | 1520 WHISTABLE COURT |
| 05/30/2017 06:44:07 PM | REBEKAH DORWORTH | 69PA | | 1520 WHISTABLE COURT |
| 05/31/2017 09:38:43 AM | STEVEN POULIOT | 300VZZ | | 1520 WHISTABLE COURT |
| 05/31/2017 12:03:29 PM | steven pouliot | 300VZZ | | 1520 WHISTABLE COURT |
| 05/31/2017 02:52:40 PM | REBEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/31/2017 03:17:22 PM | ALL IN | GSBT97 | | 1520 WHISTABLE COURT |
| 05/31/2017 03:25:37 PM | ALL IN | C83BM | | 1520 WHISTABLE COURT |
| 05/31/2017 03:28:42 PM | ALL IN | 735KIK | | 1520 WHISTABLE COURT |
| 05/31/2017 03:38:33 PM | ALL IN | IDFQ14 | | 1520 WHISTABLE COURT |
| 05/31/2017 03:39:15 PM | ALL IN | HLNL56 | | 1520 WHISTABLE COURT |
| 05/31/2017 03:41:12 PM | ALL IN | BHCZ14 | | 1520 WHISTABLE COURT |
| 05/31/2017 04:11:55 PM | ALL IN | RFRV05 | | 1520 WHISTABLE COURT |
| 05/31/2017 04:46:43 PM | ALL IN | 434TGV | | 1520 WHISTABLE COURT |
| 05/31/2017 05:46:33 PM | ALL IN | BXBL31 | | 1520 WHISTABLE COURT |
| 05/31/2017 05:58:14 PM | ALL IN | 670PZR | | 1520 WHISTABLE COURT |
| 05/31/2017 06:53:42 PM | ALL IN | 848TCB | | 1520 WHISTABLE COURT |
| 05/31/2017 06:54:15 PM | ALL IN | HSGG44 | | 1520 WHISTABLE COURT |
| 05/31/2017 07:25:09 PM | REGEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 05/31/2017 07:57:14 PM | ALL IN | 306XMF | | 1520 WHISTABLE COURT |
| 05/31/2017 07:58:55 PM | ALL IN | 483PDH | | 1520 WHISTABLE COURT |
| 05/31/2017 08:00:49 PM | ALL IN | 735KIK | | 1520 WHISTABLE COURT |
| 05/31/2017 08:54:57 PM | CHRIS DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 05/31/2017 08:59:55 PM | REBEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 06/01/2017 07:26:04 AM | MELISSA BARRY | N121LM | | 1520 WHISTABLE COURT |
| 06/01/2017 02:39:55 PM | jamie burns | GCYI11 | | 1520 WHISTABLE COURT |
| 06/01/2017 02:51:32 PM | chris dorworth | HKX0R | | 1520 WHISTABLE COURT |
| 06/01/2017 03:14:25 PM | ██████████ | 371QPE | | 1520 WHISTABLE COURT |
| 06/01/2017 04:31:52 PM | CHRISTOPHER SPENCER | BRCT94 | | 1520 WHISTABLE COURT |

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 06/01/2017 11:29:37 PM | CHRIS DORWORT | HKX0R | | 1520 WHISTABLE COURT |
| 06/02/2017 12:19:46 PM | LAND SHARK | 300VZZ | | 1520 WHISTABLE COURT |
| 06/02/2017 01:29:15 PM | LANDSHARK | 300VZZ | | 1520 WHISTABLE COURT |
| 06/02/2017 06:17:48 PM | REBEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 06/02/2017 08:29:52 PM | MADISON DORWORTH | GBWA26 | | 1520 WHISTABLE COURT |
| 06/03/2017 12:02:05 AM | REBEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 06/03/2017 08:06:34 AM | BURK PARSONS (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 06/03/2017 08:48:47 AM | BURK PARSONS (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 06/03/2017 08:49:21 AM | JESSE STIEMANN (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 06/03/2017 08:51:27 AM | BURK PARSONS | HKX0R | | 1520 WHISTABLE COURT |
| 06/03/2017 08:51:53 AM | JESSE STIEMANN | 8876JZ | | 1520 WHISTABLE COURT |
| 06/03/2017 09:18:09 AM | STEVEN POUUOT | 300VZZ | | 1520 WHISTABLE COURT |
| 06/03/2017 02:57:09 PM | RUDISILL SUMMER | SMSTR | | 1520 WHISTABLE COURT |
| 06/03/2017 04:02:56 PM | REBEXAH DORWORT | 639PA | | 1520 WHISTABLE COURT |
| 06/03/2017 10:31:34 PM | REBEKAH DORWO RTH | 639PA | | 1520 WHISTABLE COURT |
| 06/04/2017 05:13:35 PM | CHRIS DORWORTH | HKXOR | | 1520 WHISTABLE COURT |
| 06/05/2017 08:32:33 AM | TOMPSON GAS | N936U | | 1520 WHISTABLE COURT |
| 06/05/2017 01:42:23 PM | chris dorwroth | | | 1520 WHISTABLE COURT |
| 06/05/2017 01:43:26 PM | caleb wood | 708RXB | | 1520 WHISTABLE COURT |
| 06/05/2017 02:14:23 PM | royal maids | GCYI11 | | 1520 WHISTABLE COURT |
| 06/05/2017 08:19:35 PM | CHRIS | HKXOR | | 1520 WHISTABLE COURT |
| 06/05/2017 08:21:10 PM | JON - YAPO | K637W | | 1520 WHISTABLE COURT |
| 06/05/2017 08:22:36 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 06/06/2017 09:23:21 AM | chris dorworth | HKX | | 1520 WHISTABLE COURT |
| 06/06/2017 10:03:56 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 06/06/2017 12:29:40 PM | chris dorworth | HKX0R | | 1520 WHISTABLE COURT |
| 06/06/2017 05:44:03 PM | CHRIS DORWORTH | HKXOR | | 1520 WHISTABLE COURT |
| 06/06/2017 08:15:00 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 06/06/2017 08:28:01 PM | CHRIS DORWORTH | HKXOR | | 1520 WHISTABLE COURT |
| 06/07/2017 11:38:19 AM | MICHAEL DARR | EJNM76 | | 1520 WHISTABLE COURT |
| 06/07/2017 03:15:24 PM | REBEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 06/07/2017 05:29:00 PM | RICHARDS JUSTIN | 670PZR | | 1520 WHISTABLE COURT |
| 06/07/2017 10:18:23 PM | RESEKAH DORWORTH | 639PA | | 1520 WHISTABLE COURT |
| 06/07/2017 10:33:02 PM | FEDERICO VEGA | 838QIY | UBBER | 1520 WHISTABLE COURT |
| 06/08/2017 08:25:38 AM | UBER | HIBS31 | | 1520 WHISTABLE COURT |
| 06/08/2017 09:17:00 AM | REBEKAH DORWORTH | 63PA | | 1520 WHISTABLE COURT |
| 06/08/2017 12:35:10 PM | ROYAL MAIDS | GCYI11 | | 1520 WHISTABLE COURT |
| 06/08/2017 04:18:00 PM | ALBERT KAMINSKY | DNUY87 | | 1520 WHISTABLE COURT |
| 06/08/2017 06:56:27 PM | COLLIN WALLACE | 454XLA | | 1520 WHISTABLE COURT |
| 06/08/2017 06:57:46 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 06/08/2017 06:58:04 PM | REBEKAH | 639PA | | 1520 WHISTABLE COURT |
| 06/08/2017 11:45:05 PM | UBER | GVCL12 | | 1520 WHISTABLE COURT |
| 06/09/2017 08:20:40 AM | UBER | GZXW14 | | 1520 WHISTABLE COURT |
| 06/09/2017 10:46:36 AM | CHRIS DORWORTH | NA | | 1520 WHISTABLE COURT |
| 06/10/2017 06:33:32 PM | JOHN NEWSTREET | HLPU50 | | 1520 WHISTABLE COURT |
| 06/10/2017 07:13:44 PM | RUDISILL MICHAEL | SMRSTR | | 1520 WHISTABLE COURT |
| 06/10/2017 09:09:00 PM | PAPA JOES | BXBL31 | | 1520 WHISTABLE COURT |
| 06/11/2017 10:56:21 AM | CHRIS DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/12/2017 08:46:49 AM | jamie burns | GCYI11 | | 1520 WHISTABLE COURT |
| 06/13/2017 10:11:34 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 06/15/2017 11:14:20 AM | ROYAL MAIDS (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 06/15/2017 11:19:26 AM | ALL IN | GCYI12 | | 1520 WHISTABLE COURT |
| 06/20/2017 09:57:36 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 06/21/2017 02:35:32 AM | CHRISTOP DORV | HKXOR | | 1520 WHISTABLE COURT |
| 06/21/2017 01:25:26 PM | CHRIS DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/21/2017 04:48:47 PM | ROSEMARIE WALLACE | M656AI | | 1520 WHISTABLE COURT |
| 06/21/2017 10:59:05 PM | CHRISTOPHER OORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/22/2017 06:46:43 PM | JOSEF FORTUN UBER | G147ZG | | 1520 WHISTABLE COURT |
| 06/22/2017 11:04:23 PM | UBER | GGP5871 | | 1520 WHISTABLE COURT |
| 06/23/2017 12:25:17 AM | CHR DORW ORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/23/2017 01:19:10 AM | UBER | 92533GP | | 1520 WHISTABLE COURT |
| 06/23/2017 08:28:33 AM | CAROL ROBBINS | EFRV05 | | 1520 WHISTABLE COURT |
| 06/23/2017 02:17:46 PM | KRYSTAL SUAREZ | KM40J | | 1520 WHISTABLE COURT |
| 06/23/2017 02:30:29 PM | CHRIS DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/23/2017 04:17:43 PM | FRANK ARTILES | HVRD90 | | 1520 WHISTABLE COURT |
| 06/23/2017 05:32:25 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 06/23/2017 05:59:54 PM | SHIPT | BFRA74 | | 1520 WHISTABLE COURT |
| 06/23/2017 09:50:16 PM | FRANK ARTILES | HVRD90 | | 1520 WHISTABLE COURT |
| 06/24/2017 03:26:01 PM | PACE MICAH | HPN4I | | 1520 WHISTABLE COURT |
| 06/24/2017 04:38:41 PM | CRISTINA BERTOT | IDFQ14 | | 1520 WHISTABLE COURT |
| 06/24/2017 05:18:19 PM | EMILY BERGER | HLNN56 | | 1520 WHISTABLE COURT |
| 06/25/2017 11:04:09 AM | KATHTN BOWYER | Y45EAI | | 1520 WHISTABLE COURT |
| 06/25/2017 01:56:01 PM | CHRISTOPHER DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/25/2017 09:22:08 PM | STEPHAN LANCE | 966MDD | | 1520 WHISTABLE COURT |
| 06/26/2017 09:47:29 AM | chris dorworth | HKX0R | | 1520 WHISTABLE COURT |
| 06/26/2017 11:06:42 AM | ROYAL MAIDS | CXVB97 | | 1520 WHISTABLE COURT |
| 06/26/2017 02:37:50 PM | TOMPSON GAS | | | 1520 WHISTABLE COURT |
| 06/26/2017 11:57:45 PM | EMMSTOPPER DORWORTH | HKXOR | | 1520 WHISTABLE COURT |
| 06/27/2017 07:24:31 PM | CHRISTOPHER DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/27/2017 07:41:22 PM | Yapo Jon | K637W | | 1520 WHISTABLE COURT |
| 06/28/2017 08:26:01 AM | POLLY HAMMOND | K340HJ | | 1520 WHISTABLE COURT |
| 06/28/2017 09:57:17 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 06/28/2017 12:09:49 PM | MARINES CARTA | GNJF64 | | 1520 WHISTABLE COURT |
| 06/28/2017 01:29:09 PM | chris dorworth | HKX0R | | 1520 WHISTABLE COURT |
| 06/28/2017 02:37:08 PM | FRANK ARTILES | IFZU24 | | 1520 WHISTABLE COURT |
| 06/28/2017 02:41:36 PM | chris dorworth | HKX0R | | 1520 WHISTABLE COURT |
| 06/28/2017 02:57:00 PM | LYNZIE FESS | 051RHX | | 1520 WHISTABLE COURT |
| 06/28/2017 03:45:41 PM | CHRISTOPHER DORWORTH | IFZU24 | | 1520 WHISTABLE COURT |
| 06/28/2017 05:17:23 PM | HELEN PAKKALA | EMVN91 | | 1520 WHISTABLE COURT |
| 06/28/2017 07:53:09 PM | SHIPT | CWDL91 | 3 | 1520 WHISTABLE COURT |
| 06/28/2017 11:46:52 PM | CHRISTOP DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/29/2017 11:55:34 AM | carol robbins | EFRV05 | | 1520 WHISTABLE COURT |
| 06/29/2017 01:06:42 PM | ROYAL MAIDS | CXVB97 | | 1520 WHISTABLE COURT |
| 06/29/2017 01:12:01 PM | CHRISTOPHER DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 06/29/2017 03:20:23 PM | CHRIS | HKX0R | | 1520 WHISTABLE COURT |
| 06/29/2017 07:35:15 PM | CHRIS | HKX0R | | 1520 WHISTABLE COURT |
| 06/30/2017 06:25:54 PM | FRANK IOPPOLO | 761QDJ | | 1520 WHISTABLE COURT |
| 07/01/2017 10:35:37 AM | frank ioppolo | 761DDJ | | 1520 WHISTABLE COURT |
| 07/01/2017 12:02:19 PM | ABBY GREENBERG | HVWT24 | | 1520 WHISTABLE COURT |
| 07/03/2017 01:29:15 PM | MARINES CARTA lasership amazon (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 07/03/2017 02:01:37 PM | royal maids | CXVB97 | | 1520 WHISTABLE COURT |
| 07/03/2017 07:08:56 PM | JOHN YAPPO | 639PA | | 1520 WHISTABLE COURT |
| 07/05/2017 10:28:08 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 07/06/2017 07:30:03 PM | FRANK IOPPOLO | 761QDJ | | 1520 WHISTABLE COURT |
| 07/06/2017 10:57:00 PM | FRANK IOPPOLO | 761DUJ | | 1520 WHISTABLE COURT |
| 07/09/2017 07:44:03 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 07/09/2017 07:44:57 PM | CHRISTOPHER DORWORD | HKXOR | | 1520 WHISTABLE COURT |
| 07/10/2017 11:16:29 AM | ROYAL MAIDS (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 07/10/2017 11:20:41 AM | ROYAL MAIDS | GCYI11 | | 1520 WHISTABLE COURT |
| 07/10/2017 10:37:33 PM | T DORWOP | HKX0R | | 1520 WHISTABLE COURT |
| 07/11/2017 09:30:56 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 07/11/2017 01:21:16 PM | chris dorworth | HKX0R | | 1520 WHISTABLE COURT |
| 07/11/2017 04:27:03 PM | DORWORTH | HKX0R | | 1520 WHISTABLE COURT |
| 07/11/2017 05:07:46 PM | SHIPT | EZTL05 | | 1520 WHISTABLE COURT |
| 07/11/2017 05:49:39 PM | LOVEJOY ADAM | DOT31168 | | 1520 WHISTABLE COURT |
| 07/11/2017 05:53:38 PM | FISCHER | HLGC62 | | 1520 WHISTABLE COURT |
| 07/12/2017 02:36:10 PM | chris dorworth | | | 1520 WHISTABLE COURT |
| 07/12/2017 10:50:16 PM | CHRIS DORY OR TH | HKXOR | | 1520 WHISTABLE COURT |
| 07/13/2017 12:00:41 AM | SETZER JONATHAN ALEXANDER | 456BTN | | 1520 WHISTABLE COURT |
| 07/13/2017 02:00:06 AM | UBER | EMXI08 | | 1520 WHISTABLE COURT |
| 07/13/2017 04:11:01 AM | UBER | 848NZY | | 1520 WHISTABLE COURT |
| 07/13/2017 01:49:35 PM | ASHLEY STOCKWELL | CXVB93 | | 1520 WHISTABLE COURT |
| 07/13/2017 07:17:16 PM | FRANK IOPPOLO | 761QDJ | | 1520 WHISTABLE COURT |
| 07/13/2017 09:06:38 PM | FRANK IOPPOLO | 7610DJ | | 1520 WHISTABLE COURT |
| 07/14/2017 02:33:38 PM | chris dorworth | HKX0R | | 1520 WHISTABLE COURT |
| 07/14/2017 04:13:00 PM | SETZER JONATHAN ALEXANDER | K435V | | 1520 WHISTABLE COURT |
| 07/15/2017 03:20:45 PM | MIKE FISHER | HLGC62 | | 1520 WHISTABLE COURT |
| 07/15/2017 04:42:24 PM | G▮▮▮ B▮▮▮ | ▮▮▮ | | 1520 WHISTABLE COURT |
| 07/15/2017 06:15:21 PM | A▮▮▮ B▮▮▮ | ▮▮▮ | | 1520 WHISTABLE COURT |
| 07/15/2017 08:50:01 PM | K▮▮▮ M▮▮▮ | ▮▮▮ | | 1520 WHISTABLE COURT |
| 07/15/2017 11:15:14 PM | JOESEPH ELLICOTT (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 07/15/2017 11:16:44 PM | JOESPH ELLICOTT | BGJOE78 | | 1520 WHISTABLE COURT |
| 07/16/2017 02:04:30 PM | C DORWORTH | HKKX025 | | 1520 WHISTABLE COURT |
| 07/16/2017 05:15:03 PM | B▮▮▮ G▮▮▮ | ▮▮▮ | | 1520 WHISTABLE COURT |
| 07/16/2017 06:08:00 PM | ▮▮▮ | 371QPE | | 1520 WHISTABLE COURT |
| 07/16/2017 08:31:48 PM | PAPA JOES | ATQD84 | | 1520 WHISTABLE COURT |
| 07/16/2017 08:40:49 PM | JOSEPH ELLICOTT | BGJOE78 | | 1520 WHISTABLE COURT |
| 07/16/2017 10:05:04 PM | S▮▮▮ F▮▮▮ | | | 1520 WHISTABLE COURT |
| 07/16/2017 11:10:20 PM | MIKE FISCHER | 371QPE | | 1520 WHISTABLE COURT |
| 07/17/2017 10:04:55 AM | royal maids | GCYI1 | | 1520 WHISTABLE COURT |
| 07/17/2017 01:36:08 PM | chris dorworth | HKX0R | | 1520 WHISTABLE COURT |
| 07/17/2017 02:57:14 PM | SETZER JONATHAN ALEXANDER | MIT | GISQ09 | 1520 WHISTABLE COURT |
| 07/17/2017 05:19:03 PM | UBBER | 695QWU | | 1520 WHISTABLE COURT |
| 07/17/2017 08:43:11 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 07/17/2017 09:14:59 PM | PACE MICAH | HPN41 | | 1520 WHISTABLE COURT |
| 07/17/2017 11:49:07 PM | LEYTON SERVICE | HCZU92 | | 1520 WHISTABLE COURT |
| 07/18/2017 08:32:16 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 07/18/2017 06:40:44 PM | SHIPT | GZGBB | | 1520 WHISTABLE COURT |
| 07/19/2017 11:55:38 AM | kyndal dimon | T57LUS | | 1520 WHISTABLE COURT |
| 07/19/2017 12:35:46 PM | radian global logistics | | | 1520 WHISTABLE COURT |

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 07/19/2017 12:46:40 PM | JACOB ENGELS | BP5D86 | | 1520 WHISTABLE COURT |
| 07/19/2017 04:28:15 PM | SETZER JONATHAN ALEXANDER | K435V | | 1520 WHISTABLE COURT |
| 07/19/2017 07:41:04 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 07/20/2017 12:20:40 PM | ROYAL MAIDS (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 07/20/2017 12:25:40 PM | ROYAL MAIDS | GCYI011 | | 1520 WHISTABLE COURT |
| 07/20/2017 02:10:39 PM | FRANK ARTILES | IFZU24 | | 1520 WHISTABLE COURT |
| 07/20/2017 05:49:43 PM | FRANK ARTILES | IFZU24 | | 1520 WHISTABLE COURT |
| 07/20/2017 06:07:37 PM | GRAHAM GOERNER | GFWM02 | | 1520 WHISTABLE COURT |
| 07/21/2017 01:12:24 PM | hector aguayo | HMMZ83 | | 1520 WHISTABLE COURT |
| 07/21/2017 04:42:57 PM | FRANK ARTILES | IFUZ24 | | 1520 WHISTABLE COURT |
| 07/21/2017 04:45:27 PM | DAVID WORKMAN | 528ND | | 1520 WHISTABLE COURT |
| 07/21/2017 04:46:06 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 07/21/2017 04:57:07 PM | BRADY BENFORD | WI02F | | 1520 WHISTABLE COURT |
| 07/21/2017 05:40:51 PM | ROBERTO CUADRADO UBER | GTER05 | | 1520 WHISTABLE COURT |
| 07/21/2017 06:48:15 PM | NATHANIEL JEAN | CGS5778 | | 1520 WHISTABLE COURT |
| 07/21/2017 09:35:25 PM | PACE MICAH | HPN4I | | 1520 WHISTABLE COURT |
| 07/21/2017 10:35:45 PM | BRADY BENFORD | WT865 | | 1520 WHISTABLE COURT |
| 07/21/2017 11:00:58 PM | UBER (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 07/21/2017 11:05:13 PM | CANLOS PADRO | EAKB92 | | 1520 WHISTABLE COURT |
| 07/22/2017 11:13:18 AM | FRANK ARTILE | IFZU14 | | 1520 WHISTABLE COURT |
| 07/22/2017 01:44:23 PM | FRANK ARTILES | IFZU24 | | 1520 WHISTABLE COURT |
| 07/22/2017 03:20:07 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 07/22/2017 03:40:46 PM | SHIPT | GYBM24 | | 1520 WHISTABLE COURT |
| 07/22/2017 05:10:31 PM | SHIPT | CWDL91 | | 1520 WHISTABLE COURT |
| 07/22/2017 05:38:43 PM | FRANK ARTTLE-S | IFZU24 | | 1520 WHISTABLE COURT |
| 07/22/2017 07:49:41 PM | JOEL GREENBERG | HHWZ34 | | 1520 WHISTABLE COURT |
| 07/22/2017 09:34:57 PM | [redacted] | EGZ6 | | 1520 WHISTABLE COURT |
| 07/22/2017 10:52:24 PM | FRANK ARTILES | IFZU24 | | 1520 WHISTABLE COURT |
| 07/22/2017 11:29:22 PM | UBER | 022XWN | | 1520 WHISTABLE COURT |
| 07/22/2017 11:51:06 PM | M[redacted] (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 07/22/2017 11:52:41 PM | M[redacted] Z[redacted] (DENIED) | DENIED | NOT ON LIS | 1520 WHISTABLE COURT |
| 07/22/2017 11:56:53 PM | M[redacted] Z[redacted] | [redacted] | | 1520 WHISTABLE COURT |
| 07/23/2017 06:17:57 AM | LYFT | HSGG21 | | 1520 WHISTABLE COURT |
| 07/24/2017 10:59:15 AM | BRODEUR JASON | HID18 | | 1520 WHISTABLE COURT |
| 07/24/2017 01:08:26 PM | royal maids | GCYI13 | | 1520 WHISTABLE COURT |
| 07/24/2017 05:30:39 PM | MEUGS DELGUIDICE | BQRB41 | | 1520 WHISTABLE COURT |
| 07/24/2017 05:48:54 PM | BURANWJ PARSONS | HT08X | | 1520 WHISTABLE COURT |
| 07/24/2017 05:54:15 PM | KEVIN STRUCK | PI489 | | 1520 WHISTABLE COURT |
| 07/24/2017 05:55:44 PM | JOHN COBB | K232KT | | 1520 WHISTABLE COURT |
| 07/24/2017 06:04:04 PM | GLENN DIAZ | EPWG96 | | 1520 WHISTABLE COURT |
| 07/24/2017 06:32:37 PM | RUDISILL MICHAEL | SK9IWJW | | 1520 WHISTABLE COURT |
| 07/25/2017 08:34:45 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 07/25/2017 05:42:24 PM | LOVEJOY ADAM | M297UA | | 1520 WHISTABLE COURT |
| 07/25/2017 06:58:15 PM | JON 2YAPO | K637W | | 1520 WHISTABLE COURT |
| 07/26/2017 08:31:44 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 07/28/2017 01:40:27 PM | frank ioppolo | 761DDJ | | 1520 WHISTABLE COURT |
| 07/29/2017 05:25:35 PM | DAN TAYLOR | 18155BG | | 1520 WHISTABLE COURT |
| 07/29/2017 07:40:44 PM | ABBY GREENBERG | HVWI24 | | 1520 WHISTABLE COURT |
| 07/30/2017 10:27:04 AM | SETZER JONATHAN ALEXANDER | K435V | | 1520 WHISTABLE COURT |
| 07/31/2017 09:20:57 AM | service one | HSIB94 | | 1520 WHISTABLE COURT |

HeathrowMaster0007

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 07/31/2017 06:01:06 PM | JOHN YAPPO | K637W | | 1520 WHISTABLE COURT |
| 07/31/2017 06:02:13 PM | SETZER JONATHAN ALEXANDER | K432V | | 1520 WHISTABLE COURT |
| 07/31/2017 11:39:57 PM | Yapo Jon | K637W | | 1520 WHISTABLE COURT |
| 08/01/2017 08:44:47 AM | APEX POOL | HQRX70 | | 1520 WHISTABLE COURT |
| 08/02/2017 07:26:39 AM | KRISITIAN VADASZ | | | 1520 WHISTABLE COURT |
| 08/02/2017 08:01:21 AM | DUSINBERRE DON | HSIB99 | | 1520 WHISTABLE COURT |
| 08/02/2017 08:23:29 AM | Service One | 071084 | | 1520 WHISTABLE COURT |
| 08/02/2017 08:46:32 AM | floor crafters expired dl lucas rodriguez (DENIED | DENIED | EXPIRED DL | 1520 WHISTABLE COURT |
| 08/02/2017 08:59:54 AM | floor crafters | EAHP65 | | 1520 WHISTABLE COURT |
| 08/02/2017 09:26:28 AM | floor crafters | EAHP65 | | 1520 WHISTABLE COURT |
| 08/02/2017 12:12:52 PM | floor crafters | HZNG15 | | 1520 WHISTABLE COURT |
| 08/02/2017 08:33:11 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 08/03/2017 08:18:05 AM | paul poleon | HLGY57 | | 1520 WHISTABLE COURT |
| 08/03/2017 01:06:22 PM | floor crafters | FBC756 | | 1520 WHISTABLE COURT |
| 08/03/2017 10:28:57 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 08/03/2017 10:49:03 PM | JOSEPH ELLICOTT | BGJOE78 | | 1520 WHISTABLE COURT |
| 08/04/2017 11:51:11 AM | abf freight | | | 1520 WHISTABLE COURT |
| 08/04/2017 05:00:09 PM | shipt | EZTL05 | | 1520 WHISTABLE COURT |
| 08/04/2017 05:43:55 PM | shipt | 1025XF | | 1520 WHISTABLE COURT |
| 08/04/2017 06:49:02 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 08/06/2017 10:49:55 AM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 08/06/2017 04:01:46 PM | PAUL UBER | | 774TS | 1520 WHISTABLE COURT |
| 08/06/2017 07:09:12 PM | FRAN IOPPOLO JR | 716QDJ | | 1520 WHISTABLE COURT |
| 08/06/2017 09:39:23 PM | POLLY HAMMOND | K34OHJ | | 1520 WHISTABLE COURT |
| 08/07/2017 01:01:56 PM | TOMPSON GAS | | | 1520 WHISTABLE COURT |
| 08/07/2017 07:33:04 PM | SHIPT | CWDL81 | | 1520 WHISTABLE COURT |
| 08/08/2017 08:43:48 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 08/09/2017 01:21:47 PM | shipt delivery | 003RHP | | 1520 WHISTABLE COURT |
| 08/09/2017 04:15:43 PM | BRODEUR JASON | HID1B | | 1520 WHISTABLE COURT |
| 08/10/2017 05:39:52 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 08/11/2017 04:49:43 PM | JON 2 | K637W | | 1520 WHISTABLE COURT |
| 08/11/2017 06:31:40 PM | CAROL ANN ROBBINS | EFRVO5 | | 1520 WHISTABLE COURT |
| 08/11/2017 09:10:42 PM | PAPPA JOES | WPB71 | | 1520 WHISTABLE COURT |
| 08/12/2017 03:23:39 PM | HAMMOND POLLY | K34QHJ | | 1520 WHISTABLE COURT |
| 08/12/2017 04:23:37 PM | CAITL AYUB | HAWI72 | | 1520 WHISTABLE COURT |
| 08/12/2017 04:28:07 PM | SYDNEY MILLER | TALK2U | | 1520 WHISTABLE COURT |
| 08/13/2017 11:32:56 AM | Yapo Jon | K637W | | 1520 WHISTABLE COURT |
| 08/15/2017 09:10:41 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 08/16/2017 09:03:29 AM | EDWARD HENNESSEY | UD96 | | 1520 WHISTABLE COURT |
| 08/17/2017 11:06:57 AM | rosa fernandez stott | 331MJR | | 1520 WHISTABLE COURT |
| 08/17/2017 04:45:45 PM | GEORGE KRAMER | GMK | | 1520 WHISTABLE COURT |
| 08/17/2017 05:01:14 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 08/17/2017 09:09:17 PM | REBEKA | PF329H | | 1520 WHISTABLE COURT |
| 08/18/2017 09:16:04 AM | REBEKAH DORWORTH | PF329H | | 1520 WHISTABLE COURT |
| 08/18/2017 10:33:39 AM | ROSA FERNANDEZ SCOTT | 331MJR | | 1520 WHISTABLE COURT |
| 08/18/2017 10:34:13 AM | MARIA MENDEZ | IFGH31 | | 1520 WHISTABLE COURT |
| 08/18/2017 12:30:31 PM | BLAKE WEBB | 479VGK | | 1520 WHISTABLE COURT |
| 08/18/2017 12:31:06 PM | JESSE BROWNELL | 696RTE | | 1520 WHISTABLE COURT |
| 08/18/2017 12:31:42 PM | WILLIAM WATSON | J596RM | | 1520 WHISTABLE COURT |
| 08/18/2017 02:25:50 PM | REBEKAH DORWORTH | PF329H | | 1520 WHISTABLE COURT |

| Entry time | Guest name | Tag #1 | Tag #2 | Destination: |
|---|---|---|---|---|
| 08/18/2017 08:08:36 PM | REBEKAH DORWORTH | | | 1520 WHISTABLE COURT |
| 08/19/2017 09:19:18 AM | ROSA FERNANDEZ -STOTT | 331MHR | | 1520 WHISTABLE COURT |
| 08/19/2017 09:20:19 AM | NORMA LEGUIZAMON | IFVX98 | | 1520 WHISTABLE COURT |
| 08/19/2017 02:43:20 PM | REBEKAH DORWORTH | PF329H | | 1520 WHISTABLE COURT |
| 08/21/2017 07:03:11 AM | OAK CONSTRUCTION | 696RTE | | 1520 WHISTABLE COURT |
| 08/21/2017 07:04:28 AM | OAK CONSTRUCTION | J59QRM | | 1520 WHISTABLE COURT |
| 08/21/2017 08:52:50 AM | norma leguizamon | IFVK98 | | 1520 WHISTABLE COURT |
| 08/21/2017 09:12:09 AM | JESSE BROWNELL | 696RTE | | 1520 WHISTABLE COURT |
| 08/22/2017 07:01:49 AM | WILUAM WATSON | J59QRM | | 1520 WHISTABLE COURT |
| 08/22/2017 07:02:33 AM | JESSE BROWNELL | 696RTE | | 1520 WHISTABLE COURT |
| 08/22/2017 08:50:30 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |
| 08/22/2017 08:59:17 AM | norma leguizamon | IFVX98 | | 1520 WHISTABLE COURT |
| 08/22/2017 11:19:06 AM | blake webb | 479VGK | | 1520 WHISTABLE COURT |
| 08/22/2017 02:57:47 PM | norma leguizamon | IFV | | 1520 WHISTABLE COURT |
| 08/22/2017 04:01:07 PM | BLAKE WEBB | 479VGK | | 1520 WHISTABLE COURT |
| 08/22/2017 05:41:20 PM | MORRIS RANDALL | AHEK66 | | 1520 WHISTABLE COURT |
| 08/22/2017 09:54:06 PM | RESEKAH DORWORTH | FF3PK4 | | 1520 WHISTABLE COURT |
| 08/23/2017 07:02:12 AM | OAKWOOD CONSTRUCTION | J59QRM | | 1520 WHISTABLE COURT |
| 08/23/2017 07:02:43 AM | JESP BROW E L | 696RTE | | 1520 WHISTABLE COURT |
| 08/23/2017 02:22:41 PM | rebekah dorworth | PF329H | | 1520 WHISTABLE COURT |
| 08/23/2017 03:53:17 PM | REBERAH DORWOR T - | PF329H | | 1520 WHISTABLE COURT |
| 08/23/2017 04:21:33 PM | REBEKAH DORWORTH | PF325H | | 1520 WHISTABLE COURT |
| 08/23/2017 06:25:42 PM | MARSHALL ASHLYN | CXUY26 | | 1520 WHISTABLE COURT |
| 08/23/2017 07:01:09 PM | RICHARDS JUSTIN | 670PZR | | 1520 WHISTABLE COURT |
| 08/23/2017 07:26:28 PM | FRANK IOPPOLO JR | 761QDJ | | 1520 WHISTABLE COURT |
| 08/24/2017 07:02:09 AM | OAKWOOD CONSTRUCTION | J590RM | 66RTE | 1520 WHISTABLE COURT |
| 08/24/2017 09:55:02 AM | rebekah dorworth | PF329H | | 1520 WHISTABLE COURT |
| 08/24/2017 11:41:38 AM | shipt grociers | U098 | | 1520 WHISTABLE COURT |
| 08/24/2017 01:38:25 PM | norma leguizamon | 7577XG | | 1520 WHISTABLE COURT |
| 08/24/2017 04:25:56 PM | ROSA FERNANDEZ | 331MJR | | 1520 WHISTABLE COURT |
| 08/24/2017 07:15:29 PM | MATTHEW CALDWELL | VCP443 | | 1520 WHISTABLE COURT |
| 08/24/2017 07:24:08 PM | BRODEUR JASON | HID18 | | 1520 WHISTABLE COURT |
| 08/24/2017 08:17:15 PM | LUKE CLASSON | PH061J | | 1520 WHISTABLE COURT |
| 08/25/2017 07:03:45 AM | OAKWOOD CONSTRUCTION | J590RM | | 1520 WHISTABLE COURT |
| 08/25/2017 07:04:06 AM | JESSE BROWNELL | 696RTE | | 1520 WHISTABLE COURT |
| 08/25/2017 01:47:17 PM | ROBERT CORTES | HCG829 | | 1520 WHISTABLE COURT |
| 08/25/2017 06:54:05 PM | FRARK IOPPOLO | 761QOJ | | 1520 WHISTABLE COURT |
| 08/26/2017 07:38:17 PM | SETZER JONATHAN ALEXANDER | K435V | | 1520 WHISTABLE COURT |
| 08/26/2017 08:15:20 PM | PACE MICAH | HPN41 | | 1520 WHISTABLE COURT |
| 08/26/2017 08:19:10 PM | LOVEJOY ADAM | NA | | 1520 WHISTABLE COURT |
| 08/26/2017 08:23:06 PM | JOEL GREENBERG | HHWZ34 | | 1520 WHISTABLE COURT |
| 08/26/2017 08:36:33 PM | RUDISILL MICHAEL | SMRSTR | | 1520 WHISTABLE COURT |
| 08/26/2017 09:10:25 PM | PAPA JOES | WD98A | | 1520 WHISTABLE COURT |
| 08/26/2017 10:37:05 PM | JOSEPH ELLICOTT | BGJ578 | | 1520 WHISTABLE COURT |
| 08/28/2017 09:37:28 AM | service one | HLGY57 | | 1520 WHISTABLE COURT |
| 08/28/2017 09:51:35 AM | TOMPSON GAS | N9361U | | 1520 WHISTABLE COURT |
| 08/28/2017 12:52:36 PM | shipt grociers | DCMQ37 | | 1520 WHISTABLE COURT |
| 08/28/2017 02:22:37 PM | norma leguizamon | 7577XG | | 1520 WHISTABLE COURT |
| 08/28/2017 03:47:04 PM | REBECCA HAMMOND | | | 1520 WHISTABLE COURT |
| 08/29/2017 09:54:44 AM | APEX POOL | HQFX70 | | 1520 WHISTABLE COURT |

| *Entry time* | *Guest name* | *Tag #1* | *Tag #2* | *Destination:* |
|---|---|---|---|---|
| 08/29/2017 01:40:36 PM | rebekah dorworth | PF329H | | 1520 WHISTABLE COURT |
| 08/29/2017 07:15:26 PM | REBEKAH HAMMOND DORWORTH | PF329H | | 1520 WHISTABLE COURT |
| 08/30/2017 10:24:52 AM | michael largent pressure wash | 442ICY | | 1520 WHISTABLE COURT |
| 08/30/2017 11:49:30 AM | mike pressure wash | 442ICY | | 1520 WHISTABLE COURT |
| 08/30/2017 11:58:37 AM | phillip corbitt | HFBV30 | | 1520 WHISTABLE COURT |
| 08/30/2017 02:34:09 PM | mike largent pressure wash | HFBV30 | | 1520 WHISTABLE COURT |
| 08/30/2017 03:42:47 PM | REBEKAH | PF325H | | 1520 WHISTABLE COURT |
| 08/30/2017 05:53:30 PM | MIKE LARGENT PRESSURE WASHING | 442ICY | | 1520 WHISTABLE COURT |
| 08/30/2017 06:32:56 PM | RICHARDS JUSTIN | 670PZR | | 1520 WHISTABLE COURT |
| 08/31/2017 09:58:05 AM | NORMA LEGUIZAMON | 7577XG | | 1520 WHISTABLE COURT |
| 08/31/2017 11:18:03 AM | MIKES PRESSURE CLEANING | 442ICY | | 1520 WHISTABLE COURT |
| 08/31/2017 03:07:16 PM | MICHAEL LARGENT | 442ICY | | 1520 WHISTABLE COURT |
| 08/31/2017 08:40:20 PM | REBEKAH | PF329H | | 1520 WHISTABLE COURT |

*Total Entries:* 460