# EXHIBIT 4

## DEPOSITION TRANSCRIPT OF K.M. TAKEN JUNE 21, 2024

(SUBJECT TO MOTION TO FILE UNDER SEAL TO BE FILED CONTEMPORANEOUSLY)