# EXHIBIT 6



**K▓▓▓ M▓▓▓**

☐ Opened

TODAY

**K▓▓▓**
Hey
So it is about Joel
And she keeps trying to refuse to talk to them
They won't stop and said they will do whatever it takes to get to her
They said they found her name through his transactions
They said they will have someone come to her address in Colorado and her moms house with a warrant and such if she doesn't come in to talk to them
They have seen all that stuff apparently

**ME**
Hey! I'll let him know.

**K▓▓▓**
Ok
▓▓▓ is prob gonna get a lawyer

**ME**
He said she is under no obligation to talk to them

**K▓▓▓**
Why would they say all that and such

Confidential                                         AbbyGreenberg000212

5:46

K▮▮▮▮ M▮▮▮▮

**ME**
And he said he'd help with a lawyer if she needed it.

**K▮▮▮**
Ok lemme message her really quick

**ME**
They are just really assholes. But like I told you, they have wasted a TON of money and public resources trying to get Joel, and the truth is, he didn't do anything illegally in the office. So they are trying to get ANYTHING they can so they don't look like they wasted all that money. They are trying to save their jobs, basically

I'm gonna try to talk to him and then maybe I can talk to L▮▮▮ later today.

**K▮▮▮**
Ok they said they are gonna give ▮▮▮ a warrant if she doesn't talk to them but they can't do that right?
Saying they were gonna come to her moms house today and such if she doesn't come in
They want her to come in like right now
They also called it human trafficking? Which it's deff not

**ME**
Yeah, that is bullshit. They can't do that.

Send a chat

Confidential    AbbyGreenberg000213



**ME**
Yeah, that is bullshit. They can't do that.

**K***
She doesn't know what to do rn
She doesn't want them coming to her moms. She is in Florida rn.
They basically said come in at 2 or we will do the warrant and have someone come

**ME**
She never had a physical relationship with him or anything that anyone can prove. Let me call him real quick

**K***
Ok thank you

**ME**
Who is it that wants her to come in?
Is it a police agency?

**K***
I am unsure lemme ask
I am waiting for her to reply
But I am assuming so

**ME**
Thanks
The mentioned Joel's name specifically, right?

**K***

Confidential       AbbyGreenberg000214



5:48

K▇▇▇ M▇▇▇

Thanks

The mentioned Joel's name specifically, right?

K▇▇

▇▇ said she is gonna ask her Rn

**ME**

Thanks darlin

K▇▇

Yeah she said it was deff about him
Det brandy smith
Her name and she's with the Osceola sheriffs office

**ME**

He is reaching out right now, getting some answers. They can't make her talk. Such bullshit

K▇▇

Ok sounds good I'll let her know
I know it's ridiculous she can't be given a warrant when she didn't do anything
And there's no info on why that transaction happened anyways
She could of been his maid for a day for all they know

**ME**

Exactly!

Confidential                                              AbbyGreenberg000215

5:49

K█████ M█████

**ME**
Exactly!
Okay, she needs to delay them, hold them off and just not answer them.
Checking into lawyer now
I was told I should meet with her if she can, not sure why yet
Checking into a lawyer right now. Basically, she should avoid them until she gets the lawyer

**K█████**
Apparently she said the lady drove any hour and she is gonna go and say she doesn't feel comfortable talking with out a lawyer and then leave. And she wants to meet with you right after. Are you in Daytona?
I told her not to say a word about anything or even act like she knows why they even wanna talk to her and just say she wants a lawyer and then leave

**ME**
Shit
Probably not a good idea.

**K█████**
She said she had a guilty conscience because this lady drove an hour to come

Confidential    AbbyGreenberg000216

5:50

K▮▮▮▮▮ M▮▮▮▮

**K▮▮▮▮▮**
She said she had a guilty conscience because this lady drove an hour to come meet her
I told her it wasn't but she insisted because the lady was so persistent and had already drove there

**ME**
I'm heading over there now, going to Barnes and Noble and time get my mail at the shop

**K▮▮▮▮▮**
But I just talked to her and really emphasized not saying a word and acting like she has no clue what this is even about

**ME**
The lady isn't doing her any favors - she drove all that way to cause trouble for her

**K▮▮▮▮▮**
Yeah I know
I really don't want her talking to her at all
Ok well text me when you are at the shop, ▮▮▮▮ is meeting her now and wants to see you right after

**ME**
Andrew Searle 407-203-3715

Confidential                                    AbbyGreenberg000217

5:51

K▮▮▮▮ M▮▮▮▮

**K▮▮▮▮**
Lawyer?

**ME**
Have her call this lawyer and see what he says before she goes
He's expecting the call

**K▮▮▮▮**
Ok
▮▮▮ is meeting the lawyer now
The detective is absolutely dumb
She was saying he used there system to find her and all this crap
And that she needed to cooperate and she could of brought hand cuffs and all this
Like this lady must be so dumb and the fact that she talked to her like that is outrageous

**ME**
It really is! It's like entrapment. They bully people into screwing themselves over. Such bullshit.
Good that she is meeting him

**K▮▮▮▮**
Yeah that's crazy
Yeah I am happy she is
I told her she should of recorded that meeting with her

Send a chat

Confidential                         AbbyGreenberg000218