# EXHIBIT 7

**From:** U.S. Department of Justice - VNS <fedemail@vns.usdoj.gov>
**Sent:** Tuesday, January 26, 2021 10:13 AM
**To:** Simon Wiseman <swiseman@wisemantriallaw.com>
**Subject:** U.S. Department of Justice - VNS - Investigative Case 327-777-11197 - Court Case 20-CR-00097

DO NOT REPLY TO THIS EMAIL.

**U.S. Department of Justice**
Middle District of Florida in Orlando
400 W. Washington St.
Suite 300
Orlando, FL 32801
Phone: (407) 648-7500

January 26, 2021

Simon Wiseman

Re:   United States v. Defendant(s) JOEL MICAH GREENBERG
      Case Number 2018R02241 and Court Docket Number 20-CR-00097

Dear Simon Wiseman:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. You have been designated to receive notifications on behalf of the following victim(s) (or potential victims) identified by law enforcement during the investigation of the case: A█████ B█████

A status hearing is scheduled before Judge Gregory Presnell for May 11, 2021, 01:00 PM at Orlando Courtroom 5 A, George C. Young U.S. Courthouse & Federal Building, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801-0120 for defendant(s) JOEL MICAH GREENBERG. The purpose of this hearing is to determine if there are issues that the Court needs to address and to schedule any necessary future court dates.

The trial previously scheduled for defendant(s) JOEL MICAH GREENBERG on March 1, 2021, 09:15 AM at Orlando Courtroom 5 A, George C. Young U.S. Courthouse & Federal Building, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801-0120 has been rescheduled by the court. VNS will continue to provide you with updated case scheduling and event information.

A trial is scheduled before Judge Gregory Presnell on June 7, 2021, 09:15 AM at Orlando Courtroom 5 A, George C. Young U.S. Courthouse & Federal Building, 401 West Central Boulevard, Suite 1200, Orlando,

Florida 32801-0120 for the case which involves defendant(s) JOEL MICAH GREENBERG.

Please be aware that many criminal cases are resolved by a plea agreement between the United States Attorney's Office and the defendant. You should also know that it is not unusual for a defendant to seek to negotiate a plea agreement shortly before a trial is scheduled to begin. Plea agreements can be made at any time and as late as the morning of trial, leaving little or no opportunity to provide notice to you of the date and time of the plea hearing. If the court schedules a plea hearing in this case, we will use our best efforts to notify you of available information as soon as practicable. If you want to inform the prosecutor of your views regarding potential plea agreements, or any other aspect of the case, please contact the prosecutor assigned to this case or me.

Unless you have received a subpoena to attend as a witness in this matter, your attendance is not required. Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending, you may want to call the VNS Call Center or check the web site to confirm the date and time.

Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending, you may want to call the VNS Call Center or check the website to confirm the date and time. Please note, there is a 24-hour delay in information transfer to the website.

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

You will use your Victim Identification Number (VIN) **'6365460'** and Personal Identification Number (PIN) **'7129'** anytime you contact the Call Center and the first time you log into VNS on the website. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Wiseman.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Tisa Maisonet
Victim Witness Specialist

If you do not want to receive email notifications from the Victim Notification System (VNS) please log into the VNS Web site at https://www.notify.usdoj.gov, select "My Information", remove your email address and click the "update" button. If you remove your email address, you will continue to receive letters from VNS except in those case which have large numbers of victims. To change your email address, select "My Information", provide a new address and click the "update" button.

CONFIDENTIAL                                                                                                          AB_000002

If you do not want to receive any notifications in your case, select "Stop Receiving Notifications" and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (https://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification are available under the "Downloads/Links" section on the Web page.

Please call the Victim Notification System (VNS) Help Desk at phone number 1-866-625-1631 for assistance and questions.

CONFIDENTIAL                              AB_000003



CONFIDENTIAL AB_000004



**+1 (407) 785-0306**

Today 7:10 AM

Good Morning, let me know when is a good time for you today :)

Today 1:09 PM

If you don't want to meet, it's okay. But if you're nervous about something, let me know.

Today 10:20 PM

I'm sorry, I just got 3 days so I've been sleeping all day. But I don't think I have the time to meet and also don't want to let this mess with my time here

Delivered





Text message conversation with +1 (407) 785-0306:

- Yesterday 11:42 AM
- [Me] Yes, anytime before 4
- Yesterday 1:10 PM
- [Me] starbucks near me (google.com link)
- [Me] Starbucks, 168 Semoran Blvd, Casselberry, FL 32707
- [Them] 👍 40 min
- [Me] Can I have your name?
- [Them] Det Brandy Smith
- [Them] Osceola County Sheriffs Office
- [Them] In my car in front of Amscot
- [Me] Okay, I will be there in 2
- [Them] Just give me 5 minutes, I promise you will feel better.
- [Them] Awesome
- Yesterday 3:48 PM
- [Them] Any word?

CONFIDENTIAL                                        AB_000006



CONFIDENTIAL                    AB_000007



CONFIDENTIAL AB_000008



**You set disappearing message time to 30 minutes.**

Tap to Change

> Thanks I'm just not sure where I stand rn because the way Joel's lawyer made it sound is that either way I'm going to have to talk he said that I just need to make sure I have full immunity so If I don't have to testify or anything I don't want to, so I want to talk to a lawyer that will be looking out for my best interest and keep me out of this.
> 
> 3m

--- NEW MESSAGES ---

100000%
1m

I'm gonna see what M says for you
1m

He said something so sweet about you girls to me yesterday btw ❤️
1m

Joel isn't going to try to hurt you but he's gonna put himself first. That's my read
Now



CONFIDENTIAL                                                      AB_000009



CONFIDENTIAL					AB_000010

  **Joel Greenberg** @  
Tap here for settings    1m

Joel Greenberg

+1 407-907-5669

Member of 1

---

YESTERDAY



Joel Greenberg set disappearing message time to 5 minutes.

Tap to Change

---

TODAY · NEW MESSAGES



Joel Greenberg set disappearing message time to 1 minute.

Tap to Change

Hello. Are you planning on going to see the lawyer in the morning?
35m

All you have to do if show up and bring the paperwork. You don't have to worry about payment.
Now

CONFIDENTIAL                    AB_000011