# EXHIBIT 9

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH, <br><br> *Plaintiff,* <br><br> v. <br><br> JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B., <br><br> *Defendants.* | Case No.: 6:23-cv-871-CEM-DCI |

### DECLARATION OF ANDREW SEARLE, ESQ.

I, Andrew Searle, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I was admitted to practice law in the State of New York on March 26, 2007. I have been a member of The Florida Bar since March 15, 2015. I am an attorney in good standing in both New York and Florida.

3. From 2006 to 2012, I was employed as an Assistant District Attorney at the Manhattan District Attorney's Office in New York City, where I investigated and prosecuted state criminal cases ranging from misdemeanors to serious felony offenses,

1

including rape and homicide.

4. From 2012 to 2017, I was an Assistant United States Attorney in the Middle District of Florida, where I prosecuted numerous federal cases, from the pre-charge investigative phase through trial and sentencing.

5. Since 2017, I have been a private criminal defense attorney in Orlando, Florida. My private practice concentrates on white-collar and federal criminal cases. The clients I have represented have ranged from medical professionals, business owners, and executives, to indigent criminal defendants whom I have represented through the Criminal Justice Act Panel.

6. During my approximately 17 years as a practicing attorney, I have participated in 24 jury trials (13 federal jury trials in the Middle District of Florida and 11 state jury trials in New York). I am currently admitted to practice in the following Federal Courts: (a) U.S. Court of Appeals for the Eleventh Circuit; (b) U.S. District Court, District of Columbia; (c) U.S. District Court, Eastern District of New York; (d) U.S. District Court, Middle District of Florida; (e) U.S. District Court, Northern District of Florida; (f) U.S. District Court, Southern District of Florida; (g) U.S. District Court, Southern District of New York; and (h) U.S. District Court, Western District of New York.

7. On or about August 14, 2020, I had a legal consultation with A.B.

8. A.B. never retained me to represent her. The only consultation I have ever had with A.B. is described above.

9. I was never paid for meeting with A.B., and I never entered into an

agreement with anyone to receive payment on her behalf.

10. I was also never contacted by Joel Greenberg, Andrew Greenberg, Susan Greenberg, Abby Greenberg, or any representative on behalf of AWG, Inc., Greenberg Dental Associates, LLC, Greenberg Dental & Orthodontics, P.A., or Greenberg Dental Specialty Group LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15th, 2024.

_____
Andrew Searle