# EXHIBIT 11

## LETTER FROM RICHARD HORNSBY TO AUSA GEE AND BRITSCH DATED OCTOBER 4, 2021

**(SUBJECT TO MOTION TO FILE UNDER SEAL TO BE FILED CONTEMPORANEOUSLY)**