# EXHIBIT 12

## DEPOSITION TRANSCRIPT OF MICHAEL FISCHER TAKEN MAY 15, 2024

**(SUBJECT TO MOTION TO FILE UNDER SEAL TO BE FILED CONTEMPORANEOUSLY)**