# EXHIBIT 13

## LETTER FROM RICHARD HORNSBY TO AUSA GEE DATED MAY 7, 2021

**(SUBJECT TO MOTION TO FILE UNDER SEAL TO BE FILED CONTEMPORANEOUSLY)**