# EXHIBIT 14

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

### PLAINTIFF'S ANSWERS TO DEFENDANT ABBY GREENBERG'S FIRST SET OF REQUESTS FOR ADMISSION

COMES NOW, Plaintiff Christopher E. Dorworth, and hereby submits his responses to Defendant Abby Greenberg's First Set of Requests for Admission to Plaintiff.

### RESPONSES TO REQUESTS FOR ADMISSION

**Request No. 1**

Admit that A.B. was present at the residence owned by Christopher Dorworth located at 1520 Whitstable Court, Lake Mary, Florida 32746 on Saturday, July 15, 2017 as reflected in the non-party production of the Heathrow Master Association, Inc., and bates stamped HeathrowMaster0001-HeathrowMaster000010 which non-party production is incorporated into this Request for Admission by reference.

**Answer:** Objection. A.B. does not allege any improper interaction on the date and time in question or at Dorworth's house. Rather, A.B. alleges (falsely) interaction between her and Dorworth at a

hotel in another town on another date. Thus, the request is irrelevant. Further, the document speaks for itself. The document merely reflects A.B.'s name on an entry log, not any presence at any residence for any period of time. Lastly, Plaintiff did not create the document and cannot vouch for its authenticity.

Without waiving the foregoing, Plaintiff Dorworth states that he cannot admit or deny whether A.B. was present at his home. Plaintiff Dorworth was in Maitland, on a lake, on a pontoon boat, half an hour away at 6:04pm on the date in question, as evidenced by a photograph he took on his phone on the boat, which is produced herewith at DORWORTH000758-DORWORTH000760, see also DORWORTH000340. Plaintiff cannot state who may have entered Heathrow or visited his home at 6:15, as he was not, and could not have been, there at the time. To the extent that A.B. claims in her Interrogatories that Dorworth was present when she arrived, this is categorically false. Dorworth does not recall meeting A.B. at any time, and certainly not on the date in question. See also May 7, 2021, correspondence from Richard Hornsby, Esq., to Todd Gee, Assistant U.S. Attorney, which addresses the entry log, DORWORTH000761-DORWORTH000765.

Date: November 3, 2023

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## **CERTIFICATE OF SERVICE**

I certify that on the date listed above, a copy of the foregoing document was served by email on all counsel of record:

Frederick S. Wermuth
    fwermuth@kbzwlaw.com
Dustin Mauser-Claassen
    dmauser@kbzwlaw.com
Quinn Ritter
    qritter@kbzwlaw.com
***Counsel for Andrew Greenberg***
***Sue Greenberg, and AWG, Inc.***

Michael J. Furbush
    mfurbush@deanmead.com
Michaela N. Kirn
    mkirn@deanmead.com
***Counsel for Greenberg Dental Entities***

Jesse Unruh
    jesse@spirelawfirm.com
Christopher W. Ford
    ford@hbcboulder.com
Laura Wolf
    laura@spark-law.com
***Counsel for A.B.***

Jason A. Perkins
    jperkins@carltonfields.com
Chelsey J. Clements
    cclements@carltonfields.com
Jason F. Bullinger
    jbullinger@carltonfields.com
***Counsel for Abby Greenberg***

Fritz Scheller
    fscheller@flusalaw.com
***Counsel for Joel Greenberg***

    /s/Michael Paul Beltran
    Michael P Beltran