# EXHIBIT 15

## DECLARATION OF RANDALL MORRIS

1. My name is Randall Morris.

2. I am over the age of eighteen and I have personal knowledge of the facts set forth below.

3. I have known Christopher Dorworth as we were friends for many years.

4. In the Spring of 2015, I bought a pontoon boat.

5. Chris Dorworth came to my house and rode with me on my pontoon boat numerous times.

6. We would ride on Lake Nina and Lake Maitland in the Winter Park Chain of Lakes usually late afternoon until sunset.

7. Both Chris Dorworth and I have birthdays in July.

8. Chris Dorworth and I would celebrate our birthdays together on a date between our birthdays, usually mid-July.

9. After the pontoon trips, we would invariably socialize well into the evening and night.

10. The photograph below is a true and accurate photograph of me on my pontoon boat on July 15, 2017 on Lake Maitland.

11. I understand that this photograph was taken by Chris Dorworth.



DORWORTH 003779

12. I have also reviewed the video marked as DORWORTH00758 and it appears to be an authentic video of me speaking on the pontoon boat on the same occasion.

13. I understand that the video was also taken by Mr. Dorworth on the same occasion.

14. I believe Chris Dorworth is a good person and have no basis for questioning his character.

15. I provide the following information under penalty of perjury in accordance with Section 92.525, Florida Statutes.

16. The foregoing is accurate to the best of my knowledge.

## VERIFICATION

Under penalties of perjury, I declare that I have read my Declaration and that the facts stated herein are true.

Date: July 1, 2024

_____
Randall Morris

(Verification made pursuant to 28 U.S.C. § 1746 and Fla. Stat. § 92.525(2); see *State v. Shearer*, 628 So.2d 1102 (1993) ("In addition to a notarized oath such as the one in rule 3.987, however, section 92.525, Florida Statutes (1991), provides that a signed declaration can substitute for a notarized oath if it contains the following language: 'Under penalties of perjury, I declare that I have read the foregoing [document] and that the facts stated in it are true.'"))