# EXHIBIT 16

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH, | |
| Plaintiff, | |
| v. | |
| JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B., | Case No.: 6:23-CV-00871 |
| Defendants. | |

## PLAINTIFF'S VERIFIED ANSWERS TO DEFENDANT ABBY GREENBERG'S SECOND SET OF INTERROGATORIES

COMES NOW, Plaintiff Christopher E. Dorworth, and hereby submits his answers to Defendant Abby Greenberg's Second Set of Interrogatories. Plaintiff is applying ordinary dictionary definitions of terms and responding in accordance with the Federal Rules of Civil Procedure and rejects any attempt by Defendant to impose any additional or different requirements.

### ANSWERS TO INTERROGATORIES, SET TWO

### INTERROGATORY NO. 1:

Please describe in full and complete detail your daily activities on Wednesday, June 21, 2017 including, without limitation, your physical and/or geographic location on that date; the people, if any, that you interacted with on that date; the work, if any, that you conducted on that

date; the bars, if any, that you visited on that date; and the hotels, if any, that you visited on that date.

**ANSWER:** On June 20, 2017, Dorworth, his seven-month pregnant wife, and two children from a prior marriage were on vacation at their home in Highlands, North Carolina. The photos produced at DORWORTH002117 – DORWORTH002118 were taken June 20, 2017, at 12:02 p.m. and 4:13 p.m., respectively, and the metadata reflects that they were taken in Highlands.

To the best of Dorworth's recollection, they drove home to Lake Mary, Florida, on Wednesday, June 21, though it is possible they traveled during the overnight of June 20-21. (On rare occasions, they would opt to drive at night to bypass crowded roads and allow Rebekah to sleep for more of the trip.) Bank statements were not available for June 2017, which would reflect the date and location Dorworth used his debit card to purchase gas during the trip.

The Dorworths' habit when driving home from Highlands was to wake and complete the washing and drying of sheets before leaving at approximately 10 a.m. Leaving at 10 a.m. allowed them to miss the worst of both morning and evening rush-hour traffic in Atlanta. Absent unusual delays, when leaving Highlands at 10 a.m., depending on stops for their dog, they would arrive at their Lake Mary home around 6:45-7:30 p.m.

When arriving home from a nine-hour drive following a family trip, it was not Dorworth's practice to then turn around and leave Rebekah home alone with his two children from his first marriage. (This would have been especially true given she was seven months pregnant at the time.) There is luggage to unpack, laundry to start, the dog to be taken out and fed, etc. Dorworth's kids were 14 and 16 at the time, and even though they were good travelers, they could still get over-tired and cranky – just like adults.

At no time, on June 21, 2017, or otherwise, did Dorworth meet A.B. at a hotel, have sex with A.B., give Joel Greenberg any money to pay for sex, nor did Dorworth pay A.B. for sex. That did not happen.

**INTERROGATORY NO. 2**:

Please describe in full and complete detail your daily activities on Thursday, June 22, 2017 including, without limitation, your physical and/or geographic location on that date; the people, if any, that you interacted with on that date; the work, if any, that you conducted on that date; the bars, if any, that you visited on that date; and the hotels, if any, that you visited on that date.

**ANSWER:** Dorworth's 3-week summer bloc with his 14- and 16-year old kids ended Thursday, June 22. Although the custody order stated the bloc ended at 9:00 a.m., Dorworth does not recall what time the kids actually left his home. It was not unusual for them to leave later, particularly during summer vacation when they could sleep in and their mother was working. Dorworth does not have any text messages, calendar entries, or photos that indicate what or where he was on that date six and a half years ago. However, he absolutely did not, on June 22 or otherwise, meet A.B. at a hotel, have sex with A.B., give Joel Greenberg any money to pay for sex, or pay A.B. for sex. That did not happen.

**INTERROGATORY NO. 3**:

Please describe in full and complete detail the physical or geographical location of Rebekah Dorworth during the weekend of July 15, 2017.

**ANSWER:** Rebekah was at an IBTTA conference in Dallas, Texas, the weekend of July 15, 2017.

**INTERROGATORY NO. 4:**

Please describe in full and complete detail the emotional distress damages that you purportedly sustained as a result of the activities described in the Verified Amended Complaint that you currently value at two million five hundred thousand dollars ($2,500,000).

**ANSWER:** Defendants claimed Plaintiff had sex with a minor, framed him for the false sexual assault of a minor allegations Joel Greenberg made against Brian Beute, and claimed that Plaintiff illegally participated in a ghost candidate scheme. As a very happily married man, father of a young daughter, former Speaker Designate of the Florida House, lobbyist, and land developer, Defendants' malicious and pervasive lies about him pervaded nearly every relationship that Dorworth had and caused significant mental anguish. As detailed in the VAC, Dorworth lost his Job at Ballard Partners, and his relationships with governmental and publicly traded clients were damaged the most. Dorworth lost nearly all of his clientele when he left Ballard. Defendants' lies put strains on his relationship with his wife. Dorworth lives in fear that his young daughter may someday hear the lies that Defendants have purveyed. Numerous other persons, too numerous to describe or quantify here, have limited or stopped dealings with Dorworth due to Defendants' allegations. It would be impossible to exhaustively list all of the ways in which Plaintiff has experienced emotional distress. Dorworth suffered many millions of dollars in reputational, emotional, and financial damages.

Date: January 11, 2024

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date listed above, a copy of the foregoing document was served by email on all counsel of record:

Frederick S. Wermuth
    fwermuth@kbzwlaw.com
Dustin Mauser-Claassen
    dmauser@kbzwlaw.com
Quinn Ritter
    qritter@kbzwlaw.com
*Counsel for Andrew Greenberg*
*Sue Greenberg, and AWG, Inc.*

Michael J. Furbush
    mfurbush@deanmead.com
Michaela N. Kirn
    mkirn@deanmead.com
*Counsel for Greenberg Dental Entities*

Jesse Unruh
    jesse@spirelawfirm.com
Christopher W. Ford
    ford@hbcboulder.com
Laura Wolf
    laura@spark-law.com
*Counsel for A.B.*

Jason A. Perkins
    jperkins@carltonfields.com
Chelsey J. Clements
    cclements@carltonfields.com
Jason F. Bullinger
    jbullinger@carltonfields.com
*Counsel for Abby Greenberg*

Fritz Scheller
    fscheller@flusalaw.com
*Counsel for Joel Greenberg*

/s/Michael Paul Beltran
Michael P Beltran

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Christopher E. Dorworth, declare under penalty of perjury that I have reviewed Plaintiff's Answers to Interrogatories, Set Two, and Responses to Requests for Production, Set Three, served by Abby Greenberg and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Christopher E. Dorworth
Date: January 11, 2024