# EXHIBIT 18

| | |
|---|---|
| **From:** | Melissa Hill |
| **To:** | "Alex Andrade"; emead@mhw-law.com; hmalone@mhw-law.com; cbeall@mhw-law.com |
| **Cc:** | "Fritz Scheller"; Bryan, Martina; "Amy Renehan"; Fritz Wermuth; Dustin Mauser-Claassen; Quinn Ritter; "wpeters@wickersmith.com"; "Rparadela@wickersmith.com"; "apeppis@wickersmith.com"; "bhattenbach@wickersmith.com"; "Farinha, Caroline"; "mfurbush@deanmead.com"; "abarkett@deanmead.com"; "mkirn@deanmead.com"; "Kaitlyn Chomin"; "smarshall@deanmead.com"; "acandelario@deanmead.com"; DeVito, Anthony (Tony); "orlecf@cfdom.net"; Di Filippo, Lisa; jperkins@carltonfields.com |
| **Subject:** | Christopher Dorworth v. Joel Greenberg, et al.; Case No. 6:23-cv-871 |
| **Date:** | Saturday, August 17, 2024 6:17:30 PM |
| **Attachments:** | 2024 08-17 Wermuth to Andrade (Rule 11).pdf |
| | 2024 08-17 Rule 11 Motion (For service only).pdf |
| | 2024 08-17 Not of Filing Exs. to Rule 11 Motion (For service only).pdf |

Dear Counsel,

In regard to the above-referenced matter, attached please find correspondence dated this day from Mr. Wermuth to Plaintiff's counsel, including reference to the attached Motion for Sanctions and Notice of Filing Exhibits in regard to the motion. The associated exhibits, which are too voluminous to attach to this email, are available at the following ShareFile link:

https://kbzwlawkbzwlaw.sharefile.com/d-s5ec718590ae846daa7ca435a743ee37e

Melissa Hill | Paralegal
mhill@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 East Pine St | P.O. Box 1631 | Orlando, FL 32801
Tel: 407-422-2472 | Fax: 407-648-0161

kbzwlaw.com

This email is confidential, intended only for the named recipient(s) above and may contain information and attachments that are privileged or otherwise exempt from disclosure under applicable law.  If you have received this email in error, please advise the sender and permanently delete this email and any attachments from your system. Thank you.