# EXHIBIT 19

## TEXT STRING BETWEEN JOEL GREENBERG AND CHRIS DORWORTH DATED APRIL 3, 2020

(SUBJECT TO MOTION TO FILE UNDER SEAL TO BE FILED CONTEMPORANEOUSLY)