# EXHIBIT 20

| | |
|---|---|
| **From:** | Alex Andrade |
| **To:** | Fritz Wermuth; Dustin Mauser-Claassen; Erick Mead; Charles Beall; Quinn Ritter |
| **Subject:** | FW: SERVICE OF COURT DOCUMENT CASE NUMBER 592024CA001151000SEM DORWORTH, CHRISTOPHER E VS GREENBERG, JOEL MICAH |
| **Date:** | Tuesday, September 3, 2024 7:27:25 PM |

Fritz,

I just filed a notice of appearance and cross notice of deposition in the state court fraudulent transfer case for the deposition tomorrow. I did not realize until now that it doesn't appear that ya'll have entered notices of appearance in the case on behalf of either Susan or Andy Greenberg.

I wanted to make you aware.


R. Alex Andrade
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, Florida 32502
Phone: (850) 434-3541
Fax: (850) 435-7899

www.mhw-law.com

This is a privileged communication protected by the laws of the State of Florida, the United States and the European Union from unauthorized disclosure to anyone except the intended recipient.  If you have received this message in error, please delete it immediately and notify the sender identified above.  Your cooperation in this regard is greatly appreciated.


**From:** eservice@myflcourtaccess.com <eservice@myflcourtaccess.com>
**Sent:** Tuesday, September 03, 2024 6:20 PM
**Subject:** SERVICE OF COURT DOCUMENT CASE NUMBER 592024CA001151000SEM DORWORTH, CHRISTOPHER E VS GREENBERG, JOEL MICAH

## Notice of Service of Court Documents

### Filing Information

| | |
|---|---|
| Filing #: | 206103005 |
| Filing Time: | 09/03/2024 07:20:23 PM ET |
| Filer: | Robert Alex Andrade 850-434-3541 |
| Court: | Eighteenth Judicial Circuit in and for Seminole County, Florida |
| Case #: | 592024CA001151000SEM |
| Court Case #: | 2024CA001151 |
| Case Style: | DORWORTH, CHRISTOPHER E VS GREENBERG, JOEL MICAH |
| **Documents** | **Click on the file name below to download or print your document NOW. The link expires in 14 days** |

### Documents

| Title | File |
|---|---|
| Notice Of Appearance | NOA and Designation of Emails.pdf |
| Discovery Notice Of Taking Deposition | 2024-09-03 Plfs Cross Not of Deposition.pdf |

### E-service recipients selected for service:

| Name | Email Address |
|---|---|
| Michael P Beltran | mike@beltranlitigation.com |

|  | beltranlitigation@gmail.com |
|---|---|
|  | anastasia_wagner@outlook.com |
| Robert Alex Andrade | aandrade@mhw-law.com |
|  | hmalone@mhw-law.com |

**E-service recipients not selected for service:**

| **Name** | **Email Address** |
|---|---|
| No Matching Entries | |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

**Document Access Link(s) will be active for 14 days (excluding weekends) after the Clerk accepts the submission or it is abandoned. In addition to access to the link for 14 days (excluding weekends), the documents will also be available, after acceptance by the Clerk, to counsel of record in the portal on the My Cases page, by clicking on the case number and then the document name, or by accessing the Clerk's website.**

If you are not associated with this case and wish to be removed, please click here to request to be removed from the E-service list.

Thank you,
The Florida Courts E-Filing Portal

  request_id#:206103005;Audit#:706122097;UCN#:592024CA001151000SEM;