# EXHIBIT 21

# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY, FLORIDA, CIVIL DIVISION

CHRISTOPHER E. DORWORTH,

Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, and AWG, INC.,

Defendants.

Case No.: 2024-CA-001151

### PLAINTIFF'S CROSS NOTICE OF TAKING DEPOSITION OF DEFENDANT ANDREW GREENBERG

PLEASE TAKE NOTICE THAT, pursuant to Florida Rule of Civil Procedure 1.310, counsel for Plaintiff, R. Alex Andrade, will take the deposition of the following individual:

**Deponent:** Andrew Greenberg
**Date/Time:** September 4, 2024, at 9:00 a.m. EDT
**Location:** Via Videoconference Link to be Supplied

before an official court reporter or any other notary public or officer authorized by the Florida Rules of Procedure. Anchor Court Reporting will record the deposition by video. The deposition is being taken for purposes of discovery, for use at trial, and for all other purposes permitted under the applicable statutes and Florida Rules of Civil Procedure.

/s/ *R. Alex Andrade*
ROBERT A. ANDRADE
Florida Bar No. 111337
**MOORE, HILL & WESTMORELAND, P.A.**

        Maritime Place | Suite 100
        350 West Cedar Street (32502)
        Post Office Box 13290
        Pensacola, Florida 32591-3290
        Telephone: (850) 434-3541
        aandrade@mhw-law.com
        hmalone@mhw-law.com
        *Attorney for Jo Parr*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically via the Court's E-Filing Portal on this 3rd day of September, 2024. The submission will be electronically served to all parties pursuant to Florida Rules of Judicial Administration.

        */s/ R. Alex Andrade*
        ROBERT A. ANDRADE