# EXHIBIT 22

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

    Plaintiff,

v.

JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUE GREENBERG, ABBY GREENBERG, AWG, INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., GREENBERG DENTAL SPECIALTY GROUP, LLC, and A.B.,

    Defendants.

Case No.: 6:23-CV-00871

## PLAINTIFF'S NOTICE OF TAKING VIDEOTAPED DEPOSITION OF DEFENDANT ANDREW GREENBERG

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, Plaintiff will take the following deposition via videoconference, recorded by sound, sound-and-visual, videotape, or stenographic means, or all, at the time and place listed below, upon oral examination before a designated court reporter, or any other Notary Public authorized by law to take depositions.

    **Deponent:**    Andrew Greenberg

    **Date/Time:**    September 4, 2024, at 9:00 a.m. EDT*

    **Location:**    Via Videoconference Link to be Supplied

*Plaintiff notices this date as provided by Defendant's counsel; however, Plaintiff reserves the right to continue pursuing earlier available dates.

Page 1 of 2

The witness may appear at a location of the witness's choosing that allows him to be deposed remotely, to communicate with the parties, and view all deposition exhibits. This deposition will be taken before a court reporter, who is not of counsel to the parties or interested in the event or the cause, for the purpose of discovery, for use at hearing and at trial, or all of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Date: May 25, 2024

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
4920 West Cypress St.
Suite 104 PMB 5089
Tampa, FL 33607
813-870-3073 (o)
mike@beltranlitigation.com
*Counsel for Plaintiff Dorworth*

**CERTIFICATE OF SERVICE**

I certify that on the date listed above, a copy of the foregoing document was served by email on all counsel of record.

/s/Michael Paul Beltran
Michael P Beltran