# EXHIBIT 27

## DORWORTH'S FALSE STATEMENTS

**(SUBJECT TO MOTION TO FILE UNDER SEAL TO BE FILED CONTEMPORANEOUSLY)**

## DORWORTH'S FALSE STATEMENTS

### *False Sworn Statements*

**Dorworth's Verified Complaint—Doc. 1-1**

- "As Dorworth had never met A.B., he did not know her age, appearance, or any other characteristics about her." Doc. 1-1 ¶ 419.

- "Dorworth never 'partied' with A.B. at his house or anywhere else." *Id.* ¶ 423.

- "Dorworth has never, to the best of his recollection, met, interacted, communicated, or interacted in any way with A.B." *Id.* ¶ 439.

- Allegations discussing how Dorworth came to know of A.B. and that he "does not know if A.B. ever joined" his friend (Joe Ellicott) or K.M. at any social gathering after Dorworth agreed to his friend's request for permission to invite A.B. *Id.* ¶¶ 440–44.

- "Upon review of photographs of the person Dorworth now knows to be A.B., he does not believe he has ever met A.B." *Id.* ¶ 445.

- "Dorworth did not have any contact, to say nothing of sexual contact, with A.B. . . ." *Id.* ¶ 480.

- "As Dorworth had never met A.B. . . . ." *Id.* ¶ 519.

**Dorworth's Deposition—Doc. 183-5**

- ███████████████████████████████████████████████████████ Doc. 183-5 at 37:24–38:1.

- ███████████████████████████████████████ *Id.* at 44:19–20.

- Again referencing A.B., ███████████████████████████████ *Id.* at 45:3.

- Referencing A.B., ██████████████████████ *Id.* at 48:6–7.

- Referencing A.B., ████████████████ *Id.* at 61:18–19.

- ██████████████████████ *Id* at 86:2.



- Referencing A.B., █████████████ *Id.* at 104:22.

- Referencing A.B., ████████████████████████ ██████ *Id.* at 105:2–3.

- ███████████████ *Id.* at 215:12–13.

- Referencing A.B., ████████████████ *Id.* at 216:10.

- Referencing A.B., ██████████████ *Id.* at 221:6–7.

- Referencing A.B., ████████████ *Id.* at 225:1.

- ██████████████████████████ *Id.* at 226:11.

- █████████████ *Id.* at 232:13.

- ███████████████ *Id.* at 285:13.

- Referencing A.B., ████████████████ *Id.* at 294:18–19.

- Referencing A.B., ██████████████ *Id.* at 297:12–13.

- Referencing the July 15, 2017 party, ██████████████ *Id.* at 156:17–23.

- Dorworth testifying that ████████████████████████ ██████████████ *Id.* at 245:12–22.

- Dorworth testifying that ████████████████████████ ████████████████████████████████████████ *Id.* at 247:13–24.

- Dorworth testifying that ████████████████████████ ████████████████████████████████████████ *Id.* at 248:12–24.

- Dorworth testifying that ████████████████████████ ██████████████████ *Id.* at 255:14–21.

- Referencing the July 15, 2017 party, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at 281:17–25.

- Dorworth testifying that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *Id.* at 285:2–5.

- Dorworth testifying that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at 309:21–310:6.

- Dorworth testifying that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at 353:16–18. But A.B., K.M., and B.G. all swore ▮▮▮▮▮ Ex. 4 at 101:13–102:8; Ex. 2 ¶ 16; Ex. 3 at 32:19–33:17.[1]

- Rebutting A.B.'s recollection of events, Dorworth testifies that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Doc. 183-5 at 347:12–13. But Rebekah Dorworth testified "[y]ou can see the pool out of a couple of bedrooms" in the Dorworth home. Doc. 181-1 at 398:17–20.

- Dorworth testifying that it ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Doc. 183-5 at 356:10. But L.P. said she attended multiple gatherings at the Dorworth Residence in the summer of 2017, one of which included a sexual encounter with Dorworth. Doc. 183-2 ¶¶ 24–27.

**Dorworth's Deposition—Doc. 183-6**:

- Referencing A.B., Dorworth testifying that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Doc. 183-6 at 50:24–25.

- Referencing A.B., Dorworth testifying ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at 72:21.

- Dorworth testifying that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *Id.* at 121:19–22.

- Dorworth testifying that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at 122:11–24.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at 209:18–24.

---

[1] All exhibit references are to exhibits to Defendants' motion for entitlement to attorney's fees, costs, and sanctions.

- ███████████████████████████████████████ *Id.* at 217:13–17.

- ███████████████ *Id.* at 218:10–17.

    The above statements are false because Dorworth's unrebutted phone records show that he was at his house during the July 15, 2017 party at the same time as A.B. Further, A.B., K.M., and B.G. all said under oath that ████████████████████████ ████ Ex. 4 at 101:13–102:8; Ex. 2 ¶ 16; Ex. 3 at 32:19–33:17.

## UNSWORN OR MISLEADING STATEMENTS

**Rebekah Dorworth's Deposition—Doc. 181-1**:

- Dorworth did nothing to intervene when Rebekah Dorworth testified under oath that Dorworth was not present for the July 15, 2017 party. Doc. 181-1 at 234:15–17, 457:9–10; *see also id.* at 241:4–9.

**Dorworth's RFA Response**: **Ex. 17**

- In an RFA response, Dorworth said that he "does not recall meeting A.B. at any time, and certainly not on the date in question"—July 15, 2017.

**Interrogatory Response**: **Ex. 25**

- In an unverified interrogatory response served on August 26, 2024, Dorworth readopted the false statements he made during his deposition.