# Exhibit A

| From: | Fritz Wermuth |
|---|---|
| To: | Alex Andrade; "Perkins, Jason"; Di Filippo, Lisa; Dustin Mauser-Claassen |
| Cc: | "Fritz Scheller"; Bryan, Martina; Charles Beall; Erick Mead; Harmony Malone; "Amy Renehan"; Quinn Ritter; Melissa Hill; "wpeters@wickersmith.com"; "Rparadela@wickersmith.com"; "apeppis@wickersmith.com"; "bhattenbach@wickersmith.com"; "Farinha, Caroline"; "mfurbush@deanmead.com"; "abarkett@deanmead.com"; "mkirn@deanmead.com"; "Kaitlyn Chomin"; "smarshall@deanmead.com"; "acandelario@deanmead.com"; DeVito, Anthony (Tony); "orlecf@cfdom.net" |
| Subject: | RE: Dorworth vs. Greenberg - Affidavit of Fact Witness, B████ G███ |
| Date: | Tuesday, September 3, 2024 3:30:13 PM |
| Attachments: | image001.png<br>image002.png |

Dear Messrs. Mead, Beall and Andrade,

This email is to give you notice of our challenge your designation of the affidavit of B████ ██████ G███, dated September 3, 2024, as confidential under the confidentiality agreement of the parties to this suit.

Pursuant to paragraph 15 of the "Confidentiality Agreement Governing Lawsuit" agreed to in this case, you have ten days to file a motion seeking to continue the "confidential" protection of the above-referenced affidavit. We do not believe that any portion of that affidavit qualifies for such designation, except for substituting the initials instead of full names for the young females and then-minor referenced in the affidavit.

We stand ready to confer on this matter.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Alex Andrade <aandrade@mhw-law.com>
**Sent:** Tuesday, September 3, 2024 3:10 PM
**To:** 'Perkins, Jason' <jperkins@carltonfields.com>; Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>
**Cc:** 'Fritz Scheller' <fscheller@flusalaw.com>; Bryan, Martina <MBryan@carltonfields.com>; Charles Beall <cbeall@mhw-law.com>; Erick Mead <emead@mhw-law.com>; Harmony Malone <hmalone@mhw-law.com>; 'Amy Renehan' <arenehan@flusalaw.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; 'wpeters@wickersmith.com' <wpeters@wickersmith.com>; 'Rparadela@wickersmith.com' <Rparadela@wickersmith.com>; 'apeppis@wickersmith.com' <apeppis@wickersmith.com>; 'bhattenbach@wickersmith.com' <bhattenbach@wickersmith.com>; 'Farinha, Caroline' <CFarinha@wickersmith.com>; 'mfurbush@deanmead.com' <mfurbush@deanmead.com>; 'abarkett@deanmead.com' <abarkett@deanmead.com>; 'mkirn@deanmead.com' <mkirn@deanmead.com>; 'Kaitlyn Chomin' <kchomin@deanmead.com>; 'smarshall@deanmead.com' <smarshall@deanmead.com>; 'acandelario@deanmead.com'

<acandelario@deanmead.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; 'orlecf@cfdom.net' <orlecf@cfdom.net>
**Subject:** RE: Dorworth vs. Greenberg - Affidavit of Fact Witness, B█████ G███

Good afternoon,

Plaintiff designates the affidavit of B█████ █████ G███, dated September 3, 2024, as confidential under the confidentiality agreement of the parties to this suit.


R. Alex Andrade
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, Florida 32502
Phone: (850) 434-3541
Fax: (850) 435-7899
www.mhw-law.com

This is a privileged communication protected by the laws of the State of Florida, the United States and the European Union from unauthorized disclosure to anyone except the intended recipient. If you have received this message in error, please delete it immediately and notify the sender identified above. Your cooperation in this regard is greatly appreciated.

---

**From:** Perkins, Jason <jperkins@carltonfields.com>
**Sent:** Tuesday, September 03, 2024 12:13 PM
**To:** Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Alex Andrade <aandrade@mhw-law.com>; 'Dustin Mauser-Claassen' <dmauser@kbzwlaw.com>
**Cc:** 'Fritz Scheller' <fscheller@flusalaw.com>; Bryan, Martina <MBryan@carltonfields.com>; Charles Beall <cbeall@mhw-law.com>; Erick Mead <emead@mhw-law.com>; Harmony Malone <hmalone@mhw-law.com>; 'Amy Renehan' <arenehan@flusalaw.com>; 'Fritz Wermuth' <FWermuth@kbzwlaw.com>; 'Quinn Ritter' <qritter@kbzwlaw.com>; 'Melissa Hill' <mhill@kbzwlaw.com>; 'wpeters@wickersmith.com' <wpeters@wickersmith.com>; 'Rparadela@wickersmith.com' <Rparadela@wickersmith.com>; 'apeppis@wickersmith.com' <apeppis@wickersmith.com>; 'bhattenbach@wickersmith.com' <bhattenbach@wickersmith.com>; 'Farinha, Caroline' <CFarinha@wickersmith.com>; 'mfurbush@deanmead.com' <mfurbush@deanmead.com>; 'abarkett@deanmead.com' <abarkett@deanmead.com>; 'mkirn@deanmead.com' <mkirn@deanmead.com>; 'Kaitlyn Chomin' <kchomin@deanmead.com>; 'smarshall@deanmead.com' <smarshall@deanmead.com>; 'acandelario@deanmead.com' <acandelario@deanmead.com>; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; 'orlecf@cfdom.net' <orlecf@cfdom.net>
**Subject:** Dorworth vs. Greenberg - Affidavit of Fact Witness, B█████ G███

Good afternoon all counsel of record:

**The attached court document(s) are being served upon you via email pursuant to The Federal Rules of Civil Procedure.**

| Court in which proceeding is pending: | United States District Court, Middle District of Florida, Orlando Division |
|---|---|
| Case Number: | 6:23-cv-00871-CEM-DCI |
| Name of initial party on each side: | Christopher E. Dorworth v. Joel Micah Greenberg, et. al. |
| Title of documents served: | Affidavit of Fact Witness, B▇▇▇ G▇▇ |
| Sender's Name: | Jason Perkins |
| Sender's Telephone Number: | Direct Dial: 407-244-8250<br>Cellular Phone: 407-492-2315 |

Please note that I added the following stamp on each page of the affidavit to designate as confidential the unique identifiers of Brianna Garcia and the other females referenced in the affidavit.



Thanks,

Jason Perkins



**Jason Perkins**
Shareholder

200 S. Orange Ave., Ste. 1000
Orlando, Florida 32801-3456
Direct: 407.244.8250 | Fax: 407.648.9099

[jperkins@carltonfields.com](mailto:jperkins@carltonfields.com) | [www.carltonfields.com](http://www.carltonfields.com)
[bio](#) | [vcard](#)

**Carlton Fields is ISO 27001:2022 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*