# EXHIBIT B

| From: | Fritz Wermuth |
|---|---|
| Sent: | Saturday, September 7, 2024 10:29 PM |
| To: | Alex Andrade; Perkins, Jason; Di Filippo, Lisa; Dustin Mauser-Claassen |
| Cc: | Fritz Scheller; Bryan, Martina; Charles Beall; Erick Mead; Harmony Malone; Amy Renehan; Quinn Ritter; Melissa Hill; wpeters@wickersmith.com; Rparadela@wickersmith.com; apeppis@wickersmith.com; bhattenbach@wickersmith.com; Farinha, Caroline; mfurbush@deanmead.com; abarkett@deanmead.com; mkirn@deanmead.com; Kaitlyn Chomin; smarshall@deanmead.com; acandelario@deanmead.com; DeVito, Anthony (Tony); orlecf@cfdom.net |
| Subject: | RE: Dorworth vs. Greenberg - Confidentiality Agreement |

Dear Messrs. Mead, Beall, and Andrade,

Andrew Greenberg, Susan Greenberg, and AWG, Inc. challenge this untimely, bad-faith claim of confidentiality. Pursuant to paragraph 15 of the "Confidentiality Agreement Governing Lawsuit" agreed to in this case, you have ten days to file a motion seeking to continue the "confidential" protection of the referenced deposition transcripts. We do not believe that any portion of the transcripts qualify for such designation, except for substituting the initials instead of full names for the young females and the then-minor victim referenced in your deposition transcripts.

We stand ready to confer on this matter.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Alex Andrade <aandrade@mhw-law.com>
**Sent:** Saturday, September 7, 2024 6:21 PM
**To:** Perkins, Jason <jperkins@carltonfields.com>; Di Filippo, Lisa <LDiFilippo@carltonfields.com>; Dustin Mauser-Claassen <dmauser@kbzwlaw.com>
**Cc:** Fritz Scheller <fscheller@flusalaw.com>; Bryan, Martina <MBryan@carltonfields.com>; Charles Beall <cbeall@mhw-law.com>; Erick Mead <emead@mhw-law.com>; Harmony Malone <hmalone@mhw-law.com>; Amy Renehan <arenehan@flusalaw.com>; Fritz Wermuth <FWermuth@kbzwlaw.com>; Quinn Ritter <qritter@kbzwlaw.com>; Melissa Hill <mhill@kbzwlaw.com>; wpeters@wickersmith.com; Rparadela@wickersmith.com; apeppis@wickersmith.com; bhattenbach@wickersmith.com; Farinha, Caroline <CFarinha@wickersmith.com>; mfurbush@deanmead.com; abarkett@deanmead.com; mkirn@deanmead.com; Kaitlyn Chomin <kchomin@deanmead.com>; smarshall@deanmead.com; acandelario@deanmead.com; DeVito, Anthony (Tony) <TDeVito@carltonfields.com>; orlecf@cfdom.net
**Subject:** Re: Dorworth vs. Greenberg - Confidentiality Agreement

I'll also note that we are designating Chris Dorworth's deposition as confidential in its entirety. Any further publications of its transcript or video will have to be treated as a breach of the confidentiality agreement.

On Sep 6, 2024, at 1:20 PM, Alex Andrade <aandrade@mhw-law.com> wrote:

Good afternoon,

Because we dismissed without prejudice the cause of action yesterday, we need to inquire of all counsel of record who have designated any materials as confidential or AEO whether they will require a written agreement, pursuant to section 19 of the confidentiality agreement, certifying that their confidential and AEO materials have been destroyed.

Plaintiff, at this time, reasserts his prior designations of material previously designated as confidential and AEO.

R. Alex Andrade
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, Florida 32502
Phone: (850) 434-3541
Fax: (850) 435-7899
www.mhw-law.com

This is a privileged communication protected by the laws of the State of Florida, the United States and the European Union from unauthorized disclosure to anyone except the intended recipient.  If you have received this message in error, please delete it immediately and notify the sender identified above.  Your cooperation in this regard is greatly appreciated.