AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

|  |  |
|--|--|
| v. | ) <br> ) <br> ) Case No.: <br> ) <br> ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                                              Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .    _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . .    _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

                                                                                                                                                                                                                                                                                    TOTAL    $_____

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service      ☐   First class mail, postage prepaid

☐   Other: _____

    s/ Attorney: _____

    Name of Attorney: _____

For: _____      Date: _____

    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*                                *Deputy Clerk*                             *Date*

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Print**     **Save As...**                                                                                              **Reset**



*Invoice*   **INV2859915**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 7/31/2024 |
| **Terms** | Net 30 |
| **Due Date** | 8/30/2024 |
| **Client Number** | C285171 |
| **Esquire Office** | Denver |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
King Blackwell Zehnder & Wermuth PA
25 East Pine Street
3rd Floor
PO Box 1631
Orlando FL 32802

**Services Provided For**
King Blackwell Zehnder & Wermuth PA - Orlando
Wermuth, Fritz
25 East Pine Street
3rd Floor
Orlando FL 32802

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/23/2024 | J11164213 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| COPY W/VIDEO & VTC | Rebekah Dorworth | 572 | 4.40 | | $2,516.80 |
| 3 DAY EXPEDITE | Rebekah Dorworth | | 80% | | $2,013.44 |
| E-EXHIBITS 8.5x11(14) BW COPY | Rebekah Dorworth | 44 | 0.65 | | $28.60 |
| E-EXHIBITS 8.5x11(14) COLOR COPY | Rebekah Dorworth | 16 | 0.65 | | $10.40 |
| ROUGH ASCII | | 469 | 2.50 | | $1,172.50 |
| LITIGATION SUPPORT COPY | Rebekah Dorworth | 1 | 35.00 | | $35.00 |
| CONDENSED-COPY | Rebekah Dorworth | 1 | 20.00 | | $20.00 |
| PROCESSING & COMPLIANCE | Rebekah Dorworth | 1 | 30.00 | | $30.00 |

| | |
|---|---|
| **Subtotal** | 5,826.74 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $5,826.74 |
| **Amount Due** | 5,826.74 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | King Blackwell Zehnder & Wermuth PA - Orlando |
| **Client #** | C285171 |
| **Invoice #** | INV2859915 |
| **Invoice Date** | 7/31/2024 |
| **Due Date** | 8/30/2024 |
| **Amount Due** | **$5,826.74** |

# ESQUIRE
## DEPOSITION SOLUTIONS

**RECEIVED**
**AUG 0 9 2024**
King, Blackwell, Zehnder & Wermuth, P.A.

1500 Centre Parkway Suite 100
East Point, GA GA 30344, United States



| | |
|---|---|
| King Blackwell Zehnder & Wermuth PA - Orlando | **Statement Date:** 08/01/2024 |
| Client ID: C285171 | |
| 25 East Pine Street | |
| 3rd Floor | |
| Orlando, FL 32802, United States | |
| Phone: 407-422-2472 | |

| Transaction Date | Invoices | Case name | Attorney | Due date | Days Past Due | Balance due | Firm File Number |
|---|---|---|---|---|---|---|---|
| 07/24/2024 | INV2853728 | CHRISTOPHER E. DORWORTH, V. JOEL MICAH GREENBERG, ET AL. | Wermuth, Fritz | 08/23/2024 | 0 | 502.73 | |
| 07/31/2024 | INV2859915 | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG | Wermuth, Fritz | 08/30/2024 | 0 | 5,826.74 | |

**Total due:** USD 6,329.47

### Aging - USD

| Current | 1-30 days | 31-60 days | 61-90 days | > 90 days |
|---|---|---|---|---|
| 6,329.47 | - | - | - | - |

Please contact us at 800-211-DEPO with any Questions.
Remittance: P.O. Box 846099 Dallas, TX 75284-6099
For a W9 please go to  https://www.esquireconnect.com/loginpage/index.ssp?is=login&origin=defaultbehavior&whence=#login-register  The link is on the main page



*Invoice*   **INV2901195**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/19/2024 |
| **Terms** | Net 30 |
| **Due Date** | 10/19/2024 |

| | |
|---|---|
| **Client Number** | C10048 |
| **Esquire Office** | Jacksonville |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | 111353-7 |
| **Client Claim/Matter #** | 111353-7 |
| **Date of Loss** | |

**Bill To**
Wicker, Smith, O'Hara, McCoy & Ford, P.A.- Fort Lauderdale
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale FL 33301

**Services Provided For**
Wicker Smith OHara McCoy & Ford - Fort Lauderdale
Peters, William
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale FL 33301

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/4/2024 | J11685401 | Pensacola, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| STANDARD COPY W/ VC/REMOTE | Andrew Greenberg | 288 | 4.00 | | $1,152.00 |
| E-EXHIBITS B&W COPY | Andrew Greenberg | 814 | 0.65 | | $529.10 |
| E- EXHIBITS COLOR COPY | Andrew Greenberg | 41 | 0.65 | | $26.65 |
| LITIGATION SUPPORT COPY | Andrew Greenberg | 1 | 35.00 | | $35.00 |
| CONDENSED TRANSCRIPT | Andrew Greenberg | 1 | 20.00 | | $20.00 |
| PROCESSING & COMPLIANCE | Andrew Greenberg | 1 | 30.00 | | $30.00 |

| | |
|---|---:|
| **Subtotal** | 1,792.75 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,792.75 |
| **Amount Due** | 1,792.75 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Wicker Smith OHara McCoy & Ford - Fort Lauderdale |
| **Client #** | C10048 |
| **Invoice #** | INV2901195 |
| **Invoice Date** | 9/19/2024 |
| **Due Date** | 10/19/2024 |
| **Amount Due** | $1,792.75 |



*Invoice*  **INV2901191**

| | |
|---|---|
| 1500 Centre Pkwy |  |
| Suite 100 |  |
| East Point GA 30344 |  |
| 888-486-4044 |  |
| www.esquiresolutions.com |  |
| Tax ID # 45-3463120 |  |

| | | | |
|---|---|---|---|
| **Date** | 9/19/2024 | **Client Number** | C10048 |
| **Terms** | Net 30 | **Esquire Office** | Jacksonville |
| **Due Date** | 10/19/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | 111353-7 |
| | | **Client Claim/Matter #** | 111353-7 |
| | | **Date of Loss** | |

**Bill To**
Wicker, Smith, O'Hara, McCoy & Ford, P.A.- Fort Lauderdale
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale FL 33301

**Services Provided For**
Wicker Smith OHara McCoy & Ford - Fort Lauderdale
Peters, William
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale FL 33301

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/5/2024 | J11685405 | Pensacola, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| STANDARD COPY W/ VC/REMOTE | Susan Greenberg | 265 | 4.00 | | $1,060.00 |
| E-EXHIBITS B&W COPY | Susan Greenberg | 246 | 0.65 | | $159.90 |
| E- EXHIBITS COLOR COPY | Susan Greenberg | 90 | 0.65 | | $58.50 |
| LITIGATION SUPPORT COPY | Susan Greenberg | 1 | 35.00 | | $35.00 |
| CONDENSED TRANSCRIPT | Susan Greenberg | 1 | 20.00 | | $20.00 |
| PROCESSING & COMPLIANCE | Susan Greenberg | 1 | 30.00 | | $30.00 |

|  |  |
|---|---|
| **Subtotal** | 1,363.40 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,363.40 |
| **Amount Due** | 1,363.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

| | | | |
|---|---|---|---|
| **Remit to:** | **Federal Express, UPS or Overnight USPS:** | **Client Name** | Wicker Smith OHara McCoy & Ford - Fort Lauderdale |
| Esquire Deposition Solutions, LLC | Esquire Deposition Solutions, LLC | **Client #** | C10048 |
| P. O. Box 846099 | Lockbox 846099 | **Invoice #** | INV2901191 |
| Dallas, TX 75284-6099 | 1950 N. Stemmons Freeway | **Invoice Date** | 9/19/2024 |
| | Suite 5010 | **Due Date** | 10/19/2024 |
| | Dallas, TX 75208 | **Amount Due** | **$1,363.40** |



*Invoice*   **INV2877447**

| | |
|---|---|
| 1500 Centre Pkwy | |
| Suite 100 | |
| East Point GA 30344 | |
| 888-486-4044 | |
| www.esquiresolutions.com | |
| Tax ID # 45-3463120 | |

| | | | |
|---|---|---|---|
| **Date** | 8/21/2024 | **Client Number** | C10048 |
| **Terms** | Net 30 | **Esquire Office** | Orlando |
| **Due Date** | 9/20/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | 111353-7 |
| | | **Client Claim/Matter #** | 111353-7 |
| | | **Date of Loss** | |

**Bill To**
Wicker, Smith, O'Hara, McCoy & Ford, P.A.- Fort Lauderdale
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale FL 33301

**Services Provided For**
Wicker Smith OHara McCoy & Ford - Fort Lauderdale
Peters, William
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale FL 33301

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/6/2024 | J11551616 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| COPY W/VIDEO & VTC | Christopher Dorworth | 485 | 4.40 | | $2,134.00 |
| 7 DAY EXPEDITE | Christopher Dorworth | | 40% | | $853.60 |
| E-EXHIBITS 8.5x11(14) BW COPY | Christopher Dorworth | 146 | 0.65 | | $94.90 |
| E-EXHIBITS 8.5x11(14) COLOR COPY | Christopher Dorworth | 329 | 0.65 | | $213.85 |
| LITIGATION SUPPORT COPY | Christopher Dorworth | 1 | 35.00 | | $35.00 |
| CONDENSED-COPY | Christopher Dorworth | 1 | 20.00 | | $20.00 |
| PROCESSING & COMPLIANCE | Christopher Dorworth | 1 | 30.00 | | $30.00 |

| | |
|---|---|
| **Subtotal** | 3,381.35 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $3,381.35 |
| **Amount Due** | 3,381.35 |

*Representing Client: Wicker Smith OHara McCoy & Ford (P) : Wicker Smith OHara McCoy & Ford - Fort Lauderdale*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

| **Remit to:** | **Federal Express, UPS or Overnight USPS:** | | |
|---|---|---|---|
| Esquire Deposition Solutions, LLC<br>P. O. Box 846099<br>Dallas, TX 75284-6099 | Esquire Deposition Solutions, LLC<br>Lockbox 846099<br>1950 N. Stemmons Freeway<br>Suite 5010<br>Dallas, TX 75208 | **Client Name** | Wicker Smith OHara McCoy & Ford - Fort Lauderdale |
| | | **Client #** | C10048 |
| | | **Invoice #** | INV2877447 |
| | | **Invoice Date** | 8/21/2024 |
| | | **Due Date** | 9/20/2024 |
| | | **Amount Due** | **$3,381.35** |



*Invoice*  *INV2877448*

| | |
|---|---|
| **Date** 8/21/2024 | **Client Number** C10048 |
| **Terms** Net 30 | **Esquire Office** Orlando |
| **Due Date** 9/20/2024 | **Proceeding Type** Deposition |
| | **Name of Insured** |
| | **Adjuster** |
| | **Firm Matter/File #** 111353-7 |
| | **Client Claim/Matter #** 111353-7 |
| | **Date of Loss** |

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**
Wicker, Smith, O'Hara, McCoy & Ford, P.A.- Fort Lauderdale
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale FL 33301

**Services Provided For**
Wicker Smith OHara McCoy & Ford - Fort Lauderdale
Foster, James R
515 East Las Olas Boulevard
SunTrust Center, Suite 1400
Fort Lauderdale FL 33301

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/7/2024 | J11551620 | Orlando, FLORIDA | CHRISTOPHER E. DORWORTH V. JOEL MICAH GREENBERG |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| COPY W/VIDEO & VTC | Christopher Dorworth | 291 | 4.40 | | $1,280.40 |
| 7 DAY EXPEDITE | Christopher Dorworth | | 40% | | $512.16 |
| E-EXHIBITS 8.5x11(14) BW COPY | Christopher Dorworth | 122 | 0.65 | | $79.30 |
| E-EXHIBITS 8.5x11(14) COLOR COPY | Christopher Dorworth | 4 | 0.65 | | $2.60 |
| LITIGATION SUPPORT COPY | Christopher Dorworth | 1 | 35.00 | | $35.00 |
| CONDENSED-COPY | Christopher Dorworth | 1 | 20.00 | | $20.00 |
| PROCESSING & COMPLIANCE | Christopher Dorworth | 1 | 30.00 | | $30.00 |

*Representing Client: Wicker Smith OHara McCoy & Ford (P) : Wicker Smith OHara McCoy & Ford - Fort Lauderdale*

| | |
|---|---|
| **Subtotal** | 1,959.46 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,959.46 |
| **Amount Due** | 1,959.46 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Wicker Smith OHara McCoy & Ford - Fort Lauderdale |
| **Client #** | C10048 |
| **Invoice #** | INV2877448 |
| **Invoice Date** | 8/21/2024 |
| **Due Date** | 9/20/2024 |
| **Amount Due** | $1,959.46 |

**Forensic Recovery**

450 State Road 13, Ste 106
Saint Johns, FL  32259
+19043957218
aweiss@forensicrecovery.com



# INVOICE

| BILL TO | | INVOICE | 20299 |
|---|---|---|---|
| Wicker Smith O'Hara McCoy & Ford P.A. | | DATE | 08/17/2024 |
| 515 E Las Olas Blvd STE 1400 | | TERMS | Net 15 |
| Fort Lauderdale, FL  33301 | | DUE DATE | 09/01/2024 |

| P.O. NUMBER | REFERENCE |
|---|---|
| Case No.: 6:23-cv-871-CEM-DCI | Dorworth v. Greenberg |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Charges | | | |
| 07/30/2024 - [5:10pm - 5:44pm] Analysis of AT&T records | 0.60 | 325.00 | 195.00 |
| 07/31/2024 - [8:44am - 9:19am] Analysis of AT&T records | 0.60 | 325.00 | 195.00 |
| 07/31/2024 - [1:00pm - 2:15pm] Teams call with counsel | 1.30 | 325.00 | 422.50 |
| 08/05/2024 - [7:50am - 8:40am] Analysis of 1111301000 number | 0.90 | 325.00 | 292.50 |
| 08/11/2024 - [1:55pm - 3:00pm] Draft of work product preliminary report | 1.10 | 325.00 | 357.50 |
| 08/11/2024 - [3:53pm - 5:14pm] Draft of work product preliminary report | 1.40 | 325.00 | 455.00 |
| 08/12/2024 - [1:01pm - 2:00pm] Zoom with counsel | 1 | 325.00 | 325.00 |
| 08/12/2024 - [4:44pm - 6:08pm] Draft of work product preliminary report | 1.50 | 325.00 | 487.50 |
| 08/13/2024 - [7:27am - 9:00am] Draft of work product preliminary report | 1.60 | 325.00 | 520.00 |
| 08/13/2024 - [9:00am - 10:06am] Zoom with counsel. | 1.10 | 325.00 | 357.50 |
| 08/13/2024 - [1:51pm - 4:00pm] Draft of work product preliminary report | 2.20 | 325.00 | 715.00 |
| 08/13/2024 - [4:16pm - 4:31pm] Draft of work product preliminary report | 0.30 | 325.00 | 97.50 |
| 08/13/2024 - [4:31pm - 4:58pm] Zoom with counsel. | 0.50 | 325.00 | 162.50 |
| 08/14/2024 - [11:05am - 1:49pm] Draft of work product preliminary report | 2.80 | 325.00 | 910.00 |
| 08/14/2024 - [2:19pm - 3:03pm] Draft of work product preliminary report | 0.80 | 325.00 | 260.00 |
| 08/14/2024 - [3:03pm - 3:28pm] Zoom with counsel. | 0.50 | 325.00 | 162.50 |
| 08/15/2024 - [12:09pm - 2:59pm] Draft of work product preliminary report | 2.90 | 325.00 | 942.50 |
| 08/16/2024 - [10:23am - 12:21pm] Draft of work product preliminary report | 2 | 325.00 | 650.00 |
| 08/16/2024 - [1:57pm - 2:29pm] Draft of work product preliminary report; review of Dorworth Day 2 Deposition | 0.60 | 325.00 | 195.00 |
| 08/16/2024 - [2:29pm - 2:50pm] Zoom with counsel. | 0.40 | 325.00 | 130.00 |
| 08/16/2024 - [6:10pm - 6:39pm] Draft of work product preliminary report | 0.50 | 325.00 | 162.50 |

| | | | |
|---|---:|---:|---:|
| 08/17/2024 - [12:40pm - 1:07pm] Finalize work product preliminary report | 0.50 | 325.00 | 162.50 |
| SUBTOTAL | | | 8,157.50 |
| TAX | | | 0.00 |
| TOTAL | | | 8,157.50 |
| BALANCE DUE | | | **$8,157.50** |