UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTOPHER E. DORWORTH,<br><br>　　*Plaintiff*,<br><br>v.<br><br>JOEL MICAH GREENBERG, ANDREW W. GREENBERG, SUSAN GREENBERG, ABBY GREENBERG, AWG., INC., GREENBERG DENTAL ASSOCIATES, LLC, GREENBERG DENTAL & ORTHODONTICS, P.A., and GREENBERG DENTAL SPECIALTY GROUP, LLC,<br><br>　　*Defendants*. | Case No.: 6:23-cv-871-CEM-DCI |

**NOTICE OF FILING CORRECTED
EXHIBIT TO MOTION TO SEAL (Doc. 195-8)**

On September 19, 2024, Andrew Greenberg, Susan Greenberg, and AWG Inc. (the Greenbergs) filed a motion to seal certain exhibits in support of their motion for attorney's fees, (Doc. 195). One of those exhibits was supposed to be an "Excerpt of [a] deposition transcript of Michael Fischer (page 49)." *See* Doc. 195 at 2. However, instead of filing page 49 of Mr. Fischer's deposition transcript, the Greenbergs inadvertently filed page 48. *See* Doc. 195-8. The Greenbergs file this notice attaching the correct excerpt for consideration with its motion to seal. As with the originally filed exhibit, the Greenbergs submit this exhibit under seal as an "item to be sealed,"

pursuant to M.D. Fla. Local Rule 1.11(b)(8). If the Court prefers the Greenbergs to proceed in some other fashion, they stand ready to do so.

> Respectfully submitted,
>
> /s/ Frederick S. Wermuth
> Frederick S. Wermuth (Lead Counsel)
> Florida Bar No. 0184111
> Dustin Mauser-Claassen
> Florida Bar No. 0119289
> Quinn Ritter
> Florida Bar No. 1018135
> KING, BLACKWELL, ZEHNDER
>  & WERMUTH, P.A.
> P.O. Box 1631
> Orlando, FL 32802-1631
> Telephone: (407) 422-2472
> Facsimile: (407) 648-0161
> fwermuth@kbzwlaw.com
> dmauser@kbzwlaw.com
> qritter@kbzwlaw.com
>
> *Attorneys for Defendants Andrew Greenberg, Susan Greenberg, and AWG, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> /s/ Frederick S. Wermuth
> Florida Bar No. 0184111