## Alex Andrade

| | |
|---|---|
| **From:** | Jose Pagliery <josepagliery@notus.org> |
| **Sent:** | Friday, September 20, 2024 1:40 AM |
| **To:** | Alex Andrade |
| **Subject:** | Re: Press inquiry - deadline today |

Alex, I'm sure you saw that the defense lawyers just posted a late night motion that goes into detail about a party on July 15, 2017.

Can you comment on that? And what do you make of the testimony from AB, KM, and BG?


Sincerely,
Jose Pagliery
political investigations reporter
m: 305-814-3006 (secure WhatsApp/Signal # provided upon request)
e: josepagliery@notus.org

PS - And if you haven't already, please consider signing up for the NOTUS daily newsletter.

*Note: Emails are presumed to be on the record unless both parties reach a mutually accepted agreement. Unilateral declarations by a recipient that a conversation is off the record will be considered invalid.*


On Sat, Sep 7, 2024 at 13:14 Alex Andrade <aandrade@mhw-law.com> wrote:
> The case was dismissed on Thursday. All items asserted as confidential remain confidential upon the dismissal of the case, and any disclosure of confidential material by opposing counsel will be addressed in a separate pleading as a violation of the confidentiality agreement.
>
>> On Sep 7, 2024, at 9:28 AM, Jose Pagliery <josepagliery@notus.org> wrote:
>>
>>
>> Mr. Andrade,
>>
>> My name is Jose Pagliery. I'm a journalist at NOTUS, where I write about legal matters.
>>
>> I am writing today about the latest development in your case, Dorworth v Greenberg et al. I see that the defense is claiming your team missed deadlines to counter their confidentiality challenges, and they are now trying to have the judge lift the restrictions by Sept 19.
>>
>> A few questions:
>>
>> • Did you counter their challenges on time? If so, how and when?
>> • Is your client concerned about disclosures of depos from AB and others? If so, why?

EXHIBIT 3

• Will you try to keep testimony from ███████████ from public disclosure as well? Why or why not?
• What does the testimony by AB and others say about involvement by Matt Gaetz?
• Can you share a copy of the confidentiality agreement?


Sincerely,
Jose Pagliery
political investigations reporter
m: 305-814-3006 (secure WhatsApp/Signal # provided upon request)
e: josepagliery@notus.org

PS - And if you haven't already, please consider signing up for the NOTUS daily newsletter.

*Note: Emails are presumed to be on the record unless both parties reach a mutually accepted agreement. Unilateral declarations by a recipient that a conversation is off the record will be considered invalid.*

EXHIBIT 3