# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTOPHER E. DORWORTH,**

    **Plaintiff,**

v.                                                              Case No: 6:23-cv-871-CEM-DCI

**JOEL MICAH GREENBERG et al.,**

    **Defendants.**

## ORDER

Since Plaintiff dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on September 5, 2024, the docket in this case has received an additional 14 entries.  Most of the paper filed with the Court relates to entitlement to attorney fees—Defendants seek fees pursuant to Florida's RICO statute and the Court's inherent powers.  However, while it appears that much of Defendants' filings relate to their attempts to publicly utilize discovery documents to bolster their fee entitlement claims, much of Plaintiff's filings relate to whether this Court has jurisdiction to entertain the fee entitlement claims at this juncture.  And the docket, as a result, is a jumble of piecemeal filings and potentially superfluous "time sensitive" motion practice.  Accordingly, the Court enters this Order.

Within the time provided by Local Rule 3.01 (i.e. on or before October 4, 2024), Plaintiff must respond to the pending motions for fee entitlement (Docs. 194; 196) but may only address the Court's jurisdiction to consider the request for fee entitlement at this juncture.  Defendants may file a seven-page reply to that response within seven days of it being filed.  Further orders concerning briefing will follow if necessary.

**ORDERED** in Orlando, Florida on September 20, 2024.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE