**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:23-cv-871-CEM-DCI**

CHRISTOPHER E. DORWORTH,

Plaintiff,

vs.

JOEL MICAH GREENBERG et al.,

Defendants.
_________________________________/

## NOTICE OF APPEARANCE

Morgan R. Bentley, hereby gives notice of his appearance as counsel on behalf of intervenor, Florida Center for Government Accountability, Inc. (the "*Center*"). The certificate of service for all pleadings, orders, and other papers in this action should include Morgan R. Bentley, Bentley, Goodrich & Kison, P.A., 783 South Orange Avenue, 3rd Floor, Sarasota, FL 34236, *mbentley@bgk.law; eserve@bgk.law*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 10, 2024, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing.

**BENTLEY, GOODRICH & KISON, P.A.**

*/s/ Morgan R. Bentley*
Morgan R. Bentley
783 South Orange Avenue, 3rd Floor
Sarasota, Florida 34236
Fla. Bar No. 962287
*mbentley@bgk.law*
*eserve@bgk.law*