UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER E. DORWORTH,

   *Plaintiff*,

v.

JOEL MICAH GREENBERG, et al.,

   *Defendants*.

Case No.: 6:23-cv-871-CEM-DCI

**NOTICE REGARDING REQUEST FOR ORAL ARGUMENT**

In his Objection to the Report and Recommendation (Doc. 217), Joel Greenberg requested oral argument. *See* Objection, Doc. 219 at 10. Mr. Greenberg hereby advises this Honorable Court that he requires no more than 15 minutes for argument, if his request is granted.

Dated: February 7, 2025.

                                                  Respectfully submitted,

                                                  */s/ Fritz Scheller*
                                                  Fritz Scheller
                                                  Florida Bar No. 183113
                                                  200 E. Robinson St., Suite 1150
                                                  Orlando, Florida 32801
                                                  PH:   (407) 792-1285
                                                  FAX: (407) 649-1657
                                                  fscheller@flusalaw.com
                                                  *Attorney for Defendant*